AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fayetteville Division

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | No. 5:21-CR-50014-001 |
| ) | |
| Joshua James Duggar ) | |
| ) | |
| *Defendant* ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay Joshua James Duggar, who is accused of an offense or violation based on the following document filed with the court:

■ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

One Count of Receipt of Child Pornography, in violation of Title 18 U.S.C. §§ 2252A(a)(2) and (b)(1); and, One Count of Possession of Child Pornography, in violation of Title 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

Date: April 28, 2021

*Laura L. Wolfe*
Issuing officer's signature

City and state: Fort Smith, Arkansas

Jamie K. Giani, U.S. Clerk
Printed name and title

### Return

This warrant was received on *(date)* APRIL 28, 2021, and the person was arrested on *(date)* APRIL 29, 2021 at *(city and state)* FAYETTEVILLE, ARKANSAS

Date: APRIL 29, 2021

Arresting officer's signature

HOWARD AYCOCK, HSI SPECIAL AGENT
Printed name and title