IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 5:21-CR-50014-001 |
| | ) | |
| JOSHUA JAMES DUGGAR, | ) | |
| Defendant | ) | |

ENTRY OF APPEARANCE

COMES NOW, Gregory F. Payne, Attorney at Law, and enters his appearance in the above matter on behalf of the Defendant Joshua James Duggar.

Respectfully submitted,

STORY LAW FIRM, PLLC

By  *Gregory F. Payne*
Travis W. Story, AR Bar No. 2008274
Gregory F. Payne, AR Bar No. 2017008
3608 N. Steele Blvd, Suite 105
Fayetteville, AR  72703
(479) 443-3700
greg@storylawfirm.com

CERTIFICATE OF SERVICE

I, Gregory F. Payne, hereby certify that on this 29th day of April, 2021, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which shall send notification to all counsel of record.

*Gregory F. Payne*
Gregory F. Payne