IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

V.                              CASE NO. 5:21-CR-50014-001

JOSHUA JAMES DUGGAR                                                 DEFENDANT

## WAIVER OF PERSONAL APPEARANCE

I understand I have the absolute right to appear in person before the Court. After consulting with counsel, however, I choose to waive my right to appear in person for hearings before a Magistrate Judge, including my initial appearance and/or/arraignment and detention hearing, and I opt instead to appear via video conference.

Date: 04-29-2021

_____
Defendant's Signature

_____
Signature of Defendant's Attorney

Travis W. Story
_____
Printed Name of Defendant's Attorney

## RENUNCIA A COMPARECER EN PERSONA

Entiendo que tengo el derecho absoluto de presentarme en persona ante el tribunal. Sin embargo, despues de consultarlo con mi abogado he decidido renunciar a mi derecho de presentarme en persona a mis audiencias ante el Magistrado. Incluyendo mi comparecencia inicial y/o la comparecencia de presentacion de acusaciones, al igual que la audiencia de fianza. En lugar de ello he optado por presentarme por video conferencia.

Fecha: _____

_____
Firma del Acusado

_____
Firma del abogado defensor

_____
Nombre del abogado defensor