IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 5:21-CR-50014 |
| | ) | |
| JOSHUA DUGGAR, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Defendant Joshua Duggar, for his motion to admit counsel pro hac vice, states:

1. Justin K. Gelfand is a partner of the law firm of Margulis Gelfand, LLC, 7700 Bonhomme Avenue, Suite 750, Clayton, Missouri 63105.

2. Mr. Gelfand is a member in good standing of the Bar of Missouri and is admitted in good standing in the United States District Courts for the Eastern District of Missouri, Western District of Missouri, District of Kansas and Southern District of Illinois. **See Exhibit A**.

3. Mr. Gelfand states and affirms that he will comply with the Local Rules of the United States District Court for the Western District of Arkansas, and all procedures and requirements of this Court.

6. Mr. Gelfand requests admittance to appear and participate as counsel for Defendant Joshua Duggar.

7. In accordance with Local Rule 83.5(d), Joshua Duggar designates Travis W. Story of Story Law Firm, PLLC, a member in good standing of the Arkansas Bar and with this Court, as its local counsel. Mr. Story's Arkansas State Bar number is 2008274.

WHEREFORE, Defendant Joshua Duggar respectfully requests that his motion to admit counsel pro hac vice be granted and that Justin K. Gelfand be permitted to appear and participate as counsel for Joshua Duggar in this matter.

**Story Law Firm, PLLC**

*/s/ Travis W. Story*
Travis W. Story, #AR2008274
Greg F. Payne, #AR2017008
3608 Steele Blvd., #105
Fayetteville, AR 72703
Telephone: (479) 448-3700
Facsimile: (479) 443-3701
travis@storylawfirm.com

and

**Margulis Gelfand, LLC**

*/s/ Justin K. Gelfand*
JUSTIN K. GELFAND, #62265MO
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com