IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | CASE NO. 5:21-CR-50014-001 | |
| JOSHUA JAMES DUGGAR | | DEFENDANT |

### O R D E R

Now on this 30th day of April, 2021, comes on for consideration the **Motion to Appear Pro Hac Vice filed by Justin K. Gelfand (Doc. 11)**. Upon due consideration, the Motion is hereby **GRANTED**. Mr. Gelfand shall be permitted to practice in this Court for the limited purposes of this case.

Mr. Gelfand is directed to immediately register for Pro Hac Vice filer access through PACER and enter his appearance in this matter. Mr. Gelfand is further directed to immediately pay the requisite Pro Hac Vice fee following the unsealing of this case.

**IT IS SO ORDERED.**

/s/ *Erin L. Wiedemann*
HON. ERIN L. WIEDEMANN
UNITED STATES MAGISTRATE JUDGE