IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                                           PLAINTIFF

v.                                      No.5:21CR-50014-001

JOSHUA JAMES DUGGAR                                                                                DEFENDANT

**O R D E R**

The Defendant requested a detention hearing at the arraignment on an indictment conducted this date.   Accordingly, Defendant is considered detained and remanded to the custody of the United States Marshal Service pending outcome of detention hearing.

The detention hearing is scheduled for May 5, 2021, in Fayetteville.

SO ORDERED this 30th day of April, 2021.

/s/ Erin L. Wiedemann
HON. ERIN L. WIEDEMANN
UNITED STATES MAGISTRATE JUDGE