IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 5:21-CR-50014-001 |
| | ) | |
| JOSHUA JAMES DUGGAR | ) | |

ENTRY OF APPEARANCE

Comes now the United States of America, by and through its undersigned attorney, and hereby enters the appearance of William G. Clayman, Trial Attorney for the United States Department of Justice, Criminal Division, in the above-captioned case.

Dated this 4th day of May, 2021.

                                                  Respectfully submitted,

                                                  Steven J. Grocki, Chief
                                                  Child Exploitation and Obscenity Section

                        By:    */s/ William G. Clayman*
                                                  William G. Clayman
                                                  Trial Attorney
                                                  Child Exploitation and Obscenity Section
                                                  United States Department of Justice
                                                  D.C. Bar No. 1552464
                                                  1301 New York Avenue NW
                                                  Washington, D.C. 20005
                                                  Telephone: 202-514-5780
                                                  Email: william.clayman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing to all counsel of record.

By:   /s/ *William G. Clayman*
     William G. Clayman
     Trial Attorney
     Child Exploitation and Obscenity Section
     United States Department of Justice