IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

## MINUTES

| | |
|---|---|
| USA | JUDGE: Christy Comstock, U. S. Magistrate Judge |
| PLAINTIFF | |
| ATTY: Carly Marshall, Dustin Roberts | REPORTER: Roxana Guerrero, ECRO |
| & William G. Clayman | CLERK: Roxana Guerrero |
| Joshua James Duggar | CASE NO. 5:21-cr-50014-001 |
| DEFENDANT | |
| ATTY: Justin Gelfand, Gregory F. Payne | |
| & Travis Story | DATE: May 5, 2021 |

ACTION: Detention Hearing-Presumption

| TIME | MINUTES |
|---|---|
| 1:34 pm | CONVENE |
| | Opening remarks by the Court |
| | Consent to hold proceedings by video teleconferencing signed by Defendant on 4/29/2021. Defendant agrees to appear today by video teleconferencing. |
| 1:38 pm | Recess |
| 1:54 pm | Reconvene |
| | Rule requested by Government; granted by Court |
| | Testimony on behalf of Government |
| | Witness identified and sworn |
| | G1.) HSI SA Gerald Faulkner |
| | Government's Exhibit 1 identified and admitted in evidence |
| | Government's Exhibit 2 identified and admitted in evidence |
| | Government's Exhibit 3-defense objects-Court overrules admitted in evidence |
| | Government's Exhibit 4-defense objects-Court overrules admitted in evidence |
| | Testimony on behalf of Government continues |
| | Witness identified and sworn |
| | G2.) Diem Nguyen |
| 4:10 pm | Recess |
| 4:18 pm | Reconvene |
| | Continued testimony by Diem Nguyen |
| | Government rests |
| | Testimony on behalf of Defense begins |

CASE NO. 5:21-cr-50014-001  DATE: May 5, 2021

TIME | MINUTES
---|---

| TIME | MINUTES |
|---|---|
| | Witness identified and sworn |
| | D1.) Maria Reber |
| | Witness identified and sworn |
| | D2.) LaCount Reber |
| | Defendant rests |
| | Closing arguments by the Government |
| | Closing arguments by Defense |
| 5:30 pm | Recess |
| 5:42 pm | Reconvene |
| | Address by Court:details factors weighed in decision |
| | Court releases Defendant on bond with conditions as set out in Order setting Conditions of Release |
| 6:06 pm | ADJOURN |