| AO 432 (Rev. 2/84) | Administrative Office of the United States Courts | | | | |
|---|---|---|---|---|---|
| | **WITNESS AND EXHIBIT RECORD** | | | | |

| DATE | CASE NUMBER | OPERATOR | | PAGE NUMBER | |
|---|---|---|---|---|---|
| 5/5/2021 | 5:21-cr-50014-001 | Roxana Guerrero | | 1 | |

| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
|---|---|---|---|---|---|
| G1. HSI Special Agent Gerald Faulkner | X | X | X | X | X |
| G2. Diem Nguyen, US Probation Officer | X | X | X | X | |
| D1. Maria Reber | X | X | X | | X |
| D2. LaCount Reber | X | X | | | X |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| Gov. Exh. 1 | Main Office Toll Both | X | X |
| Gov. Exh. 2 | HP Computer w/Picture of Josh Duggar | X | X |
| Gov. Exh 3 | Forensic Examination Summary | X | X |
| Gov. Exh 4 | Forensic Examination Summary | | |