# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**V.**                                  **CASE NO. 5:21-CR-50014-001**

**JOSHUA JAMES DUGGAR**                                            **DEFENDANT**

## ORDER

Before the Court is Defendant Joshua James Duggar's Motion to Continue Trial filed June 17, 2021 (Doc. 26) and the Government's Response thereto filed June 21, 2021 (Doc. 27).

IT APPEARING to the Court after an *in camera* scheduling conference with counsel and a review of the pleadings, that a continuance is appropriate, it is ORDERED that the Motion be, and it is hereby, **GRANTED** to the extent that the case is reset for a JURY TRIAL to commence at the call of court during its trial term beginning on **NOVEMBER 30, 2021, at 9:00 a.m.** A pretrial conference shall be conducted on **NOVEMBER 18, 2021, at 9:00 a.m.**

***An Amended Pretrial Scheduling Order with revised deadlines will be entered separately.***

The Court grants this continuance based on its findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, because otherwise the defendant's counsel would be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The time between the trial date of July

6, 2021, and the reset trial term of November 30, 2021, which potentially extends through December 3, 2021, is excludable for speedy trial purposes.   *See* 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED** this ___29th___ day of June, 2021.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

2