**From:** "Marshall, Carly (USAARW)" <Carly.Marshall@usdoj.gov>
**Date:** June 2, 2021 at 1:31:10 PM PDT
**To:** Justin Gelfand <justin@margulisgelfand.com>, "Roberts, Dustin (USAARW) 12" <Dustin.Roberts@usdoj.gov>, "travis storylawfirm.com" <travis@storylawfirm.com>, "greg storylawfirm.com" <greg@storylawfirm.com>
**Cc:** "Clayman, William G (USAVAE)" <William.G.Clayman@usdoj.gov>
**Subject: RE: United States v. Duggar: Discovery Request**

Justin,

Thanks for sending. I will email the Court and see if they will need an Unopposed Motion for the Protective Order or if we can just submit the Order. Also we will be uploading a one page document via USAfx that is a screenshot of the reflecting that 2 other Arkansas law enforcement agencies likewise downloaded the same file as Detective Kalmer from Duggar's IP address on May 14, 2019.

Thanks,
Carly