

# U.S. Department of Justice

*David Clay Fowlkes*
*Acting United States Attorney*
*Western District of Arkansas*

---

Office of the United States Attorney
414 Parker Avenue                    (479) 783-5125
Fort Smith, Arkansas  72901    Fax: (479) 785-2442

June 2, 2021

Mr. Travis W. Story
Story Law Firm
Attorney at Law
3608 N. Steele Blvd., Suite 105
Fayetteville, Arkansas 72703

Mr. Gregory F. Payne
Story Law Firm
Attorney at Law
3608 N. Steele Blvd., Suite 105
Fayetteville, Arkansas 72703

Mr. Justin K. Gelfand
Margulis Gelfand
Attorney at Law
7700 Bonhomme Avenue, Suite 750
St. Louis, Missouri 63105

RE:     United States of America v. Joshua Duggar

Dear Mr. Story, Mr. Payne and Mr. Gelfand:

        Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, I am enclosing the following additional discovery materials Bates numbered 001:

- Law enforcement log for May 14, 2019 IP address 167.224.196.113

        **All discovery material is provided with the understanding that this material is the property of the United States, and that such material is furnished to counsel as an officer of the court.  They are not to be copied again or disseminated to the client or to anyone else. The client may review the material in the presence of counsel and review the same during hearing or trial, but in all respects said material shall remain with the defense attorney before, during, and after hearing or trial or post-trial matters.  *If these restrictions are not acceptable, please let me know so that matter can be addressed through the court.***

United States v. Joshua Duggar

June 2, 2021
Page | 2

If you have any questions, please contact me.

Sincerely,

David Clay Fowlkes
Acting United States Attorney

By:      /s/ Carly Marshall

Carly Marshall
Assistant U.S. Attorney