AO 93 (Rev. 11/13) Search and Seizure Warrant

**EXHIBIT 5**

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

NOV - 4 2019

DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fayetteville Division

| | |
|---|---|
| In the Matter of the Search of ) | |
| ) | Case No. 19 cm 115 |
| Premises located at ) | |
| 14969 Wildcat Creek Road ) | |
| Springdale, Arkansas 72762 ) | |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Western District of Arkansas *(identify the person or describe the property to be searched and give its location)*: **Any and all structures, outbuildings and vehicles to include motor homes, or recreational vehicles (RV) located on the property or arriving on the property and curtilage of Wholesale Motorcars at 14969 Wildcat Creek Road, Springdale, Arkansas 72762, more particularly described in "Attachment A."**

I find that the affidavit, or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
**SEE "Attachment B."**

YOU ARE COMMANDED to execute this warrant on or before    11/18/19
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Chief United States Magistrate Judge Erin L. Wiedemann.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of ____

Date and time issued:   11/4/19  3:56 P.M.    *Erin L. Wiedemann*
                                                *Judge's signature*

City and state:  Fayetteville, Arkansas          Erin L. Wiedemann, Chief United States Magistrate Judge
                                                  *Printed name and title*

Joshua Duggar Discovery Provided 3-17-2021 026

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |
|---|
| Court Case No.: _____ <br> Date and time warrant executed: _____ <br> Copy of warrant and inventory left with: _____ |
| Inventory made in the presence of : |
| Inventory of the property taken and name of any person(s) seized: |

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. <br><br> Date: _____ <br>                        _____ <br>                        *Executing officer's signature* <br><br>                        _____ <br>                        *Printed name and title* <br><br> **Subscribed, sworn to, and returned before me this date.** <br><br> _____             _____ <br> **Date**                                           **U.S. Judge or Magistrate** |

Joshua Duggar Discovery Provided 3-17-2021 027

## ATTACHMENT A
## DESCRIPTION OF PROPERTY TO BE SEARCHED

Any and all structures, outbuildings, vehicles to include motor homes or recreational vehicles (RV) located on the property or arriving on the property and curtilage of Wholesale Motorcars located at 14969 Wildcat Creek Road, Springdale, Arkansas 72762 (alternative address listed of 14871 Wildcat Creek Road, Springdale, Arkansas 72762) the (SUBJECT PREMISES), more particularly described as a used car dealership located on an unpaved parking lot with two adjacent structures serving as business offices. One structure is gray with white trim and a gray-shingled roof. The second structure has multiple signs, which display "WHOLESALE MOTORCARS, 479-879-1605" and "CARLOT OFFICE". The business is located approximately 700 feet northwest from the intersection of Wildcat Creek Road and U.S. Highway 412.



Joshua Duggar Discovery Provided 3-17-2021 028



Joshua Duggar Discovery Provided 3-17-2021 029

## ATTACHMENT B
## ITEMS TO BE SEARCHED FOR AND SEIZED

    a.  Images of child pornography, including any and all digital images stored on devices capable of such, and files containing images of child pornography in any form wherever it may be stored or found including, but not limited to:

        i.  any and all computer hardware and software capable of storing, accessing, sending or receiving digital information, computer system, computer tablet, smart phones, micro SD cards, and related peripherals, or any other device capable of accessing the internet and/or storing digital data; tapes, cassettes, cartridges, streaming tape, commercial software and hardware, internal or external storage devices, computer disks, disk drives, monitors, computer printers, modems, tape drives, disk application programs, data disks, system disk operating systems, magnetic media floppy disks, hardware and software operating manuals, tape systems and hard drive and other computer related operation equipment, digital cameras, scanners, computer photographs, Graphic Interchange formats and/or photographs, undeveloped photographic film, slides, and other visual depictions of such Graphic Interchange formats (including, but not limited to, JPG, GIF, TIF, AVI, and MPEG), and any electronic data storage devices including, but not limited to cellular telephones, hardware, software, diskettes, backup tapes, CD-ROMS, DVD, Blue Ray players, Flash memory devices, and other storage mediums; any input/output peripheral devices, including but not limited to passwords, data security devices and related documentation, and any hardware/software manuals related to or used to: visually depict child pornography; contain information pertaining to the interest in child pornography; and/or distribute, receive, or possess child pornography, or information pertaining to an interest in child pornography, or information pertaining to an interest in child pornography;

        ii.  any and all applications (apps) contained on any electronic device, books and magazines, digital or otherwise, containing visual depictions of minors engaged in sexually explicit conduct or involving the physical description of sexual activity involving minors

        iii.  originals, copies, and negatives of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256; and

        iv.  motion pictures, films, videos, film negatives, digital or print copies, and other recordings of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

    b.  information or correspondence pertaining to the possession, receipt or distribution of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256, that were transmitted or received using computer or any internet capable device, or any other

facility or means of interstate or foreign commerce, common carrier, or the U.S. mail including, but not limited to:

    i.    envelopes, letters, electronic mail, chat logs, and electronic messages, establishing possession, access to, or transmission through interstate or foreign commerce, including by United States mail or by computer, of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256; and

    ii.    books, records, and any other written or digital information bearing on the production, reproduction, receipt, shipment, orders, requests, trades, purchases, or transactions of any kind involving the transmission through interstate or foreign commerce including by United States mail or by computer of any visual depiction of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

c.    Any and all credit card information including but not limited to bills and payment records for subscription to internet or non internet based companies allowing access to images of minors engaging in sexually explicit activities, or reflecting the purchase of or access to any material related to child pornography ;

d.    Any and all correspondence pertaining to the possession, receipt or distribution of visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256 whether transmitted or received using computer, a facility or means of interstate commerce, common carrier, or mail.

e.    Any and all computer-related documentation to include written, recorded, printed, or electronically stored material which explains or illustrates how to configure or use computer hardware, software, or other related items. In addition to passwords, to include alphanumeric strings, pass-phrases, password files, and similar decryption codes necessary to access data that is encrypted or otherwise inaccessible.

f.    Any and all security devices, to include physical keys, encryption devices, "dongles", and similar physical items needed to gain access to associated computer hardware. In addition, peripherals, equipment that send data to, or receive data from, computer hardware, but do not normally store user data, such as keyboards, mice, printers, scanners, plotters, video display monitors, modems, cables, and certain types of facsimile machines.

g.    Any and all address books, names, and lists of names and addresses of minors visually depicted while engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256.

h.    Any and all diaries, notebooks, notes and any other electronic records reflecting personal contact and any other activities with minors visually depicted while engaged in sexually explicit conduct, as defined in Title 18, United States Code, and Section 2256.

k.    In searching the data, the computer personnel may copy all of the data contained in the computer equipment and storage devices. In doing so, the search is authorized to allow the

Joshua Duggar Discovery Provided 3-17-2021 031

computer personnel to recover and examine: all images contained upon any seized device wherever they may be found, a search of unallocated spaces for images related to child pornography, a search to identify Peer-to-Peer programs, a search of terms related to child pornography, and any other search and examination that would reveal the existence of child pornography on the seized item including deleted, hidden, accessing applications (apps), and/or encrypted data. Emails, data files, and any other electronic information related to the ownership of the seized electronic media may be copied, imaged and examined during purposes of conducting the forensic examination.