IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA         )
                                 )
v.                               )        Criminal No.  5:21CR50014-001
                                 )
JOSHUA JAMES DUGGAR              )


**UNITED STATES' UNOPPOSED MOTION FOR
AN EXTENSION OF TIME TO FILE RESPONSIVE BRIEFS**

Comes now the United States of America, by and through Carly Marshall, Assistant United States Attorney for the Western District of Arkansas, and for its Motion for an Extension of Time to File Responsive Briefs, states as follows:

1.      On August 20, 2021, the defendant caused to be filed five (5) separate motions, namely Defendant's Motion to Suppress Statements and Request for Evidentiary Hearing (Doc. 36); Defendant's Motion to Suppress Evidence and Request for *Franks* Hearing (Doc. 37); Defendant's Motion to Suppress Photographs of Duggar's Hands and Feet While in Custody (Doc. 38); Defendant's Motion to Dismiss Indictment for Violation of the Appointment Clause (Doc. 39); and Defendant's Motion to Dismiss for Government's Failure to Preserve Potentially Exculpatory Evidence (Doc. 40).

2.      Per the Amended Pretrial Scheduling Order (Doc 29), responsive briefs to the above listed motions are due fourteen (14) days after the motions were filed to the docket, which currently corresponds to September 3, 2021. In order for the Government to fully and completely address all issues raised by the defendant in his motions therein, the Government respectfully requests a seven (7) day extension of the responsive filing deadline. If granted, the new deadline

for the Government to file responsive briefs to the defendant's five (5) respective motions would be September 10, 2021.

3.      In anticipation of this motion, the Government has conferred with defense counsel, who have no objection to the Government's request for a seven (7) day extension.

        WHEREFORE, for the foregoing reasons, the United States prays this Court grant an extension of seven (7) days to file its responsive briefs to the above listed motions.

                        Respectfully submitted,

                        David Clay Fowlkes
                        Acting United States Attorney

                By:     /s/ Carly Marshall
                        Carly Marshall
                        Assistant U.S. Attorney
                        Arkansas Bar No. 2012173
                        414 Parker Avenue
                        Fort Smith, AR 72901
                        Telephone: (479) 783-5125
                        E-Mail Carly.Marshall@usdoj.gov

## CERTIFICATE OF SERVICE

        I, Carly Marshall, hereby certify that on September 1, 2021, electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

                Justin Gelfand, attorney for the Defendant
                Travis Story, attorney for the Defendant
                Greg Payne, attorney for the Defendant

                        /s/ Carly Marshall
                        Carly Marshall
                        Assistant U.S. Attorney

2