**From:** Roberts, Dustin (USAARW) 12
**To:** travis storylawfirm.com <travis@storylawfirm.com>; Justin Gelfand <justin@margulisgelfand.com>; greg storylawfirm.com <greg@storylawfirm.com>
**Cc:** Clayman, William (CRM) <William.Clayman@CRM.USDOJ.GOV>; Marshall, Carly (USAARW) <cmarshall@usa.doj.gov>
**Subject:** RE: Joshua Duggar documents

All,

To recap our meeting today at Homeland Security regarding the proposed Receipt of Child Pornography plea offer, the government provided defense counsel an oral review of the discovery material that has been provided via USAFX, the Government displayed the Marissa images and the video of child pornography downloaded by law enforcement to defense counsel, the government offered a review of all the child pornography images discovered during the forensic process, but that offer was declined. During the meeting, defense counsel inquired about the law enforcement agency that did the initial child pornography downloads, and the attorney for the government stated it was a Little Rock police department officer. There was also inquiry from the defense about the procedure the case will follow if there is not a plea to an information, and the government indicated it would follow the normal course of any child pornography case. The defense likewise inquired about the applicable sentencing guidelines, and the government's attorney stated that the defendant would hit all enhancements, which would likely result in guideline recommended sentence of around 10yrs. However, there was no oral agreement as to sentence, or promises regarding the accuracy of the guideline estimate provided.

Also, during the meeting there was a request for the Little Rock officers download logs. The government has provided such via USAFX. There was also a request to identify the specific law enforcement program used to download the images. The government does not have that information at this time. Lastly, there was a request that the government provide the number of images from the Marissa file that were not downloaded. The government does not have further responsive information beyond what is identified in the download logs.

If any of the above summary is in error, please advise.

Dustin Roberts

> On Mar 19, 2021, at 10:31 AM, travis storylawfirm.com <travis@storylawfirm.com> wrote:
>
> Dustin,
>
> We are outside the black hills location. Do I have the wrong address?
>
> Give me a call.
>
> Get Outlook for iOS
>
> ---
> **From:** Justin Gelfand <justin@margulisgelfand.com>
> **Sent:** Thursday, March 18, 2021 3:24:23 PM

GOVERNMENT EXHIBIT 3

**To:** Roberts, Dustin (USAARW) 12 <Dustin.Roberts@usdoj.gov>
**Cc:** travis storylawfirm.com <travis@storylawfirm.com>; Clayman, William G (USAVAE) <William.G.Clayman@usdoj.gov>; greg storylawfirm.com <greg@storylawfirm.com>; Marshall, Carly (USAARW) <Carly.Marshall@usdoj.gov>
**Subject:** Re: Joshua Duggar documents

Thanks, Dustin. I'll look forward to seeing you tomorrow.

Justin

Justin K. Gelfand
Partner
Margulis Gelfand

7700 Bonhomme Avenue
Suite 750
St. Louis, MO 63105
P: 314.390.0230
F: 314.485.2264
margulisgelfand.com

> On Mar 18, 2021, at 2:57 PM, Roberts, Dustin (USAARW) 12 <Dustin.Roberts@usdoj.gov> wrote:
>
> Also, HSI agents reminded me that all cell phones, recording devices, and/or cameras are not permitted inside the facility. Just a heads-up, most people would rather leave their cell phone in their vehicles.
>
> Dustin
>
> **From:** Roberts, Dustin (USAARW) 12
> **Sent:** Thursday, March 18, 2021 11:09 AM
> **To:** travis storylawfirm.com <travis@storylawfirm.com>
> **Cc:** Clayman, William G (USAVAE) <WClayman@usa.doj.gov>; greg storylawfirm.com <greg@storylawfirm.com>; Marshall, Carly (USAARW) <cmarshall@usa.doj.gov>; Justin Gelfand <justin@margulisgelfand.com>
> **Subject:** RE: Joshua Duggar documents
>
> Gentlemen, just a reminder, federal facilities require a face mask to be worn at all time. See you tomorrow.
>
> Dustin Roberts
>
> **From:** travis storylawfirm.com <travis@storylawfirm.com>
> **Sent:** Wednesday, March 17, 2021 3:43 PM
> **To:** Roberts, Dustin (USAARW) 12 <DRoberts12@usa.doj.gov>
> **Cc:** Clayman, William G (USAVAE) <WClayman@usa.doj.gov>; greg storylawfirm.com <greg@storylawfirm.com>; Marshall, Carly (USAARW) <cmarshall@usa.doj.gov>; Justin Gelfand <justin@margulisgelfand.com>
> **Subject:** Re: Joshua Duggar documents

Dustin,

Attending Friday will be the following attorneys representing Mr. Duggar:
Justin Gelfand;
Greg Payne; and
Travis Story

If you need any more info please let me know.

Sincerely,


Travis Story


------------------------------------------------------------------------------------
Travis W. Story, Esq.
Attorney at Law
Story Law Firm, PLLC.
3608 Steele Blvd. Suite 105, Fayetteville, AR 72703
www.storylawfirm.com <http://www.storylawfirm.com/>
Email: travis@storylawfirm.com
Phone: 479.443.3700 Fax: 833.245.0107
------------------------------------------------------------------------------------
                    Confidentiality Notice:
------------------------------------------------------------------------------------
The information in this message, along with any attachments, may contain information which is confidential, proprietary, work product and/or protected by attorney client privilege, or may otherwise be legally privileged, proprietary in nature, or protected by law from disclosure.  Any dissemination to anyone other than the intended recipient, or other use of this message and its contents, is prohibited.  If you are not the intended recipient, you are hereby notified that reading, copying, or distributing this message in any way is strictly prohibited.  If you have received this message in error, please contact the sender immediately for additional instructions, and also take the appropriate steps to delete the message completely from your computer system.
------------------------------------------------------------------------------------
                    IRS Circular 230 Notice:
------------------------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, we inform you that, unless specifically indicated otherwise, any tax advice contained in this communication (including any attachment) was not intended or written to be used, and cannot be used, for the purpose of (I) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.
---------------------------------------------------------------------------ct1002

**From:** "Roberts, Dustin (USAARW) 12" <Dustin.Roberts@usdoj.gov>
**Date:** Wednesday, March 17, 2021 at 3:21 PM
**To:** "travis storylawfirm.com" <travis@storylawfirm.com>
**Cc:** "Clayman, William G (USAVAE)" <William.G.Clayman@usdoj.gov>, "greg storylawfirm.com" <greg@storylawfirm.com>, "Marshall, Carly (USAARW)" <Carly.Marshall@usdoj.gov>, Justin Gelfand <justin@margulisgelfand.com>
**Subject:** RE: Joshua Duggar documents

Travis,

1030AM Friday works for the meeting at HSI in Fayetteville. Also adding Mr. Gelfand to the USAFX discovery list shouldn't be a problem, but it could be later today before it happens.

To clear everything with HSI, I need a list of all lawyers/assistants who will be attending the meeting in person. Let me know.

Dustin


**From:** travis storylawfirm.com <travis@storylawfirm.com>
**Sent:** Wednesday, March 17, 2021 3:03 PM
**To:** Roberts, Dustin (USAARW) 12 <DRoberts12@usa.doj.gov>
**Cc:** Clayman, William G (USAVAE) <WClayman@usa.doj.gov>; greg storylawfirm.com <greg@storylawfirm.com>; Marshall, Carly (USAARW) <cmarshall@usa.doj.gov>; Justin Gelfand <justin@margulisgelfand.com>
**Subject:** Re: Joshua Duggar documents

Dustin,

Two things:
1. Mr. Duggar has retained additional counsel. Mr. Justin Gelfand, who I have copied on this email, will be entering on this case as well. If you could associate this case with Mr. Gelfand on his USAFX account that would be great.
2. Can we make Friday and 10:00 or 10:30 work to visit homeland on Millsap? I know we were talking about this time, just want to confirm that it will work for you. Mr. Gelfand has agreed to make himself available also to meet my scheduling limitations, but that way we can review everything and have time to discuss this with Mr. Duggar to make a decision.

      Thanks for your help.

      Sincerely,

      Travis Story

---
Travis W. Story, Esq.
Attorney at Law
Story Law Firm, PLLC.
3608 Steele Blvd. Suite 105, Fayetteville, AR 72703
www.storylawfirm.com <http://www.storylawfirm.com/>
Email: travis@storylawfirm.com
Phone: 479.443.3700 Fax: 833.245.0107

---

Confidentiality Notice:

---

The information in this message, along with any attachments, may contain information which is confidential, proprietary, work product and/or protected by attorney client privilege, or may otherwise be legally privileged, proprietary in nature, or protected by law from disclosure.  Any dissemination to anyone other than the intended recipient, or other use of this message and its contents, is prohibited.  If you are not the intended recipient, you are hereby notified that reading, copying, or distributing this message in any way is strictly prohibited.  If you have received this message in error, please contact the sender immediately for additional instructions, and also take the appropriate steps to delete the message completely from your computer system.

---

IRS Circular 230 Notice:

---

To ensure compliance with requirements imposed by the IRS, we inform you that, unless specifically indicated otherwise, any tax advice contained in this communication (including any attachment) was not intended or written to be used, and cannot be used, for the purpose of (I) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

-----------------------------------------------------------------------------ct1002

**From:** "Roberts, Dustin (USAARW) 12" <Dustin.Roberts@usdoj.gov>
**Date:** Monday, March 15, 2021 at 1:50 PM
**To:** "travis storylawfirm.com" <travis@storylawfirm.com>
**Cc:** "Clayman, William G (USAVAE)" <William.G.Clayman@usdoj.gov>, "greg storylawfirm.com" <greg@storylawfirm.com>, "Marshall, Carly (USAARW)" <Carly.Marshall@usdoj.gov>
**Subject:** Re: Joshua Duggar documents

Travis, sorry you are feeling bad, but would later this week work for a review?

As far as the grand jury date, that is set minus a signed plea agreement.

Dustin

On Mar 15, 2021, at 1:39 PM, travis storylawfirm.com <travis@storylawfirm.com> wrote:

I just sent you an email repaying to the one on Friday regarding this one.

Let me know if you have any questions.

Sincerely,

Travis Story

---

Travis W. Story, Esq.
Attorney at Law
Story Law Firm, PLLC.
3608 Steele Blvd. Suite 105, Fayetteville, AR 72703
www.storylawfirm.com <http://www.storylawfirm.com/>
Email: travis@storylawfirm.com
Phone: 479.443.3700 Fax: 833.245.0107

---
                Confidentiality Notice:

---

The information in this message, along with any attachments, may contain information which is confidential, proprietary, work product and/or protected by attorney client privilege, or may otherwise be legally privileged, proprietary in nature, or protected by law from disclosure.  Any dissemination to anyone other than the intended recipient, or other use of this message and its contents, is prohibited.  If you are not the intended recipient, you are hereby notified that reading, copying, or distributing this message in any way is strictly prohibited.  If you have received this message in error, please contact the sender immediately for additional instructions, and also take the appropriate steps to delete the message completely from your computer system.

---
                IRS Circular 230 Notice:

---

To ensure compliance with requirements imposed by the IRS, we inform you that, unless specifically indicated otherwise, any tax advice contained in this communication (including any attachment) was not intended or written to be used, and cannot be used, for the purpose of (I) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

---------------------------------------------------------------------------ct1002

**From:** "Roberts, Dustin (USAARW) 12" <Dustin.Roberts@usdoj.gov>
**Date:** Monday, March 15, 2021 at 1:31 PM
**To:** "travis storylawfirm.com" <travis@storylawfirm.com>
**Cc:** "Clayman, William G (USAVAE)" <William.G.Clayman@usdoj.gov>, "greg storylawfirm.com" <greg@storylawfirm.com>, "Marshall, Carly (USAARW)" <Carly.Marshall@usdoj.gov>
**Subject:** RE: Joshua Duggar documents

Travis, just checking back--Homeland Security will have to make arrangements if you are interested in viewing the forensics tomorrow morning at 930AM.

Just let me know,
Dustin

**From:** travis storylawfirm.com <travis@storylawfirm.com>
**Sent:** Friday, March 12, 2021 3:57 PM
**To:** Roberts, Dustin (USAARW) 12 <DRoberts12@usa.doj.gov>
**Cc:** Clayman, William G (USAVAE) <WClayman@usa.doj.gov>; greg storylawfirm.com <greg@storylawfirm.com>; Marshall, Carly (USAARW) <cmarshall@usa.doj.gov>
**Subject:** Re: Joshua Duggar documents

Thanks Dustin,

I will get back with you shortly.

Travis

Get Outlook for iOS

**From:** Roberts, Dustin (USAARW) 12 <Dustin.Roberts@usdoj.gov>
**Sent:** Friday, March 12, 2021 3:54:28 PM
**To:** travis storylawfirm.com <travis@storylawfirm.com>
**Cc:** Clayman, William G (USAVAE) <William.G.Clayman@usdoj.gov>; greg storylawfirm.com <greg@storylawfirm.com>; Marshall, Carly (USAARW) <Carly.Marshall@usdoj.gov>
**Subject:** RE: Joshua Duggar documents

Travis,

The plea agreement contains a statement of facts, which should be a good summary reference when you are reviewing the discovery material. Significantly, Duggar's cellular phone-including text messages he sent and pictures he took-places him at the car lot on the dates/times the child pornography images were downloaded and distributed. There are several reports (ROIs) that sets out the forensic

7

evidence that establishes his physical whereabouts, particularly ROI #12 which focuses on May 15.

Carly suggested 10AM Tuesday to meet at HSI in Fayetteville–930AM actually works a little better, if that is doable on your end. Please let us know.

Dustin

---

**From:** Marshall, Carly (USAARW) <cmarshall@usa.doj.gov>
**Sent:** Friday, March 12, 2021 3:26 PM
**To:** 'travis@storylawfirm.com' <travis@storylawfirm.com>
**Cc:** Roberts, Dustin (USAARW) 12 <DRoberts12@usa.doj.gov>; Clayman, William G (USAVAE) <WClayman@usa.doj.gov>; Salazar, Mandy (USAARW) <MSalazar1@usa.doj.gov>
**Subject:** Joshua Duggar documents

Travis,
Attached are the Government's proposed documents including the Information, Calendar, Plea Agreement, and Waiver of Indictment. Please let us know if you have any questions.

Also today we will be uploading a couple of additional documents to USAfx including the picture referenced in the plea agreement.

Sincerely,

Carly Marshall

Carly Marshall
Assistant United States Attorney
Western District of Arkansas
414 Parker Avenue
Fort Smith, AR 72901
(479)494-4069