AFFIDAVIT OF AMBER KALMER

1. I am a Detective with the Little Rock Police Department (LRPD) and have been employed as a law enforcement officer with LRPD for 12 years.
2. I am currently assigned to Vice Detail, and as such I primarily investigate offenses involving sexual crimes, including the distribution and possession of child pornography over the internet.
3. I have obtained training and am certified in the Torrential Downpour investigative program designed to allow law enforcement to detect the exchange of known images of child sexual abuse material (CSAM) over the BitTorrent network.
4. In May of 2019, while utilizing the Torrential Downpour program, I detected a user connected to the network from IP address 167.224.196.113 sharing known images of CSAM over the network. Consequently, I utilized the Torrential Downpour program to make a direct connection to the offending IP address, and downloaded two (2) files containing CSAM. Specifically, on May 14, 2019, I downloaded from the offending IP address a video file entitled "mov_0216.mp4" and, separately, on May 15, 2019, I downloaded a file entitled "Marrissa.zip." After downloading such, I viewed the images to verify they depict child pornography and noted the offending IP address geolocated to Northwest Arkansas.
5. After downloading the two (2) respective files, I contacted Homeland Security Special Agent Gerald Faulkner and he agreed to pursue the lead on the offending IP address.
6. I subsequently contacted the Arkansas Internet Crimes Against Children (ICAC) Administrator, Lenore Paladino, to advise that I uploaded the two (2) respective files to the ICAC Data System (IDS) and requested she allow SA Faulkner access to them.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

*[signature]* AUGUST 31, 2021

Detective Amber Kalmer

Little Rock Police Department

GOVERNMENT EXHIBIT 4