AFFIDAVIT OF LENORE PALADINO

1. I am the Senior Intelligence Analyst with the Arkansas Internet Crimes Against Children Taskforce and oversee the ICAC Data System (IDS). I have held this or similar positions with the Arkansas ICAC for 11 years.

2. The ICAC Data System (IDS) is a secure system maintained by the national ICAC Task Force that allows law enforcement in Arkansas and across the United States to log downloaded files and information obtained during online child exploitation investigations. Among its specific features, IDS allows officers to upload an image or video resulting from online peer to peer based child sexual exploitation investigations onto the system, document corresponding information such as IP address and the peer to peer program involved, and maintains said files and information until removed from the system. As the administrator of the IDS system, I have the ability to grant access to or share uploaded information with other law enforcement officers throughout Arkansas who have access to the IDS system.

3. In approximately late May of 2019, Detective Amber Kalmer of the Little Rock Police Department contacted me stating that she had uploaded two (2) files containing child sexual abuse material to the IDS system, and indicated that Special Agent Gerald Faulkner in Northwest Arkansas was going to work the case. As such, in my capacity as the IDS Administrator, I granted SA Faulkner access to the files uploaded by Detective Kalmer.

4. To date, the two (2) respective files uploaded by Det. Kalmer, of which I provided SA Faulkner access to, remain on the IDS system. At the request of the US Attorney's office, I reviewed one of the respective files uploaded by Detective Kalmer, namely a file entitled "marissa.zip." In so doing I utilized a common and commercially available "Zip file" reading software. Based on my review, I can verify that said file contains multiple viewable images of a prepubescent female engaging in sexually explicit conduct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

_Lenore Paladino_  8/31/21

Lenore Paladino

ARICAC Senior Intelligence Analyst

Arkansas Regional Internet Crimes Against Children Task Force

GOVERNMENT EXHIBIT

5