## AFFIDAVIT OF ROBERT ERDELY

1. I have over 28 total years of experience in law enforcement.  For over 20 years I specialized in computer crime, and for over 12 years, and at the present time, I provide instruction to law enforcement officers on the skills necessary to conduct online investigations and computer forensic examinations, including investigations involving peer-to-peer file sharing networks, including BitTorrent.  My CV (Attachment 1) is submitted along with this affidavit.

2. I am familiar with the issues relating to the Motion to Suppress filed in this case of *United States v. Joshua James Duggar*, Case No. 5:21-CR-50014-001. I have been asked to supply the present information contained in my affidavit regarding the workings of the BitTorrent file sharing network, the Torrential Downpour suite of software, and the claims advanced by Michelle Bush of Loehrs Forensics regarding the downloaded "marissa.zip" file.

3. I am currently a Detective with the Computer Crime Unit of the Indiana County Pennsylvania's Detective Bureau.  I was previously employed as the supervisor for the Pennsylvania State Police Computer Crime Unit until I retired in 2012.  Both Computer Crime Units are responsible for investigations of crimes which occur on the Internet including the distribution of child exploitation material through peer-to-peer networks (P2P networks).

4. I created the ICAC law enforcement database and system now known as ICAC Cops.  My initial development started in 2007 where I began recording search results of a file sharing network.  I later became involved with the development of file sharing investigative tools with the University of Massachusetts, Amherst (UMass).  Since then, this investigative system has grown to include several different file sharing networks, one of which is the BitTorrent file sharing network.  Although any file sharing network, including BitTorrent, allows its users to share any type of music, video, text, or image file, my work and the work of ICAC Cops concentrates of files of child exploitative materials.  ICAC Cops contains the search results of law enforcement officers who are trained to use it, and acts as a case coordination and case tracking tool.  ICAC Cops includes critical details of active investigative data like the Internet Protocol (IP) address(es) and physical addresses of the officers, as well as the IP address(es) and physical addresses of users being investigated for distributing and receiving child exploitative material.   Currently, I am the administrator of the ICAC Cops system as well as the database administrator.  In these roles I am responsible for the system's computer hardware and software, to include the database which houses the data on ICAC Cops.

5. Brian Lynn, a Senior Programmer at UMass, and I worked together to develop two software programs that officers use to conduct investigations on the BitTorrent file sharing network. The two software programs are called Torrential Downpour and Torrential Downpour Receptor.  Torrential Downpour Receptor queries publicly available BitTorrent network indices and shares the search results with the ICAC Cops database; however, it also has the option to store those search results locally to a log file / Excel spreadsheet.  ICAC Cops is a system that officers use to identify potential distributors, receivers, and possessors of child exploitative material, including child pornography per federal law, accomplished over the BitTorrent P2P sharing network.  I am intimately familiar with the creation of this system, the use of the system, and the technical specifications and capabilities of the system.  I conduct

GOVERNMENT
EXHIBIT

**6**

trainings for law enforcement officers on how to utilize the ICAC law enforcement system.  I am familiar with the fact that the current case involved the BitTorrent P2P sharing network.

6.  In laypersons' terms, the ICAC law enforcement system identifies potential sharers of child exploitation material in essentially the same way that any other individual P2P user seeking to share child pornography identifies a potential source of that child exploitation material.

7.  To receive or distribute child pornography over the BitTorrent P2P network, a user must first download a client software that will access and interact with the BitTorrent network, such as uTorrent which was involved in this case.  A user must then obtain a ".torrent file."  This is commonly done from performing a usual website search, or by receiving information about a .torrent file from another source (such as another person providing through a posting on a social media platform, or email).   A .torrent file does not contain any actual files (in this case, an actual child exploitative file); rather, the .torrent file only contains information about the file(s) within the .torrent file, such as the name, size, folder structure, and cryptographic "hash value" (Sha-1) for the data of the file(s) being shared within the .torrent file.  The .torrent file also contains information about where the user's client software can learn how to obtain the file or files itself.

8.  Hash values are an alpha/numerical identifier for a given file, and certain hash values can identify a given file as child pornography.  The Secure Hash Algorithm (SHA-1) was developed by the National Institute of Standards and Technology (NIST), along with the National Security Agency (NSA).  The BitTorrent file sharing network uses this hashing algorithm to identify the files being shared on this network.  The odds of the Sha-1 hashing failing (i.e. – having a known file and its corresponding SHA-1 has value, to find a different file producing the same Sha-1 hash) is $2^{160}$, or 1 in 1,461,501,637,330,900,000,000,000,000,000,000,000,000,000,000.  In practical terms, therefore, every text, music, video, or image file is considered unique and can be verified through this SHA-1 value.

9.  After locating the .torrent file, which are the instructions for the client software accessing the BitTorrent network to download the file(s) described, the .torrent file needs to be loaded into the user's client software program to start the downloading process.  Once loaded, the first step in the downloading process is that the user's client software program will reach out to BitTorrent network indices, which will provide a list of IP addresses that are associated with the same .torrent file.  These BitTorrent indices are essentially matchmakers.  More specifically, indices are computers or servers that identify and match the users on the BitTorrent network who are looking for or actively sharing the same file(s) described by the .torrent file.   Those matches are called "download candidates."   The BitTorrent indices typically match multiple download candidates with each other.  The client software program can then connect to one or many download candidates and request to download the pieces of the files needed.  That process is often referred to as "swarming."  Both the sharing computer and the downloading computer must have the same .torrent file (identified through a unique identifier called an "infohash").  If both the sharing computer and downloading computer do not have the same .torrent file, confirmed by the infohash between the computers, downloading

2

a file or files is impossible.  This information can also be confirmed by reading the documented BitTorrent protocol.

10. After a BitTorrent user (called User 1 in this explanation) loads a .torrent file into his/her client software program, the client software program will initiate contact with BitTorrent network indices to locate download candidates.  User 1, through the use of his/her computer connected through the internet to the BitTorrent network and client software, provides the BitTorrent index with certain information, including User 1's computer's IP address and the infohash, *i.e.* the unique identifier of the .torrent file.  The .torrent file contains the instructions on how to download the file(s) that User 1 seeks to download and/or share. The infohash is calculated using the Sha-1 algorithm, *i.e.* a very reliable way to uniquely identify every collection of file(s) being shared on the BitTorrent P2P network.  At this point of User 1 loading the .torrent file into his/her client software, User 1's computer, which queried the index for the particular .torrent file(s), will now have an association with the particular .torrent file(s).  Now, other BitTorrent users who query this index could receive information that User 1 is associated with this particular .torrent file.  When law enforcement officers search the BitTorrent network, officers receive the same search results from the indices* that other users' client software programs receive.

> \* It is important to note that these search results do not come from the sharing client, but instead, an index or indices which is a third party.  The BitTorrent indices are available to be searched by the entire BitTorrent community of users.  The individual programs used to download material on this network receive these search results from these third party indices and do not have control over the data they receive.  The BitTorrent index and/or indices is not real time, instead the index and/or indices provide the computers' IP addresses which have shown an association with the same .torrent file recently.  Since the index and/or indices do not track this association in real time, it is common to receive search results from the index even after a computer user has shut down the BitTorrent program, or the computer running the BitTorrent program was shut down, or the content is no longer being shared (*i.e.* the sharing had been stopped in the BitTorrent Program, the associated files had been moved, or the files had been deleted). In these cases, although a connection may be attempted the downloads would not be successful because the data is not being shared.

11. Any BitTorrent user, through the use of his/her client software on the BitTorrent network, voluntarily contacts the BitTorrent index and voluntarily provides the BitTorrent index with his/her IP address and the infohash of the data that he/she is seeking to download or share.  In fact, a user shares that information with the BitTorrent index for the very purpose of the index to share that information with other potential peers who possess, or are seeking the same file. In this way, efficient file-sharing, *i.e.* the goal of the user, is accomplished.

12. There are a few differences between the ICAC law enforcement system's use of the BitTorrent P2P system and a usual "peer's" use of the P2P system.  One difference is that an ordinary user must obtain a .torrent file before s/he can seek a given file from another peer through a BitTorrent network.  The ICAC law enforcement system, however, maintains only those

.torrent files and hash values of investigative interest relating to child exploitative material so that the ICAC officers do not have to search outside websites.  These .torrent files relate to child exploitation and can include child pornography, other nude and partially nude images of children (sometimes called child erotica), child abuse stories, child abuse guides, and obscene material.  This investigative system is used both nationally and internationally.  Since there are various state, federal, and international laws regarding child exploitation material, it is the duty of the officer to view the material shared and/or attempted to be shared to confirm it meets the statutory        definition        of        the        offense        s/he        is        investigating.

13. A second difference relates to the actual P2P download.  Law enforcement uses the Torrential Downpour software to engage in a single-source download from a solitary download candidate.  This is an example of law enforcement being more restrictive than the original design of BitTorrent which can download from many sharing computers to speed up the download times.  Torrential Downpour was not built on any existing software but instead was created for law enforcement through a partnership with UMass.  Files being downloaded from a single IP address (single source download) is not unique to the law enforcement software, downloads from a single source can and do happen on the BitTorrent P2P network with other BitTorrent software such as uTorrent, Vuze, and Transmission regularly.  A prime example of when single source downloading occurs is the time when only a single user has a .torrent file which had to occur at one time for every .torrent file on the network.

14. A third difference is that the Torrential Downpour software does not share any of the content downloaded during an investigation.  Although the BitTorrent network incentivizes the sharing of data back to other peers on the network, law enforcement does not and cannot share illegal files in the course of an investigation.  As a result of Torrential Downpour never sharing data to other peers, the download process is often slowed during investigations.

15. Prior to expressing my opinion herein, I reviewed the defense's "Motion To Suppress Evidence and Request for a Franks Hearing," along with the Affidavit of Michele Bush of Loehrs Forensics.

16. With respect to Ms. Bush's affidavit, initially I note that on page 5 she states:

> The Torrential Downpour software is used exclusively by law enforcement and is not available to the public. It is my understanding this software was developed based on the open-source publicly available versions of BitTorrent software to locate and download torrents but has been altered to work differently than publicly available BitTorrent software in at least four ways: 1) it identifies suspects based on a predefined database of torrents previously identified by law enforcement as being of investigative interest, 2) it restricts downloads to a solitary candidate or IP address, known as a "single-source download", 3) it does not share files to prevent further distribution, and 4) it automatically generates detailed logs of network activity between the software and the suspect. I do not have personal knowledge of any other modifications that have been made to the software or how these known modifications may affect the overall functionality of the software.

**RESPONSE**:  Torrential Downpour was not created based on an open-source publicly available version of BitTorrent. Instead, Torrential Downpour was written completely for law enforcement and DID NOT modify existing software.

17. On page 6 of her affidavit, Ms. Bush states:

> In other cases across the county, concerns have been raised regarding the accuracy and reliability of information reported by Torrential Downpour and, as a result, I have had the opportunity to conduct limited testing on two versions of Torrential Downpour, 1.33 and 1.40, under restrictions imposed by the United States District Court in the District of Arizona in United States v. Anthony Gonzales, 2:17-cr-01311-DGC, and United States v. Douglas Jones, 3:18-CR-08040-SMB. In those cases, the court granted, in part, Defendant's Motions to Compel, allowing Loehrs Forensics to run numerous tests including two of interest in this case.
>
> The first test of interest, referred to as the Deleted Torrent Data test, simulates a scenario in which the Suspect Computer contains only deleted torrent data. Meaning, the user is not possessing or distributing the payload of the torrent and should not be identified as a suspect. The testing of Torrential Downpour version 1.33 revealed the software was still able to successfully connect to the Suspect Computer and identify the suspect as being in possession of a torrent even after it was deleted. However, in testing Torrential Downpour version 1.40, the software was not able to successfully connect to a suspect with deleted torrent data. It is possible this bug was addressed and fixed between Torrential Downpour versions 1.33 and 1.40.

**RESPONSE**:  I testified in US v Gonzales and US v Jones cases referenced above by Ms. Bush. I was also present during Ms. Bush's testimony. Above, Ms. Bush details differences between tests she ran on two versions of Torrential Downpour.  She claims that there were differences in the test results and states "*It is possible this bug was addressed and fixed between Torrential versions 1.33 and 1.40'*.  This statement is misleading since there was no bug. These differences Ms. Bush mentions deals with when the software learns that the data is no longer available.  Any BitTorrent program tested in this fashion would provide these results.  This was also supported by the order of Judge David G. Campbell's subsequent order (attachment 2) following the hearings, which in part states:

> "During the hearing, Michelle  Bush agreed  with Erdely's explanation of what happened.  She confirmed that it was the suspect computer that reported the file was present for download, and that the message was duly recorded by  Torrential  Downpour.  She agreed  that  the  file  was  not  actually downloaded by Torrential Downpour because it was not available, having been deleted or moved to non-shared space. But she continued to characterize this as an error in Torrential Downpour. She asserted that Torrential Downpour recorded inaccurate information when it initially noted that the file was available on the suspect computer for sharing.

The Court cannot agree that tests three and four revealed a flaw in Torrential Downpour. It was the suspect computer, not Torrential Downpour, that reported the file was available for download when it was not, a report Torrential Downpour accurately recorded. And more importantly, Torrential Downpour never downloaded a file that Bush had deleted or moved. The tests thus confirm that if Torrential Downpour downloads files from a suspect computer, it does so because the files are in the shared space, available for download – the act of distribution alleged in this case."

18. On page 7 of her affidavit, Ms. Bush states:

Furthermore, to understand the data available to law enforcement at the time of their investigation it is important to identify specifically which of the 13 pieces were downloaded of the 66 total pieces making up the complete file. The marissa.zip file is divided into 66 equal pieces identified as Piece 0 through 65, each allocating 262 megabytes (i.e. 262144 kilobytes) of data. According to the Torrential Downpour logs for Torrent 3255, Piece 0, which encompasses the first 262 megabytes of the file, was not included in the 13 pieces downloaded from Defendant's work IP address. This is significant because Piece 0 will contain the file header of the Marissa.zip file. The file header is encoding in the first several bytes which designates the file type (e.g. JPG, MOV, or ZIP) rendering the data set into a working copy that can be opened and accessed by a user. Without the file header, any system or software will render the file "corrupted" and will be inaccessible to a user. This evidence strongly suggests that the 13 pieces downloaded by Torrential Downpour and allegedly possessed by the remote client were in such an incomplete state that no user, including law enforcement, would have been able to successfully open or view any of the 65 images contained within the archive file.

**RESPONSE**:  Above, the second sentence relates to specific details of the "marrisa.zip" .torrent file downloaded in this case.  She indicates that each piece of data is 262 megabytes which is incorrect.  Each of the 66 pieces (except the last one) is 256 kilobytes (i.e. 262144 bytes).  The TD log also indicates the piece size "*2019-05-15 18:00:44 - Piece size: 262144 bytes*"

Ms. Bush goes on to state that "***no user, including law enforcement, would have been able to successfully open or view any of the 65 images contained within the archive file."*** This statement is incorrect.  ZIP files have a central directory that is located at the end of the file, not the start.  The last piece, piece 65, was successfully downloaded.[1]  It is also my experience that users can often extract files from incomplete .zip files. It is true that in this investigation, 13 of 66 pieces of the file were downloaded, but one of the pieces downloaded was the last piece. Based on this fact and knowing the structure of ZIP files, I would expect to be able to extract, and consequently view,

---

[1] The format of a ZIP file is widely documented.  The Library of Congress provides a list of references: see https://www.loc.gov/preservation/digital/formats/fdd/fdd000354.shtml

files which have the corresponding data present. In order to confirm such, a commonsense approach that any examiner could perform is to recreate the actions taken by the investigator. To facilitate such, I was provided a copy of the evidence, namely two (2) downloaded files entitled "Mov_0216.mp4" and "marissa.zip" collected by Torrential Downpour (TD) in the investigation.

As Ms. Bush correctly hypothesizes based on the logs, as opposed to viewing the files, the file Mov_0216.mp4 is fully extractable
With respect to the ZIP file "marissa.zip," the .torrent references the file as 66 pieces, identified as pieces 0-65 in the TD log file. The pieces that were successfully downloaded in the investigation were: "1, 3, 5, 8, 19, 26, 34, 44, 45, 50, 52, 57, 65". Piece 65 corresponds to the data at the end of the ZIP file.

To confirm whether the "marrissa.zip" files obtained during the download were executable, meaning viewable with the correct program, I conducted five (5) tests. To conduct these tests, I was provided copies of the .torrent file used in the investigation, a copy of the partially downloaded marrissa.zip ZIP file, and the log files generated by Torrential Downpour. Separately, I obtained a copy of the complete marrisa.zip ZIP file from the (source).  A complete copy of this ZIP file contains 405 files.

**Test 1** - The first test that I performed was to attempt to extract files from the partial ZIP file downloaded in the investigation, marissa.zip. As stated, I was given a copy of the evidence collected by TD during the investigation. This test was performed on a copy of the actual file downloaded.

- For this test I used a program known as WinRAR, which can be downloaded from https://www.rarlab.com/.  I used version 6.02 to perform this test. There were 65 complete files within marisa.zip, and each of the 65 files were successfully extracted from the partial ZIP file. I performed a hash analysis on the 65 files; the full results are included as Attachment 3.

**Test 2** – The objective of this test is identical to Test 1 (extracting files from a copy of the investigation's partially downloaded ZIP file). Here I used a different software utility than Test 1 to extract the files.

- For this test I used the built-in unzipping function that is included with Windows operating systems. The 65 complete files within marissa.zip were successfully extracted from the partial ZIP file.  I performed a hash analysis on the 65 files; the full results are included as Attachment 4. Tests 1 and 2 produced identical results.

**Test 3** - The objective of this test is identical to Tests 1 and 2 (extracting files from the investigation's partially downloaded ZIP file). Once again, I used a different software utility to extract the files.

- For this test I used 7-Zip, which can be downloaded from http://www.7-zip.org. I used version 19 to perform the test. The 65 complete files within marissa.zip were successfully extracted from the partial ZIP file.  I performed a hash analysis on the 65 files; the full results are included as Attachment 5.  Test 3 produced results identical to Tests 1 and 2.

**Test 4** - The fourth test that I performed was to extract the same 65 files, but to instead extract them from a complete (not partial) marissa.zip ZIP file. I used the built-in Windows utility to extract the files. I performed this test to confirm that the 65 files extracted from the investigation's partial ZIP file have hash values matching those extracted from a complete copy of marissa.zip.  The full hash results are included as Attachment 6.  Below is an example of the results for the first file. The files extracted are identical to those extracted in Tests 1, 2, and 3.

**Test 5** - The fifth test that I performed was to generate my own partial copy of marissa.zip. My partial ZIP file was created by extracting from the complete marissa.zip file the corresponding 13 pieces identified by the Torrential Downpour log file as having been downloaded. The purpose of this test was to independently verify that the partially downloaded ZIP file in the investigation exactly matches the file described by the TD log. I hashed both the investigation and my own partial ZIP files, and then compared the results. The two partial ZIP files are identical.  The hash results are included with this report as attachment 7.

**Conclusions**

Based on my reading of the Torrential Downpour logs and the tests I conducted in this case, I conclude that the content of the partially downloaded "marissa.zip" ZIP file obtained by law enforcement herein could be read by a ZIP utility and, therefore, viewed by the affiant of the search warrant at issue. Ms. Bush's conclusions otherwise are incorrect, as the central directory of a ZIP file are located at the end of the file, rather than at the beginning.

Furthermore, I, personally, was able to extract the 65 files obtained from the investigative download using three separate publicly available ZIP utilities. The 65 files extracted in each test were identical to the same 65 files extracted from a complete on-file copy of the marissa.zip ZIP file (see test 4). Finally, I recreated law enforcement's entire download of the "marissa.zip" file by generating a partial ZIP file consisting of the same 13 pieces, which I extracted from a complete on-file version of the "marissa.zip" file. My testing confirms that the investigative download did not error and the 65 images were viewable.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Detective Robert W Erdely
Date:  9/7/2021

9

# Curriculum Vitae

*Robert William Erdely*
*Pennsylvania State Police (retired)*
*244 McHenry Road*
*Indiana, Pa.  15701*

## Certifications

| | |
|---|---|
| 2009 | Access Data Certified Forensic Examiner |
| 2009 | Certified at the Federal Law Enforcement Training Center, Seized Computer Evidence Recovery Specialist |
| 2007 | Certified Forensic Computer Examiner, International Association of Investigative Specialists |
| 2004 | Certified Cisco Internetwork Professional |
| 2004 | Certified Information Systems Security (INFOSEC) Professional. |
| 2004 | Certified Cisco Security Professional. |
| 2004 | Certified by ISC2 as a Certified Information Systems Security Professional  (CISSP®) |
| 2003 | CompTIA A+ Certified Professional. |
| 2003 | Certified a Microsoft Database Administrator |
| 2003 | Certified as a Microsoft Systems Engineer for Windows 2003 |
| 2003 | Certified as a Microsoft Systems Engineer: Security |
| 2003 | CompTIA i-Net+ Certified Professional. |
| 2003 | CompTIA Network+ Certified Professional. |
| 2003 | Certified Cisco Design Professional. |
| 2002 | EnCase Certified Examiner |
| 2001 | Cisco Certified Network Professional. |
| 2001 | Certified as a Microsoft Systems Engineer for Windows 2000 |
| 1999 | Certified as an Electronic Evidence Collection Specialist, International Association of Computer Investigative Specialists |

## Professional Activities

| | |
|---|---|
| 2010-2016 | Member of Interpol's Technical Working Group which is currently working with Law Enforcement and Universities to develop tools to investigate the exploitation of children on the internet. |
| 2010-Present | Instructor for both the International Centre for Missing and Exploited Children and Fox Valley Technical College |
| 2009-Present | Developed a system to investigate the sharing of child pornography on the internet.. This information is used by law enforcement in over 60 countries to locate, investigate and prosecute these child predators.  This system has resulted in the initiation of more than 15,000 investigations and rescuing countless child victims. |
| 2007-Present | Instructor for the Internet Crimes Against Children (ICAC).  Instruct online Investigations, including Peer-to-Peer file sharing networks. |

## Experience

| | |
|---|---|
| 2012-Present | Detective with the Indiana County District Attorney's Office, Indiana County Pennsylvania.  Assigned to investigate child exploitation investigations.  I am currently assigned to the FBI Innocent Images Task Force, Pittsburgh, Pennsylvania. |

| | |
|---|---|
| 2008-2012 | Supervisor for the Pennsylvania State Police (PSP) Computer Crime Unit, Harrisburg, PA.  Supervised both the investigative and digital forensic sections of the PSP. |
| 2003-2008 | Supervisor of the Southwest Computer Crime Task Force comprised of State and Local Law Enforcement. |
| 1998-2003 | Assigned to Bureau of Criminal Investigations, Computer Crime Unit. Responsible for all aspects of proactive and reactive investigations, including evidence duplication, documentation and examination, regarding criminal activities utilizing technology to facilitate the illegal activities. |
| 1997-2007 | Senior Computer Network Administrator for an Internet Service Provider, providing service to over 3000 users |
| 1999-2004 | Instructor for the Pennsylvania Chiefs of Police Association for Federal, State and Municipal Police Officers along with representatives of the Attorney General and the District Attorneys regarding computer forensic examination processes and procedures and the online investigation of computer crime. |
| January 2003 | Speaker at the Middle Atlantic-Great Lakes Organized Crime Law Enforcement Network's (MAGLOCLEN) Internet Investigation training Conference. |
| October 2001 | Speaker at the Pennsylvania District Attorneys Institute's Computer Crimes Training course. |
| 1994-1998 | Assigned to PSP Vice Unit, Troop A |
| 1992-1994 | Assigned to Patrol Unit, PSP, Indiana, PA. |

## Education and Training

| | |
|---|---|
| 1989 | Community College of the Air Force |
| 1990 | Edinboro University of Pennsylvania |
| 1992 | Graduated from the Pennsylvania State Police Academy |
| 1994 | Drug Investigators Course |
| 1995 | Narcotics in the mail, Interdiction and Clandestine Labs seminar, U.S. Department of Justice |
| 1995 | Investigation of Computer Crime, National White Collar Crime Center |
| 1996 | Vice Investigations Seminar |
| 1996 | Eastern States vice Investigator training Conference |
| 1997 | High risk Warrant Service Training |
| 1997 | Gambling Device Examination Training |
| 1997 | Top Gun, Undercover Drug Law Enforcement Training |
| 1997 | Certified to Utilize Electronic Surveillance (Wiretap) |
| 1999 | Investigation of Computer Crime, International Association of Chiefs of Police |
| 1999 | Investigation of Computer Crime, SEARCH, the National Consortium for Justice Information and Statistics |
| 1999 | Unix investigators course at FBI Academy |
| 2001 | Guidance Forensic Software Intermediate Course |
| 2001 | Guidance Forensic Software Advanced Course |
| 2002 | 16 hour Windows 2000 Security seminar by Computer Security Institute at FBI Pittsburgh |
| 2002 | Fundamentals of Incident Handling course at the CERT Coordination Center (Incident Handling for Computer Emergency Response Teams). |
| 2002 | High Technology Crime Investigation Conference |
| 2002 | Advanced Data Recovery and Analysis, National White Collar Crime Center |
| 2004 | Advanced Solaris Administration Course by FBI |
| 2004 | FBI Symposium on Online Child Pornography/Child Exploitation |
| 2005 | National White Collar Crime Center's Advanced Data Recovery and Analysis course |
| 2005 | Attended NTI Forensic Examination training |

2006    Department of Defense Cyber Crime Conference
2006    Sun Educational Service course "Securing Solaris & Network Intrusion Detection"

## Publications

Forensic Investigation of Peer-to-Peer File Sharing Networks.
DFRWS Annual Digital Forensics Research Conference, August 2010

## Certified Expert

- Certified as a computer expert including online investigations by the United States District Court, Western District of Pennsylvania, in United States vs. Abraham (2006)
- Certified as a computer forensic expert by the United States District Court, Eastern District of Pennsylvania, in United States vs. Schade (2008).
- Certified as a computer expert including online investigations in Middle District of Pennsylvania, United States vs. Doyle.  (2011)
- Certified as a computer forensic examiner and in internet investigations in the Eastern District of Pennsylvania, United States vs. Fitzgerald Horton (2013)
- Certified as a computer forensic examiner and in internet investigations US District Court Maryland, US vs. Carl Javan Ross (2016)
- Certified as a computer forensic examiner and in internet investigations State of New Mexico vs. Jeffrey Morrill (2016)
- Certified expert in Peer-2-Peer file sharing US vs. Gonzales May 2021
- Certified expert in Peer-2-Peer file sharing US vs. Jones June 2021

**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-01311-001-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Anthony Espinoza Gonzales, | |
| Defendant. | |

Defendant Anthony Espinoza Gonzales is charged with distributing and possessing child pornography in violation of 18 U.S.C. § 2252(a). Doc. 1. The indictment alleges that Defendant distributed child pornography files on eight occasions in December 2016 and January 2017 (counts one through eight), and possessed child pornography on February 8, 2017 (count nine). *Id.* at 1-7.

The Court granted in part and denied in part Defendant's motions to compel discovery relating to the Torrential Downpour software the FBI used in the investigation that led to his indictment. *See* Docs. 25, 51, 54, 86. Defendant has moved for additional discovery relating to Torrential Downpour. Doc. 99. The motion is fully briefed, and the Court held an evidentiary hearing on August 28, 2020. *See* Docs. 102, 107, 111. Computer forensics expert Michelle Bush testified on behalf of Defendant and Detective Robert Erdely testified for the government. For reasons stated below, the motion will be granted in part and denied in part.

# I. Background.

## A. The BitTorrent Network.

The government claims that Defendant downloaded and publicly shared the charged child pornography files using BitTorrent, an online peer-to-peer network that allows users to download and share files containing large amounts of data, such as movies, videos, and music. To download files over the BitTorrent network, a user must install a BitTorrent software "client" on his computer and download a "torrent" from a torrent-search website. A torrent is a text file containing instructions on how to find, download, and assemble the pieces of the image or video files the user wishes to view. Once the torrent is downloaded to the BitTorrent client software – in Defendant's case, that software was uTorrent – the software reads the instructions in the torrent, finds the pieces of the target files on the internet from other BitTorrent users who have the same torrent, downloads the pieces, and assembles them into complete files. To share files, the client software makes the pieces of the files accessible over the internet to other BitTorrent users by placing them in a shared folder on the user's computer.

## B. Torrential Downpour and the Child Online Protection System.

Torrential Downpour is law enforcement software that uses the BitTorrent protocol. It is part of a suite of law enforcement software that includes Torrential Downpour Receptor and Torrential Downpour, both of which interact with the Internet Crimes Against Children Task Force's Child Online Protection System ("COPS").

Torrential Downpour Receptor roams the internet and queries publicly available BitTorrent indices searching for IP addresses that have made public requests for specified torrents. Some of these torrents are known to include child pornography, and others involve child exploitative activities. Once Torrential Downpour Receptor detects an IP address that has associated itself with a torrent of interest, it reports information about the IP address and the computer's networking port to COPS. This information serves as a lead for officers to investigate using the Torrential Downpour program.

Torrential Downpour is used to contact the IP address and request a download of specific files related to a torrent of interest. The program can interact with COPS in an automated fashion to obtain an investigative lead based on parameters an officer has set in the program, such as a geographic area or a specific torrent. The investigative lead consists of an IP address, networking port, and torrent, all obtained by Torrential Downpour in the manner described above. The IP address and related information are then loaded into the Torrential Downpour program and a contact is initiated. This is how the FBI used Torrential Downpour to contact Defendant's computer. Alternatively, officers can manually input an IP address, networking port, and torrent into the Torrential Downpour program and initiate a contact.

COPS is a database of information from various investigations conducted on several file sharing networks, including BitTorrent. COPS is comprised of several servers and contains "records in" data received from Torrential Downpour Receptor and "records out" data that can be loaded into the Torrential Downpour program through a web portal used by investigating officers. The data in COPS includes IP addresses and the numeric "hash value" – a unique identifier – of torrents being investigated by law enforcement officers around the world. COPS also contains data relating to the identities and IP addresses of investigating officers. COPS is updated by the minute with new information received from Torrential Downpour Receptor.

**C.    The Government's Use of Torrential Downpour in this Case.**

The government alleges that in December 2016 and January 2017, FBI Agent Jimmie Daniels set parameters in his Torrential Downpour program (version 1.33) to automatically request leads from COPS. Doc. 64 at 3-4.[1] Based on these settings, the program automatically downloaded information Torrential Downpour Receptor had collected on Defendant's IP address, networking port, and torrents of interest with which his IP address was associated. *Id.* at 4. Torrential Downpour then connected with

_____

[1] Citations are to page numbers placed at the top of each page by the Court's electronic filing system, not to original page numbers on the documents, if different.

1    Defendant's IP address, requested files in the torrents of interest, and, the government

2    alleges, downloaded child pornography that Defendant's computer was offering from its

3    shared folder.  The government's download of the child pornography is the "distribution"

4    charged in counts one through eight of the indictment.  *See* Docs. 1 at 1-5, 64 at 4.

5         Although Torrential Downpour Receptor was used to identify Defendant's IP

6    address and networking port as points of interest, and reported this information to COPS

7    for further investigation, the government asserts that Agent Daniels did not use Torrential

8    Downpour Receptor in his investigation.  Nor were its search results used as probable cause

9    for the search warrant of Defendant's residence.  Instead, the actual downloads of child

10   pornography from Defendant's IP address in late 2016 and early 2017, by the Torrential

11   Downpour program, formed the basis for the search warrant.  The government states that

12   the search of the internet by Torrential Downpour Receptor will not be used as evidence at

13   trial.  *See* Doc. 64 at 4, 7-9, 11, 18.

14        The search warranted was executed at Defendants' residence on February 8, 2017.

15   Officers found a Microsoft tablet and other computer equipment.  Defendant, who lived

16   there with his parents and siblings, stated during an interview that he had used a tablet to

17   find and view child pornography.  The tablet was seized and later forensically examined,

18   but the eight files that allegedly were downloaded by Agent Daniels, and that form that

19   basis for counts one through eight of the indictment, were *not* found on the tablet.  The

20   name of the torrent for each file was found in the uTorrent AppData folder on his tablet,

21   showing that something had been done with the torrents, but the files themselves were not

22   on the tablet.  The government alleges that this evidence is consistent with Defendant

23   having downloaded the files, viewed them, shared them with others (including Agent

24   Daniels) through his shared folder, and then deleted them.  The evidence of Defendant

25   having shared them with Agent Daniels is the fact that the government has the child

26   pornography files as they were downloaded from his tablet by Torrential Downpour.  The

27   tablet contains other bits of evidence related to the files, including the mention of them in

28

- 4 -

1    the jump drive.  It also included other child pornography that forms the basis for the

2    possession charge in count nine.

3           The defense argues that evidence on the tablet is consistent with Defendant having

4    obtained the torrents but never having downloaded the files, or with downloading the files

5    and then immediately deleting them without sharing them with anyone else.  In either case,

6    the files would not be found on his tablet and, more importantly, Defendant never would

7    have shared them as charged in the indictment.  Defendant notes that the sole basis for the

8    government's claim that he shared the files with anyone is the Torrential Downpour

9    program that allegedly downloaded them from his computer.  For this reason, Defendant

10   has sought to test to the Torrential Downpour program to demonstrate that it could have

11   obtained the files from another location and wrongly attributed them to his tablet.

12   **II.     The Court's Order on Defendant's First Motion to Compel (Docs. 25, 51).**

13          Defendant moved to compel discovery relating to Torrential Downpour pursuant to

14   Federal Rule of Criminal Procedure 16 and *Brady v. Maryland*, 373 U.S. 83 (1963).

15   Doc. 25.  The Court held an evidentiary hearing on January 31, 2019.  *See* Doc. 41.

16   Defense expert Tammy Loehrs testified at the hearing in support of the motion.  *See*

17   Doc. 50.  Agent Daniels testified for the government.  *Id.*

18          In an order dated February 19, 2019, the Court found that Torrential Downpour is

19   material to the defense under Rule 16(a)(1)(E)(i) because the distribution charges are based

20   on child pornography files that Torrential Downpour purportedly downloaded over the

21   internet from Defendant's computer.  Doc. 51 at 8-10.  The Court denied Defendant's

22   request for an executable copy of Torrential Downpour under *Roviaro v. United States*,

23   353 U.S. 53 (1957), because the government's investigative efforts would be severely

24   hampered if a copy got into the wrong hands.  *Id.* at 14-15.  But given the substantial

25   defense interest established by Defendant, the Court concluded that Loehrs should be

26   granted access to Torrential Downpour to assist Defendant in preparing his defense.  *Id.*

27   at 15.  The Court adopted the Rule 16 disclosure method authorized in *United States v.*

28   *Crowe*, No. 11 CR 1690 MV, 2013 WL 12335320, at *8 (D.N.M. Apr. 3, 2013):

[T]he defense expert [will be permitted] to examine the software at issue at a designated law enforcement facility, at a mutually convenient date and time, for as much time as is reasonably necessary for the expert to complete her examination. No copies of the software shall be made. The software shall not leave the custody of the law enforcement agency that controls it. Any proprietary information regarding the software that is disclosed to the defense expert shall not be reproduced, repeated or disseminated in any manner. Violation of [this] order shall subject the defense expert and/or defense counsel to potential sanctions by this Court.

*Id.*

Although the Court concluded that Loehrs should be permitted to examine Torrential Downpour given that the charged files were not found on Defendant's computer when it was seized, the Court rejected Defendant's argument that the software is material to a Fourth Amendment challenge because Defendant provided no facts suggesting that the Torrential Downpour searched non-shared space on his computer. *Id.* at 10.

## III. The Court's Order on Defendant's Second Motion to Compel (Docs. 54, 86).

On April 15, 2019, Defendant moved to compel the government to comply with the Court's previous order. Doc. 54. The parties had resolved some issues regarding their proposed testing protocols for Torrential Downpour, but disagreed as to whether Loehrs should be permitted to access COPS during testing. *See* Docs. 54-2, 54-3, 54-5. Loehrs proposed to perform nine specific tests: (1) non-parsed torrents, (2) partially-parsed torrents, (3) deleted torrent data, (4) unshared torrent data, (5) non-investigative torrents, (6) files of interest, (7) single-source download, (8) detailed logging, and (9) restricted sharing. Doc. 56-1 at 21-24. "Non-parsed," as used in Loehrs's proposal, means torrents that have been downloaded but not executed or fully executed – meaning the user has not yet triggered the torrents to go on the internet and download the actual video files. As proposed by Loehrs, tests one through six would each conclude with a search of COPS for any investigative hits on the suspect IP address and determine whether the Torrential Downpour program attempts to connect with that address to download data. *Id.* at 21-23.

The Court held an evidentiary hearing on August 16, 2019. *See* Doc. 82. Loehrs testified on behalf of Defendant. *See* Docs. 82, 87. Detective Erdely, who helped create

1   Torrential Downpour and is the current administrator of COPS, testified for the

2   government.  *Id.*

3       In an order dated August 27, 2019, the Court denied Defendant's motion with

4   respect to tests one, two, five, and six, and granted the motion with respect to tests three

5   and four.  The government had already agreed to tests seven, eight, and nine.  Doc. 86.

6   Tests one and two were deemed unnecessary because the government conceded that

7   Torrential Downpour Receptor will identify non-parsed and partially-parsed torrents of

8   interest – the very facts the tests were designed to establish.  *Id.* at 7-10.  This concession

9   is material to the defense because it shows that an IP address can be identified by Torrential

10  Downpour Receptor as an investigative lead if it has a torrent of interest but does not have

11  the actual files associated with the torrent.  Thus, Defendant's tablet could have been

12  identified as an investigative lead by Torrential Downpour Receptor if it had the torrents

13  of interest but not the related child pornography, as was true when the tablet was seized by

14  investigators.  Stated differently, given the government's concession on tests one and two,

15  the fact that Defendant's tablet was identified as an investigative lead by Torrential

16  Downpour Receptor does not show that it ever contained the child pornography alleged in

17  counts one through eight of the indictment.

18      The Court permitted Defendant to conduct tests three and four, without access to

19  COPS, to determine whether the Torrential Downpour program can access deleted or

20  unshared torrent data.  *Id.* at 10-11.  The act of distribution charged in this case is

21  Defendant's allegedly having placed child pornography in the shared folder of his uTorrent

22  software for others to download.  *See United States v. Budziak*, 697 F.3d 1105, 1109 (9th

23  Cir. 2012) (holding that evidence is sufficient to support a conviction for distribution

24  "when it shows that the defendant maintained child pornography in a shared folder, knew

25  that doing so would allow others to download it, and another person actually downloaded

26  it.").  If Torrential Downpour obtained the child pornography from non-shared space on

27  Defendant's tablet, then he did not engage in the act of distribution (placing the files in

28  shared space) with which he is charged.

The Court denied Defendant access to COPS for tests three and four because Defendant failed to show that such access was necessary to perform the tests or material to preparing the defense as required by Rule 16. *Id.* at 15-16. The Court also concluded that COPS is protected from disclosure by the *Roviaro* privilege and that the government should not be forced to incur the substantial time and expense required to recreate the COPS database for Defendant's investigation, as Loehrs had proposed. *Id.* at 16-17.

The Court denied tests five and six because whether Defendant's IP address was identified by Torrential Downpour Receptor based on lawful files is not material to the defense. Also, the government acknowledged that Torrential Downpour Receptor may look at associations with lawful torrents that have some connection to child pornography, and that Torrential Downpour will sometimes download lawful files while investigating torrents of interest. *Id.* at 12-13.

Tests seven, eight, and nine were not at issue in the hearing because the government agreed Defendant could perform them, and none of them required access to COPS.

## IV.    The Test Results and Defendant's Requested Additional Testing.

Although his motion is not entirely clear, Defendant made clear at the August 28, 2020 hearing that he now seeks three additional tests: (1) further single-source testing, (2) tests run with Torrential Downpour and the COPS data base, and (3) comprehensive independent testing of Torrential Downpour by an outside firm other than Loehrs. The Court will address his request for additional single-source testing in this section, and his other two requests in the following sections.

Defendant's testing of Torrential Downpour occurred at an FBI office in Phoenix on October 7-9, 2019. Loehrs and her colleague Michele Bush operated a computer (the "suspect computer") using uTorrent software, the same BitTorrent client software that was on Defendant's tablet. FBI Agent Brian Wade operated a government computer with Torrential Downpour version 1.33 installed ("the government computer"), the version used by Agent Daniels in this case. Wireshark packet capture software was used to record the

transfer of data. Agent Wade prepared a 14-page report documenting his observations of the testing. Doc. 99-2. Loehrs produced a 148-page report. Doc. 99-1.

**B. Tests Three and Four – Deleted Files and Files in Non-Shared Space.**

Tests three and four involve scenarios where the suspect computer executes a torrent and downloads its files from the internet, and the files are then either deleted from the suspect computer or moved to non-shared space on the computer. Docs. 56-1 at 21-22, 99-1 at 6. The government computer, through Torrential Downpour, then attempts to make a connection with the suspect computer and download the files. The relevant question, for reasons explained above, is whether Torrential Downpour can download deleted files or files in non-shared space.

To start test three, a control test was conducted. Bush used the uTorrent software on the suspect computer to download a non-contraband file from the internet. Agent Wade then used Torrential Downpour on the government computer to connect to the suspect computer over the internet and successfully downloaded the non-contraband file. Doc. 99-2 at 3-4. This proved that the government computer could connect to the suspect computer using Torrential Downpour and download a BitTorrent file.

Bush and Loehrs then ran eight tests in which they used the suspect computer to download a non-contraband file from the internet and then deleted the file from the suspect computer in various ways – deleting it but leaving it in the recycle bin, deleting it completely, deleting it from within the uTorrent program, deleting it outside of the uTorrent program, etc. In each test, Wade used Torrential Downpour to attempt to download the file from the suspect computer after it had been deleted. In each instance, Torrential Downpour was unable to download the file. *Id.* at 4-6. This demonstrated that Torrential Downpour does not download a file from a suspect computer once the file has been deleted.

Test four was designed to determine whether Torrential Downpour can download a file from non-shared space on a suspect computer. Eight tests were conducted. In each, Bush downloaded a non-contraband file from the internet and then moved the file from shared space to non-shared space on the suspect computer. This involved moving the file

1   from the shared folder to the program file directory, to a virtual hard disk, to an encrypted
2   storage container with a password, to the root directory, etc. After the file had been moved,
3   Agent Wade used Torrential Downpour to attempt to download the file from the suspect
4   computer. In each of the eight instances, Torrential Downpour could not download the
5   file. *Id.* at 7-10. This demonstrated that Torrential Downpour does not download a file
6   that has been moved from the shared folder on the suspect computer.

7       Even though Torrential Downpour was unable to download the file in any of the
8   scenarios in tests three and four, Loehrs concluded in her report that test three had a 10%
9   percent failure rate and test four had a 40% failure rate. Doc. 99-1 at 6. The "failure" in
10  test three occurred in the seventh scenario and was explained this way by Loehrs: "the
11  Suspect Computer deleted the payload of a torrent and Torrential Downpour still
12  successfully connected to the Suspect Computer and identified the suspect as being in
13  possession of the torrent after it was deleted." *Id.* The failure in test four was explained
14  the same way: "the data of the payload was unshared using various methods but Torrential
15  Downpour still successfully connected to the Suspect Computer and identified the suspect
16  as being in possession of the torrent after it was unshared." *Id.*

17      As the government notes, however, it is important to distinguish between the first
18  connection between Torrential Downpour and the suspect computer, where a connection is
19  made and Torrential Downpour learns whether the suspect computer has some or all of the
20  file it is seeking, and the actual download of the file. In the tests where Loehrs claims a
21  failure, the connection was made and Torrential Downpour reported that the suspect
22  computer had the files, but then was not able to downloaded the files, a fact agreed to by
23  defense counsel at the recent hearing. Torrential Downpour did not obtain the files from
24  the deleted or non-shared space in any of these tests.

25      Detective Erdely explained in a detailed declaration and during his hearing
26  testimony that the initial connection, in which Torrential Downpour connects with the
27  suspect computer and learns whether it has the files being sought, does not involve
28  Torrential Downpour looking into the suspect computer's non-shared spaces. Rather, the

uTorrent software in the suspect computer reports on the files it possesses. If the files have been deleted or moved to non-shared space from outside of the uTorrent software, then the software will not know they have been moved or deleted and will report them as present. It will not know they have been deleted or moved until an actual download is attempted. Thus, when Bush, working outside of the uTorrent software, deleted or moved the non-contraband file to non-shared space before Torrential Downpour made its connection with the suspect computer, the uTorrent software in that computer reported the files as available to be shared – the last information it had obtained before the connection was made. This is a portion of Erdely's explanation:

> [Torrential Downpour] accurately reported the information that was received from uTorrent (suspect computer). uTorrent explicitly notified Torrential Downpour that it possessed all of the pieces/files. This behavior is consistent with how uTorrent would behave with other BitTorrent clients. . . . Torrential Downpour simply reported the messages received from uTorrent. Therefore, there was no error – Torrential Downpour properly recorded the "Piece Exchange" which was sent by the suspect computer (uTorrent). This information is used to inform the BitTorrent programs, what pieces were available for sharing. After the piece exchange is completed, BitTorrent programs can request any of the pieces the sharing client has reported as being available. If the data is no longer available to be shared, no data is sent.

Doc. 102-1 at 7.

Erdely further explained why the suspect computer's uTorrent program was not aware that files had been deleted or moved to non-shared space:

> It is important to understand that Loehrs Forensics tested files they deleted, moved or made unavailable some other way from *outside* of the uTorrent Program. It should be noted that uTorrent provides a method to stop sharing by deleting the files from *within* the program, which was known to the uTorrent program immediately by the fact that pieces were exchanged after deleting and no errors were reported. But, the tests where Loehrs Forensics reported an error, the files were moved, deleted or made unavailable *outside* of the running program. In other words, uTorrent would not be aware that the files were no longer available until uTorrent attempted to access those files.

1    *Id.* (emphasis in original).

2          Erdely provided computer readouts from the tests performed by Loehrs and Bush

3    that show, in each alleged "failure," that the "have-all" files message – which indicates that

4    the sought-after files are present and available for download – was sent by the suspect

5    computer's uTorrent software to Torrential Downpour during the initial connection. *See*

6    Doc. 102-1 at 7-20. It was not obtained by Torrential Downpour searching the suspect

7    computer. And when the actual download was attempted, no files were transferred because

8    they had been deleted or moved from the shared folder. In other words, in each of the tests

9    run by Defendant's experts, Torrential Downpour performed as the government claims: it

10   did not download files that had been deleted or moved to non-shared space.

11         During the hearing, Michelle Bush agreed with Erdely's explanation of what

12   happened. She confirmed that it was the suspect computer that reported the file was present

13   for download, and that the message was duly recorded by Torrential Downpour. She

14   agreed that the file was not actually downloaded by Torrential Downpour because it was

15   not available, having been deleted or moved to non-shared space. But she continued to

16   characterize this as an error in Torrential Downpour. She asserted that Torrential

17   Downpour recorded inaccurate information when it initially noted that the file was

18   available on the suspect computer for sharing.

19         The Court cannot agree that tests three and four revealed a flaw in Torrential

20   Downpour. It was the suspect computer, not Torrential Downpour, that reported the file

21   was available for download when it was not, a report Torrential Downpour accurately

22   recorded. And more importantly, Torrential Downpour never downloaded a file that Bush

23   had deleted or moved. The tests thus confirm that if Torrential Downpour downloads files

24   from a suspect computer, it does so because the files are in the shared space, available for

25   download – the act of distribution alleged in this case.

26         Defendant has proposed no specific additional testing related to non-shared space,

27   but his broad requests for testing with COPS and independent testing of Torrential

28   Downpour by an outside firm presumably would include this issue. The Court concludes,

however, that no further non-shared space testing is warranted. Tests three and four were designed by Defendant's experts and confirmed in each instance what the government has represented about Torrential Downpour – that it does not somehow enter non-shared space to download files.

In his initial motion to compel, Defendant argued that Torrential Downpour commits a Fourth Amendment violation because the program "searches beyond the public domain, essentially hacks computers searching for suspect hash values, and therefore conducts a warrantless search[.]" Doc. 25 at 6. The Court rejected this argument because Defendant identified no evidence that Torrential Downpour accessed non-shared space on his computer and, as discussed in more detail in the Court's previous order, Defendant "must make a 'threshold showing of materiality'" to obtain discovery under Rule 16(a)(1)(E). *Budziak*, 697 F.3d at 1111 (quoting *United States v. Santiago*, 46 F.3d 885, 894 (9th Cir. 1995)). "'Neither a general description of the information sought nor conclusory allegations of materiality suffice; a defendant must present *facts* which would tend to show that the Government is in possession of information helpful to the defense.'" *Id.* at 1112 (quoting *United States v. Mandel*, 914 F.2d 1215, 1219 (9th Cir. 1990)) (emphasis added). Defendant still has identified no such evidence.

Defendant's motion will be denied to the extent he seeks to perform additional testing related to non-shared space or a potential Fourth Amendment challenge.

### C. Test Seven – Single-Source Download.

Loehrs proposed test seven to determine whether Torrential Downpour in fact limits its downloads to a single IP address. Doc. 56-1 at 23. The question test seven seeks to answer is not whether Torrential Downpour can conduct a single-source download, but "whether Torrential Downpour will obtain files from other sources when it is unable to conduct a single-source download." Doc. 99-1 at 6-7.

Test seven involved six steps: (1) execute and run BitTorrent software from the suspect computer; (2) initiate the download of at least one non-contraband torrent of interest from the internet; (3) execute and run Torrential Downpour from the government

computer; (4) pause all torrent downloads before the download process completes; (5) allow the suspect computer and government computer to run for at least 10 minutes or until a connection is made; and (6) review all packet captures between the government computer regarding the connection with the suspect computer for the identified torrent to determine if all data originates from the suspect computer. Doc. 99-1 at 78-79. These were the steps originally proposed by Loehrs. *See* Doc. 54-4 at 14.

During the testing in October 2019, test seven was executed 10 times with successful connections between the suspect and government computers being made each time. *Id.* at 79. The testing resulted in no obvious failures, meaning Torrential Downpour did not connect to other IP addresses to download data when the data was unavailable on the suspect computer. *Id.* at 7; *see* Doc. 99-2 at 11-15. Loehrs nonetheless deems test seven "incomplete and inconclusive" because, she asserts, it was given no opportunity to fail. She argues that "Torrential Downpour was manually directed to connect only to a single IP address with no possibility of connecting to other sources or concurrently investigating different suspects." Doc. 99-1 at 7.

Erdely asserts that Torrential Downpour is always given only one IP address to which to connect. Doc. 102-1 at 24. He further asserts that during the Loehrs-designed tests the government computer and suspect computers made their connection over the internet. The government computer thus had the opportunity to search the internet for additional downloads when it could not complete the download from the suspect computer, but it did not do so. And we know the non-contraband file was available at other locations on the internet because it was downloaded by the suspect computer from the internet at the start of each test. The fact that the file was not downloaded confirms, in Erdely's opinion, that Torrential Downpour makes only single-source downloads. *Id.*

In their briefing and during the hearing, the defense did not suggest that test seven revealed any weakness in Torrential Downpour. Instead, the defense suggested that test seven, even though designed by Loehrs, was insufficient to truly determine whether Torrential Downpour always downloads from a single source.

Bush testified that when Torrential Downpour connects to a single IP address, there may be multiple computers at that IP address – such as multiple computers in a home or on an office network – and Defendant should be allowed to test whether Torrential Downpour can blur the distinction between these computers, attributing a download from one computer in a house to another computer in the house.

In response, Erdely testified that this is why Torrential Downpour obtains not only an IP address, but also a networking port number. He explained that each device at a specific IP address connects to the internet through a networking port that is separate from another computer's. If two or more computers are connecting to the internet from a single IP address, a separate networking port exists for each and a separate TCP connection is made for each.[2] One court explained TCP connections in this way:

> TCP is a protocol layered on top of IP to provide reliable bidirectional communications. TCP connections are established through a three-part handshake, after which messages may be transmitted in both directions. The first message in that handshake is sent from the source to the destination, and serves to initiate the TCP connection. The destination replies, and the source confirms the reply. After that, the data may flow in either or both directions until the TCP connection is terminated.

*USA Video Tech. Corp. v. Movielink LLC*, 354 F. Supp. 2d 507, 516 (D. Del. 2005) (citation and ellipses omitted).

Erdely explained TCP connections are created and controlled outside of Torrential Downpour – such as by Windows operating software – and that they do not overlap or blur into each other. The example he provided was simultaneous connections from a home computer to CNN and another news service such as ESPN. A separate TCP connection will be made for each news service, even though they both are using the same IP address, and the communications will not blur or merge into each other – the user won't get CNN content on the ESPN connection.

---

[2] "TCP" stand for "Transmission Control Protocol."

- 15 -

1    Bush agreed with this explanation of how Torrential Downpour communicates with

2    suspect computers.  She also agreed that the TCP connection is made and managed by

3    software other than Torrential Downpour.

4    Bush further asserted that Torrential Downpour has the ability to conduct multiple

5    searches at one time, and that the defense should be permitted to test whether the results of

6    such simultaneous searches can blur together – whether a file downloaded in one search

7    can be attributed by Torrential Downpour to a suspect computer in another simultaneous

8    search.

9    Erdely testified that Torrential Downpour can conduct multiple simultaneous

10   searches, that each focuses on a single IP address and networking port, and that each occurs

11   through its own TCP connection.  He testified that each search can be seen at the top of the

12   Torrential Download computer page as a tab, just like a computer that is simultaneously

13   connected to CNN and ESPN will have separate tabs and separate TCP connections.

14   In light of Erdely's undisputed testimony that Torrential Downpour establishes a

15   separate TCP connection for each suspect computer at an IP address or for each suspect

16   computer in simultaneous searches, it seems highly unlikely that blurring between the TCP

17   connections could occur.  But the government's claim that Torrential Downpour can

18   download only from a single source is at the heart of this case, given that none of the videos

19   charged in counts one through eight were found on Defendant's tablet.  The government

20   will rely on the single-source feature of Torrential Downpour to assert at trial that the

21   downloaded videos came from Defendant's device and nowhere else.  As a result, the Court

22   concludes that Defendant should be allowed the two additional tests Bush mentioned: (a) a

23   test to determine whether Torrential Downpour can blur between multiple computers at a

24   single IP address, and (b) a test to determine whether it can blur between suspect computers

25   in multiple searches being conduct simultaneously by Torrential Downpour.

26   The parties shall confer in good faith regarding the protocols for these additional

27   tests.  The testing shall be completed no later than **October 2, 2020**.  Defendant's motion

28   for additional discovery will be granted in this regard.

**D. Test Eight – Detailed Logging.**

Loehrs proposed test eight to determine "the accuracy of Torrential Downpour's logging feature[.]" Docs. 56-1 at 23, 99-1 at 86. The test involved six steps: (1) execute and run the publicly available BitTorrent software from the suspect computer; (2) initiate the download of at least one non-contraband torrent of interest; (3) execute and run Torrential Downpour from the government computer; (4) continue downloading non-contraband torrent of interest on the suspect computer; (5) allow the suspect computer and government computer to run for at least 10 minutes or until a connection is made; and (6) compare the "details.txt log" with the information from the suspect computer to determine if the total number of pieces, number of pieces possessed, software version, and pieces downloaded are accurately logged. *Id.*

Test eight was performed using 10 different torrent files. Docs. 99-1 at 86-134, 99-2 at 11. According to Loehrs, the testing resulted in no obvious failures in reporting IP addresses, networking ports, torrent specifications, and hash values. Doc. 99-1 at 7. But Loehrs's report notes that in tests using deleted or non-shared files, the Torrential Downpour log files reported that the suspect computer "'has all the files, based on pieces acknowledged' when the file was indisputably deleted or unshared." *Id.* Loehrs deems test eight "incomplete and inconclusive" because it "cannot account for the log files misrepresenting information on a suspect computer[.]" *Id.*

As discussed above, however, Erdely demonstrated and Bush agreed that the presence of the files was reported by the suspect computer's uTorrent software; it was not determined by Torrential Downpour. The Torrential Downpour logs accurately recorded what the uTorrent software reported, even if the report was inaccurate. When the download was attempted, Torrential Downpour did not receive any files that had been deleted or moved to non-shared space. The results of test eight do not warrant further testing.

**E. Test Nine – Restricted Sharing by Torrential Downpour.**

Test nine was designed to determine whether the Torrential Downpour program distributes files to the internet. The government claims that the program, unlike other

BitTorrent programs, does not make downloaded files available for other BitTorrent users to download.

Loehrs reported that the test "received a score of 100%," meaning that "no evidence was found that Torrential Downpour distributed data back out on the BitTorrent network." Doc. 991 at 7. The report notes that the test was not run in an automated state and did not determine whether Torrential Downpour distributes files to COPS or other IP addresses, but Defendant has not proposed other specific tests on this issue and the results of test nine do not warrant any.

## V. The COPS Database.

Defendant contends that testing with the COPS database is required under Rule 16 because testing performed to date verifies that COPS "is an integral and essential component of the [Torrential Downpour] software and must be included in testing in order to satisfy industry standards regarding function and accuracy." Doc. 99 at 14. Defendant quotes this portion of Loehrs's report in support of his contention:

> [U]pon learning that references to the ICAC COPS database is contained within actual system files of the [Torrential Downpour] software, it is reasonable to assume that it must also be contained within the source code. If this is true, it would be fundamental to the testing process to analyze the source code to determine the importance of the ICAC COPS database as it relates to the overall functionality of the Torrential Downpour software. For example, if Torrential Downpour is unable to obtain a file from the suspect, ICAC COPS could potentially intervene to obtain the file from its own database or send instructions to the Torrential Downpour software to obtain the file from other IP addresses.

*Id.* (quoting Doc. 99-1 at 9). Defendant speculates that "COPS *could* instruct Torrential Downpour to access other computers to obtain the illegal parts of the torrent[,]" and if "Torrential Downpour locates only the hash value of an illegal file, but not the file itself, . . . COPS *could* obtain those illegal files from its own database." *Id.* at 15 (emphasis added). Defendant claims that these "possibilities" must be considered given that none of the files charged in counts one through eight was found on his tablet. *Id.*

Mere possibilities do "not satisfy the threshold showing of materiality required for production under Rule 16(a)(1)(E)(i)." *United States v. Rigmaiden*, 844 F. Supp. 2d 982, 1004 (D. Ariz. 2012) (citing *Mandel*, 914 F.2d at 1219); *see United States v. Santiago*, 46 F.3d 885, 894 (9th Cir. 1995) ("[Defendant's] assertions, although not implausible, do not satisfy the requirement of specific facts, beyond allegations, relating to materiality.); *United States v. Griffin*, No. CR 02-938(A)-RGK, 2006 WL 8429329, at *3 (C.D. Cal. Oct. 20, 2006) ("[Defendant's] allegations are based on speculation, but that is insufficient to establish materiality under Rule 16."); *United States v. W. R. Grace*, 401 F. Supp. 2d 1069, 1085 (D. Mont. 2005) ("[S]peculation falls short of showing 'facts which would tend to show that the Government is in possession of information helpful to the defense,' as is required by Rule 16.") (quoting *Santiago*, 46 F.3d at 894).

What is more, the Court has concluded that COPS is protected from disclosure by the *Roviaro* privilege because the government has a legitimate interest in preserving its ability to investigate and prosecute the distribution of child pornography, and because COPS contains highly sensitive information about thousands of ongoing investigations into child pornography worldwide, including hash values for torrents of interest and the IP addresses of both suspects and investigating officers. Doc. 86 at 16 (citing Doc. 64 at 12). As Erdely stated in his declaration:

> ICAC Cops contains the search results of law enforcement officers who are trained to use it, and acts as a case coordination and case tracking tool. ICAC Cops includes critical details of active investigative data like the Internet Protocol (IP) address(es) and physical addresses of the officers, as well as the IP address(es) and physical addresses of users being investigated for distributing and receiving child exploitative material.

Doc. 102-1 at 2.

Defendant's speculation that COPS "could" obtain files from its own database or instruct Torrential Downpour to obtain files from other IP addresses is not sufficient to overcome the *Roviaro* privilege. *See Rigmaiden*, 844 F. Supp. 2d at 1004. Defendant's motion will be denied with respect to the disclosure of COPS.

**VI.     Independent Testing of Torrential Downpour and COPS.**

Defendant requests an order requiring "industry standard testing" on Torrential Downpour and COPS.  Doc. 99 at 2, 16; Doc. 107 at 2.  When the Court asked defense counsel at the hearing what authority Rule 16 provides for this Court to order the government to have its programs independently tested, he could identify none.  The Court has reviewed Rule 16(a) and can find no such authority.  The rule requires the government to produce various categories of information in its possession, but does not require it to undertake actions it has not already undertaken.  Defendant can argue at trial that the government has never had Torrential Downpour or COPS independently tested, but it cannot force the government to undertake such testing.

Defense counsel suggested that the testing could be arranged and paid for by the defense.  But this would require the government to provide an installable copy of Torrential Downpour and COPS for testing by a third-party.  Defendant previously made this request regarding Torrential Downpour, and the Court denied it on the basis of *Roviaro*.  *See* Doc. 51 at 13-15.  The Court concluded that the Loehrs testing it permitted served Defendant's interests, and that further disclosure was not warranted when Defendant's interest (with the Loehrs testing) was balanced against the government's interest in maintaining the confidentiality of Torrential Downpour.  *Id.*  The Court reaches this conclusion again.  The defense testing conducted to date does not cast doubt on the government's representations regarding Torrential Downpour.  If anything, it supports those representations.  The Court will allow limited additional testing of Torrential Downpour's single-source download feature as discussed above, but concludes that disclosure of an installable copy of Torrential Downpour or COPS is not warranted for the reasons previously explained.  *Id.*

**VII.    Conclusion.**

As the Court expressed at the August 28 hearing, it is concerned about the length of time this case has been pending.  Some delay was occasioned by the testing that has occurred, and some by the change of defense counsel earlier this year.  But the Court

concludes that the parties have had ample time to prepare this case and that a trial should be scheduled and held as soon as the testing allowed in this order is completed and public health conditions allow.

**IT IS ORDERED:**

1. Defendant's motion to compel additional discovery (Doc. 99) is **granted in part and denied in part** as set forth in this order. The parties shall promptly confer in good faith and settle on protocols for the additional testing of a single-source download: (a) a test to determine whether Torrential Downpour can blur between multiple computers at a single IP address, and (b) a test to determine whether it can blur between suspect computers in multiple searches being conduct simultaneously by Torrential Downpour. The testing shall be completed no later than **October 2, 2020**.

2. Excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(D) is found to run from May 1, 2020. *See* Doc. 99.

Dated this 1st day of September, 2020.

David G. Campbell
Senior United States District Judge

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2193.jpg
File size: 45550 bytes

SHA1 hash (hex): 8A888C028692195230E053E722374A966118D4EB
SHA1 hash (base32): RKEIYAUGSIMVEMHAKPTSEN2KSZQRRVHL

SHA256 hash (hex): AC50F838A68C36B7AEAA1E4ADCFF2C304086B1C8AFF67BAFE5C34429BD69C5BE
SHA256 hash (base32): VRIPQOFGRQ3LPLVKDZFNZ7ZMGBAINMOIV73HXL7FYNCCTPLJYW7A
SHA256 hash (base64 common): rFD4OKaMNreuqh5K3P8sMECGsciv9nuv5cNEKb1pxb4=
SHA256 hash (base64 freenet): rFD4OKaMNreuqh5K3P8sMECGsciv9nuv5cNEKb1pxb4

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2194.jpg
File size: 25180 bytes

SHA1 hash (hex): 3BABF15AF7702913AEF6B2F5FF454CA63E2EBC05
SHA1 hash (base32): HOV7CWXXOAURHLXWWL276RKMUY7C5PAF

SHA256 hash (hex): CCB216F9150A8F053F5FB1EFBCE821831DC4DD7CD5C1557E0FB7D5F38383036C
SHA256 hash (base32): ZSZBN6IVBKHQKP27WHX3Z2BBQMO4JXL42XAVK7QPW7K7HA4DANWA
SHA256 hash (base64 common): zLIW+RUKjwU/X7HvvOghgx3E3XzVwVV+D7fV84ODA2w=
SHA256 hash (base64 freenet): zLIW~RUKjwU-X7HvvOghgx3E3XzVwVV~D7fV84ODA2w

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2195.jpg
File size: 22585 bytes

SHA1 hash (hex): 7F94DE07EA75FDC49CD6173652EE7FC5E4336737
SHA1 hash (base32): P6KN4B7KOX64JHGWC43FF3T7YXSDGZZX

SHA256 hash (hex): 9DD8FBED3A6C6874E97B9ED2D793166111134A8ACC5E96F8FAC0AE38F6587018
SHA256 hash (base32): TXMPX3J2NRUHJ2L3T3JNPEYWMEIRGSUKZRPJN6H2YCXDR5SYOAMA
SHA256 hash (base64 common): ndj77TpsaHTpe57S15MWYRETSorMXpb4+sCuOPZYcBg=
SHA256 hash (base64 freenet): ndj77TpsaHTpe57S15MWYRETSorMXpb4~sCuOPZYcBg

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2196.jpg
File size: 64865 bytes

SHA1 hash (hex): D9D0AA0D45F436022083589C9BB209C3531A1980
SHA1 hash (base32): 3HIKUDKF6Q3AEIEDLCOJXMQJYNJRUGMA

SHA256 hash (hex): 1CBAD1B529F134FBE4008A16B99323EF3E767CEA658BE5399F8A0664CA36D376
SHA256 hash (base32): DS5NDNJJ6E2PXZAARILLTEZD547HM7HKMWF6KOM7RIDGJSRW2N3A
SHA256 hash (base64 common): HLrRtSnxNPvkAIoWuZMj7z52fOpli+U5n4oGZMo203Y=
SHA256 hash (base64 freenet): HLrRtSnxNPvkAIoWuZMj7z52fOpli~U5n4oGZMo203Y

```
========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2197.jpg
File size: 58202 bytes

SHA1 hash (hex): C14CBCD743720F39C84C4CE9ADBEB0F0FA3E4C64
SHA1 hash (base32): YFGLZV2DOIHTTSCMJTU23PVQ6D5D4TDE

SHA256 hash (hex): 5945C8651EED56B70F174543C4E87CA8D70C8E3E12C7011F4EF071D6BB117BAB
SHA256 hash (base32): LFC4QZI65VLLODYXIVB4J2D4VDLQZDR6CLDQCH2O6BY5NOYRPOVQ
SHA256 hash (base64 common): WUXIZR7tVrcPF0VDxOh8qNcMjj4SxwEfTvBx1rsRe6s=
SHA256 hash (base64 freenet): WUXIZR7tVrcPF0VDxOh8qNcMjj4SxwEfTvBx1rsRe6s

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2203.jpg
File size: 49003 bytes

SHA1 hash (hex): 6B0B4FFCBCF92A94F6531E870606249EEFC33275
SHA1 hash (base32): NMFU77F47EVJJ5STD2DQMBRET3X4GMTV

SHA256 hash (hex): 11C030CD8122BC8F2C78B361C9F3733684E3CB5D3F389F653FC8ED8D8B973054
SHA256 hash (base32): CHADBTMBEK6I6LDYWNQ4T43TG2COHS25H44J6ZJ7ZDWY3C4XGBKA
SHA256 hash (base64 common): EcAwzYEivI8seLNhyfNzNoTjy10/OJ9lP8jtjYuXMFQ=
SHA256 hash (base64 freenet): EcAwzYEivI8seLNhyfNzNoTjy10-OJ9lP8jtjYuXMFQ

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2204.jpg
File size: 34024 bytes

SHA1 hash (hex): 11F22663DE9ECD61A886D31E028F2262AA2259E5
SHA1 hash (base32): CHZCMY66T3GWDKEG2MPAFDZCMKVCEWPF

SHA256 hash (hex): F80A5A886A8B2360B7A32E30001C512BE55019850E66EAE0A5768D9863FAB5E6
SHA256 hash (base32): 7AFFVCDKRMRWBN5DFYYAAHCRFPSVAGMFBZTOVYFFO2GZQY72WXTA
SHA256 hash (base64 common): +ApaiGqLI2C3oy4wABxRK+VQGYUOZurgpXaNmGP6teY=
SHA256 hash (base64 freenet): ~ApaiGqLI2C3oy4wABxRK~VQGYUOZurgpXaNmGP6teY

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2205.jpg
File size: 30338 bytes

SHA1 hash (hex): 9DDED13E3EB26923E0CAD6125AB4FF8DD4E5CDD7
SHA1 hash (base32): TXPNCPR6WJUSHYGK2YJFVNH7RXKOLTOX

SHA256 hash (hex): 659A945B902C1DB2C44CF934092274E4D7BF0535E3808B24E4B67DEAF61500AE
SHA256 hash (base32): MWNJIW4QFQO3FRCM7E2ASITU4TL36BJV4OAIWJHEWZ66V5QVACXA
SHA256 hash (base64 common): ZZqUW5AsHbLETPk0CSJ05Ne/BTXjgIsk5LZ96vYVAK4=
```

SHA256 hash (base64 freenet): ZZqUW5AsHbLETPk0CSJ05Ne-BTXjgIsk5LZ96vYVAK4

===========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2206.jpg
File size: 53127 bytes

SHA1 hash (hex): C60FAFE39CD4E9152645B034C72F6568047DE6E7
SHA1 hash (base32): YYH27Y442TURKJSFWA2MOL3FNACH3ZXH

SHA256 hash (hex): 09DFCE097A4FBC167E9A7201544C9D3D44DC788CE99E9C0BAC8B37216F227339
SHA256 hash (base32): BHP44CL2J66BM7U2OIAVITE5HVCNY6EM5GPJYC5MRM3SC3ZCOM4Q
SHA256 hash (base64 common): Cd/OCXpPvBZ+mnIBVEydPUTceIzpnpwLrIs3IW8iczk=
SHA256 hash (base64 freenet): Cd-OCXpPvBZ~mnIBVEydPUTceIzpnpwLrIs3IW8iczk

===========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2207.jpg
File size: 48629 bytes

SHA1 hash (hex): 7B1E90CA3EB27A8F7F280C8F87C330D2ACBA00E5
SHA1 hash (base32): PMPJBSR6WJ5I67ZIBSHYPQZQ2KWLUAHF

SHA256 hash (hex): AA672C22DF083CCC7DCF6D0C24E653016B76784E96CB43F0FCE5146BB83A8BF2
SHA256 hash (base32): VJTSYIW7BA6MY7OPNUGCJZSTAFVXM6COS3FUH4H44UKGXOB2RPZA
SHA256 hash (base64 common): qmcsIt8IPMx9z20MJOZTAWt2eE6Wy0Pw/OUUa7g6i/I=
SHA256 hash (base64 freenet): qmcsIt8IPMx9z20MJOZTAWt2eE6Wy0Pw-OUUa7g6i-I

===========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2214.jpg
File size: 81217 bytes

SHA1 hash (hex): B3B2C68059EC5A752601421332CDA5FEB94E0F4C
SHA1 hash (base32): WOZMNACZ5RNHKJQBIIJTFTNF724U4D2M

SHA256 hash (hex): E837BA19F3DFF3CA3EEEECE3BFBF4EAC7505C772D49BF3D1BF868BB480E4161D
SHA256 hash (base32): 5A33UGPT37Z4UPXO5TR37P2OVR2QLR3S2SN7HUN7Q2F3JAHECYOQ
SHA256 hash (base64 common): 6De6GfPf88o+7uzjv79OrHUFx3LUm/PRv4aLtIDkFh0=
SHA256 hash (base64 freenet): 6De6GfPf88o~7uzjv79OrHUFx3LUm-PRv4aLtIDkFh0

===========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2215.jpg
File size: 49210 bytes

SHA1 hash (hex): 9EF3725EB0AC7915451586B657A0D14129457869
SHA1 hash (base32): T3ZXEXVQVR4RKRIVQ23FPIGRIEUUK6DJ

SHA256 hash (hex): 83A2345B9B90B1FBCD357773E1C2FBCC0430031D266352A0F2ED9B64955BEC81

SHA256 hash (base32): QORDIW43SCY7XTJVO5Z6DQX3ZQCDAAY5EZRVFIHS5WNWJFK35SAQ
SHA256 hash (base64 common): g6I0W5uQsfvNNXdz4cL7zAQwAx0mY1Kg8u2bZJVb7IE=
SHA256 hash (base64 freenet): g6I0W5uQsfvNNXdz4cL7zAQwAx0mY1Kg8u2bZJVb7IE

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2216.jpg
File size: 39105 bytes

SHA1 hash (hex): 9BB978EE138A3AC34F843FB09D503294764ECA1C
SHA1 hash (base32): TO4XR3QTRI5MGT4EH6YJ2UBSSR3E5SQ4

SHA256 hash (hex): 0AA0AC98567877248E5E87A929D59C3A8D616C3A377765F26B66DAECD397474D
SHA256 hash (base32): BKQKZGCWPB3SJDS6Q6USTVM4HKGWC3B2G53WL4TLM3NOZU4XI5GQ
SHA256 hash (base64 common): CqCsmFZ4dySOXoepKdWcOo1hbDo3d2Xya2ba7NOXR00=
SHA256 hash (base64 freenet): CqCsmFZ4dySOXoepKdWcOo1hbDo3d2Xya2ba7NOXR00

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2217.jpg
File size: 63993 bytes

SHA1 hash (hex): 23F2A440EEDA5DA4C630E7E680ECADE5DEC3481F
SHA1 hash (base32): EPZKIQHO3JO2JRRQ47TIB3FN4XPMGSA7

SHA256 hash (hex): 22243676A7F55D86501540A85ABFECD40CECC82CF0AAC970C6A7A5D98A77DFFD
SHA256 hash (base32): EISDM5VH6VOYMUAVICUFVP7M2QGOZSBM6CVMS4GGU6S5TCTX376Q
SHA256 hash (base64 common): IiQ2dqf1XYZQFUCoWr/s1AzsyCzwqslwxqel2Yp33/0=
SHA256 hash (base64 freenet): IiQ2dqf1XYZQFUCoWr-s1AzsyCzwqslwxqel2Yp33-0

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2233.jpg
File size: 63172 bytes

SHA1 hash (hex): DADBB9EE56A6E5A3BF3E2EEAD5E3C80854A85D05
SHA1 hash (base32): 3LN3T3SWU3S2HPZ6F3VNLY6IBBKKQXIF

SHA256 hash (hex): 8095AA3B278CE63C14270E45EC05E070D483117ED0640656A78613F0B716ED06
SHA256 hash (base32): QCK2UOZHRTTDYFBHBZC6YBPAODKIGEL62BSAMVVHQYJ7BNYW5UDA
SHA256 hash (base64 common): gJWqOyeM5jwUJw5F7AXgcNSDEX7QZAZWp4YT8LcW7QY=
SHA256 hash (base64 freenet): gJWqOyeM5jwUJw5F7AXgcNSDEX7QZAZWp4YT8LcW7QY

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2234.jpg
File size: 17565 bytes

SHA1 hash (hex): 4465D0BA44FD4AFA870C4400813954AF5F4677D3
SHA1 hash (base32): IRS5BOSE7VFPVBYMIQAICOKUV5PUM56T

SHA256 hash (hex): 4E08A33DA191B5BBACAD9137DE06ACDA612234108229DC3421A02A40CE8F1E39
SHA256 hash (base32): JYEKGPNBSG23XLFNSE354BVM3JQSENAQQIU5YNBBUAVEBTUPDY4Q
SHA256 hash (base64 common): TgijPaGRtbusrZE33gas2mEiNBCCKdw0IaAqQM6PHjk=
SHA256 hash (base64 freenet): TgijPaGRtbusrZE33gas2mEiNBCCKdw0IaAqQM6PHjk

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2235.jpg
File size: 24410 bytes

SHA1 hash (hex): D22D7CFCCFB583F671745F66CF4B47B88B9C7AF6
SHA1 hash (base32): 2IWXZ7GPWWB7M4LUL5TM6S2HXCFZY6XW

SHA256 hash (hex): 9B51ECB89DEE8382D350CB79E9D9A8A75A6B2AE0A5C2FD91B6760A831C1D135D
SHA256 hash (base32): TNI6ZOE552BYFU2QZN46TWNIU5NGWKXAUXBP3ENWOYFIGHA5CNOQ
SHA256 hash (base64 common): m1HsuJ3ug4LTUMt56dmop1prKuClwv2RtnYKgxwdE10=
SHA256 hash (base64 freenet): m1HsuJ3ug4LTUMt56dmop1prKuClwv2RtnYKgxwdE10

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2236.jpg
File size: 5579 bytes

SHA1 hash (hex): A2E6E2CA69CC5E0C41D55519D6C9FE39C10E0C95
SHA1 hash (base32): ULTOFSTJZRPAYQOVKUM5NSP6HHAQ4DEV

SHA256 hash (hex): 10DE102E6CD5D3E9DCC533AF63A0F5DB7E5118ABEFA1B447C9BF891218F5FC12
SHA256 hash (base32): CDPBALTM2XJ6TXGFGOXWHIHV3N7FCGFL56Q3IR6JX6EREGHV7QJA
SHA256 hash (base64 common): EN4QLmzV0+ncxTOvY6D1235RGKvvobRHyb+JEhj1/BI=
SHA256 hash (base64 freenet): EN4QLmzV0~ncxTOvY6D1235RGKvvobRHyb~JEhj1-BI

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2237.jpg
File size: 18115 bytes

SHA1 hash (hex): 5246352FE298F52CE569707F2AA87D73B8F01642
SHA1 hash (base32): KJDDKL7CTD2SZZLJOB7SVKD5OO4PAFSC

SHA256 hash (hex): ADFF510AEEF34A7CCC853A7F09619548804776FE2A29D9BF5A583B00C0562A47
SHA256 hash (base32): VX7VCCXO6NFHZTEFHJ7QSYMVJCAEO5X6FIU5TP22LA5QBQCWFJDQ
SHA256 hash (base64 common): rf9RCu7zSnzMhTp/CWGVSIBHdv4qKdm/Wlg7AMBWKkc=
SHA256 hash (base64 freenet): rf9RCu7zSnzMhTp-CWGVSIBHdv4qKdm-Wlg7AMBWKkc

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2238.jpg
File size: 26828 bytes

SHA1 hash (hex): F1EC4CEB5D21C25D7B422197C7ED597CBD3E2EF1
SHA1 hash (base32): 6HWEZ2Z5EHBF262CEGL4P3KZPS6T4LXR

SHA256 hash (hex): B64D4D0FE19BAE4BAC55026CCC2D7FD1B0891DDC360B9DD41AEC990ACC70EDA2
SHA256 hash (base32): WZGU2D7BTOXEXLCVAJWMYLL72GYISHO4GYFZ3VA25SMQVTDQ5WRA
SHA256 hash (base64 common): tk1ND+GbrkusVQJszC1/0bCJHdw2C53UGuyZCsxw7aI=
SHA256 hash (base64 freenet): tk1ND~GbrkusVQJszC1-0bCJHdw2C53UGuyZCsxw7aI

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2239.jpg
File size: 18904 bytes

SHA1 hash (hex): 6BD9E91F65D333C9B3622E38DD2F66CA3219BF89
SHA1 hash (base32): NPM6SH3F2MZ4TM3CFY4N2L3GZIZBTP4J

SHA256 hash (hex): 1C6A54DF0F03039131A16D72CABB3F56CC947D5F2258557616F5F50611B02364
SHA256 hash (base32): DRVFJXYPAMBZCMNBNVZMVOZ7K3GJI7K7EJMFK5QW6X2QMENQENSA
SHA256 hash (base64 common): HGpU3w8DA5ExoW1yyrs/VsyUfV8iWFV2FvX1BhGwI2Q=
SHA256 hash (base64 freenet): HGpU3w8DA5ExoW1yyrs-VsyUfV8iWFV2FvX1BhGwI2Q

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2240.jpg
File size: 36447 bytes

SHA1 hash (hex): BFBD71697C11ECFFBF89618DD2EC82D8E8C4836C
SHA1 hash (base32): X66XC2L4CHWP7P4JMGG5F3EC3DUMJA3M

SHA256 hash (hex): 9DA280253C33EEEBBE32BEAE61428CF3A7F2C1D1D91FAAC7DBE1B8949FAD8890
SHA256 hash (base32): TWRIAJJ4GPXOXPRSX2XGCQUM6OT7FQOR3EP2VR634G4JJH5NRCIA
SHA256 hash (base64 common): naKAJTwz7uu+Mr6uYUKM86fywdHZH6rH2+G4lJ+tiJA=
SHA256 hash (base64 freenet): naKAJTwz7uu~Mr6uYUKM86fywdHZH6rH2~G4lJ~tiJA

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2304.jpg
File size: 78221 bytes

SHA1 hash (hex): 4281DE0F56E6FE3F74F58253A6B69CB6D662EF1C
SHA1 hash (base32): IKA54D2W437D65HVQJJ2NNU4W3LGF3Y4

SHA256 hash (hex): D3500117862440689E7569C94F5FF85B3ADECFD8FA4712ACD91EDA94A88654A0
SHA256 hash (base32): 2NIACF4GERAGRHTVNHEU6X7YLM5N5T6Y7JDRFLGZD3NJJKEGKSQA
SHA256 hash (base64 common): 01ABF4YkQGiedWnJT1/4Wzrez9j6RxKs2R7alKiGVKA=
SHA256 hash (base64 freenet): 01ABF4YkQGiedWnJT1-4Wzrez9j6RxKs2R7alKiGVKA

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2305.jpg

File size: 59886 bytes

SHA1 hash (hex): 01F09C2A81F1E5BE9359B7173933C06CA7A18D27
SHA1 hash (base32): AHYJYKUB6HS35E2ZW4LTSM6ANST2DDJH

SHA256 hash (hex): A2C87DD602B71D366F6720F52C726FF17CC372CA1164DD98DEF67AE615781C6B
SHA256 hash (base32): ULEH3VQCW4OTM33HED2SY4TP6F6MG4WKCFSN3GG66Z5OMFLYDRVQ
SHA256 hash (base64 common): osh91gK3HTZvZyD1LHJv8XzDcsoRZN2Y3vZ65hV4HGs=
SHA256 hash (base64 freenet): osh91gK3HTZvZyD1LHJv8XzDcsoRZN2Y3vZ65hV4HGs

===========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2306.jpg
File size: 52962 bytes

SHA1 hash (hex): 4A72B88DD373ADDC162359345FC7DD470E101B92
SHA1 hash (base32): JJZLRDOTOOW5YFRDLE2F7R65I4HBAG4S

SHA256 hash (hex): 415A06CCDF57ABDB1DA30ABF4ACF9DBF9267792886533FC32026FD68096BF940
SHA256 hash (base32): IFNANTG7K6V5WHNDBK7UVT45X6JGO6JIQZJT7QZAE36WQCLL7FAA
SHA256 hash (base64 common): QVoGzN9Xq9sdowq/Ss+dv5JneSiGUz/DICb9aAlr+UA=
SHA256 hash (base64 freenet): QVoGzN9Xq9sdowq-Ss~dv5JneSiGUz-DICb9aAlr~UA

===========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2346.jpg
File size: 32632 bytes

SHA1 hash (hex): 3575A031EDB4AB959BF3ECA720722C6876A0B457
SHA1 hash (base32): GV22AMPNWSVZLG7T5STSA4RMNB3KBNCX

SHA256 hash (hex): 2D1BB2A3010D02BFFF7390AA3887EA7EAE8D3CBA709EDEB0BED52430557068FC
SHA256 hash (base32): FUN3FIYBBUBL773TSCVDRB7KP2XI2PF2OCPN5MF62USDAVLQND6A
SHA256 hash (base64 common): LRuyowENAr//c5CqOIfqfq6NPLpwnt6wvtUkMFVwaPw=
SHA256 hash (base64 freenet): LRuyowENAr--c5CqOIfqfq6NPLpwnt6wvtUkMFVwaPw

===========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2347.jpg
File size: 48483 bytes

SHA1 hash (hex): 21AE279392AD2C974ABBD9C624931E0DC1A0A089
SHA1 hash (base32): EGXCPE4SVUWJOSV33HDCJEY6BXA2BIEJ

SHA256 hash (hex): 546BAF3C84BDA447E5487494AE303062AD195851E5E4DE498B2C2771B0F217C0
SHA256 hash (base32): KRV26PEEXWSEPZKIOSKK4MBQMKWRSWCR4XSN4SMLFQTXDMHSC7AA
SHA256 hash (base64 common): VGuvPIS9pEflSHSUrjAwYq0ZWFHl5N5JiywncbDyF8A=
SHA256 hash (base64 freenet): VGuvPIS9pEflSHSUrjAwYq0ZWFHl5N5JiywncbDyF8A

===========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2348.jpg
File size: 27414 bytes

SHA1 hash (hex): 0E4599D3C05C3AAF89F8F3CFA55562D7F6B0224D
SHA1 hash (base32): BZCZTU6ALQ5K7CPY6PH2KVLC273LAISN

SHA256 hash (hex): 150604188CB0A3A742CEF72A69D51EC412CB6C84C3AAA7F1E70CE9E1CA0D0A94
SHA256 hash (base32): CUDAIGEMWCR2OQWO64VGTVI6YQJMW3EEYOVKP4PHBTU6DSQNBKKA
SHA256 hash (base64 common): FQYEGIywo6dCzvcqadUexBLLbITDqqfx5wzp4coNCpQ=
SHA256 hash (base64 freenet): FQYEGIywo6dCzvcqadUexBLLbITDqqfx5wzp4coNCpQ

================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2349.jpg
File size: 31650 bytes

SHA1 hash (hex): 8F89C4791C8AE7159550AD3877F4F20F10F2EF57
SHA1 hash (base32): R6E4I6I4RLTRLFKQVU4HP5HSB4IPF32X

SHA256 hash (hex): 937CD41A5CD62C4ADF80E38D3144B1C25FAF0163AD4ED0BEFE6A98AAC32BCAA0
SHA256 hash (base32): SN6NIGS42YWEVX4A4OGTCRFRYJP26ALDVVHNBPX6NKMKVQZLZKQA
SHA256 hash (base64 common): k3zUGlzWLErfgOONMUSxwl+vAWOtTtC+/mqYqsMryqA=
SHA256 hash (base64 freenet): k3zUGlzWLErfgOONMUSxwl~vAWOtTtC~-mqYqsMryqA

================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2350.jpg
File size: 29814 bytes

SHA1 hash (hex): 29D1F09E6C53BE3EC72B77750EEDD0480879D595
SHA1 hash (base32): FHI7BHTMKO7D5RZLO52Q53OQJAEHTVMV

SHA256 hash (hex): 13B6A2592DBD74B45DDF1765ACC7EFDE2A8B3EFFEBE0F6B442F0342095A5B0D4
SHA256 hash (base32): CO3KEWJNXV2LIXO7C5S2ZR7P3YVIWPX75PQPNNCC6A2CBFNFWDKA
SHA256 hash (base64 common): E7aiWS29dLRd3xdlrMfv3iqLPv/r4Pa0QvA0IJWlsNQ=
SHA256 hash (base64 freenet): E7aiWS29dLRd3xdlrMfv3iqLPv-r4Pa0QvA0IJWlsNQ

================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2351.jpg
File size: 46737 bytes

SHA1 hash (hex): B03F8B0BF838E4014D67F1022D49478129CF1DA8
SHA1 hash (base32): WA7YWC7YHDSACTLH6EBC2SKHQEU46HNI

SHA256 hash (hex): 6B0BE3914E26F772AA6211AE10783F6BE39B46020CB5791B1546ED2AC194CA2F
SHA256 hash (base32): NMF6HEKOE33XFKTCCGXBA6B7NPRZWRQCBS2XSGYVI3WSVQMUZIXQ
SHA256 hash (base64 common): awvjkU4m93KqYhGuEHg/a+ObRgIMtXkbFUbtKsGUyi8=
SHA256 hash (base64 freenet): awvjkU4m93KqYhGuEHg-a~ObRgIMtXkbFUbtKsGUyi8

```
========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2397.jpg
File size: 43535 bytes

SHA1 hash (hex): 05F7DD98566270CBE8C7FB5E95FF38149784573B
SHA1 hash (base32): AX353GCWMJYMX2GH7NPJL7ZYCSLYIVZ3

SHA256 hash (hex): 38F89E5A908DBAB4E6645230C7E57A8D05EDAF5697DB69A3368FD816A967D6D0
SHA256 hash (base32): HD4J4WUQRW5LJZTEKIYMPZL2RUC63L2WS7NWTIZWR7MBNKLH23IA
SHA256 hash (base64 common): OPieWpCNurTmZFIwx+V6jQXtr1aX22mjNo/YFqln1tA=
SHA256 hash (base64 freenet): OPieWpCNurTmZFIwx~V6jQXtr1aX22mjNo-YFqln1tA

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2398.jpg
File size: 15752 bytes

SHA1 hash (hex): 83E929F025E0D64AD2702D24E5B641106C049997
SHA1 hash (base32): QPUST4BF4DLEVUTQFUSOLNSBCBWAJGMX

SHA256 hash (hex): E13C58749D56073B21E1EB44646A28793F1FE1708168127CF3EC3C304E0B9D3C
SHA256 hash (base32): 4E6FQ5E5KYDTWIPB5NCGI2RIPE7R7YLQQFUBE7HT5Q6DATQLTU6A
SHA256 hash (base64 common): 4TxYdJ1WBzsh4etEZGooeT8f4XCBaBJ88+w8ME4LnTw=
SHA256 hash (base64 freenet): 4TxYdJ1WBzsh4etEZGooeT8f4XCBaBJ88~w8ME4LnTw

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2399.jpg
File size: 45626 bytes

SHA1 hash (hex): AE9AD03AC7AE18390DE1C12DD8BF1F1D2D6B6D4C
SHA1 hash (base32): V2NNAOWHVYMDSDPBYEW5RPY7DUWWW3KM

SHA256 hash (hex): F73AC46CABBF84119AD45276596E071A3C259B471B1C87C3BF82DD451AA77373
SHA256 hash (base32): 645MI3FLX6CBDGWUKJ3FS3QHDI6CLG2HDMOIPQ57QLOUKGVHONZQ
SHA256 hash (base64 common): 9zrEbKu/hBGa1FJ2WW4HGjwlm0cbHIfDv4LdRRqnc3M=
SHA256 hash (base64 freenet): 9zrEbKu-hBGa1FJ2WW4HGjwlm0cbHIfDv4LdRRqnc3M

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2400.jpg
File size: 57902 bytes

SHA1 hash (hex): 7670E7E7B43B58DB86884BBF2AD3173102C54658
SHA1 hash (base32): OZYOPZ5UHNMNXBUIJO7SVUYXGEBMKRSY

SHA256 hash (hex): CC75BB024D405A23C040BDD16DE1A8C1017D658B9767C82C55F9947D9782415C
SHA256 hash (base32): ZR23WASNIBNCHQCAXXIW3YNIYEAX2ZMLS5T4QLCV7GKH3F4CIFOA
```

SHA256 hash (base64 common): zHW7Ak1AWiPAQL3RbeGowQF9ZYuXZ8gsVfmUfZeCQVw=
SHA256 hash (base64 freenet): zHW7Ak1AWiPAQL3RbeGowQF9ZYuXZ8gsVfmUfZeCQVw

============================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2401.jpg
File size: 27265 bytes

SHA1 hash (hex): E6F47ED6ABCFA6DFE0AA4C9E7385A5613069613F
SHA1 hash (base32): 432H5VVLZ6TN7YFKJSPHHBNFMEYGSYJ7

SHA256 hash (hex): 8C0A820FC457CEAA03772D31F416634B4CDC120EC15A64F065875FF9ECC335AB
SHA256 hash (base32): RQFIED6EK7HKUA3XFUY7IFTDJNGNYEQOYFNGJ4DFQ5P7T3GDGWVQ
SHA256 hash (base64 common): jAqCD8RXzqoDdy0x9BZjS0zcEg7BWmTwZYdf+ezDNas=
SHA256 hash (base64 freenet): jAqCD8RXzqoDdy0x9BZjS0zcEg7BWmTwZYdf~ezDNas

============================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2402.jpg
File size: 25271 bytes

SHA1 hash (hex): 79DDE33FF690C685CAE3CB47340A614B66A64668
SHA1 hash (base32): PHO6GP7WSDDILSXDZNDTICTBJNTKMRTI

SHA256 hash (hex): E3E66D8B761B9FB997F157D166D3868F2B57ED20815E5926AB38A3EEACC3E278
SHA256 hash (base32): 4PTG3C3WDOP3TF7RK7IWNU4GR4VVP3JAQFPFSJVLHCR65LGD4J4A
SHA256 hash (base64 common): 4+Zti3Ybn7mX8VfRZtOGjytX7SCBXlkmqzij7qzD4ng=
SHA256 hash (base64 freenet): 4~Zti3Ybn7mX8VfRZtOGjytX7SCBXlkmqzij7qzD4ng

============================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2403.jpg
File size: 41955 bytes

SHA1 hash (hex): 6A5032EB1FF3DDE60D43A03FDCDCCD9016D530E9
SHA1 hash (base32): NJIDF2Y76PO6MDKDUA75ZXGNSALNKMHJ

SHA256 hash (hex): 386410CAFB4A0E61995D73D116FD46D7FA7C8E60CDD020375F28797C7A42045F
SHA256 hash (base32): HBSBBSX3JIHGDGK5OPIRN7KG275HZDTAZXICAN27FB4XY6SCARPQ
SHA256 hash (base64 common): OGQQyvtKDmGZXXPRFv1G1/p8jmDN0CA3Xyh5fHpCBF8=
SHA256 hash (base64 freenet): OGQQyvtKDmGZXXPRFv1G1-p8jmDN0CA3Xyh5fHpCBF8

============================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2464.jpg
File size: 29667 bytes

SHA1 hash (hex): 35EA85268C9EE4D08A1BA697242D14810E12ABF0
SHA1 hash (base32): GXVIKJUMT3SNBCQ3U2LSILIUQEHBFK7Q

SHA256 hash (hex): 3561F6C22350D5DFCD0AC1EA9E667111541258FC234E61DFC35B4B100F752BF9
SHA256 hash (base32): GVQ7NQRDKDK57TIKYHVJ4ZTRCFKBEWH4ENHGDX6DLNFRAD3VFP4Q
SHA256 hash (base64 common): NWH2wiNQ1d/NCsHqnmZxEVQSWPwjTmHfw1tLEA91K/k=
SHA256 hash (base64 freenet): NWH2wiNQ1d-NCsHqnmZxEVQSWPwjTmHfw1tLEA91K-k

==========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2465.jpg
File size: 28943 bytes

SHA1 hash (hex): F014662075A736F7FB525F6DCCF2ACDF0D6FCD7E
SHA1 hash (base32): 6AKGMIDVU43PP62SL5W4Z4VM34GW7TL6

SHA256 hash (hex): 46B0745E2D29DD15616F41F16D2448DA4C5882228FFAAFFE7EDAE319DD5C3C2C
SHA256 hash (base32): I2YHIXRNFHORKYLPIHYW2JCI3JGFRARCR75K77T63LRRTXK4HQWA
SHA256 hash (base64 common): RrB0Xi0p3RVhb0HxbSRI2kxYgiKP+q/+ftrjGd1cPCw=
SHA256 hash (base64 freenet): RrB0Xi0p3RVhb0HxbSRI2kxYgiKP~q-~ftrjGd1cPCw

==========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2466.jpg
File size: 34531 bytes

SHA1 hash (hex): 435ACE6710402B9289B98824A7EA1AF2BF84C11F
SHA1 hash (base32): INNM4ZYQIAVZFCNZRASKP2Q26K7YJQI7

SHA256 hash (hex): 0A30BBE37ED27C18E8A1D53E6B25F50CB745FF1F58470E836220DCD287C984ED
SHA256 hash (base32): BIYLXY362J6BR2FB2U7GWJPVBS3UL7Y7LBDQ5A3CEDONFB6JQTWQ
SHA256 hash (base64 common): CjC7437SfBjoodU+ayX1DLdF/x9YRw6DYiDc0ofJhO0=
SHA256 hash (base64 freenet): CjC7437SfBjoodU~ayX1DLdF-x9YRw6DYiDc0ofJhO0

==========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2467.jpg
File size: 26801 bytes

SHA1 hash (hex): 75CEDC1BA72318C6FE35C24F32D642C768354AB1
SHA1 hash (base32): OXHNYG5HEMMMN7RVYJHTFVSCY5UDKSVR

SHA256 hash (hex): E40610FF0F3D76DEA36D8DED3739203C81AF85D5C239EDF85EAD2427D9B1EBCD
SHA256 hash (base32): 4QDBB7YPHV3N5I3NRXWTOOJAHSA27BOVYI4636C6VUSCPWNR5PGQ
SHA256 hash (base64 common): 5AYQ/w89dt6jbY3tNzkgPIGvhdXCOe34Xq0kJ9mx680=
SHA256 hash (base64 freenet): 5AYQ-w89dt6jbY3tNzkgPIGvhdXCOe34Xq0kJ9mx680

==========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2468.jpg
File size: 35223 bytes

SHA1 hash (hex): ED0FB22E8FE53CD2E0EB2D06B3ADA54F256BFBF7

SHA1 hash (base32): 5UH3ELUP4U6NFYHLFUDLHLNFJ4SWX67X

SHA256 hash (hex): 03E24B21DE3E8356A4DB1EDD41F75E549362A411E8C544E863C2130CF7733DEC
SHA256 hash (base32): APREWIO6H2BVNJG3D3OUD526KSJWFJAR5DCUJ2DDYIJQZ53THXWA
SHA256 hash (base64 common): A+JLId4+g1ak2x7dQfdeVJNipBHoxUToY8ITDPdzPew=
SHA256 hash (base64 freenet): A~JLId4~g1ak2x7dQfdeVJNipBHoxUToY8ITDPdzPew

=======================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2469.jpg
File size: 58469 bytes

SHA1 hash (hex): B68125300E9E1D1C593BC9677598F204F8A51FFE
SHA1 hash (base32): W2ASKMAOTYORYWJ3ZFTXLGHSAT4KKH76

SHA256 hash (hex): B6559711DBA58971E4E85ECA018617114079D7EB4C30370ED1798A97426CFA1C
SHA256 hash (base32): WZKZOEO3UWEXDZHIL3FADBQXCFAHTV7LJQYDODWRPGFJOQTM7IOA
SHA256 hash (base64 common): tlWXEduliXHk6F7KAYYXEUB51+tMMDcO0XmKl0Js+hw=
SHA256 hash (base64 freenet): tlWXEduliXHk6F7KAYYXEUB51~tMMDcO0XmKl0Js~hw

=======================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2470.jpg
File size: 56947 bytes

SHA1 hash (hex): 52A136B567589FA7E0107C8217B923E74DA808DF
SHA1 hash (base32): KKQTNNLHLCP2PYAQPSBBPOJD45G2QCG7

SHA256 hash (hex): CB0AACDC9BBF56345876F12A3306BC1524E81D6E9B058AA152FBA285309287F1
SHA256 hash (base32): ZMFKZXE3X5LDIWDW6EVDGBV4CUSOQHLOTMCYVIKS7ORIKMESQ7YQ
SHA256 hash (base64 common): ywqs3Ju-VjRYdvEqMwa8FSToHW6bBYqhUvuihTCSh/E=
SHA256 hash (base64 freenet): ywqs3Ju-VjRYdvEqMwa8FSToHW6bBYqhUvuihTCSh-E

=======================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2471.jpg
File size: 56267 bytes

SHA1 hash (hex): 46F1E673820A26EBDF97C627F032BCAD33DE4401
SHA1 hash (base32): I3Y6M44CBITOXX4XYYT7AMV4VUZ54RAB

SHA256 hash (hex): 054337D8938D09FCCF82A750434D3280D13F5C4043F3B876006FEC921BFF1F6B
SHA256 hash (base32): AVBTPWETRUE7ZT4CU5IEGTJSQDIT6XCAIPZ3Q5QAN7WJEG77D5VQ
SHA256 hash (base64 common): BUM32JONCfzPgqdQQ00ygNE/XEBD87h2AG/skhv/H2s=
SHA256 hash (base64 freenet): BUM32JONCfzPgqdQQ00ygNE-XEBD87h2AG-skhv-H2s

=======================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2472.jpg
File size: 59490 bytes

SHA1 hash (hex): A6B626220ECF8166BB56BAF04A8D48F607018739
SHA1 hash (base32): U23CMIQOZ6AWNO2WXLYEVDKI6YDQDBZZ

SHA256 hash (hex): EA3857BB9B5A36DDBE970BF9CCDFA96DC941C47331457416714699F7CDCF4764
SHA256 hash (base32): 5I4FPO43LI3N3PUXBP44ZX5JNXEUDRDTGFCXIFTRI2M7PTOPI5SA
SHA256 hash (base64 common): 6jhXu5taNt2+lwv5zN+pbclBxHMxRXQWcUaZ983PR2Q=
SHA256 hash (base64 freenet): 6jhXu5taNt2~lwv5zN~pbclBxHMxRXQWcUaZ983PR2Q

===========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2473.jpg
File size: 50477 bytes

SHA1 hash (hex): A78C0924787A98C8813EF25613EDCD2FDA9E4960
SHA1 hash (base32): U6GASJDYPKMMRAJ66JLBH3ONF7NJ4SLA

SHA256 hash (hex): 768BDDE0CB53515FC287B47E5EBD64ED279016DCC01315D28BE06804ACEA3133
SHA256 hash (base32): O2F53YGLKNIV7QUHWR7F5PLE5UTZAFW4YAJRLUUL4BUAJLHKGEZQ
SHA256 hash (base64 common): dovd4MtTUV/Ch7R+Xr1k7SeQFtzAExXSi+BoBKzqMTM=
SHA256 hash (base64 freenet): dovd4MtTUV-Ch7R~Xr1k7SeQFtzAExXSi~BoBKzqMTM

===========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2474.jpg
File size: 18521 bytes

SHA1 hash (hex): 5983E70C4B2C21FE4652EDEE25D40D0CFD9155F7
SHA1 hash (base32): LGB6ODCLFQQ74RSS5XXCLVANBT6ZCVPX

SHA256 hash (hex): A2A0831B44F673C2EFD383FA2869385D98EA779A57E06ADC9A7F05B0F2BCFEF0
SHA256 hash (base32): UKQIGG2E6ZZ4F36TQP5CQ2JYLWMOU542K7QGVXE2P4C3B4V473YA
SHA256 hash (base64 common): oqCDG0T2c8Lv04P6KGk4XZjqd5pX4Grcmn8FsPK8/vA=
SHA256 hash (base64 freenet): oqCDG0T2c8Lv04P6KGk4XZjqd5pX4Grcmn8FsPK8-vA

===========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2499.jpg
File size: 59053 bytes

SHA1 hash (hex): 4B442F3AE5F204EA1FDF41F81079705AE3CD7A69
SHA1 hash (base32): JNCC6OXF6ICOUH67IH4BA6LQLLR426TJ

SHA256 hash (hex): A5FF94A4288AC8350661CC82B628B0533CBF861F7D3E63A34AF55EE71610B145
SHA256 hash (base32): UX7ZJJBIRLEDKBTBZSBLMKFQKM6L7BQ7PU7GHI2K6VPOOFQQWFCQ
SHA256 hash (base64 common): pf+UpCiKyDUGYcyCtiiwUzy/hh99PmOjSvVe5xYQsUU=
SHA256 hash (base64 freenet): pf~UpCiKyDUGYcyCtiiwUzy-hh99PmOjSvVe5xYQsUU

===========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2500.jpg
File size: 31078 bytes

SHA1 hash (hex): 008EC6A0BF9F7CD08E468C6C4302451BED26ECA8
SHA1 hash (base32): ACHMNIF7T56NBDSGRRWEGASFDPWSN3FI

SHA256 hash (hex): 8752D9D41D2A4F9C711EA15C5E792DE3B5F206BD5469E465D7EBACE6F7F32C40
SHA256 hash (base32): Q5JNTVA5FJHZY4I6UFOF46JN4O27EBV5KRU6IZOX5OWON57TFRAA
SHA256 hash (base64 common): h1LZ1B0qT5xxHqFcXnkt47XyBr1UaeRl1+us5vfzLEA=
SHA256 hash (base64 freenet): h1LZ1B0qT5xxHqFcXnkt47XyBr1UaeRl1~us5vfzLEA

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2501.jpg
File size: 59167 bytes

SHA1 hash (hex): A7536B4764905FB4198B1E1C26412F2BF8A52F49
SHA1 hash (base32): U5JWWR3ESBP3IGMLDYOCMQJPFP4KKL2J

SHA256 hash (hex): 0453508C924ABF5FCE6F505D5B7CB64D5FAD64713176A768FE91A8E17E1A22F0
SHA256 hash (base32): ARJVBDESJK7V7TTPKBOVW7FWJVP22ZDRGF3KO2H6SGUOC7Q2ELYA
SHA256 hash (base64 common): BFNQjJJKv1/Ob1BdW3y2TV+tZHExdqdo/pGo4X4aIvA=
SHA256 hash (base64 freenet): BFNQjJJKv1-Ob1BdW3y2TV~tZHExdqdo-pGo4X4aIvA

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2502.jpg
File size: 48592 bytes

SHA1 hash (hex): 63A5A988A3CEB4F95660071F148654A6A9F43646
SHA1 hash (base32): MOS2TCFDZ22PSVTAA4PRJBSUU2U7INSG

SHA256 hash (hex): 80BAFABF647EFD554BF594D4C94C585CBBD9D6493117065BC889CCA8523F21D4
SHA256 hash (base32): QC5PVP3EP36VKS7VSTKMSTCYLS55TVSJGELQMW6IRHGKQUR7EHKA
SHA256 hash (base64 common): gLr6v2R+/VVL9ZTUyUxYXLvZ1kkxFwZbyInMqFI/IdQ=
SHA256 hash (base64 freenet): gLr6v2R~-VVL9ZTUyUxYXLvZ1kkxFwZbyInMqFI-IdQ

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2503.jpg
File size: 48554 bytes

SHA1 hash (hex): C0663FF28EB9125D8EED001419ABC8EA245E06BE
SHA1 hash (base32): YBTD74UOXEJF3DXNAAKBTK6I5ISF4BV6

SHA256 hash (hex): C1EF3F44E8F994A4C447FCC8713F19893D5B44E75701E513A1913B80F6260353
SHA256 hash (base32): YHXT6RHI7GKKJRCH7TEHCPYZRE6VWRHHK4A6KE5BSE5YB5RGANJQ
SHA256 hash (base64 common): we8/ROj5lKTER/zIcT8ZiT1bROdXAeUToZE7gPYmA1M=
SHA256 hash (base64 freenet): we8-ROj5lKTER-zIcT8ZiT1bROdXAeUToZE7gPYmA1M

```
========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2513.jpg
File size: 26524 bytes

SHA1 hash (hex): 9B641DAC9396AD619B30069A8F3F8E7963F27F22
SHA1 hash (base32): TNSB3LETS2WWDGZQA2NI6P4OPFR7E7ZC

SHA256 hash (hex): 285423BAE0A75A9C519D570D9A1E76A88A80B944EF93E67A00CA0F838083C11C
SHA256 hash (base32): FBKCHOXAU5NJYUM5K4GZUHTWVCFIBOKE56J6M6QAZIHYHAEDYEOA
SHA256 hash (base64 common): KFQjuuCnWpxRnVcNmh52qIqAuUTvk+Z6AMoPg4CDwRw=
SHA256 hash (base64 freenet): KFQjuuCnWpxRnVcNmh52qIqAuUTvk~Z6AMoPg4CDwRw

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2514.jpg
File size: 28663 bytes

SHA1 hash (hex): A9D55EC433A9A0AC1DE823318AA3CBA92535A3D6
SHA1 hash (base32): VHKV5RBTVGQKYHPIEMYYVI6LVESTLI6W

SHA256 hash (hex): 0A06B7F9223B1BB9EE24B36913F24BF1BAE6384FEDEE1C469A28BC868C949380
SHA256 hash (base32): BIDLP6JCHMN3T3REWNURH4SL6G5OMOCP5XXBYRU2FC6INDEUSOAA
SHA256 hash (base64 common): Cga3+SI7G7nuJLNpE/JL8brmOE/t7hxGmii8hoyUk4A=
SHA256 hash (base64 freenet): Cga3~SI7G7nuJLNpE-JL8brmOE-t7hxGmii8hoyUk4A

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2515.jpg
File size: 23804 bytes

SHA1 hash (hex): E42A024C39C77B1E06F2D69D16A7A5A32834AFDE
SHA1 hash (base32): 4QVAETBZY55R4BXS22ORNJ5FUMUDJL66

SHA256 hash (hex): 3B9AD5CF25CE79E875F2C829748622F43697A2C01108A3CA448C26AA540B32DA
SHA256 hash (base32): HONNLTZFZZ46Q5PSZAUXJBRC6Q3JPIWACEEKHSSERQTKUVALGLNA
SHA256 hash (base64 common): O5rVzyXOeeh18sgpdIYi9DaXosARCKPKRIwmqlQLMto=
SHA256 hash (base64 freenet): O5rVzyXOeeh18sgpdIYi9DaXosARCKPKRIwmqlQLMto

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2516.jpg
File size: 37193 bytes

SHA1 hash (hex): 54CEE4CA62CAFED87624C542E3E6DB3AD02DCFB3
SHA1 hash (base32): KTHOJSTCZL7NQ5REYVBOHZW3HLIC3T5T

SHA256 hash (hex): 17FAE017DBB105118DA21CECE610BBCD7D92D5E33FAE3372BD43C48E29419CC6
SHA256 hash (base32): C75OAF63WECRDDNCDTWOMEF3ZV6ZFVPDH6XDG4V5IPCI4KKBTTDA
SHA256 hash (base64 common): F/rgF9uxBRGNohzs5hC7zX2S1eM/rjNyvUPEjilBnMY=
```

SHA256 hash (base64 freenet): F-rgF9uxBRGNohzs5hC7zX2S1eM-rjNyvUPEjilBnMY

================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\2517.jpg
File size: 68262 bytes

SHA1 hash (hex): 5010020566C4FED564E22321ED642FE9F591D408
SHA1 hash (base32): KAIAEBLGYT7NKZHCEMQ62ZBP5H2ZDVAI

SHA256 hash (hex): E47A33785D30F8AAE98D997799237FAE250844D5FCB366F344FAF82537C4FA62
SHA256 hash (base32): 4R5DG6C5GD4KV2MNTF3ZSI37VYSQQRGV7SZWN42E7L4CKN6E7JRA
SHA256 hash (base64 common): 5HozeF0w+KrpjZl3mSN/riUIRNX8s2bzRPr4JTfE+mI=
SHA256 hash (base64 freenet): 5HozeF0w~KrpjZl3mSN-riUIRNX8s2bzRPr4JTfE~mI

================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\mar2a005.jpg
File size: 90928 bytes

SHA1 hash (hex): 68E6AC979B43D9D948E4C9386AD0CC1176773771
SHA1 hash (base32): NDTKZF43IPM5SSHEZE4GVUGMCF3HON3R

SHA256 hash (hex): E8C9F806B80A84360CA7E2113A6B8384F0A83895739B1F4F557EFB72EB766953
SHA256 hash (base32): 5DE7QBVYBKCDMDFH4IITU24DQTYKQOEVOONR6T2VP35XF23WNFJQ
SHA256 hash (base64 common): 6Mn4BrgKhDYMp+IROmuDhPCoOJVzmx9PVX77cut2aVM=
SHA256 hash (base64 freenet): 6Mn4BrgKhDYMp~IROmuDhPCoOJVzmx9PVX77cut2aVM

================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\mar2a009.jpg
File size: 32489 bytes

SHA1 hash (hex): 0029DB74450F65F8BCBDBEE9842339289B9D9BA0
SHA1 hash (base32): AAU5W5CFB5S7RPF5X3UYIIZZFCNZ3G5A

SHA256 hash (hex): C293FEFD29F605D187DF683AB0AD9B1DA7A16F7321D311ED7C56071A6B01E7D3
SHA256 hash (base32): YKJ757JJ6YC5DB67NA5LBLM3DWT2C33TEHJRD3L4KYDRU2YB47JQ
SHA256 hash (base64 common): wpP+/Sn2BdGH32g6sK2bHaehb3Mh0xHtfFYHGmsB59M=
SHA256 hash (base64 freenet): wpP~-Sn2BdGH32g6sK2bHaehb3Mh0xHtfFYHGmsB59M

================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\mar2a010.jpg
File size: 22155 bytes

SHA1 hash (hex): A95B6312E0DDAC25D65A62F02BE713493DF9B9D8
SHA1 hash (base32): VFNWGEXA3WWCLVS2MLYCXZYTJE67TOOY

SHA256 hash (hex): A35EAA038508DBEA89D48F6B0B0F0BB5FEB81FB21E1681A10BADD17DE911DCD6

```
SHA256 hash (base32): UNPKUA4FBDN6VCOUR5VQWDYLWX7LQH5SDYLIDIILVXIX32IR3TLA
SHA256 hash (base64 common): o16qA4UI2+qJ1I9rCw8Ltf64H7IeFoGhC63RfekR3NY=
SHA256 hash (base64 freenet): o16qA4UI2~qJ1I9rCw8Ltf64H7IeFoGhC63RfekR3NY

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\mar2a011.jpg
File size: 19932 bytes

SHA1 hash (hex): 31C65E8844870780F778C2B0AE77A4607B39C9D8
SHA1 hash (base32): GHDF5CCEQ4DYB53YYKYK455EMB5TTSOY

SHA256 hash (hex): FA0D09609F6FD014C5ACAF949690F802FFC0C462099F385951C0F575674E4650
SHA256 hash (base32): 7IGQSYE7N7IBJRNMV6KJNEHYAL74BRDCBGPTQWKRYD2XKZ2OIZIA
SHA256 hash (base64 common): +g0JYJ9v0BTFrK+UlpD4Av/AxGIJnzhZUcD1dWdORlA=
SHA256 hash (base64 freenet): ~g0JYJ9v0BTFrK~UlpD4Av-AxGIJnzhZUcD1dWdORlA

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\mar37004.jpg
File size: 29467 bytes

SHA1 hash (hex): 17B8498923A1D015FC5DADCEB9624190B7E6E749
SHA1 hash (base32): C64ETCJDUHIBL7C5VXHLSYSBSC36NZ2J

SHA256 hash (hex): 10A2B5C896AC3ED5FCDD449F2A6D781CBED4FD89E7851D32C9BFDC7D6D4028B8
SHA256 hash (base32): CCRLLSEWVQ7NL7G5ISPSU3LYDS7NJ7MJ46CR2MWJX7OH23KAFC4A
SHA256 hash (base64 common): EKK1yJasPtX83USfKm14HL7U/YnnhR0yyb/cfW1AKLg=
SHA256 hash (base64 freenet): EKK1yJasPtX83USfKm14HL7U-YnnhR0yyb-cfW1AKLg

========================================================================

File name: Y:\Dugger\tests\Winrar Unzip\marissa\mar37010.jpg
File size: 35469 bytes

SHA1 hash (hex): 917D8029BEEBA19C859AE9E72AAE5A73D1CDC3B0
SHA1 hash (base32): SF6YAKN65OQZZBM25HTSVLS2OPI43Q5Q

SHA256 hash (hex): 2A06BE240F8514150F7F0360CB9010A5926518F6C3B488CC41A463C78B4BB753
SHA256 hash (base32): FIDL4JAPQUKBKD37ANQMXEAQUWJGKGHWYO2IRTCBURR4PC2LW5JQ
SHA256 hash (base64 common): Kga+JA+FFBUPfwNgy5AQpZJlGPbDtIjMQaRjx4tLt1M=
SHA256 hash (base64 freenet): Kga~JA~FFBUPfwNgy5AQpZJlGPbDtIjMQaRjx4tLt1M
```

File name: Y:\Dugger\tests\Windows Unzip\marissa\2193.jpg
File size: 45550 bytes

SHA1 hash (hex): 8A888C028692195230E053E722374A966118D4EB
SHA1 hash (base32): RKEIYAUGSIMVEMHAKPTSEN2KSZQRRVHL

SHA256 hash (hex): AC50F838A68C36B7AEAA1E4ADCFF2C304086B1C8AFF67BAFE5C34429BD69C5BE
SHA256 hash (base32): VRIPQOFGRQ3LPLVKDZFNZ7ZMGBAINMOIV73HXL7FYNCCTPLJYW7A
SHA256 hash (base64 common): rFD4OKaMNreuqh5K3P8sMECGsciv9nuv5cNEKb1pxb4=
SHA256 hash (base64 freenet): rFD4OKaMNreuqh5K3P8sMECGsciv9nuv5cNEKb1pxb4

=========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2194.jpg
File size: 25180 bytes

SHA1 hash (hex): 3BABF15AF7702913AEF6B2F5FF454CA63E2EBC05
SHA1 hash (base32): HOV7CWXXOAURHLXWWL276RKMUY7C5PAF

SHA256 hash (hex): CCB216F9150A8F053F5FB1EFBCE821831DC4DD7CD5C1557E0FB7D5F38383036C
SHA256 hash (base32): ZSZBN6IVBKHQKP27WHX3Z2BBQMO4JXL42XAVK7QPW7K7HA4DANWA
SHA256 hash (base64 common): zLIW+RUKjwU/X7HvvOghgx3E3XzVwVV+D7fV84ODA2w=
SHA256 hash (base64 freenet): zLIW~RUKjwU-X7HvvOghgx3E3XzVwVV~D7fV84ODA2w

=========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2195.jpg
File size: 22585 bytes

SHA1 hash (hex): 7F94DE07EA75FDC49CD6173652EE7FC5E4336737
SHA1 hash (base32): P6KN4B7KOX64JHGWC43FF3T7YXSDGZZX

SHA256 hash (hex): 9DD8FBED3A6C6874E97B9ED2D793166111134A8ACC5E96F8FAC0AE38F6587018
SHA256 hash (base32): TXMPX3J2NRUHJ2L3T3JNPEYWMEIRGSUKZRPJN6H2YCXDR5SYOAMA
SHA256 hash (base64 common): ndj77TpsaHTpe57S15MWYRETSorMXpb4+sCuOPZYcBg=
SHA256 hash (base64 freenet): ndj77TpsaHTpe57S15MWYRETSorMXpb4~sCuOPZYcBg

=========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2196.jpg
File size: 64865 bytes

SHA1 hash (hex): D9D0AA0D45F436022083589C9BB209C3531A1980
SHA1 hash (base32): 3HIKUDKF6Q3AEIEDLCOJXMQJYNJRUGMA

SHA256 hash (hex): 1CBAD1B529F134FBE4008A16B99323EF3E767CEA658BE5399F8A0664CA36D376
SHA256 hash (base32): DS5NDNJJ6E2PXZAARILLTEZD547HM7HKMWF6KOM7RIDGJSRW2N3A
SHA256 hash (base64 common): HLrRtSnxNPvkAIoWuZMj7z52fOpli+U5n4oGZMo203Y=
SHA256 hash (base64 freenet): HLrRtSnxNPvkAIoWuZMj7z52fOpli~U5n4oGZMo203Y

```
=========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2197.jpg
File size: 58202 bytes

SHA1 hash (hex): C14CBCD743720F39C84C4CE9ADBEB0F0FA3E4C64
SHA1 hash (base32): YFGLZV2DOIHTTSCMJTU23PVQ6D5D4TDE

SHA256 hash (hex): 5945C8651EED56B70F174543C4E87CA8D70C8E3E12C7011F4EF071D6BB117BAB
SHA256 hash (base32): LFC4QZI65VLLODYXIVB4J2D4VDLQZDR6CLDQCH2O6BY5NOYRPOVQ
SHA256 hash (base64 common): WUXIZR7tVrcPF0VDxOh8qNcMjj4SxwEfTvBx1rsRe6s=
SHA256 hash (base64 freenet): WUXIZR7tVrcPF0VDxOh8qNcMjj4SxwEfTvBx1rsRe6s

=========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2203.jpg
File size: 49003 bytes

SHA1 hash (hex): 6B0B4FFCBCF92A94F6531E870606249EEFC33275
SHA1 hash (base32): NMFU77F47EVJJ5STD2DQMBRET3X4GMTV

SHA256 hash (hex): 11C030CD8122BC8F2C78B361C9F3733684E3CB5D3F389F653FC8ED8D8B973054
SHA256 hash (base32): CHADBTMBEK6I6LDYWNQ4T43TG2COHS25H44J6ZJ7ZDWY3C4XGBKA
SHA256 hash (base64 common): EcAwzYEivI8seLNhyfNzNoTjy10/OJ9lP8jtjYuXMFQ=
SHA256 hash (base64 freenet): EcAwzYEivI8seLNhyfNzNoTjy10-OJ9lP8jtjYuXMFQ

=========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2204.jpg
File size: 34024 bytes

SHA1 hash (hex): 11F22663DE9ECD61A886D31E028F2262AA2259E5
SHA1 hash (base32): CHZCMY66T3GWDKEG2MPAFDZCMKVCEWPF

SHA256 hash (hex): F80A5A886A8B2360B7A32E30001C512BE55019850E66EAE0A5768D9863FAB5E6
SHA256 hash (base32): 7AFFVCDKRMRWBN5DFYYAAHCRFPSVAGMFBZTOVYFFO2GZQY72WXTA
SHA256 hash (base64 common): +ApaiGqLI2C3oy4wABxRK+VQGYUOZurgpXaNmGP6teY=
SHA256 hash (base64 freenet): ~ApaiGqLI2C3oy4wABxRK~VQGYUOZurgpXaNmGP6teY

=========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2205.jpg
File size: 30338 bytes

SHA1 hash (hex): 9DDED13E3EB26923E0CAD6125AB4FF8DD4E5CDD7
SHA1 hash (base32): TXPNCPR6WJUSHYGK2YJFVNH7RXKOLTOX

SHA256 hash (hex): 659A945B902C1DB2C44CF934092274E4D7BF0535E3808B24E4B67DEAF61500AE
SHA256 hash (base32): MWNJIW4QFQO3FRCM7E2ASITU4TL36BJV4OAIWJHEWZ66V5QVACXA
SHA256 hash (base64 common): ZZqUW5AsHbLETPk0CSJ05Ne/BTXjgIsk5LZ96vYVAK4=
```

SHA256 hash (base64 freenet): ZZqUW5AsHbLETPk0CSJ05Ne-BTXjgIsk5LZ96vYVAK4

================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2206.jpg
File size: 53127 bytes

SHA1 hash (hex): C60FAFE39CD4E9152645B034C72F6568047DE6E7
SHA1 hash (base32): YYH27Y442TURKJSFWA2MOL3FNACH3ZXH

SHA256 hash (hex): 09DFCE097A4FBC167E9A7201544C9D3D44DC788CE99E9C0BAC8B37216F227339
SHA256 hash (base32): BHP44CL2J66BM7U2OIAVITE5HVCNY6EM5GPJYC5MRM3SC3ZCOM4Q
SHA256 hash (base64 common): Cd/OCXpPvBZ+mnIBVEydPUTceIzpnpwLrIs3IW8iczk=
SHA256 hash (base64 freenet): Cd-OCXpPvBZ~mnIBVEydPUTceIzpnpwLrIs3IW8iczk

================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2207.jpg
File size: 48629 bytes

SHA1 hash (hex): 7B1E90CA3EB27A8F7F280C8F87C330D2ACBA00E5
SHA1 hash (base32): PMPJBSR6WJ5I67ZIBSHYPQZQ2KWLUAHF

SHA256 hash (hex): AA672C22DF083CCC7DCF6D0C24E653016B76784E96CB43F0FCE5146BB83A8BF2
SHA256 hash (base32): VJTSYIW7BA6MY7OPNUGCJZSTAFVXM6COS3FUH4H44UKGXOB2RPZA
SHA256 hash (base64 common): qmcsIt8IPMx9z20MJOZTAWt2eE6Wy0Pw/OUUa7g6i/I=
SHA256 hash (base64 freenet): qmcsIt8IPMx9z20MJOZTAWt2eE6Wy0Pw-OUUa7g6i-I

================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2214.jpg
File size: 81217 bytes

SHA1 hash (hex): B3B2C68059EC5A752601421332CDA5FEB94E0F4C
SHA1 hash (base32): WOZMNACZ5RNHKJQBIIJTFTNF724U4D2M

SHA256 hash (hex): E837BA19F3DFF3CA3EEEECE3BFBF4EAC7505C772D49BF3D1BF868BB480E4161D
SHA256 hash (base32): 5A33UGPT37Z4UPXO5TR37P2OVR2QLR3S2SN7HUN7Q2F3JAHECYOQ
SHA256 hash (base64 common): 6De6GfPf88o+7uzjv79OrHUFx3LUm/PRv4aLtIDkFh0=
SHA256 hash (base64 freenet): 6De6GfPf88o~7uzjv79OrHUFx3LUm-PRv4aLtIDkFh0

================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2215.jpg
File size: 49210 bytes

SHA1 hash (hex): 9EF3725EB0AC7915451586B657A0D14129457869
SHA1 hash (base32): T3ZXEXVQVR4RKRIVQ23FPIGRIEUUK6DJ

SHA256 hash (hex): 83A2345B9B90B1FBCD357773E1C2FBCC0430031D266352A0F2ED9B64955BEC81

SHA256 hash (base32): QORDIW43SCY7XTJVO5Z6DQX3ZQCDAAY5EZRVFIHS5WNWJFK35SAQ
SHA256 hash (base64 common): g6I0W5uQsfvNNXdz4cL7zAQwAx0mY1Kg8u2bZJVb7IE=
SHA256 hash (base64 freenet): g6I0W5uQsfvNNXdz4cL7zAQwAx0mY1Kg8u2bZJVb7IE

=========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2216.jpg
File size: 39105 bytes

SHA1 hash (hex): 9BB978EE138A3AC34F843FB09D503294764ECA1C
SHA1 hash (base32): TO4XR3QTRI5MGT4EH6YJ2UBSSR3E5SQ4

SHA256 hash (hex): 0AA0AC98567877248E5E87A929D59C3A8D616C3A377765F26B66DAECD397474D
SHA256 hash (base32): BKQKZGCWPB3SJDS6Q6USTVM4HKGWC3B2G53WL4TLM3NOZU4XI5GQ
SHA256 hash (base64 common): CqCsmFZ4dySOXoepKdWcOo1hbDo3d2Xya2ba7NOXR00=
SHA256 hash (base64 freenet): CqCsmFZ4dySOXoepKdWcOo1hbDo3d2Xya2ba7NOXR00

=========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2217.jpg
File size: 63993 bytes

SHA1 hash (hex): 23F2A440EEDA5DA4C630E7E680ECADE5DEC3481F
SHA1 hash (base32): EPZKIQHO3JO2JRRQ47TIB3FN4XPMGSA7

SHA256 hash (hex): 22243676A7F55D86501540A85ABFECD40CECC82CF0AAC970C6A7A5D98A77DFFD
SHA256 hash (base32): EISDM5VH6VOYMUAVICUFVP7M2QGOZSBM6CVMS4GGU6S5TCTX376Q
SHA256 hash (base64 common): IiQ2dqf1XYZQFUCoWr/s1AzsyCzwqslwxqel2Yp33/0=
SHA256 hash (base64 freenet): IiQ2dqf1XYZQFUCoWr-s1AzsyCzwqslwxqel2Yp33-0

=========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2233.jpg
File size: 63172 bytes

SHA1 hash (hex): DADBB9EE56A6E5A3BF3E2EEAD5E3C80854A85D05
SHA1 hash (base32): 3LN3T3SWU3S2HPZ6F3VNLY6IBBKKQXIF

SHA256 hash (hex): 8095AA3B278CE63C14270E45EC05E070D483117ED0640656A78613F0B716ED06
SHA256 hash (base32): QCK2UOZHRTTDYFBHBZC6YBPAODKIGEL62BSAMVVHQYJ7BNYW5UDA
SHA256 hash (base64 common): gJWqOyeM5jwUJw5F7AXgcNSDEX7QZAZWp4YT8LcW7QY=
SHA256 hash (base64 freenet): gJWqOyeM5jwUJw5F7AXgcNSDEX7QZAZWp4YT8LcW7QY

=========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2234.jpg
File size: 17565 bytes

SHA1 hash (hex): 4465D0BA44FD4AFA870C4400813954AF5F4677D3
SHA1 hash (base32): IRS5BOSE7VFPVBYMIQAICOKUV5PUM56T

SHA256 hash (hex): 4E08A33DA191B5BBACAD9137DE06ACDA612234108229DC3421A02A40CE8F1E39
SHA256 hash (base32): JYEKGPNBSG23XLFNSE354BVM3JQSENAQQIU5YNBBUAVEBTUPDY4Q
SHA256 hash (base64 common): TgijPaGRtbusrZE33gas2mEiNBCCKdw0IaAqQM6PHjk=
SHA256 hash (base64 freenet): TgijPaGRtbusrZE33gas2mEiNBCCKdw0IaAqQM6PHjk

==========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2235.jpg
File size: 24410 bytes

SHA1 hash (hex): D22D7CFCCFB583F671745F66CF4B47B88B9C7AF6
SHA1 hash (base32): 2IWXZ7GPWWB7M4LUL5TM6S2HXCFZY6XW

SHA256 hash (hex): 9B51ECB89DEE8382D350CB79E9D9A8A75A6B2AE0A5C2FD91B6760A831C1D135D
SHA256 hash (base32): TNI6ZOE552BYFU2QZN46TWNIU5NGWKXAUXBP3ENWOYFIGHA5CNOQ
SHA256 hash (base64 common): m1HsuJ3ug4LTUMt56dmop1prKuClwv2RtnYKgxwdE10=
SHA256 hash (base64 freenet): m1HsuJ3ug4LTUMt56dmop1prKuClwv2RtnYKgxwdE10

==========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2236.jpg
File size: 5579 bytes

SHA1 hash (hex): A2E6E2CA69CC5E0C41D55519D6C9FE39C10E0C95
SHA1 hash (base32): ULTOFSTJZRPAYQOVKUM5NSP6HHAQ4DEV

SHA256 hash (hex): 10DE102E6CD5D3E9DCC533AF63A0F5DB7E5118ABEFA1B447C9BF891218F5FC12
SHA256 hash (base32): CDPBALTM2XJ6TXGFGOXWHIHV3N7FCGFL56Q3IR6JX6EREGHV7QJA
SHA256 hash (base64 common): EN4QLmzV0+ncxTOvY6D1235RGKvvobRHyb+JEhj1/BI=
SHA256 hash (base64 freenet): EN4QLmzV0~ncxTOvY6D1235RGKvvobRHyb~JEhj1-BI

==========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2237.jpg
File size: 18115 bytes

SHA1 hash (hex): 5246352FE298F52CE569707F2AA87D73B8F01642
SHA1 hash (base32): KJDDKL7CTD2SZZLJOB7SVKD5OO4PAFSC

SHA256 hash (hex): ADFF510AEEF34A7CCC853A7F09619548804776FE2A29D9BF5A583B00C0562A47
SHA256 hash (base32): VX7VCCXO6NFHZTEFHJ7QSYMVJCAEO5X6FIU5TP22LA5QBQCWFJDQ
SHA256 hash (base64 common): rf9RCu7zSnzMhTp/CWGVSIBHdv4qKdm/Wlg7AMBWKkc=
SHA256 hash (base64 freenet): rf9RCu7zSnzMhTp-CWGVSIBHdv4qKdm-Wlg7AMBWKkc

==========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2238.jpg
File size: 26828 bytes

SHA1 hash (hex): F1EC4CEB5D21C25D7B422197C7ED597CBD3E2EF1
SHA1 hash (base32): 6HWEZ225EHBF262CEGL4P3KZPS6T4LXR

SHA256 hash (hex): B64D4D0FE19BAE4BAC55026CCC2D7FD1B0891DDC360B9DD41AEC990ACC70EDA2
SHA256 hash (base32): WZGU2D7BTOXEXLCVAJWMYLL72GYISHO4GYFZ3VA25SMQVTDQ5WRA
SHA256 hash (base64 common): tk1ND+GbrkusVQJszC1/0bCJHdw2C53UGuyZCsxw7aI=
SHA256 hash (base64 freenet): tk1ND~GbrkusVQJszC1-0bCJHdw2C53UGuyZCsxw7aI

===========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2239.jpg
File size: 18904 bytes

SHA1 hash (hex): 6BD9E91F65D333C9B3622E38DD2F66CA3219BF89
SHA1 hash (base32): NPM6SH3F2MZ4TM3CFY4N2L3GZIZBTP4J

SHA256 hash (hex): 1C6A54DF0F03039131A16D72CABB3F56CC947D5F2258557616F5F50611B02364
SHA256 hash (base32): DRVFJXYPAMBZCMNBNVZMVOZ7K3GJI7K7EJMFK5QW6X2QMENQENSA
SHA256 hash (base64 common): HGpU3w8DA5ExoW1yyrs/VsyUfV8iWFV2FvX1BhGwI2Q=
SHA256 hash (base64 freenet): HGpU3w8DA5ExoW1yyrs-VsyUfV8iWFV2FvX1BhGwI2Q

===========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2240.jpg
File size: 36447 bytes

SHA1 hash (hex): BFBD71697C11ECFFBF89618DD2EC82D8E8C4836C
SHA1 hash (base32): X66XC2L4CHWP7P4JMGG5F3EC3DUMJA3M

SHA256 hash (hex): 9DA280253C33EEEBBE32BEAE61428CF3A7F2C1D1D91FAAC7DBE1B8949FAD8890
SHA256 hash (base32): TWRIAJJ4GPXOXPRSX2XGCQUM6OT7FQOR3EP2VR634G4JJH5NRCIA
SHA256 hash (base64 common): naKAJTwz7uu+Mr6uYUKM86fywdHZH6rH2+G4lJ+tiJA=
SHA256 hash (base64 freenet): naKAJTwz7uu~Mr6uYUKM86fywdHZH6rH2~G4lJ~tiJA

===========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2304.jpg
File size: 78221 bytes

SHA1 hash (hex): 4281DE0F56E6FE3F74F58253A6B69CB6D662EF1C
SHA1 hash (base32): IKA54D2W437D65HVQJJ2NNU4W3LGF3Y4

SHA256 hash (hex): D3500117862440689E7569C94F5FF85B3ADECFD8FA4712ACD91EDA94A88654A0
SHA256 hash (base32): 2NIACF4GERAGRHTVNHEU6X7YLM5N5T6Y7JDRFLGZD3NJJKEGKSQA
SHA256 hash (base64 common): 01ABF4YkQGiedWnJT1/4Wzrez9j6RxKs2R7alKiGVKA=
SHA256 hash (base64 freenet): 01ABF4YkQGiedWnJT1-4Wzrez9j6RxKs2R7alKiGVKA

===========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2305.jpg

File size: 59886 bytes

SHA1 hash (hex): 01F09C2A81F1E5BE9359B7173933C06CA7A18D27
SHA1 hash (base32): AHYJYKUB6HS35E2ZW4LTSM6ANST2DDJH

SHA256 hash (hex): A2C87DD602B71D366F6720F52C726FF17CC372CA1164DD98DEF67AE615781C6B
SHA256 hash (base32): ULEH3VQCW4OTM33HED2SY4TP6F6MG4WKCFSN3GG66Z5OMFLYDRVQ
SHA256 hash (base64 common): osh91gK3HTZvZyD1LHJv8XzDcsoRZN2Y3vZ65hV4HGs=
SHA256 hash (base64 freenet): osh91gK3HTZvZyD1LHJv8XzDcsoRZN2Y3vZ65hV4HGs

=========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2306.jpg
File size: 52962 bytes

SHA1 hash (hex): 4A72B88DD373ADDC162359345FC7DD470E101B92
SHA1 hash (base32): JJZLRDOTOOW5YFRDLE2F7R65I4HBAG4S

SHA256 hash (hex): 415A06CCDF57ABDB1DA30ABF4ACF9DBF9267792886533FC32026FD68096BF940
SHA256 hash (base32): IFNANTG7K6V5WHNDBK7UVT45X6JGO6JIQZJT7QZAE36WQCLL7FAA
SHA256 hash (base64 common): QVoGzN9Xq9sdowq/Ss+dv5JneSiGUz/DICb9aAlr+UA=
SHA256 hash (base64 freenet): QVoGzN9Xq9sdowq-Ss~dv5JneSiGUz-DICb9aAlr~UA

=========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2346.jpg
File size: 32632 bytes

SHA1 hash (hex): 3575A031EDB4AB959BF3ECA720722C6876A0B457
SHA1 hash (base32): GV22AMPNWSVZLG7T5STSA4RMNB3KBNCX

SHA256 hash (hex): 2D1BB2A3010D02BFFF7390AA3887EA7EAE8D3CBA709EDEB0BED52430557068FC
SHA256 hash (base32): FUN3FIYBBUBL773TSCVDRB7KP2XI2PF2OCPN5MF62USDAVLQND6A
SHA256 hash (base64 common): LRuyowENAr//c5CqOIfqfq6NPLpwnt6wvtUkMFVwaPw=
SHA256 hash (base64 freenet): LRuyowENAr--c5CqOIfqfq6NPLpwnt6wvtUkMFVwaPw

=========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2347.jpg
File size: 48483 bytes

SHA1 hash (hex): 21AE279392AD2C974ABBD9C624931E0DC1A0A089
SHA1 hash (base32): EGXCPE4SVUWJOSV33HDCJEY6BXA2BIEJ

SHA256 hash (hex): 546BAF3C84BDA447E5487494AE303062AD195851E5E4DE498B2C2771B0F217C0
SHA256 hash (base32): KRV26PEEXWSEPZKIOSKK4MBQMKWRSWCR4XSN4SMLFQTXDMHSC7AA
SHA256 hash (base64 common): VGuvPIS9pEflSHSUrjAwYq0ZWFHl5N5JiywncbDyF8A=
SHA256 hash (base64 freenet): VGuvPIS9pEflSHSUrjAwYq0ZWFHl5N5JiywncbDyF8A

=========================================================================

```
File name: Y:\Dugger\tests\Windows Unzip\marissa\2348.jpg
File size: 27414 bytes

SHA1 hash (hex): 0E4599D3C05C3AAF89F8F3CFA55562D7F6B0224D
SHA1 hash (base32): BZCZTU6ALQ5K7CPY6PH2KVLC273LAISN

SHA256 hash (hex): 150604188CB0A3A742CEF72A69D51EC412CB6C84C3AAA7F1E70CE9E1CA0D0A94
SHA256 hash (base32): CUDAIGEMWCR2OQWO64VGTVI6YQJMW3EEYOVKP4PHBTU6DSQNBKKA
SHA256 hash (base64 common): FQYEGIywo6dCzvcqadUexBLLbITDqqfx5wzp4coNCpQ=
SHA256 hash (base64 freenet): FQYEGIywo6dCzvcqadUexBLLbITDqqfx5wzp4coNCpQ


=========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2349.jpg
File size: 31650 bytes

SHA1 hash (hex): 8F89C4791C8AE7159550AD3877F4F20F10F2EF57
SHA1 hash (base32): R6E4I6I4RLTRLFKQVU4HP5HSB4IPF32X

SHA256 hash (hex): 937CD41A5CD62C4ADF80E38D3144B1C25FAF0163AD4ED0BEFE6A98AAC32BCAA0
SHA256 hash (base32): SN6NIGS42YWEVX4A4OGTCRFRYJP26ALDVVHNBPX6NKMKVQZLZKQA
SHA256 hash (base64 common): k3zUGlzWLErfgOONMUSxwl+vAWOtTtC+/mqYqsMryqA=
SHA256 hash (base64 freenet): k3zUGlzWLErfgOONMUSxwl~vAWOtTtC~-mqYqsMryqA


=========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2350.jpg
File size: 29814 bytes

SHA1 hash (hex): 29D1F09E6C53BE3EC72B77750EEDD0480879D595
SHA1 hash (base32): FHI7BHTMKO7D5RZLO52Q53OQJAEHTVMV

SHA256 hash (hex): 13B6A2592DBD74B45DDF1765ACC7EFDE2A8B3EFFEBE0F6B442F0342095A5B0D4
SHA256 hash (base32): CO3KEWJNXV2LIXO7C5S2ZR7P3YVIWPX75PQPNNCC6A2CBFNFWDKA
SHA256 hash (base64 common): E7aiWS29dLRd3xdlrMfv3iqLPv/r4Pa0QvA0IJWlsNQ=
SHA256 hash (base64 freenet): E7aiWS29dLRd3xdlrMfv3iqLPv-r4Pa0QvA0IJWlsNQ


=========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2351.jpg
File size: 46737 bytes

SHA1 hash (hex): B03F8B0BF838E4014D67F1022D49478129CF1DA8
SHA1 hash (base32): WA7YWC7YHDSACTLH6EBC2SKHQEU46HNI

SHA256 hash (hex): 6B0BE3914E26F772AA6211AE10783F6BE39B46020CB5791B1546ED2AC194CA2F
SHA256 hash (base32): NMF6HEKOE33XFKTCCGXBA6B7NPRZWRQCBS2XSGYVI3WSVQMUZIXQ
SHA256 hash (base64 common): awvjkU4m93KqYhGuEHg/a+ObRgIMtXkbFUbtKsGUyi8=
SHA256 hash (base64 freenet): awvjkU4m93KqYhGuEHg-a~ObRgIMtXkbFUbtKsGUyi8
```

========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2397.jpg
File size: 43535 bytes

SHA1 hash (hex): 05F7DD98566270CBE8C7FB5E95FF38149784573B
SHA1 hash (base32): AX353GCWMJYMX2GH7NPJL7ZYCSLYIVZ3

SHA256 hash (hex): 38F89E5A908DBAB4E6645230C7E57A8D05EDAF5697DB69A3368FD816A967D6D0
SHA256 hash (base32): HD4J4WUQRW5LJZTEKIYMPZL2RUC63L2WS7NWTIZWR7MBNKLH23IA
SHA256 hash (base64 common): OPieWpCNurTmZFIwx+V6jQXtr1aX22mjNo/YFqln1tA=
SHA256 hash (base64 freenet): OPieWpCNurTmZFIwx~V6jQXtr1aX22mjNo-YFqln1tA

========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2398.jpg
File size: 15752 bytes

SHA1 hash (hex): 83E929F025E0D64AD2702D24E5B641106C049997
SHA1 hash (base32): QPUST4BF4DLEVUTQFUSOLNSBCBWAJGMX

SHA256 hash (hex): E13C58749D56073B21E1EB44646A28793F1FE1708168127CF3EC3C304E0B9D3C
SHA256 hash (base32): 4E6FQ5E5KYDTWIPB5NCGI2RIPE7R7YLQQFUBE7HT5Q6DATQLTU6A
SHA256 hash (base64 common): 4TxYdJ1WBzsh4etEZGooeT8f4XCBaBJ88+w8ME4LnTw=
SHA256 hash (base64 freenet): 4TxYdJ1WBzsh4etEZGooeT8f4XCBaBJ88~w8ME4LnTw

========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2399.jpg
File size: 45626 bytes

SHA1 hash (hex): AE9AD03AC7AE18390DE1C12DD8BF1F1D2D6B6D4C
SHA1 hash (base32): V2NNAOWHVYMDSDPBYEW5RPY7DUWWW3KM

SHA256 hash (hex): F73AC46CABBF84119AD45276596E071A3C259B471B1C87C3BF82DD451AA77373
SHA256 hash (base32): 645MI3FLX6CBDGWUKJ3FS3QHDI6CLG2HDMOIPQ57QLOUKGVHONZQ
SHA256 hash (base64 common): 9zrEbKu/hBGa1FJ2WW4HGjwlm0cbHIfDv4LdRRqnc3M=
SHA256 hash (base64 freenet): 9zrEbKu-hBGa1FJ2WW4HGjwlm0cbHIfDv4LdRRqnc3M

========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2400.jpg
File size: 57902 bytes

SHA1 hash (hex): 7670E7E7B43B58DB86884BBF2AD3173102C54658
SHA1 hash (base32): OZYOPZ5UHNMNXBUIJO7SVUYXGEBMKRSY

SHA256 hash (hex): CC75BB024D405A23C040BDD16DE1A8C1017D658B9767C82C55F9947D9782415C
SHA256 hash (base32): ZR23WASNIBNCHQCAXXIW3YNIYEAX2ZMLS5T4QLCV7GKH3F4CIFOA

SHA256 hash (base64 common): zHW7Ak1AWiPAQL3RbeGowQF9ZYuXZ8gsVfmUfZeCQVw=
SHA256 hash (base64 freenet): zHW7Ak1AWiPAQL3RbeGowQF9ZYuXZ8gsVfmUfZeCQVw

============================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2401.jpg
File size: 27265 bytes

SHA1 hash (hex): E6F47ED6ABCFA6DFE0AA4C9E7385A5613069613F
SHA1 hash (base32): 432H5VVLZ6TN7YFKJSPHHBNFMEYGSYJ7

SHA256 hash (hex): 8C0A820FC457CEAA03772D31F416634B4CDC120EC15A64F065875FF9ECC335AB
SHA256 hash (base32): RQFIED6EK7HKUA3XFUY7IFTDJNGNYEQOYFNGJ4DFQ5P7T3GDGWVQ
SHA256 hash (base64 common): jAqCD8RXzqoDdy0x9BZjS0zcEg7BWmTwZYdf+ezDNas=
SHA256 hash (base64 freenet): jAqCD8RXzqoDdy0x9BZjS0zcEg7BWmTwZYdf~ezDNas

============================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2402.jpg
File size: 25271 bytes

SHA1 hash (hex): 79DDE33FF690C685CAE3CB47340A614B66A64668
SHA1 hash (base32): PHO6GP7WSDDILSXDZNDTICTBJNTKMRTI

SHA256 hash (hex): E3E66D8B761B9FB997F157D166D3868F2B57ED20815E5926AB38A3EEACC3E278
SHA256 hash (base32): 4PTG3C3WDOP3TF7RK7IWNU4GR4VVP3JAQFPFSJVLHCR65LGD4J4A
SHA256 hash (base64 common): 4+Zti3Ybn7mX8VfRZtOGjytX7SCBXlkmqzij7qzD4ng=
SHA256 hash (base64 freenet): 4~Zti3Ybn7mX8VfRZtOGjytX7SCBXlkmqzij7qzD4ng

============================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2403.jpg
File size: 41955 bytes

SHA1 hash (hex): 6A5032EB1FF3DDE60D43A03FDCDCCD9016D530E9
SHA1 hash (base32): NJIDF2Y76PO6MDKDUA75ZXGNSALNKMHJ

SHA256 hash (hex): 386410CAFB4A0E61995D73D116FD46D7FA7C8E60CDD020375F28797C7A42045F
SHA256 hash (base32): HBSBBSX3JIHGDGK5OPIRN7KG275HZDTAZXICAN27FB4XY6SCARPQ
SHA256 hash (base64 common): OGQQyvtKDmGZXXPRFv1G1/p8jmDN0CA3Xyh5fHpCBF8=
SHA256 hash (base64 freenet): OGQQyvtKDmGZXXPRFv1G1-p8jmDN0CA3Xyh5fHpCBF8

============================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2464.jpg
File size: 29667 bytes

SHA1 hash (hex): 35EA85268C9EE4D08A1BA697242D14810E12ABF0
SHA1 hash (base32): GXVIKJUMT3SNBCQ3U2LSILIUQEHBFK7Q

SHA256 hash (hex): 3561F6C22350D5DFCD0AC1EA9E667111541258FC234E61DFC35B4B100F752BF9
SHA256 hash (base32): GVQ7NQRDKDK57TIKYHVJ4ZTRCFKBEWH4ENHGDX6DLNFRAD3VFP4Q
SHA256 hash (base64 common): NWH2wiNQ1d/NCsHqnmZxEVQSWPwjTmHfw1tLEA91K/k=
SHA256 hash (base64 freenet): NWH2wiNQ1d-NCsHqnmZxEVQSWPwjTmHfw1tLEA91K-k

===========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2465.jpg
File size: 28943 bytes

SHA1 hash (hex): F014662075A736F7FB525F6DCCF2ACDF0D6FCD7E
SHA1 hash (base32): 6AKGMIDVU43PP62SL5W4Z4VM34GW7TL6

SHA256 hash (hex): 46B0745E2D29DD15616F41F16D2448DA4C5882228FFAAFFE7EDAE319DD5C3C2C
SHA256 hash (base32): I2YHIXRNFHORKYLPIHYW2JCI3JGFRARCR75K77T63LRRTXK4HQWA
SHA256 hash (base64 common): RrB0Xi0p3RVhb0HxbSRI2kxYgiKP+q/+ftrjGd1cPCw=
SHA256 hash (base64 freenet): RrB0Xi0p3RVhb0HxbSRI2kxYgiKP~q-~ftrjGd1cPCw

===========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2466.jpg
File size: 34531 bytes

SHA1 hash (hex): 435ACE6710402B9289B98824A7EA1AF2BF84C11F
SHA1 hash (base32): INNM4ZYQIAVZFCNZRASKP2Q26K7YJQI7

SHA256 hash (hex): 0A30BBE37ED27C18E8A1D53E6B25F50CB745FF1F58470E836220DCD287C984ED
SHA256 hash (base32): BIYLXY362J6BR2FB2U7GWJPVBS3UL7Y7LBDQ5A3CEDONFB6JQTWQ
SHA256 hash (base64 common): CjC7437SfBjoodU+ayX1DLdF/x9YRw6DYiDc0ofJhO0=
SHA256 hash (base64 freenet): CjC7437SfBjoodU~ayX1DLdF-x9YRw6DYiDc0ofJhO0

===========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2467.jpg
File size: 26801 bytes

SHA1 hash (hex): 75CEDC1BA72318C6FE35C24F32D642C768354AB1
SHA1 hash (base32): OXHNYG5HEMMMN7RVYJHTFVSCY5UDKSVR

SHA256 hash (hex): E40610FF0F3D76DEA36D8DED3739203C81AF85D5C239EDF85EAD2427D9B1EBCD
SHA256 hash (base32): 4QDBB7YPHV3N5I3NRXWTOOJAHSA27BOVYI4636C6VUSCPWNR5PGQ
SHA256 hash (base64 common): 5AYQ/w89dt6jbY3tNzkgPIGvhdXCOe34Xq0kJ9mx680=
SHA256 hash (base64 freenet): 5AYQ-w89dt6jbY3tNzkgPIGvhdXCOe34Xq0kJ9mx680

===========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2468.jpg
File size: 35223 bytes

SHA1 hash (hex): ED0FB22E8FE53CD2E0EB2D06B3ADA54F256BFBF7

SHA1 hash (base32): 5UH3ELUP4U6NFYHLFUDLHLNFJ4SWX67X

SHA256 hash (hex): 03E24B21DE3E8356A4DB1EDD41F75E549362A411E8C544E863C2130CF7733DEC
SHA256 hash (base32): APREWIO6H2BVNJG3D3OUD526KSJWFJAR5DCUJ2DDYIJQZ53THXWA
SHA256 hash (base64 common): A+JLId4+g1ak2x7dQfdeVJNipBHoxUToY8ITDPdzPew=
SHA256 hash (base64 freenet): A~JLId4~g1ak2x7dQfdeVJNipBHoxUToY8ITDPdzPew

=========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2469.jpg
File size: 58469 bytes

SHA1 hash (hex): B68125300E9E1D1C593BC9677598F204F8A51FFE
SHA1 hash (base32): W2ASKMAOTYORYWJ3ZFTXLGHSAT4KKH76

SHA256 hash (hex): B6559711DBA58971E4E85ECA018617114079D7EB4C30370ED1798A97426CFA1C
SHA256 hash (base32): WZKZOEO3UWEXDZHIL3FADBQXCFAHTV7LJQYDODWRPGFJOQTM7IOA
SHA256 hash (base64 common): tlWXEduliXHk6F7KAYYXEUB51+tMMDcO0XmKl0Js+hw=
SHA256 hash (base64 freenet): tlWXEduliXHk6F7KAYYXEUB51~tMMDcO0XmKl0Js~hw

=========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2470.jpg
File size: 56947 bytes

SHA1 hash (hex): 52A136B567589FA7E0107C8217B923E74DA808DF
SHA1 hash (base32): KKQTNNLHLCP2PYAQPSBBPOJD45G2QCG7

SHA256 hash (hex): CB0AACDC9BBF56345876F12A3306BC1524E81D6E9B058AA152FBA285309287F1
SHA256 hash (base32): ZMFKZXE3X5LDIWDW6EVDGBV4CUSOQHLOTMCYVIKS7ORIKMESQ7YQ
SHA256 hash (base64 common): ywqs3Ju-VjRYdvEqMwa8FSToHW6bBYqhUvuihTCSh/E=
SHA256 hash (base64 freenet): ywqs3Ju-VjRYdvEqMwa8FSToHW6bBYqhUvuihTCSh-E

=========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2471.jpg
File size: 56267 bytes

SHA1 hash (hex): 46F1E673820A26EBDF97C627F032BCAD33DE4401
SHA1 hash (base32): I3Y6M44CBITOXX4XYYT7AMV4VUZ54RAB

SHA256 hash (hex): 054337D8938D09FCCF82A750434D3280D13F5C4043F3B876006FEC921BFF1F6B
SHA256 hash (base32): AVBTPWETRUE7ZT4CU5IEGTJSQDIT6XCAIPZ3Q5QAN7WJEG77D5VQ
SHA256 hash (base64 common): BUM32JONCfzPgqdQQ00ygNE/XEBD87h2AG/skhv/H2s=
SHA256 hash (base64 freenet): BUM32JONCfzPgqdQQ00ygNE-XEBD87h2AG-skhv-H2s

=========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2472.jpg
File size: 59490 bytes

SHA1 hash (hex): A6B626220ECF8166BB56BAF04A8D48F607018739
SHA1 hash (base32): U23CMIQOZ6AWNO2WXLYEVDKI6YDQDBZZ

SHA256 hash (hex): EA3857BB9B5A36DDBE970BF9CCDFA96DC941C47331457416714699F7CDCF4764
SHA256 hash (base32): 5I4FPO43LI3N3PUXBP44ZX5JNXEUDRDTGFCXIFTRI2M7PTOPI5SA
SHA256 hash (base64 common): 6jhXu5taNt2+lwv5zN+pbclBxHMxRXQWcUaZ983PR2Q=
SHA256 hash (base64 freenet): 6jhXu5taNt2~lwv5zN~pbclBxHMxRXQWcUaZ983PR2Q

=============================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2473.jpg
File size: 50477 bytes

SHA1 hash (hex): A78C0924787A98C8813EF25613EDCD2FDA9E4960
SHA1 hash (base32): U6GASJDYPKMMRAJ66JLBH3ONF7NJ4SLA

SHA256 hash (hex): 768BDDE0CB53515FC287B47E5EBD64ED279016DCC01315D28BE06804ACEA3133
SHA256 hash (base32): O2F53YGLKNIV7QUHWR7F5PLE5UTZAFW4YAJRLUUL4BUAJLHKGEZQ
SHA256 hash (base64 common): dovd4MtTUV/Ch7R+Xr1k7SeQFtzAExXSi+BoBKzqMTM=
SHA256 hash (base64 freenet): dovd4MtTUV-Ch7R~Xr1k7SeQFtzAExXSi~BoBKzqMTM

=============================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2474.jpg
File size: 18521 bytes

SHA1 hash (hex): 5983E70C4B2C21FE4652EDEE25D40D0CFD9155F7
SHA1 hash (base32): LGB6ODCLFQQ74RSS5XXCLVANBT6ZCVPX

SHA256 hash (hex): A2A0831B44F673C2EFD383FA2869385D98EA779A57E06ADC9A7F05B0F2BCFEF0
SHA256 hash (base32): UKQIGG2E6ZZ4F36TQP5CQ2JYLWMOU542K7QGVXE2P4C3B4V473YA
SHA256 hash (base64 common): oqCDG0T2c8Lv04P6KGk4XZjqd5pX4Grcmn8FsPK8/vA=
SHA256 hash (base64 freenet): oqCDG0T2c8Lv04P6KGk4XZjqd5pX4Grcmn8FsPK8-vA

=============================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2499.jpg
File size: 59053 bytes

SHA1 hash (hex): 4B442F3AE5F204EA1FDF41F81079705AE3CD7A69
SHA1 hash (base32): JNCC6OXF6ICOUH67IH4BA6LQLLR426TJ

SHA256 hash (hex): A5FF94A4288AC8350661CC82B628B0533CBF861F7D3E63A34AF55EE71610B145
SHA256 hash (base32): UX7ZJJBIRLEDKBTBZSBLMKFQKM6L7BQ7PU7GHI2K6VPOOFQQWFCQ
SHA256 hash (base64 common): pf+UpCiKyDUGYcyCtiiwUzy/hh99PmOjSvVe5xYQsUU=
SHA256 hash (base64 freenet): pf~UpCiKyDUGYcyCtiiwUzy-hh99PmOjSvVe5xYQsUU

=============================================================================

```
File name: Y:\Dugger\tests\Windows Unzip\marissa\2500.jpg
File size: 31078 bytes

SHA1 hash (hex): 008EC6A0BF9F7CD08E468C6C4302451BED26ECA8
SHA1 hash (base32): ACHMNIF7T56NBDSGRRWEGASFDPWSN3FI

SHA256 hash (hex): 8752D9D41D2A4F9C711EA15C5E792DE3B5F206BD5469E465D7EBACE6F7F32C40
SHA256 hash (base32): Q5JNTVA5FJHZY4I6UFOF46JN4027EBV5KRU6IZOX5OWON57TFRAA
SHA256 hash (base64 common): h1LZ1B0qT5xxHqFcXnkt47XyBr1UaeRl1+us5vfzLEA=
SHA256 hash (base64 freenet): h1LZ1B0qT5xxHqFcXnkt47XyBr1UaeRl1~us5vfzLEA

=========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2501.jpg
File size: 59167 bytes

SHA1 hash (hex): A7536B4764905FB4198B1E1C26412F2BF8A52F49
SHA1 hash (base32): U5JWWR3ESBP3IGMLDYOCMQJPFP4KKL2J

SHA256 hash (hex): 0453508C924ABF5FCE6F505D5B7CB64D5FAD64713176A768FE91A8E17E1A22F0
SHA256 hash (base32): ARJVBDESJK7V7TTPKBOVW7FWJVP22ZDRGF3KO2H6SGUOC7Q2ELYA
SHA256 hash (base64 common): BFNQjJJKv1/Ob1BdW3y2TV+tZHExdqdo/pGo4X4aIvA=
SHA256 hash (base64 freenet): BFNQjJJKv1-Ob1BdW3y2TV~tZHExdqdo-pGo4X4aIvA

=========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2502.jpg
File size: 48592 bytes

SHA1 hash (hex): 63A5A988A3CEB4F95660071F148654A6A9F43646
SHA1 hash (base32): MOS2TCFDZ22PSVTAA4PRJBSUU2U7INSG

SHA256 hash (hex): 80BAFABF647EFD554BF594D4C94C585CBBD9D6493117065BC889CCA8523F21D4
SHA256 hash (base32): QC5PVP3EP36VKS7VSTKMSTCYLS55TVSJGELQMW6IRHGKQUR7EHKA
SHA256 hash (base64 common): gLr6v2R+/VVL9ZTUyUxYXLvZ1kkxFwZbyInMqFI/IdQ=
SHA256 hash (base64 freenet): gLr6v2R~-VVL9ZTUyUxYXLvZ1kkxFwZbyInMqFI-IdQ

=========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2503.jpg
File size: 48554 bytes

SHA1 hash (hex): C0663FF28EB9125D8EED001419ABC8EA245E06BE
SHA1 hash (base32): YBTD74UOXEJF3DXNAAKBTK6I5ISF4BV6

SHA256 hash (hex): C1EF3F44E8F994A4C447FCC8713F19893D5B44E75701E513A1913B80F6260353
SHA256 hash (base32): YHXT6RHI7GKKJRCH7TEHCPYZRE6VWRHHK4A6KE5BSE5YB5RGANJQ
SHA256 hash (base64 common): we8/ROj5lKTER/zIcT8ZiT1bROdXAeUToZE7gPYmA1M=
SHA256 hash (base64 freenet): we8-ROj5lKTER-zIcT8ZiT1bROdXAeUToZE7gPYmA1M
```

```
========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2513.jpg
File size: 26524 bytes

SHA1 hash (hex): 9B641DAC9396AD619B30069A8F3F8E7963F27F22
SHA1 hash (base32): TNSB3LETS2WWDGZQA2NI6P4OPFR7E7ZC

SHA256 hash (hex): 285423BAE0A75A9C519D570D9A1E76A88A80B944EF93E67A00CA0F838083C11C
SHA256 hash (base32): FBKCHOXAU5NJYUM5K4GZUHTWVCFIBOKE56J6M6QAZIHYHAEDYEOA
SHA256 hash (base64 common): KFQjuuCnWpxRnVcNmh52qIqAuUTvk+Z6AMoPg4CDwRw=
SHA256 hash (base64 freenet): KFQjuuCnWpxRnVcNmh52qIqAuUTvk~Z6AMoPg4CDwRw

========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2514.jpg
File size: 28663 bytes

SHA1 hash (hex): A9D55EC433A9A0AC1DE823318AA3CBA92535A3D6
SHA1 hash (base32): VHKV5RBTVGQKYHPIEMYYVI6LVESTLI6W

SHA256 hash (hex): 0A06B7F9223B1BB9EE24B36913F24BF1BAE6384FEDEE1C469A28BC868C949380
SHA256 hash (base32): BIDLP6JCHMN3T3REWNURH4SL6G5OMOCP5XXBYRU2FC6INDEUSOAA
SHA256 hash (base64 common): Cga3+SI7G7nuJLNpE/JL8brmOE/t7hxGmii8hoyUk4A=
SHA256 hash (base64 freenet): Cga3~SI7G7nuJLNpE-JL8brmOE-t7hxGmii8hoyUk4A

========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2515.jpg
File size: 23804 bytes

SHA1 hash (hex): E42A024C39C77B1E06F2D69D16A7A5A32834AFDE
SHA1 hash (base32): 4QVAETBZY55R4BXS22ORNJ5FUMUDJL66

SHA256 hash (hex): 3B9AD5CF25CE79E875F2C829748622F43697A2C01108A3CA448C26AA540B32DA
SHA256 hash (base32): HONNLTZFZZ46Q5PSZAUXJBRC6Q3JPIWACEEKHSSERQTKUVALGLNA
SHA256 hash (base64 common): O5rVzyXOeeh18sgpdIYi9DaXosARCKPKRIwmqlQLMto=
SHA256 hash (base64 freenet): O5rVzyXOeeh18sgpdIYi9DaXosARCKPKRIwmqlQLMto

========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2516.jpg
File size: 37193 bytes

SHA1 hash (hex): 54CEE4CA62CAFED87624C542E3E6DB3AD02DCFB3
SHA1 hash (base32): KTHOJSTCZL7NQ5REYVBOHZW3HLIC3T5T

SHA256 hash (hex): 17FAE017DBB105118DA21CECE610BBCD7D92D5E33FAE3372BD43C48E29419CC6
SHA256 hash (base32): C75OAF63WECRDDNCDTWOMEF3ZV6ZFVPDH6XDG4V5IPCI4KKBTTDA
SHA256 hash (base64 common): F/rgF9uxBRGNohzs5hC7zX2S1eM/rjNyvUPEjilBnMY=
```

SHA256 hash (base64 freenet): F-rgF9uxBRGNohzs5hC7zX2S1eM-rjNyvUPEjilBnMY

=============================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\2517.jpg
File size: 68262 bytes

SHA1 hash (hex): 5010020566C4FED564E22321ED642FE9F591D408
SHA1 hash (base32): KAIAEBLGYT7NKZHCEMQ62ZBP5H2ZDVAI

SHA256 hash (hex): E47A33785D30F8AAE98D997799237FAE250844D5FCB366F344FAF82537C4FA62
SHA256 hash (base32): 4R5DG6C5GD4KV2MNTF3ZSI37VYSQQRGV7SZWN42E7L4CKN6E7JRA
SHA256 hash (base64 common): 5HozeF0w+KrpjZl3mSN/riUIRNX8s2bzRPr4JTfE+mI=
SHA256 hash (base64 freenet): 5HozeF0w~KrpjZl3mSN-riUIRNX8s2bzRPr4JTfE~mI

=============================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\mar2a005.jpg
File size: 90928 bytes

SHA1 hash (hex): 68E6AC979B43D9D948E4C9386AD0CC1176773771
SHA1 hash (base32): NDTKZF43IPM5SSHEZE4GVUGMCF3HON3R

SHA256 hash (hex): E8C9F806B80A84360CA7E2113A6B8384F0A83895739B1F4F557EFB72EB766953
SHA256 hash (base32): 5DE7QBVYBKCDMDFH4IITU24DQTYKQOEVOONR6T2VP35XF23WNFJQ
SHA256 hash (base64 common): 6Mn4BrgKhDYMp+IROmuDhPCoOJVzmx9PVX77cut2aVM=
SHA256 hash (base64 freenet): 6Mn4BrgKhDYMp~IROmuDhPCoOJVzmx9PVX77cut2aVM

=============================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\mar2a009.jpg
File size: 32489 bytes

SHA1 hash (hex): 0029DB74450F65F8BCBDBEE9842339289B9D9BA0
SHA1 hash (base32): AAU5W5CFB5S7RPF5X3UYIIZZFCNZ3G5A

SHA256 hash (hex): C293FEFD29F605D187DF683AB0AD9B1DA7A16F7321D311ED7C56071A6B01E7D3
SHA256 hash (base32): YKJ757JJ6YC5DB67NA5LBLM3DWT2C33TEHJRD3L4KYDRU2YB47JQ
SHA256 hash (base64 common): wpP+/Sn2BdGH32g6sK2bHaehb3Mh0xHtfFYHGmsB59M=
SHA256 hash (base64 freenet): wpP~-Sn2BdGH32g6sK2bHaehb3Mh0xHtfFYHGmsB59M

=============================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\mar2a010.jpg
File size: 22155 bytes

SHA1 hash (hex): A95B6312E0DDAC25D65A62F02BE713493DF9B9D8
SHA1 hash (base32): VFNWGEXA3WWCLVS2MLYCXZYTJE67TOOY

SHA256 hash (hex): A35EAA038508DBEA89D48F6B0B0F0BB5FEB81FB21E1681A10BADD17DE911DCD6

SHA256 hash (base32): UNPKUA4FBDN6VCOUR5VQWDYLWX7LQH5SDYLIDIILVXIX32IR3TLA
SHA256 hash (base64 common): o16qA4UI2+qJ1I9rCw8Ltf64H7IeFoGhC63RfekR3NY=
SHA256 hash (base64 freenet): o16qA4UI2~qJ1I9rCw8Ltf64H7IeFoGhC63RfekR3NY

==========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\mar2a011.jpg
File size: 19932 bytes

SHA1 hash (hex): 31C65E8844870780F778C2B0AE77A4607B39C9D8
SHA1 hash (base32): GHDF5CCEQ4DYB53YYKYK455EMB5TTSOY

SHA256 hash (hex): FA0D09609F6FD014C5ACAF949690F802FFC0C462099F385951C0F575674E4650
SHA256 hash (base32): 7IGQSYE7N7IBJRNMV6KJNEHYAL74BRDCBGPTQWKRYD2XKZ2OIZIA
SHA256 hash (base64 common): +g0JYJ9v0BTFrK+UlpD4Av/AxGIJnzhZUcD1dWdORlA=
SHA256 hash (base64 freenet): ~g0JYJ9v0BTFrK~UlpD4Av-AxGIJnzhZUcD1dWdORlA

==========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\mar37004.jpg
File size: 29467 bytes

SHA1 hash (hex): 17B8498923A1D015FC5DADCEB9624190B7E6E749
SHA1 hash (base32): C64ETCJDUHIBL7C5VXHLSYSBSC36NZ2J

SHA256 hash (hex): 10A2B5C896AC3ED5FCDD449F2A6D781CBED4FD89E7851D32C9BFDC7D6D4028B8
SHA256 hash (base32): CCRLLSEWVQ7NL7G5ISPSU3LYDS7NJ7MJ46CR2MWJX7OH23KAFC4A
SHA256 hash (base64 common): EKK1yJasPtX83USfKm14HL7U/YnnhR0yyb/cfW1AKLg=
SHA256 hash (base64 freenet): EKK1yJasPtX83USfKm14HL7U-YnnhR0yyb-cfW1AKLg

==========================================================================

File name: Y:\Dugger\tests\Windows Unzip\marissa\mar37010.jpg
File size: 35469 bytes

SHA1 hash (hex): 917D8029BEEBA19C859AE9E72AAE5A73D1CDC3B0
SHA1 hash (base32): SF6YAKN65OQZZBM25HTSVLS2OPI43Q5Q

SHA256 hash (hex): 2A06BE240F8514150F7F0360CB9010A5926518F6C3B488CC41A463C78B4BB753
SHA256 hash (base32): FIDL4JAPQUKBKD37ANQMXEAQUWJGKGHWYO2IRTCBURR4PC2LW5JQ
SHA256 hash (base64 common): Kga+JA+FFBUPfwNgy5AQpZJlGPbDtIjMQaRjx4tLt1M=
SHA256 hash (base64 freenet): Kga~JA~FFBUPfwNgy5AQpZJlGPbDtIjMQaRjx4tLt1M

File name: Y:\Dugger\tests\7zip Unzip\marissa\2193.jpg
File size: 45550 bytes

SHA1 hash (hex): 8A888C028692195230E053E722374A966118D4EB
SHA1 hash (base32): RKEIYAUGSIMVEMHAKPTSEN2KSZQRRVHL

SHA256 hash (hex): AC50F838A68C36B7AEAA1E4ADCFF2C304086B1C8AFF67BAFE5C34429BD69C5BE
SHA256 hash (base32): VRIPQOFGRQ3LPLVKDZFNZ7ZMGBAINMOIV73HXL7FYNCCTPLJYW7A
SHA256 hash (base64 common): rFD4OKaMNreuqh5K3P8sMECGsciv9nuv5cNEKb1pxb4=
SHA256 hash (base64 freenet): rFD4OKaMNreuqh5K3P8sMECGsciv9nuv5cNEKb1pxb4

=========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2194.jpg
File size: 25180 bytes

SHA1 hash (hex): 3BABF15AF7702913AEF6B2F5FF454CA63E2EBC05
SHA1 hash (base32): HOV7CWXXOAURHLXWWL276RKMUY7C5PAF

SHA256 hash (hex): CCB216F9150A8F053F5FB1EFBCE821831DC4DD7CD5C1557E0FB7D5F38383036C
SHA256 hash (base32): ZSZBN6IVBKHQKP27WHX3Z2BBQMO4JXL42XAVK7QPW7K7HA4DANWA
SHA256 hash (base64 common): zLIW+RUKjwU/X7HvvOghgx3E3XzVwVV+D7fV84ODA2w=
SHA256 hash (base64 freenet): zLIW~RUKjwU-X7HvvOghgx3E3XzVwVV~D7fV84ODA2w

=========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2195.jpg
File size: 22585 bytes

SHA1 hash (hex): 7F94DE07EA75FDC49CD6173652EE7FC5E4336737
SHA1 hash (base32): P6KN4B7KOX64JHGWC43FF3T7YXSDGZZX

SHA256 hash (hex): 9DD8FBED3A6C6874E97B9ED2D793166111134A8ACC5E96F8FAC0AE38F6587018
SHA256 hash (base32): TXMPX3J2NRUHJ2L3T3JNPEYWMEIRGSUKZRPJN6H2YCXDR5SYOAMA
SHA256 hash (base64 common): ndj77TpsaHTpe57S15MWYRETSorMXpb4+sCuOPZYcBg=
SHA256 hash (base64 freenet): ndj77TpsaHTpe57S15MWYRETSorMXpb4~sCuOPZYcBg

=========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2196.jpg
File size: 64865 bytes

SHA1 hash (hex): D9D0AA0D45F436022083589C9BB209C3531A1980
SHA1 hash (base32): 3HIKUDKF6Q3AEIEDLCOJXMQJYNJRUGMA

SHA256 hash (hex): 1CBAD1B529F134FBE4008A16B99323EF3E767CEA658BE5399F8A0664CA36D376
SHA256 hash (base32): DS5NDNJJ6E2PXZAARILLTEZD547HM7HKMWF6KOM7RIDGJSRW2N3A
SHA256 hash (base64 common): HLrRtSnxNPvkAIoWuZMj7z52fOpli+U5n4oGZMo203Y=
SHA256 hash (base64 freenet): HLrRtSnxNPvkAIoWuZMj7z52fOpli~U5n4oGZMo203Y

```
========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2197.jpg
File size: 58202 bytes

SHA1 hash (hex): C14CBCD743720F39C84C4CE9ADBEB0F0FA3E4C64
SHA1 hash (base32): YFGLZV2DOIHTTSCMJTU23PVQ6D5D4TDE

SHA256 hash (hex): 5945C8651EED56B70F174543C4E87CA8D70C8E3E12C7011F4EF071D6BB117BAB
SHA256 hash (base32): LFC4QZI65VLLODYXIVB4J2D4VDLQZDR6CLDQCH2O6BY5NOYRPOVQ
SHA256 hash (base64 common): WUXIZR7tVrcPF0VDxOh8qNcMjj4SxwEfTvBx1rsRe6s=
SHA256 hash (base64 freenet): WUXIZR7tVrcPF0VDxOh8qNcMjj4SxwEfTvBx1rsRe6s

========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2203.jpg
File size: 49003 bytes

SHA1 hash (hex): 6B0B4FFCBCF92A94F6531E870606249EEFC33275
SHA1 hash (base32): NMFU77F47EVJJ5STD2DQMBRET3X4GMTV

SHA256 hash (hex): 11C030CD8122BC8F2C78B361C9F3733684E3CB5D3F389F653FC8ED8D8B973054
SHA256 hash (base32): CHADBTMBEK6I6LDYWNQ4T43TG2COHS25H44J6ZJ7ZDWY3C4XGBKA
SHA256 hash (base64 common): EcAwzYEivI8seLNhyfNzNoTjy10/OJ9lP8jtjYuXMFQ=
SHA256 hash (base64 freenet): EcAwzYEivI8seLNhyfNzNoTjy10-OJ9lP8jtjYuXMFQ

========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2204.jpg
File size: 34024 bytes

SHA1 hash (hex): 11F22663DE9ECD61A886D31E028F2262AA2259E5
SHA1 hash (base32): CHZCMY66T3GWDKEG2MPAFDZCMKVCEWPF

SHA256 hash (hex): F80A5A886A8B2360B7A32E30001C512BE55019850E66EAE0A5768D9863FAB5E6
SHA256 hash (base32): 7AFFVCDKRMRWBN5DFYYAAHCRFPSVAGMFBZTOVYFFO2GZQY72WXTA
SHA256 hash (base64 common): +ApaiGqLI2C3oy4wABxRK+VQGYUOZurgpXaNmGP6teY=
SHA256 hash (base64 freenet): ~ApaiGqLI2C3oy4wABxRK~VQGYUOZurgpXaNmGP6teY

========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2205.jpg
File size: 30338 bytes

SHA1 hash (hex): 9DDED13E3EB26923E0CAD6125AB4FF8DD4E5CDD7
SHA1 hash (base32): TXPNCPR6WJUSHYGK2YJFVNH7RXKOLTOX

SHA256 hash (hex): 659A945B902C1DB2C44CF934092274E4D7BF0535E3808B24E4B67DEAF61500AE
SHA256 hash (base32): MWNJIW4QFQO3FRCM7E2ASITU4TL36BJV4OAIWJHEWZ66V5QVACXA
SHA256 hash (base64 common): ZZqUW5AsHbLETPk0CSJ05Ne/BTXjgIsk5LZ96vYVAK4=
```

SHA256 hash (base64 freenet): ZZqUW5AsHbLETPk0CSJ05Ne-BTXjgIsk5LZ96vYVAK4

===============================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2206.jpg
File size: 53127 bytes

SHA1 hash (hex): C60FAFE39CD4E9152645B034C72F6568047DE6E7
SHA1 hash (base32): YYH27Y442TURKJSFWA2MOL3FNACH3ZXH

SHA256 hash (hex): 09DFCE097A4FBC167E9A7201544C9D3D44DC788CE99E9C0BAC8B37216F227339
SHA256 hash (base32): BHP44CL2J66BM7U2OIAVITE5HVCNY6EM5GPJYC5MRM3SC3ZCOM4Q
SHA256 hash (base64 common): Cd/OCXpPvBZ+mnIBVEydPUTceIzpnpwLrIs3IW8iczk=
SHA256 hash (base64 freenet): Cd-OCXpPvBZ~mnIBVEydPUTceIzpnpwLrIs3IW8iczk

===============================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2207.jpg
File size: 48629 bytes

SHA1 hash (hex): 7B1E90CA3EB27A8F7F280C8F87C330D2ACBA00E5
SHA1 hash (base32): PMPJBSR6WJ5I67ZIBSHYPQZQ2KWLUAHF

SHA256 hash (hex): AA672C22DF083CCC7DCF6D0C24E653016B76784E96CB43F0FCE5146BB83A8BF2
SHA256 hash (base32): VJTSYIW7BA6MY7OPNUGCJZSTAFVXM6COS3FUH4H44UKGXOB2RPZA
SHA256 hash (base64 common): qmcsIt8IPMx9z20MJOZTAWt2eE6Wy0Pw/OUUa7g6i/I=
SHA256 hash (base64 freenet): qmcsIt8IPMx9z20MJOZTAWt2eE6Wy0Pw-OUUa7g6i-I

===============================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2214.jpg
File size: 81217 bytes

SHA1 hash (hex): B3B2C68059EC5A752601421332CDA5FEB94E0F4C
SHA1 hash (base32): WOZMNACZ5RNHKJQBIIJTFTNF724U4D2M

SHA256 hash (hex): E837BA19F3DFF3CA3EEEECE3BFBF4EAC7505C772D49BF3D1BF868BB480E4161D
SHA256 hash (base32): 5A33UGPT37Z4UPXO5TR37P2OVR2QLR3S2SN7HUN7Q2F3JAHECYOQ
SHA256 hash (base64 common): 6De6GfPf88o+7uzjv79OrHUFx3LUm/PRv4aLtIDkFh0=
SHA256 hash (base64 freenet): 6De6GfPf88o~7uzjv79OrHUFx3LUm-PRv4aLtIDkFh0

===============================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2215.jpg
File size: 49210 bytes

SHA1 hash (hex): 9EF3725EB0AC7915451586B657A0D14129457869
SHA1 hash (base32): T3ZXEXVQVR4RKRIVQ23FPIGRIEUUK6DJ

SHA256 hash (hex): 83A2345B9B90B1FBCD357773E1C2FBCC0430031D266352A0F2ED9B64955BEC81

SHA256 hash (base32): QORDIW43SCY7XTJVO5Z6DQX3ZQCDAAY5EZRVFIHS5WNWJFK35SAQ
SHA256 hash (base64 common): g6I0W5uQsfvNNXdz4cL7zAQwAx0mY1Kg8u2bZJVb7IE=
SHA256 hash (base64 freenet): g6I0W5uQsfvNNXdz4cL7zAQwAx0mY1Kg8u2bZJVb7IE

==========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2216.jpg
File size: 39105 bytes

SHA1 hash (hex): 9BB978EE138A3AC34F843FB09D503294764ECA1C
SHA1 hash (base32): TO4XR3QTRI5MGT4EH6YJ2UBSSR3E5SQ4

SHA256 hash (hex): 0AA0AC98567877248E5E87A929D59C3A8D616C3A377765F26B66DAECD397474D
SHA256 hash (base32): BKQKZGCWPB3SJDS6Q6USTVM4HKGWC3B2G53WL4TLM3NOZU4XI5GQ
SHA256 hash (base64 common): CqCsmFZ4dySOXoepKdWcOo1hbDo3d2Xya2ba7NOXR00=
SHA256 hash (base64 freenet): CqCsmFZ4dySOXoepKdWcOo1hbDo3d2Xya2ba7NOXR00

==========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2217.jpg
File size: 63993 bytes

SHA1 hash (hex): 23F2A440EEDA5DA4C630E7E680ECADE5DEC3481F
SHA1 hash (base32): EPZKIQHO3JO2JRRQ47TIB3FN4XPMGSA7

SHA256 hash (hex): 22243676A7F55D86501540A85ABFECD40CECC82CF0AAC970C6A7A5D98A77DFFD
SHA256 hash (base32): EISDM5VH6VOYMUAVICUFVP7M2QGOZSBM6CVMS4GGU6S5TCTX376Q
SHA256 hash (base64 common): IiQ2dqf1XYZQFUCoWr/s1AzsyCzwqslwxqel2Yp33/0=
SHA256 hash (base64 freenet): IiQ2dqf1XYZQFUCoWr-s1AzsyCzwqslwxqel2Yp33-0

==========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2233.jpg
File size: 63172 bytes

SHA1 hash (hex): DADBB9EE56A6E5A3BF3E2EEAD5E3C80854A85D05
SHA1 hash (base32): 3LN3T3SWU3S2HPZ6F3VNLY6IBBKKQXIF

SHA256 hash (hex): 8095AA3B278CE63C14270E45EC05E070D483117ED0640656A78613F0B716ED06
SHA256 hash (base32): QCK2UOZHRTTDYFBHBZC6YBPAODKIGEL62BSAMVVHQYJ7BNYW5UDA
SHA256 hash (base64 common): gJWqOyeM5jwUJw5F7AXgcNSDEX7QZAZWp4YT8LcW7QY=
SHA256 hash (base64 freenet): gJWqOyeM5jwUJw5F7AXgcNSDEX7QZAZWp4YT8LcW7QY

==========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2234.jpg
File size: 17565 bytes

SHA1 hash (hex): 4465D0BA44FD4AFA870C4400813954AF5F4677D3
SHA1 hash (base32): IRS5BOSE7VFPVBYMIQAICOKUV5PUM56T

SHA256 hash (hex): 4E08A33DA191B5BBACAD9137DE06ACDA612234108229DC3421A02A40CE8F1E39
SHA256 hash (base32): JYEKGPNBSG23XLFNSE354BVM3JQSENAQQIU5YNBBUAVEBTUPDY4Q
SHA256 hash (base64 common): TgijPaGRtbusrZE33gas2mEiNBCCKdw0IaAqQM6PHjk=
SHA256 hash (base64 freenet): TgijPaGRtbusrZE33gas2mEiNBCCKdw0IaAqQM6PHjk

=========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2235.jpg
File size: 24410 bytes

SHA1 hash (hex): D22D7CFCCFB583F671745F66CF4B47B88B9C7AF6
SHA1 hash (base32): 2IWXZ7GPWWB7M4LUL5TM6S2HXCFZY6XW

SHA256 hash (hex): 9B51ECB89DEE8382D350CB79E9D9A8A75A6B2AE0A5C2FD91B6760A831C1D135D
SHA256 hash (base32): TNI6ZOE552BYFU2QZN46TWNIU5NGWKXAUXBP3ENWOYFIGHA5CNOQ
SHA256 hash (base64 common): m1HsuJ3ug4LTUMt56dmop1prKuClwv2RtnYKgxwdE10=
SHA256 hash (base64 freenet): m1HsuJ3ug4LTUMt56dmop1prKuClwv2RtnYKgxwdE10

=========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2236.jpg
File size: 5579 bytes

SHA1 hash (hex): A2E6E2CA69CC5E0C41D55519D6C9FE39C10E0C95
SHA1 hash (base32): ULTOFSTJZRPAYQOVKUM5NSP6HHAQ4DEV

SHA256 hash (hex): 10DE102E6CD5D3E9DCC533AF63A0F5DB7E5118ABEFA1B447C9BF891218F5FC12
SHA256 hash (base32): CDPBALTM2XJ6TXGFGOXWHIHV3N7FCGFL56Q3IR6JX6EREGHV7QJA
SHA256 hash (base64 common): EN4QLmzV0+ncxTOvY6D1235RGKvvobRHyb+JEhj1/BI=
SHA256 hash (base64 freenet): EN4QLmzV0~ncxTOvY6D1235RGKvvobRHyb~JEhj1-BI

=========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2237.jpg
File size: 18115 bytes

SHA1 hash (hex): 5246352FE298F52CE569707F2AA87D73B8F01642
SHA1 hash (base32): KJDDKL7CTD2SZZLJOB7SVKD5OO4PAFSC

SHA256 hash (hex): ADFF510AEEF34A7CCC853A7F09619548804776FE2A29D9BF5A583B00C0562A47
SHA256 hash (base32): VX7VCCXO6NFHZTEFHJ7QSYMVJCAEO5X6FIU5TP22LA5QBQCWFJDQ
SHA256 hash (base64 common): rf9RCu7zSnzMhTp/CWGVSIBHdv4qKdm/Wlg7AMBWKkc=
SHA256 hash (base64 freenet): rf9RCu7zSnzMhTp-CWGVSIBHdv4qKdm-Wlg7AMBWKkc

=========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2238.jpg
File size: 26828 bytes

SHA1 hash (hex): F1EC4CEB5D21C25D7B422197C7ED597CBD3E2EF1
SHA1 hash (base32): 6HWEZ225EHBF262CEGL4P3KZPS6T4LXR

SHA256 hash (hex): B64D4D0FE19BAE4BAC55026CCC2D7FD1B0891DDC360B9DD41AEC990ACC70EDA2
SHA256 hash (base32): WZGU2D7BTOXEXLCVAJWMYLL72GYISHO4GYFZ3VA25SMQVTDQ5WRA
SHA256 hash (base64 common): tk1ND+GbrkusVQJszC1/0bCJHdw2C53UGuyZCsxw7aI=
SHA256 hash (base64 freenet): tk1ND~GbrkusVQJszC1-0bCJHdw2C53UGuyZCsxw7aI

==========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2239.jpg
File size: 18904 bytes

SHA1 hash (hex): 6BD9E91F65D333C9B3622E38DD2F66CA3219BF89
SHA1 hash (base32): NPM6SH3F2MZ4TM3CFY4N2L3GZIZBTP4J

SHA256 hash (hex): 1C6A54DF0F03039131A16D72CABB3F56CC947D5F2258557616F5F50611B02364
SHA256 hash (base32): DRVFJXYPAMBZCMNBNVZMVOZ7K3GJI7K7EJMFK5QW6X2QMENQENSA
SHA256 hash (base64 common): HGpU3w8DA5ExoW1yyrs/VsyUfV8iWFV2FvX1BhGwI2Q=
SHA256 hash (base64 freenet): HGpU3w8DA5ExoW1yyrs-VsyUfV8iWFV2FvX1BhGwI2Q

==========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2240.jpg
File size: 36447 bytes

SHA1 hash (hex): BFBD71697C11ECFFBF89618DD2EC82D8E8C4836C
SHA1 hash (base32): X66XC2L4CHWP7P4JMGG5F3EC3DUMJA3M

SHA256 hash (hex): 9DA280253C33EEEBBE32BEAE61428CF3A7F2C1D1D91FAAC7DBE1B8949FAD8890
SHA256 hash (base32): TWRIAJJ4GPXOXPRSX2XGCQUM6OT7FQOR3EP2VR634G4JJH5NRCIA
SHA256 hash (base64 common): naKAJTwz7uu+Mr6uYUKM86fywdHZH6rH2+G4lJ+tiJA=
SHA256 hash (base64 freenet): naKAJTwz7uu~Mr6uYUKM86fywdHZH6rH2~G4lJ~tiJA

==========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2304.jpg
File size: 78221 bytes

SHA1 hash (hex): 4281DE0F56E6FE3F74F58253A6B69CB6D662EF1C
SHA1 hash (base32): IKA54D2W437D65HVQJJ2NNU4W3LGF3Y4

SHA256 hash (hex): D3500117862440689E7569C94F5FF85B3ADECFD8FA4712ACD91EDA94A88654A0
SHA256 hash (base32): 2NIACF4GERAGRHTVNHEU6X7YLM5N5T6Y7JDRFLGZD3NJJKEGKSQA
SHA256 hash (base64 common): 01ABF4YkQGiedWnJT1/4Wzrez9j6RxKs2R7alKiGVKA=
SHA256 hash (base64 freenet): 01ABF4YkQGiedWnJT1-4Wzrez9j6RxKs2R7alKiGVKA

==========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2305.jpg

File size: 59886 bytes

SHA1 hash (hex): 01F09C2A81F1E5BE9359B7173933C06CA7A18D27
SHA1 hash (base32): AHYJYKUB6HS35E2ZW4LTSM6ANST2DDJH

SHA256 hash (hex): A2C87DD602B71D366F6720F52C726FF17CC372CA1164DD98DEF67AE615781C6B
SHA256 hash (base32): ULEH3VQCW4OTM33HED2SY4TP6F6MG4WKCFSN3GG66Z5OMFLYDRVQ
SHA256 hash (base64 common): osh91gK3HTZvZyD1LHJv8XzDcsoRZN2Y3vZ65hV4HGs=
SHA256 hash (base64 freenet): osh91gK3HTZvZyD1LHJv8XzDcsoRZN2Y3vZ65hV4HGs

===========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2306.jpg
File size: 52962 bytes

SHA1 hash (hex): 4A72B88DD373ADDC162359345FC7DD470E101B92
SHA1 hash (base32): JJZLRDOTOOW5YFRDLE2F7R65I4HBAG4S

SHA256 hash (hex): 415A06CCDF57ABDB1DA30ABF4ACF9DBF9267792886533FC32026FD68096BF940
SHA256 hash (base32): IFNANTG7K6V5WHNDBK7UVT45X6JGO6JIQZJT7QZAE36WQCLL7FAA
SHA256 hash (base64 common): QVoGzN9Xq9sdowq/Ss+dv5JneSiGUz/DICb9aAlr+UA=
SHA256 hash (base64 freenet): QVoGzN9Xq9sdowq-Ss~dv5JneSiGUz-DICb9aAlr~UA

===========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2346.jpg
File size: 32632 bytes

SHA1 hash (hex): 3575A031EDB4AB959BF3ECA720722C6876A0B457
SHA1 hash (base32): GV22AMPNWSVZLG7T5STSA4RMNB3KBNCX

SHA256 hash (hex): 2D1BB2A3010D02BFFF7390AA3887EA7EAE8D3CBA709EDEB0BED52430557068FC
SHA256 hash (base32): FUN3FIYBBUBL773TSCVDRB7KP2XI2PF2OCPN5MF62USDAVLQND6A
SHA256 hash (base64 common): LRuyowENAr//c5CqOIfqfq6NPLpwnt6wvtUkMFVwaPw=
SHA256 hash (base64 freenet): LRuyowENAr--c5CqOIfqfq6NPLpwnt6wvtUkMFVwaPw

===========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2347.jpg
File size: 48483 bytes

SHA1 hash (hex): 21AE279392AD2C974ABBD9C624931E0DC1A0A089
SHA1 hash (base32): EGXCPE4SVUWJOSV33HDCJEY6BXA2BIEJ

SHA256 hash (hex): 546BAF3C84BDA447E5487494AE303062AD195851E5E4DE498B2C2771B0F217C0
SHA256 hash (base32): KRV26PEEXWSEPZKIOSKK4MBQMKWRSWCR4XSN4SMLFQTXDMHSC7AA
SHA256 hash (base64 common): VGuvPIS9pEflSHSUrjAwYq0ZWFHl5N5JiywncbDyF8A=
SHA256 hash (base64 freenet): VGuvPIS9pEflSHSUrjAwYq0ZWFHl5N5JiywncbDyF8A

===========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2348.jpg
File size: 27414 bytes

SHA1 hash (hex): 0E4599D3C05C3AAF89F8F3CFA55562D7F6B0224D
SHA1 hash (base32): BZCZTU6ALQ5K7CPY6PH2KVLC273LAISN

SHA256 hash (hex): 150604188CB0A3A742CEF72A69D51EC412CB6C84C3AAA7F1E70CE9E1CA0D0A94
SHA256 hash (base32): CUDAIGEMWCR2OQWO64VGTVI6YQJMW3EEYOVKP4PHBTU6DSQNBKKA
SHA256 hash (base64 common): FQYEGIywo6dCzvcqadUexBLLbITDqqfx5wzp4coNCpQ=
SHA256 hash (base64 freenet): FQYEGIywo6dCzvcqadUexBLLbITDqqfx5wzp4coNCpQ

===========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2349.jpg
File size: 31650 bytes

SHA1 hash (hex): 8F89C4791C8AE7159550AD3877F4F20F10F2EF57
SHA1 hash (base32): R6E4I6I4RLTRLFKQVU4HP5HSB4IPF32X

SHA256 hash (hex): 937CD41A5CD62C4ADF80E38D3144B1C25FAF0163AD4ED0BEFE6A98AAC32BCAA0
SHA256 hash (base32): SN6NIGS42YWEVX4A4OGTCRFRYJP26ALDVVHNBPX6NKMKVQZLZKQA
SHA256 hash (base64 common): k3zUGlzWLErfgOONMUSxwl+vAWOtTtC+/mqYqsMryqA=
SHA256 hash (base64 freenet): k3zUGlzWLErfgOONMUSxwl~vAWOtTtC~-mqYqsMryqA

===========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2350.jpg
File size: 29814 bytes

SHA1 hash (hex): 29D1F09E6C53BE3EC72B77750EEDD0480879D595
SHA1 hash (base32): FHI7BHTMKO7D5RZLO52Q53OQJAEHTVMV

SHA256 hash (hex): 13B6A2592DBD74B45DDF1765ACC7EFDE2A8B3EFFEBE0F6B442F0342095A5B0D4
SHA256 hash (base32): CO3KEWJNXV2LIXO7C5S2ZR7P3YVIWPX75PQPNNCC6A2CBFNFWDKA
SHA256 hash (base64 common): E7aiWS29dLRd3xdlrMfv3iqLPv/r4Pa0QvA0IJWlsNQ=
SHA256 hash (base64 freenet): E7aiWS29dLRd3xdlrMfv3iqLPv-r4Pa0QvA0IJWlsNQ

===========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2351.jpg
File size: 46737 bytes

SHA1 hash (hex): B03F8B0BF838E4014D67F1022D49478129CF1DA8
SHA1 hash (base32): WA7YWC7YHDSACTLH6EBC2SKHQEU46HNI

SHA256 hash (hex): 6B0BE3914E26F772AA6211AE10783F6BE39B46020CB5791B1546ED2AC194CA2F
SHA256 hash (base32): NMF6HEKOE33XFKTCCGXBA6B7NPRZWRQCBS2XSGYVI3WSVQMUZIXQ
SHA256 hash (base64 common): awvjkU4m93KqYhGuEHg/a+ObRgIMtXkbFUbtKsGUyi8=
SHA256 hash (base64 freenet): awvjkU4m93KqYhGuEHg-a~ObRgIMtXkbFUbtKsGUyi8

```
===========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2397.jpg
File size: 43535 bytes

SHA1 hash (hex): 05F7DD98566270CBE8C7FB5E95FF38149784573B
SHA1 hash (base32): AX353GCWMJYMX2GH7NPJL7ZYCSLYIVZ3

SHA256 hash (hex): 38F89E5A908DBAB4E6645230C7E57A8D05EDAF5697DB69A3368FD816A967D6D0
SHA256 hash (base32): HD4J4WUQRW5LJZTEKIYMPZL2RUC63L2WS7NWTIZWR7MBNKLH23IA
SHA256 hash (base64 common): OPieWpCNurTmZFIwx+V6jQXtr1aX22mjNo/YFqln1tA=
SHA256 hash (base64 freenet): OPieWpCNurTmZFIwx~V6jQXtr1aX22mjNo-YFqln1tA

===========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2398.jpg
File size: 15752 bytes

SHA1 hash (hex): 83E929F025E0D64AD2702D24E5B641106C049997
SHA1 hash (base32): QPUST4BF4DLEVUTQFUSOLNSBCBWAJGMX

SHA256 hash (hex): E13C58749D56073B21E1EB44646A28793F1FE1708168127CF3EC3C304E0B9D3C
SHA256 hash (base32): 4E6FQ5E5KYDTWIPB5NCGI2RIPE7R7YLQQFUBE7HT5Q6DATQLTU6A
SHA256 hash (base64 common): 4TxYdJ1WBzsh4etEZGooeT8f4XCBaBJ88+w8ME4LnTw=
SHA256 hash (base64 freenet): 4TxYdJ1WBzsh4etEZGooeT8f4XCBaBJ88~w8ME4LnTw

===========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2399.jpg
File size: 45626 bytes

SHA1 hash (hex): AE9AD03AC7AE18390DE1C12DD8BF1F1D2D6B6D4C
SHA1 hash (base32): V2NNAOWHVYMDSDPBYEW5RPY7DUWWW3KM

SHA256 hash (hex): F73AC46CABBF84119AD45276596E071A3C259B471B1C87C3BF82DD451AA77373
SHA256 hash (base32): 645MI3FLX6CBDGWUKJ3FS3QHDI6CLG2HDMOIPQ57QLOUKGVHONZQ
SHA256 hash (base64 common): 9zrEbKu/hBGa1FJ2WW4HGjwlm0cbHIfDv4LdRRqnc3M=
SHA256 hash (base64 freenet): 9zrEbKu-hBGa1FJ2WW4HGjwlm0cbHIfDv4LdRRqnc3M

===========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2400.jpg
File size: 57902 bytes

SHA1 hash (hex): 7670E7E7B43B58DB86884BBF2AD3173102C54658
SHA1 hash (base32): OZYOPZ5UHNMNXBUIJO7SVUYXGEBMKRSY

SHA256 hash (hex): CC75BB024D405A23C040BDD16DE1A8C1017D658B9767C82C55F9947D9782415C
SHA256 hash (base32): ZR23WASNIBNCHQCAXXIW3YNIYEAX2ZMLS5T4QLCV7GKH3F4CIFOA
```

SHA256 hash (base64 common): zHW7Ak1AWiPAQL3RbeGowQF9ZYuXZ8gsVfmUfZeCQVw=
SHA256 hash (base64 freenet): zHW7Ak1AWiPAQL3RbeGowQF9ZYuXZ8gsVfmUfZeCQVw

========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2401.jpg
File size: 27265 bytes

SHA1 hash (hex): E6F47ED6ABCFA6DFE0AA4C9E7385A5613069613F
SHA1 hash (base32): 432H5VVLZ6TN7YFKJSPHHBNFMEYGSYJ7

SHA256 hash (hex): 8C0A820FC457CEAA03772D31F416634B4CDC120EC15A64F065875FF9ECC335AB
SHA256 hash (base32): RQFIED6EK7HKUA3XFUY7IFTDJNGNYEQOYFNGJ4DFQ5P7T3GDGWVQ
SHA256 hash (base64 common): jAqCD8RXzqoDdy0x9BZjS0zcEg7BWmTwZYdf+ezDNas=
SHA256 hash (base64 freenet): jAqCD8RXzqoDdy0x9BZjS0zcEg7BWmTwZYdf~ezDNas

========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2402.jpg
File size: 25271 bytes

SHA1 hash (hex): 79DDE33FF690C685CAE3CB47340A614B66A64668
SHA1 hash (base32): PHO6GP7WSDDILSXDZNDTICTBJNTKMRTI

SHA256 hash (hex): E3E66D8B761B9FB997F157D166D3868F2B57ED20815E5926AB38A3EEACC3E278
SHA256 hash (base32): 4PTG3C3WDOP3TF7RK7IWNU4GR4VVP3JAQFPFSJVLHCR65LGD4J4A
SHA256 hash (base64 common): 4+Zti3Ybn7mX8VfRZtOGjytX7SCBXlkmqzij7qzD4ng=
SHA256 hash (base64 freenet): 4~Zti3Ybn7mX8VfRZtOGjytX7SCBXlkmqzij7qzD4ng

========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2403.jpg
File size: 41955 bytes

SHA1 hash (hex): 6A5032EB1FF3DDE60D43A03FDCDCCD9016D530E9
SHA1 hash (base32): NJIDF2Y76PO6MDKDUA75ZXGNSALNKMHJ

SHA256 hash (hex): 386410CAFB4A0E61995D73D116FD46D7FA7C8E60CDD020375F28797C7A42045F
SHA256 hash (base32): HBSBBSX3JIHGDGK5OPIRN7KG275HZDTAZXICAN27FB4XY6SCARPQ
SHA256 hash (base64 common): OGQQyvtKDmGZXXPRFv1G1/p8jmDN0CA3Xyh5fHpCBF8=
SHA256 hash (base64 freenet): OGQQyvtKDmGZXXPRFv1G1-p8jmDN0CA3Xyh5fHpCBF8

========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2464.jpg
File size: 29667 bytes

SHA1 hash (hex): 35EA85268C9EE4D08A1BA697242D14810E12ABF0
SHA1 hash (base32): GXVIKJUMT3SNBCQ3U2LSILIUQEHBFK7Q

SHA256 hash (hex): 3561F6C22350D5DFCD0AC1EA9E667111541258FC234E61DFC35B4B100F752BF9
SHA256 hash (base32): GVQ7NQRDKDK57TIKYHVJ4ZTRCFKBEWH4ENHGDX6DLNFRAD3VFP4Q
SHA256 hash (base64 common): NWH2wiNQ1d/NCsHqnmZxEVQSWPwjTmHfw1tLEA91K/k=
SHA256 hash (base64 freenet): NWH2wiNQ1d-NCsHqnmZxEVQSWPwjTmHfw1tLEA91K-k

=========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2465.jpg
File size: 28943 bytes

SHA1 hash (hex): F014662075A736F7FB525F6DCCF2ACDF0D6FCD7E
SHA1 hash (base32): 6AKGMIDVU43PP62SL5W4Z4VM34GW7TL6

SHA256 hash (hex): 46B0745E2D29DD15616F41F16D2448DA4C5882228FFAAFFE7EDAE319DD5C3C2C
SHA256 hash (base32): I2YHIXRNFHORKYLPIHYW2JCI3JGFRARCR75K77T63LRRTXK4HQWA
SHA256 hash (base64 common): RrB0Xi0p3RVhb0HxbSRI2kxYgiKP+q/+ftrjGd1cPCw=
SHA256 hash (base64 freenet): RrB0Xi0p3RVhb0HxbSRI2kxYgiKP~q-~ftrjGd1cPCw

=========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2466.jpg
File size: 34531 bytes

SHA1 hash (hex): 435ACE6710402B9289B98824A7EA1AF2BF84C11F
SHA1 hash (base32): INNM4ZYQIAVZFCNZRASKP2Q26K7YJQI7

SHA256 hash (hex): 0A30BBE37ED27C18E8A1D53E6B25F50CB745FF1F58470E836220DCD287C984ED
SHA256 hash (base32): BIYLXY362J6BR2FB2U7GWJPVBS3UL7Y7LBDQ5A3CEDONFB6JQTWQ
SHA256 hash (base64 common): CjC7437SfBjoodU+ayX1DLdF/x9YRw6DYiDc0ofJhO0=
SHA256 hash (base64 freenet): CjC7437SfBjoodU~ayX1DLdF-x9YRw6DYiDc0ofJhO0

=========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2467.jpg
File size: 26801 bytes

SHA1 hash (hex): 75CEDC1BA72318C6FE35C24F32D642C768354AB1
SHA1 hash (base32): OXHNYG5HEMMMN7RVYJHTFVSCY5UDKSVR

SHA256 hash (hex): E40610FF0F3D76DEA36D8DED3739203C81AF85D5C239EDF85EAD2427D9B1EBCD
SHA256 hash (base32): 4QDBB7YPHV3N5I3NRXWTOOJAHSA27BOVYI4636C6VUSCPWNR5PGQ
SHA256 hash (base64 common): 5AYQ/w89dt6jbY3tNzkgPIGvhdXCOe34Xq0kJ9mx680=
SHA256 hash (base64 freenet): 5AYQ-w89dt6jbY3tNzkgPIGvhdXCOe34Xq0kJ9mx680

=========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2468.jpg
File size: 35223 bytes

SHA1 hash (hex): ED0FB22E8FE53CD2E0EB2D06B3ADA54F256BFBF7

SHA1 hash (base32): 5UH3ELUP4U6NFYHLFUDLHLNFJ4SWX67X

SHA256 hash (hex): 03E24B21DE3E8356A4DB1EDD41F75E549362A411E8C544E863C2130CF7733DEC
SHA256 hash (base32): APREWIO6H2BVNJG3D3OUD526KSJWFJAR5DCUJ2DDYIJQZ53THXWA
SHA256 hash (base64 common): A+JLId4+g1ak2x7dQfdeVJNipBHoxUToY8ITDPdzPew=
SHA256 hash (base64 freenet): A~JLId4~g1ak2x7dQfdeVJNipBHoxUToY8ITDPdzPew

=========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2469.jpg
File size: 58469 bytes

SHA1 hash (hex): B68125300E9E1D1C593BC9677598F204F8A51FFE
SHA1 hash (base32): W2ASKMAOTYORYWJ3ZFTXLGHSAT4KKH76

SHA256 hash (hex): B6559711DBA58971E4E85ECA018617114079D7EB4C30370ED1798A97426CFA1C
SHA256 hash (base32): WZKZOEO3UWEXDZHIL3FADBQXCFAHTV7LJQYDODWRPGFJOQTM7IOA
SHA256 hash (base64 common): tlWXEduliXHk6F7KAYYXEUB51+tMMDcO0XmKl0Js+hw=
SHA256 hash (base64 freenet): tlWXEduliXHk6F7KAYYXEUB51~tMMDcO0XmKl0Js~hw

=========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2470.jpg
File size: 56947 bytes

SHA1 hash (hex): 52A136B567589FA7E0107C8217B923E74DA808DF
SHA1 hash (base32): KKQTNNLHLCP2PYAQPSBBPOJD45G2QCG7

SHA256 hash (hex): CB0AACDC9BBF56345876F12A3306BC1524E81D6E9B058AA152FBA285309287F1
SHA256 hash (base32): ZMFKZXE3X5LDIWDW6EVDGBV4CUSOQHLOTMCYVIKS7ORIKMESQ7YQ
SHA256 hash (base64 common): ywqs3Ju-VjRYdvEqMwa8FSToHW6bBYqhUvuihTCSh/E=
SHA256 hash (base64 freenet): ywqs3Ju-VjRYdvEqMwa8FSToHW6bBYqhUvuihTCSh-E

=========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2471.jpg
File size: 56267 bytes

SHA1 hash (hex): 46F1E673820A26EBDF97C627F032BCAD33DE4401
SHA1 hash (base32): I3Y6M44CBITOXX4XYYT7AMV4VUZ54RAB

SHA256 hash (hex): 054337D8938D09FCCF82A750434D3280D13F5C4043F3B876006FEC921BFF1F6B
SHA256 hash (base32): AVBTPWETRUE7ZT4CU5IEGTJSQDIT6XCAIPZ3Q5QAN7WJEG77D5VQ
SHA256 hash (base64 common): BUM32JONCfzPgqdQQ00ygNE/XEBD87h2AG/skhv/H2s=
SHA256 hash (base64 freenet): BUM32JONCfzPgqdQQ00ygNE-XEBD87h2AG-skhv-H2s

=========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2472.jpg
File size: 59490 bytes

SHA1 hash (hex): A6B626220ECF8166BB56BAF04A8D48F607018739
SHA1 hash (base32): U23CMIQOZ6AWNO2WXLYEVDKI6YDQDBZZ

SHA256 hash (hex): EA3857BB9B5A36DDBE970BF9CCDFA96DC941C47331457416714699F7CDCF4764
SHA256 hash (base32): 5I4FPO43LI3N3PUXBP44ZX5JNXEUDRDTGFCXIFTRI2M7PTOPI5SA
SHA256 hash (base64 common): 6jhXu5taNt2+lwv5zN+pbclBxHMxRXQWcUaZ983PR2Q=
SHA256 hash (base64 freenet): 6jhXu5taNt2~lwv5zN~pbclBxHMxRXQWcUaZ983PR2Q

==============================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2473.jpg
File size: 50477 bytes

SHA1 hash (hex): A78C0924787A98C8813EF25613EDCD2FDA9E4960
SHA1 hash (base32): U6GASJDYPKMMRAJ66JLBH3ONF7NJ4SLA

SHA256 hash (hex): 768BDDE0CB53515FC287B47E5EBD64ED279016DCC01315D28BE06804ACEA3133
SHA256 hash (base32): O2F53YGLKNIV7QUHWR7F5PLE5UTZAFW4YAJRLUUL4BUAJLHKGEZQ
SHA256 hash (base64 common): dovd4MtTUV/Ch7R+Xr1k7SeQFtzAExXSi+BoBKzqMTM=
SHA256 hash (base64 freenet): dovd4MtTUV-Ch7R~Xr1k7SeQFtzAExXSi~BoBKzqMTM

==============================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2474.jpg
File size: 18521 bytes

SHA1 hash (hex): 5983E70C4B2C21FE4652EDEE25D40D0CFD9155F7
SHA1 hash (base32): LGB6ODCLFQQ74RSS5XXCLVANBT6ZCVPX

SHA256 hash (hex): A2A0831B44F673C2EFD383FA2869385D98EA779A57E06ADC9A7F05B0F2BCFEF0
SHA256 hash (base32): UKQIGG2E6ZZ4F36TQP5CQ2JYLWMOU542K7QGVXE2P4C3B4V473YA
SHA256 hash (base64 common): oqCDG0T2c8Lv04P6KGk4XZjqd5pX4Grcmn8FsPK8/vA=
SHA256 hash (base64 freenet): oqCDG0T2c8Lv04P6KGk4XZjqd5pX4Grcmn8FsPK8-vA

==============================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2499.jpg
File size: 59053 bytes

SHA1 hash (hex): 4B442F3AE5F204EA1FDF41F81079705AE3CD7A69
SHA1 hash (base32): JNCC6OXF6ICOUH67IH4BA6LQLLR426TJ

SHA256 hash (hex): A5FF94A4288AC8350661CC82B628B0533CBF861F7D3E63A34AF55EE71610B145
SHA256 hash (base32): UX7ZJJBIRLEDKBTBZSBLMKFQKM6L7BQ7PU7GHI2K6VPOOFQQWFCQ
SHA256 hash (base64 common): pf+UpCiKyDUGYcyCtiiwUzy/hh99PmOjSvVe5xYQsUU=
SHA256 hash (base64 freenet): pf~UpCiKyDUGYcyCtiiwUzy-hh99PmOjSvVe5xYQsUU

==============================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2500.jpg
File size: 31078 bytes

SHA1 hash (hex): 008EC6A0BF9F7CD08E468C6C4302451BED26ECA8
SHA1 hash (base32): ACHMNIF7T56NBDSGRRWEGASFDPWSN3FI

SHA256 hash (hex): 8752D9D41D2A4F9C711EA15C5E792DE3B5F206BD5469E465D7EBACE6F7F32C40
SHA256 hash (base32): Q5JNTVA5FJHZY4I6UFOF46JN4027EBV5KRU6IZOX5OWON57TFRAA
SHA256 hash (base64 common): h1LZ1B0qT5xxHqFcXnkt47XyBr1UaeRl1+us5vfzLEA=
SHA256 hash (base64 freenet): h1LZ1B0qT5xxHqFcXnkt47XyBr1UaeRl1~us5vfzLEA

========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2501.jpg
File size: 59167 bytes

SHA1 hash (hex): A7536B4764905FB4198B1E1C26412F2BF8A52F49
SHA1 hash (base32): U5JWWR3ESBP3IGMLDYOCMQJPFP4KKL2J

SHA256 hash (hex): 0453508C924ABF5FCE6F505D5B7CB64D5FAD64713176A768FE91A8E17E1A22F0
SHA256 hash (base32): ARJVBDESJK7V7TTPKBOVW7FWJVP22ZDRGF3KO2H6SGUOC7Q2ELYA
SHA256 hash (base64 common): BFNQjJJKv1/Ob1BdW3y2TV+tZHExdqdo/pGo4X4aIvA=
SHA256 hash (base64 freenet): BFNQjJJKv1-Ob1BdW3y2TV~tZHExdqdo-pGo4X4aIvA

========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2502.jpg
File size: 48592 bytes

SHA1 hash (hex): 63A5A988A3CEB4F95660071F148654A6A9F43646
SHA1 hash (base32): MOS2TCFDZ22PSVTAA4PRJBSUU2U7INSG

SHA256 hash (hex): 80BAFABF647EFD554BF594D4C94C585CBBD9D6493117065BC889CCA8523F21D4
SHA256 hash (base32): QC5PVP3EP36VKS7VSTKMSTCYLS55TVSJGELQMW6IRHGKQUR7EHKA
SHA256 hash (base64 common): gLr6v2R+/VVL9ZTUyUxYXLvZ1kkxFwZbyInMqFI/IdQ=
SHA256 hash (base64 freenet): gLr6v2R~-VVL9ZTUyUxYXLvZ1kkxFwZbyInMqFI-IdQ

========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2503.jpg
File size: 48554 bytes

SHA1 hash (hex): C0663FF28EB9125D8EED001419ABC8EA245E06BE
SHA1 hash (base32): YBTD74UOXEJF3DXNAAKBTK6I5ISF4BV6

SHA256 hash (hex): C1EF3F44E8F994A4C447FCC8713F19893D5B44E75701E513A1913B80F6260353
SHA256 hash (base32): YHXT6RHI7GKKJRCH7TEHCPYZRE6VWRHHK4A6KE5BSE5YB5RGANJQ
SHA256 hash (base64 common): we8/ROj5lKTER/zIcT8ZiT1bROdXAeUToZE7gPYmA1M=
SHA256 hash (base64 freenet): we8-ROj5lKTER-zIcT8ZiT1bROdXAeUToZE7gPYmA1M

```
=========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2513.jpg
File size: 26524 bytes

SHA1 hash (hex): 9B641DAC9396AD619B30069A8F3F8E7963F27F22
SHA1 hash (base32): TNSB3LETS2WWDGZQA2NI6P4OPFR7E7ZC

SHA256 hash (hex): 285423BAE0A75A9C519D570D9A1E76A88A80B944EF93E67A00CA0F838083C11C
SHA256 hash (base32): FBKCHOXAU5NJYUM5K4GZUHTWVCFIBOKE56J6M6QAZIHYHAEDYEOA
SHA256 hash (base64 common): KFQjuuCnWpxRnVcNmh52qIqAuUTvk+Z6AMoPg4CDwRw=
SHA256 hash (base64 freenet): KFQjuuCnWpxRnVcNmh52qIqAuUTvk~Z6AMoPg4CDwRw

=========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2514.jpg
File size: 28663 bytes

SHA1 hash (hex): A9D55EC433A9A0AC1DE823318AA3CBA92535A3D6
SHA1 hash (base32): VHKV5RBTVGQKYHPIEMYYVI6LVESTLI6W

SHA256 hash (hex): 0A06B7F9223B1BB9EE24B36913F24BF1BAE6384FEDEE1C469A28BC868C949380
SHA256 hash (base32): BIDLP6JCHMN3T3REWNURH4SL6G5OMOCP5XXBYRU2FC6INDEUSOAA
SHA256 hash (base64 common): Cga3+SI7G7nuJLNpE/JL8brmOE/t7hxGmii8hoyUk4A=
SHA256 hash (base64 freenet): Cga3~SI7G7nuJLNpE-JL8brmOE-t7hxGmii8hoyUk4A

=========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2515.jpg
File size: 23804 bytes

SHA1 hash (hex): E42A024C39C77B1E06F2D69D16A7A5A32834AFDE
SHA1 hash (base32): 4QVAETBZY55R4BXS22ORNJ5FUMUDJL66

SHA256 hash (hex): 3B9AD5CF25CE79E875F2C829748622F43697A2C01108A3CA448C26AA540B32DA
SHA256 hash (base32): HONNLTZFZZ46Q5PSZAUXJBRC6Q3JPIWACEEKHSSERQTKUVALGLNA
SHA256 hash (base64 common): O5rVzyXOeeh18sgpdIYi9DaXosARCKPKRIwmqlQLMto=
SHA256 hash (base64 freenet): O5rVzyXOeeh18sgpdIYi9DaXosARCKPKRIwmqlQLMto

=========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2516.jpg
File size: 37193 bytes

SHA1 hash (hex): 54CEE4CA62CAFED87624C542E3E6DB3AD02DCFB3
SHA1 hash (base32): KTHOJSTCZL7NQ5REYVBOHZW3HLIC3T5T

SHA256 hash (hex): 17FAE017DBB105118DA21CECE610BBCD7D92D5E33FAE3372BD43C48E29419CC6
SHA256 hash (base32): C75OAF63WECRDDNCDTWOMEF3ZV6ZFVPDH6XDG4V5IPCI4KKBTTDA
SHA256 hash (base64 common): F/rgF9uxBRGNohzs5hC7zX2S1eM/rjNyvUPEjilBnMY=
```

SHA256 hash (base64 freenet): F-rgF9uxBRGNohzs5hC7zX2S1eM-rjNyvUPEjilBnMY

===========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\2517.jpg
File size: 68262 bytes

SHA1 hash (hex): 5010020566C4FED564E22321ED642FE9F591D408
SHA1 hash (base32): KAIAEBLGYT7NKZHCEMQ62ZBP5H2ZDVAI

SHA256 hash (hex): E47A33785D30F8AAE98D997799237FAE250844D5FCB366F344FAF82537C4FA62
SHA256 hash (base32): 4R5DG6C5GD4KV2MNTF3ZSI37VYSQQRGV7SZWN42E7L4CKN6E7JRA
SHA256 hash (base64 common): 5HozeF0w+KrpjZl3mSN/riUIRNX8s2bzRPr4JTfE+mI=
SHA256 hash (base64 freenet): 5HozeF0w~KrpjZl3mSN-riUIRNX8s2bzRPr4JTfE~mI

===========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\mar2a005.jpg
File size: 90928 bytes

SHA1 hash (hex): 68E6AC979B43D9D948E4C9386AD0CC1176773771
SHA1 hash (base32): NDTKZF43IPM5SSHEZE4GVUGMCF3HON3R

SHA256 hash (hex): E8C9F806B80A84360CA7E2113A6B8384F0A83895739B1F4F557EFB72EB766953
SHA256 hash (base32): 5DE7QBVYBKCDMDFH4IITU24DQTYKQOEVOONR6T2VP35XF23WNFJQ
SHA256 hash (base64 common): 6Mn4BrgKhDYMp+IROmuDhPCoOJVzmx9PVX77cut2aVM=
SHA256 hash (base64 freenet): 6Mn4BrgKhDYMp~IROmuDhPCoOJVzmx9PVX77cut2aVM

===========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\mar2a009.jpg
File size: 32489 bytes

SHA1 hash (hex): 0029DB74450F65F8BCBDBEE9842339289B9D9BA0
SHA1 hash (base32): AAU5W5CFB5S7RPF5X3UYIIZZFCNZ3G5A

SHA256 hash (hex): C293FEFD29F605D187DF683AB0AD9B1DA7A16F7321D311ED7C56071A6B01E7D3
SHA256 hash (base32): YKJ757JJ6YC5DB67NA5LBLM3DWT2C33TEHJRD3L4KYDRU2YB47JQ
SHA256 hash (base64 common): wpP+/Sn2BdGH32g6sK2bHaehb3Mh0xHtfFYHGmsB59M=
SHA256 hash (base64 freenet): wpP~-Sn2BdGH32g6sK2bHaehb3Mh0xHtfFYHGmsB59M

===========================================================================

File name: Y:\Dugger\tests\7zip Unzip\marissa\mar2a010.jpg
File size: 22155 bytes

SHA1 hash (hex): A95B6312E0DDAC25D65A62F02BE713493DF9B9D8
SHA1 hash (base32): VFNWGEXA3WWCLVS2MLYCXZYTJE67TOOY

SHA256 hash (hex): A35EAA038508DBEA89D48F6B0B0F0BB5FEB81FB21E1681A10BADD17DE911DCD6

```
SHA256 hash (base32): UNPKUA4FBDN6VCOUR5VQWDYLWX7LQH5SDYLIDIILVXIX32IR3TLA
SHA256 hash (base64 common): o16qA4UI2+qJ1I9rCw8Ltf64H7IeFoGhC63RfekR3NY=
SHA256 hash (base64 freenet): o16qA4UI2~qJ1I9rCw8Ltf64H7IeFoGhC63RfekR3NY
```

==========================================================================

```
File name: Y:\Dugger\tests\7zip Unzip\marissa\mar2a011.jpg
File size: 19932 bytes

SHA1 hash (hex): 31C65E8844870780F778C2B0AE77A4607B39C9D8
SHA1 hash (base32): GHDF5CCEQ4DYB53YYKYK455EMB5TTSOY

SHA256 hash (hex): FA0D09609F6FD014C5ACAF949690F802FFC0C462099F385951C0F575674E4650
SHA256 hash (base32): 7IGQSYE7N7IBJRNMV6KJNEHYAL74BRDCBGPTQWKRYD2XKZ2OIZIA
SHA256 hash (base64 common): +g0JYJ9v0BTFrK+UlpD4Av/AxGIJnzhZUcD1dWdORlA=
SHA256 hash (base64 freenet): ~g0JYJ9v0BTFrK~UlpD4Av-AxGIJnzhZUcD1dWdORlA
```

==========================================================================

```
File name: Y:\Dugger\tests\7zip Unzip\marissa\mar37004.jpg
File size: 29467 bytes

SHA1 hash (hex): 17B8498923A1D015FC5DADCEB9624190B7E6E749
SHA1 hash (base32): C64ETCJDUHIBL7C5VXHLSYSBSC36NZ2J

SHA256 hash (hex): 10A2B5C896AC3ED5FCDD449F2A6D781CBED4FD89E7851D32C9BFDC7D6D4028B8
SHA256 hash (base32): CCRLLSEWVQ7NL7G5ISPSU3LYDS7NJ7MJ46CR2MWJX7OH23KAFC4A
SHA256 hash (base64 common): EKK1yJasPtX83USfKm14HL7U/YnnhR0yyb/cfW1AKLg=
SHA256 hash (base64 freenet): EKK1yJasPtX83USfKm14HL7U-YnnhR0yyb-cfW1AKLg
```

==========================================================================

```
File name: Y:\Dugger\tests\7zip Unzip\marissa\mar37010.jpg
File size: 35469 bytes

SHA1 hash (hex): 917D8029BEEBA19C859AE9E72AAE5A73D1CDC3B0
SHA1 hash (base32): SF6YAKN65OQZZBM25HTSVLS2OPI43Q5Q

SHA256 hash (hex): 2A06BE240F8514150F7F0360CB9010A5926518F6C3B488CC41A463C78B4BB753
SHA256 hash (base32): FIDL4JAPQUKBKD37ANQMXEAQUWJGKGHWYO2IRTCBURR4PC2LW5JQ
SHA256 hash (base64 common): Kga+JA+FFBUPfwNgy5AQpZJlGPbDtIjMQaRjx4tLt1M=
SHA256 hash (base64 freenet): Kga~JA~FFBUPfwNgy5AQpZJlGPbDtIjMQaRjx4tLt1M
```

File name: Y:\Dugger\tests\originals.extracted\2193.jpg
File size: 45550 bytes

SHA1 hash (hex): 8A888C028692195230E053E722374A966118D4EB
SHA1 hash (base32): RKEIYAUGSIMVEMHAKPTSEN2KSZQRRVHL

SHA256 hash (hex): AC50F838A68C36B7AEAA1E4ADCFF2C304086B1C8AFF67BAFE5C34429BD69C5BE
SHA256 hash (base32): VRIPQOFGRQ3LPLVKDZFNZ7ZMGBAINMOIV73HXL7FYNCCTPLJYW7A
SHA256 hash (base64 common): rFD4OKaMNreuqh5K3P8sMECGsciv9nuv5cNEKb1pxb4=
SHA256 hash (base64 freenet): rFD4OKaMNreuqh5K3P8sMECGsciv9nuv5cNEKb1pxb4

========================================================================

File name: Y:\Dugger\tests\originals.extracted\2194.jpg
File size: 25180 bytes

SHA1 hash (hex): 3BABF15AF7702913AEF6B2F5FF454CA63E2EBC05
SHA1 hash (base32): HOV7CWXXOAURHLXWWL276RKMUY7C5PAF

SHA256 hash (hex): CCB216F9150A8F053F5FB1EFBCE821831DC4DD7CD5C1557E0FB7D5F38383036C
SHA256 hash (base32): ZSZBN6IVBKHQKP27WHX3Z2BBQMO4JXL42XAVK7QPW7K7HA4DANWA
SHA256 hash (base64 common): zLIW+RUKjwU/X7HvvOghgx3E3XzVwVV+D7fV84ODA2w=
SHA256 hash (base64 freenet): zLIW~RUKjwU-X7HvvOghgx3E3XzVwVV~D7fV84ODA2w

========================================================================

File name: Y:\Dugger\tests\originals.extracted\2195.jpg
File size: 22585 bytes

SHA1 hash (hex): 7F94DE07EA75FDC49CD6173652EE7FC5E4336737
SHA1 hash (base32): P6KN4B7KOX64JHGWC43FF3T7YXSDGZZX

SHA256 hash (hex): 9DD8FBED3A6C6874E97B9ED2D793166111134A8ACC5E96F8FAC0AE38F6587018
SHA256 hash (base32): TXMPX3J2NRUHJ2L3T3JNPEYWMEIRGSUKZRPJN6H2YCXDR5SYOAMA
SHA256 hash (base64 common): ndj77TpsaHTpe57S15MWYRETSorMXpb4+sCuOPZYcBg=
SHA256 hash (base64 freenet): ndj77TpsaHTpe57S15MWYRETSorMXpb4~sCuOPZYcBg

========================================================================

File name: Y:\Dugger\tests\originals.extracted\2196.jpg
File size: 64865 bytes

SHA1 hash (hex): D9D0AA0D45F436022083589C9BB209C3531A1980
SHA1 hash (base32): 3HIKUDKF6Q3AEIEDLCOJXMQJYNJRUGMA

SHA256 hash (hex): 1CBAD1B529F134FBE4008A16B99323EF3E767CEA658BE5399F8A0664CA36D376
SHA256 hash (base32): DS5NDNJJ6E2PXZAARILLTEZD547HM7HKMWF6KOM7RIDGJSRW2N3A
SHA256 hash (base64 common): HLrRtSnxNPvkAIoWuZMj7z52fOpli+U5n4oGZMo203Y=
SHA256 hash (base64 freenet): HLrRtSnxNPvkAIoWuZMj7z52fOpli~U5n4oGZMo203Y

```
========================================================================

File name: Y:\Dugger\tests\originals.extracted\2197.jpg
File size: 58202 bytes

SHA1 hash (hex): C14CBCD743720F39C84C4CE9ADBEB0F0FA3E4C64
SHA1 hash (base32): YFGLZV2DOIHTTSCMJTU23PVQ6D5D4TDE

SHA256 hash (hex): 5945C8651EED56B70F174543C4E87CA8D70C8E3E12C7011F4EF071D6BB117BAB
SHA256 hash (base32): LFC4QZI65VLLODYXIVB4J2D4VDLQZDR6CLDQCH2O6BY5NOYRPOVQ
SHA256 hash (base64 common): WUXIZR7tVrcPF0VDxOh8qNcMjj4SxwEfTvBx1rsRe6s=
SHA256 hash (base64 freenet): WUXIZR7tVrcPF0VDxOh8qNcMjj4SxwEfTvBx1rsRe6s

========================================================================

File name: Y:\Dugger\tests\originals.extracted\2203.jpg
File size: 49003 bytes

SHA1 hash (hex): 6B0B4FFCBCF92A94F6531E870606249EEFC33275
SHA1 hash (base32): NMFU77F47EVJJ5STD2DQMBRET3X4GMTV

SHA256 hash (hex): 11C030CD8122BC8F2C78B361C9F3733684E3CB5D3F389F653FC8ED8D8B973054
SHA256 hash (base32): CHADBTMBEK6I6LDYWNQ4T43TG2COHS25H44J6ZJ7ZDWY3C4XGBKA
SHA256 hash (base64 common): EcAwzYEivI8seLNhyfNzNoTjy10/OJ9lP8jtjYuXMFQ=
SHA256 hash (base64 freenet): EcAwzYEivI8seLNhyfNzNoTjy10-OJ9lP8jtjYuXMFQ

========================================================================

File name: Y:\Dugger\tests\originals.extracted\2204.jpg
File size: 34024 bytes

SHA1 hash (hex): 11F22663DE9ECD61A886D31E028F2262AA2259E5
SHA1 hash (base32): CHZCMY66T3GWDKEG2MPAFDZCMKVCEWPF

SHA256 hash (hex): F80A5A886A8B2360B7A32E30001C512BE55019850E66EAE0A5768D9863FAB5E6
SHA256 hash (base32): 7AFFVCDKRMRWBN5DFYYAAHCRFPSVAGMFBZTOVYFFO2GZQY72WXTA
SHA256 hash (base64 common): +ApaiGqLI2C3oy4wABxRK+VQGYUOZurgpXaNmGP6teY=
SHA256 hash (base64 freenet): ~ApaiGqLI2C3oy4wABxRK~VQGYUOZurgpXaNmGP6teY

========================================================================

File name: Y:\Dugger\tests\originals.extracted\2205.jpg
File size: 30338 bytes

SHA1 hash (hex): 9DDED13E3EB26923E0CAD6125AB4FF8DD4E5CDD7
SHA1 hash (base32): TXPNCPR6WJUSHYGK2YJFVNH7RXKOLTOX

SHA256 hash (hex): 659A945B902C1DB2C44CF934092274E4D7BF0535E3808B24E4B67DEAF61500AE
SHA256 hash (base32): MWNJIW4QFQO3FRCM7E2ASITU4TL36BJV4OAIWJHEWZ66V5QVACXA
SHA256 hash (base64 common): ZZqUW5AsHbLETPk0CSJ05Ne/BTXjgIsk5LZ96vYVAK4=
```

SHA256 hash (base64 freenet): ZZqUW5AsHbLETPk0CSJ05Ne-BTXjgIsk5LZ96vYVAK4

===============================================================================

File name: Y:\Dugger\tests\originals.extracted\2206.jpg
File size: 53127 bytes

SHA1 hash (hex): C60FAFE39CD4E9152645B034C72F6568047DE6E7
SHA1 hash (base32): YYH27Y442TURKJSFWA2MOL3FNACH3ZXH

SHA256 hash (hex): 09DFCE097A4FBC167E9A7201544C9D3D44DC788CE99E9C0BAC8B37216F227339
SHA256 hash (base32): BHP44CL2J66BM7U2OIAVITE5HVCNY6EM5GPJYC5MRM3SC3ZCOM4Q
SHA256 hash (base64 common): Cd/OCXpPvBZ+mnIBVEydPUTceIzpnpwLrIs3IW8iczk=
SHA256 hash (base64 freenet): Cd-OCXpPvBZ~mnIBVEydPUTceIzpnpwLrIs3IW8iczk

===============================================================================

File name: Y:\Dugger\tests\originals.extracted\2207.jpg
File size: 48629 bytes

SHA1 hash (hex): 7B1E90CA3EB27A8F7F280C8F87C330D2ACBA00E5
SHA1 hash (base32): PMPJBSR6WJ5I67ZIBSHYPQZQ2KWLUAHF

SHA256 hash (hex): AA672C22DF083CCC7DCF6D0C24E653016B76784E96CB43F0FCE5146BB83A8BF2
SHA256 hash (base32): VJTSYIW7BA6MY7OPNUGCJZSTAFVXM6COS3FUH4H44UKGXOB2RPZA
SHA256 hash (base64 common): qmcsIt8IPMx9z20MJOZTAWt2eE6Wy0Pw/OUUa7g6i/I=
SHA256 hash (base64 freenet): qmcsIt8IPMx9z20MJOZTAWt2eE6Wy0Pw-OUUa7g6i-I

===============================================================================

File name: Y:\Dugger\tests\originals.extracted\2214.jpg
File size: 81217 bytes

SHA1 hash (hex): B3B2C68059EC5A752601421332CDA5FEB94E0F4C
SHA1 hash (base32): WOZMNACZ5RNHKJQBIIJTFTNF724U4D2M

SHA256 hash (hex): E837BA19F3DFF3CA3EEEECE3BFBF4EAC7505C772D49BF3D1BF868BB480E4161D
SHA256 hash (base32): 5A33UGPT37Z4UPXO5TR37P2OVR2QLR3S2SN7HUN7Q2F3JAHECYOQ
SHA256 hash (base64 common): 6De6GfPf88o+7uzjv79OrHUFx3LUm/PRv4aLtIDkFh0=
SHA256 hash (base64 freenet): 6De6GfPf88o~7uzjv79OrHUFx3LUm-PRv4aLtIDkFh0

===============================================================================

File name: Y:\Dugger\tests\originals.extracted\2215.jpg
File size: 49210 bytes

SHA1 hash (hex): 9EF3725EB0AC7915451586B657A0D14129457869
SHA1 hash (base32): T3ZXEXVQVR4RKRIVQ23FPIGRIEUUK6DJ

SHA256 hash (hex): 83A2345B9B90B1FBCD357773E1C2FBCC0430031D266352A0F2ED9B64955BEC81

SHA256 hash (base32): QORDIW43SCY7XTJVO5Z6DQX3ZQCDAAY5EZRVFIHS5WNWJFK35SAQ
SHA256 hash (base64 common): g6I0W5uQsfvNNXdz4cL7zAQwAx0mY1Kg8u2bZJVb7IE=
SHA256 hash (base64 freenet): g6I0W5uQsfvNNXdz4cL7zAQwAx0mY1Kg8u2bZJVb7IE

========================================================================

File name: Y:\Dugger\tests\originals.extracted\2216.jpg
File size: 39105 bytes

SHA1 hash (hex): 9BB978EE138A3AC34F843FB09D503294764ECA1C
SHA1 hash (base32): TO4XR3QTRI5MGT4EH6YJ2UBSSR3E5SQ4

SHA256 hash (hex): 0AA0AC98567877248E5E87A929D59C3A8D616C3A377765F26B66DAECD397474D
SHA256 hash (base32): BKQKZGCWPB3SJDS6Q6USTVM4HKGWC3B2G53WL4TLM3NOZU4XI5GQ
SHA256 hash (base64 common): CqCsmFZ4dySOXoepKdWcOo1hbDo3d2Xya2ba7NOXR00=
SHA256 hash (base64 freenet): CqCsmFZ4dySOXoepKdWcOo1hbDo3d2Xya2ba7NOXR00

========================================================================

File name: Y:\Dugger\tests\originals.extracted\2217.jpg
File size: 63993 bytes

SHA1 hash (hex): 23F2A440EEDA5DA4C630E7E680ECADE5DEC3481F
SHA1 hash (base32): EPZKIQHO3JO2JRRQ47TIB3FN4XPMGSA7

SHA256 hash (hex): 22243676A7F55D86501540A85ABFECD40CECC82CF0AAC970C6A7A5D98A77DFFD
SHA256 hash (base32): EISDM5VH6VOYMUAVICUFVP7M2QGOZSBM6CVMS4GGU6S5TCTX376Q
SHA256 hash (base64 common): IiQ2dqf1XYZQFUCoWr/s1AzsyCzwqslwxqel2Yp33/0=
SHA256 hash (base64 freenet): IiQ2dqf1XYZQFUCoWr-s1AzsyCzwqslwxqel2Yp33-0

========================================================================

File name: Y:\Dugger\tests\originals.extracted\2233.jpg
File size: 63172 bytes

SHA1 hash (hex): DADBB9EE56A6E5A3BF3E2EEAD5E3C80854A85D05
SHA1 hash (base32): 3LN3T3SWU3S2HPZ6F3VNLY6IBBKKQXIF

SHA256 hash (hex): 8095AA3B278CE63C14270E45EC05E070D483117ED0640656A78613F0B716ED06
SHA256 hash (base32): QCK2UOZHRTTDYFBHBZC6YBPAODKIGEL62BSAMVVHQYJ7BNYW5UDA
SHA256 hash (base64 common): gJWqOyeM5jwUJw5F7AXgcNSDEX7QZAZWp4YT8LcW7QY=
SHA256 hash (base64 freenet): gJWqOyeM5jwUJw5F7AXgcNSDEX7QZAZWp4YT8LcW7QY

========================================================================

File name: Y:\Dugger\tests\originals.extracted\2234.jpg
File size: 17565 bytes

SHA1 hash (hex): 4465D0BA44FD4AFA870C4400813954AF5F4677D3
SHA1 hash (base32): IRS5BOSE7VFPVBYMIQAICOKUV5PUM56T

SHA256 hash (hex): 4E08A33DA191B5BBACAD9137DE06ACDA612234108229DC3421A02A40CE8F1E39
SHA256 hash (base32): JYEKGPNBSG23XLFNSE354BVM3JQSENAQQIU5YNBBUAVEBTUPDY4Q
SHA256 hash (base64 common): TgijPaGRtbusrZE33gas2mEiNBCCKdw0IaAqQM6PHjk=
SHA256 hash (base64 freenet): TgijPaGRtbusrZE33gas2mEiNBCCKdw0IaAqQM6PHjk

========================================================================

File name: Y:\Dugger\tests\originals.extracted\2235.jpg
File size: 24410 bytes

SHA1 hash (hex): D22D7CFCCFB583F671745F66CF4B47B88B9C7AF6
SHA1 hash (base32): 2IWXZ7GPWWB7M4LUL5TM6S2HXCFZY6XW

SHA256 hash (hex): 9B51ECB89DEE8382D350CB79E9D9A8A75A6B2AE0A5C2FD91B6760A831C1D135D
SHA256 hash (base32): TNI6ZOE552BYFU2QZN46TWNIU5NGWKXAUXBP3ENWOYFIGHA5CNOQ
SHA256 hash (base64 common): m1HsuJ3ug4LTUMt56dmop1prKuClwv2RtnYKgxwdE10=
SHA256 hash (base64 freenet): m1HsuJ3ug4LTUMt56dmop1prKuClwv2RtnYKgxwdE10

========================================================================

File name: Y:\Dugger\tests\originals.extracted\2236.jpg
File size: 5579 bytes

SHA1 hash (hex): A2E6E2CA69CC5E0C41D55519D6C9FE39C10E0C95
SHA1 hash (base32): ULTOFSTJZRPAYQOVKUM5NSP6HHAQ4DEV

SHA256 hash (hex): 10DE102E6CD5D3E9DCC533AF63A0F5DB7E5118ABEFA1B447C9BF891218F5FC12
SHA256 hash (base32): CDPBALTM2XJ6TXGFGOXWHIHV3N7FCGFL56Q3IR6JX6EREGHV7QJA
SHA256 hash (base64 common): EN4QLmzV0+ncxTOvY6D1235RGKvvobRHyb+JEhj1/BI=
SHA256 hash (base64 freenet): EN4QLmzV0~ncxTOvY6D1235RGKvvobRHyb~JEhj1-BI

========================================================================

File name: Y:\Dugger\tests\originals.extracted\2237.jpg
File size: 18115 bytes

SHA1 hash (hex): 5246352FE298F52CE569707F2AA87D73B8F01642
SHA1 hash (base32): KJDDKL7CTD2SZZLJOB7SVKD5OO4PAFSC

SHA256 hash (hex): ADFF510AEEF34A7CCC853A7F09619548804776FE2A29D9BF5A583B00C0562A47
SHA256 hash (base32): VX7VCCXO6NFHZTEFHJ7QSYMVJCAEO5X6FIU5TP22LA5QBQCWFJDQ
SHA256 hash (base64 common): rf9RCu7zSnzMhTp/CWGVSIBHdv4qKdm/Wlg7AMBWKkc=
SHA256 hash (base64 freenet): rf9RCu7zSnzMhTp-CWGVSIBHdv4qKdm-Wlg7AMBWKkc

========================================================================

File name: Y:\Dugger\tests\originals.extracted\2238.jpg
File size: 26828 bytes

SHA1 hash (hex): F1EC4CEB5D21C25D7B422197C7ED597CBD3E2EF1
SHA1 hash (base32): 6HWEZ225EHBF262CEGL4P3KZPS6T4LXR

SHA256 hash (hex): B64D4D0FE19BAE4BAC55026CCC2D7FD1B0891DDC360B9DD41AEC990ACC70EDA2
SHA256 hash (base32): WZGU2D7BTOXEXLCVAJWMYLL72GYISHO4GYFZ3VA25SMQVTDQ5WRA
SHA256 hash (base64 common): tk1ND+GbrkusVQJszC1/0bCJHdw2C53UGuyZCsxw7aI=
SHA256 hash (base64 freenet): tk1ND~GbrkusVQJszC1-0bCJHdw2C53UGuyZCsxw7aI

===========================================================================

File name: Y:\Dugger\tests\originals.extracted\2239.jpg
File size: 18904 bytes

SHA1 hash (hex): 6BD9E91F65D333C9B3622E38DD2F66CA3219BF89
SHA1 hash (base32): NPM6SH3F2MZ4TM3CFY4N2L3GZIZBTP4J

SHA256 hash (hex): 1C6A54DF0F03039131A16D72CABB3F56CC947D5F2258557616F5F50611B02364
SHA256 hash (base32): DRVFJXYPAMBZCMNBNVZMVOZ7K3GJI7K7EJMFK5QW6X2QMENQENSA
SHA256 hash (base64 common): HGpU3w8DA5ExoW1yyrs/VsyUfV8iWFV2FvX1BhGwI2Q=
SHA256 hash (base64 freenet): HGpU3w8DA5ExoW1yyrs-VsyUfV8iWFV2FvX1BhGwI2Q

===========================================================================

File name: Y:\Dugger\tests\originals.extracted\2240.jpg
File size: 36447 bytes

SHA1 hash (hex): BFBD71697C11ECFFBF89618DD2EC82D8E8C4836C
SHA1 hash (base32): X66XC2L4CHWP7P4JMGG5F3EC3DUMJA3M

SHA256 hash (hex): 9DA280253C33EEEBBE32BEAE61428CF3A7F2C1D1D91FAAC7DBE1B8949FAD8890
SHA256 hash (base32): TWRIAJJ4GPXOXPRSX2XGCQUM6OT7FQOR3EP2VR634G4JJH5NRCIA
SHA256 hash (base64 common): naKAJTwz7uu+Mr6uYUKM86fywdHZH6rH2+G4lJ+tiJA=
SHA256 hash (base64 freenet): naKAJTwz7uu~Mr6uYUKM86fywdHZH6rH2~G4lJ~tiJA

===========================================================================

File name: Y:\Dugger\tests\originals.extracted\2304.jpg
File size: 78221 bytes

SHA1 hash (hex): 4281DE0F56E6FE3F74F58253A6B69CB6D662EF1C
SHA1 hash (base32): IKA54D2W437D65HVQJJ2NNU4W3LGF3Y4

SHA256 hash (hex): D3500117862440689E7569C94F5FF85B3ADECFD8FA4712ACD91EDA94A88654A0
SHA256 hash (base32): 2NIACF4GERAGRHTVNHEU6X7YLM5N5T6Y7JDRFLGZD3NJJKEGKSQA
SHA256 hash (base64 common): 01ABF4YkQGiedWnJT1/4Wzrez9j6RxKs2R7alKiGVKA=
SHA256 hash (base64 freenet): 01ABF4YkQGiedWnJT1-4Wzrez9j6RxKs2R7alKiGVKA

===========================================================================

File name: Y:\Dugger\tests\originals.extracted\2305.jpg

File size: 59886 bytes

SHA1 hash (hex): 01F09C2A81F1E5BE9359B7173933C06CA7A18D27
SHA1 hash (base32): AHYJYKUB6HS35E2ZW4LTSM6ANST2DDJH

SHA256 hash (hex): A2C87DD602B71D366F6720F52C726FF17CC372CA1164DD98DEF67AE615781C6B
SHA256 hash (base32): ULEH3VQCW4OTM33HED2SY4TP6F6MG4WKCFSN3GG66Z5OMFLYDRVQ
SHA256 hash (base64 common): osh91gK3HTZvZyD1LHJv8XzDcsoRZN2Y3vZ65hV4HGs=
SHA256 hash (base64 freenet): osh91gK3HTZvZyD1LHJv8XzDcsoRZN2Y3vZ65hV4HGs

============================================================================

File name: Y:\Dugger\tests\originals.extracted\2306.jpg
File size: 52962 bytes

SHA1 hash (hex): 4A72B88DD373ADDC162359345FC7DD470E101B92
SHA1 hash (base32): JJZLRDOTOOW5YFRDLE2F7R65I4HBAG4S

SHA256 hash (hex): 415A06CCDF57ABDB1DA30ABF4ACF9DBF9267792886533FC32026FD68096BF940
SHA256 hash (base32): IFNANTG7K6V5WHNDBK7UVT45X6JGO6JIQZJT7QZAE36WQCLL7FAA
SHA256 hash (base64 common): QVoGzN9Xq9sdowq/Ss+dv5JneSiGUz/DICb9aAlr+UA=
SHA256 hash (base64 freenet): QVoGzN9Xq9sdowq-Ss~dv5JneSiGUz-DICb9aAlr~UA

============================================================================

File name: Y:\Dugger\tests\originals.extracted\2346.jpg
File size: 32632 bytes

SHA1 hash (hex): 3575A031EDB4AB959BF3ECA720722C6876A0B457
SHA1 hash (base32): GV22AMPNWSVZLG7T5STSA4RMNB3KBNCX

SHA256 hash (hex): 2D1BB2A3010D02BFFF7390AA3887EA7EAE8D3CBA709EDEB0BED52430557068FC
SHA256 hash (base32): FUN3FIYBBUBL773TSCVDRB7KP2XI2PF2OCPN5MF62USDAVLQND6A
SHA256 hash (base64 common): LRuyowENAr//c5CqOIfqfq6NPLpwnt6wvtUkMFVwaPw=
SHA256 hash (base64 freenet): LRuyowENAr--c5CqOIfqfq6NPLpwnt6wvtUkMFVwaPw

============================================================================

File name: Y:\Dugger\tests\originals.extracted\2347.jpg
File size: 48483 bytes

SHA1 hash (hex): 21AE279392AD2C974ABBD9C624931E0DC1A0A089
SHA1 hash (base32): EGXCPE4SVUWJOSV33HDCJEY6BXA2BIEJ

SHA256 hash (hex): 546BAF3C84BDA447E5487494AE303062AD195851E5E4DE498B2C2771B0F217C0
SHA256 hash (base32): KRV26PEEXWSEPZKIOSKK4MBQMKWRSWCR4XSN4SMLFQTXDMHSC7AA
SHA256 hash (base64 common): VGuvPIS9pEflSHSUrjAwYq0ZWFHl5N5JiywncbDyF8A=
SHA256 hash (base64 freenet): VGuvPIS9pEflSHSUrjAwYq0ZWFHl5N5JiywncbDyF8A

============================================================================

File name: Y:\Dugger\tests\originals.extracted\2348.jpg
File size: 27414 bytes

SHA1 hash (hex): 0E4599D3C05C3AAF89F8F3CFA55562D7F6B0224D
SHA1 hash (base32): BZCZTU6ALQ5K7CPY6PH2KVLC273LAISN

SHA256 hash (hex): 150604188CB0A3A742CEF72A69D51EC412CB6C84C3AAA7F1E70CE9E1CA0D0A94
SHA256 hash (base32): CUDAIGEMWCR2OQWO64VGTVI6YQJMW3EEYOVKP4PHBTU6DSQNBKKA
SHA256 hash (base64 common): FQYEGIywo6dCzvcqadUexBLLbITDqqfx5wzp4coNCpQ=
SHA256 hash (base64 freenet): FQYEGIywo6dCzvcqadUexBLLbITDqqfx5wzp4coNCpQ


===========================================================================

File name: Y:\Dugger\tests\originals.extracted\2349.jpg
File size: 31650 bytes

SHA1 hash (hex): 8F89C4791C8AE7159550AD3877F4F20F10F2EF57
SHA1 hash (base32): R6E4I6I4RLTRLFKQVU4HP5HSB4IPF32X

SHA256 hash (hex): 937CD41A5CD62C4ADF80E38D3144B1C25FAF0163AD4ED0BEFE6A98AAC32BCAA0
SHA256 hash (base32): SN6NIGS42YWEVX4A4OGTCRFRYJP26ALDVVHNBPX6NKMKVQZLZKQA
SHA256 hash (base64 common): k3zUGlzWLErfgOONMUSxwl+vAWOtTtC+/mqYqsMryqA=
SHA256 hash (base64 freenet): k3zUGlzWLErfgOONMUSxwl~vAWOtTtC~-mqYqsMryqA


===========================================================================

File name: Y:\Dugger\tests\originals.extracted\2350.jpg
File size: 29814 bytes

SHA1 hash (hex): 29D1F09E6C53BE3EC72B77750EEDD0480879D595
SHA1 hash (base32): FHI7BHTMKO7D5RZLO52Q53OQJAEHTVMV

SHA256 hash (hex): 13B6A2592DBD74B45DDF1765ACC7EFDE2A8B3EFFEBE0F6B442F0342095A5B0D4
SHA256 hash (base32): CO3KEWJNXV2LIXO7C5S2ZR7P3YVIWPX75PQPNNCC6A2CBFNFWDKA
SHA256 hash (base64 common): E7aiWS29dLRd3xdlrMfv3iqLPv/r4Pa0QvA0IJWlsNQ=
SHA256 hash (base64 freenet): E7aiWS29dLRd3xdlrMfv3iqLPv-r4Pa0QvA0IJWlsNQ


===========================================================================

File name: Y:\Dugger\tests\originals.extracted\2351.jpg
File size: 46737 bytes

SHA1 hash (hex): B03F8B0BF838E4014D67F1022D49478129CF1DA8
SHA1 hash (base32): WA7YWC7YHDSACTLH6EBC2SKHQEU46HNI

SHA256 hash (hex): 6B0BE3914E26F772AA6211AE10783F6BE39B46020CB5791B1546ED2AC194CA2F
SHA256 hash (base32): NMF6HEKOE33XFKTCCGXBA6B7NPRZWRQCBS2XSGYVI3WSVQMUZIXQ
SHA256 hash (base64 common): awvjkU4m93KqYhGuEHg/a+ObRgIMtXkbFUbtKsGUyi8=
SHA256 hash (base64 freenet): awvjkU4m93KqYhGuEHg-a~ObRgIMtXkbFUbtKsGUyi8

```
================================================================

File name: Y:\Dugger\tests\originals.extracted\2397.jpg
File size: 43535 bytes

SHA1 hash (hex): 05F7DD98566270CBE8C7FB5E95FF38149784573B
SHA1 hash (base32): AX353GCWMJYMX2GH7NPJL7ZYCSLYIVZ3

SHA256 hash (hex): 38F89E5A908DBAB4E6645230C7E57A8D05EDAF5697DB69A3368FD816A967D6D0
SHA256 hash (base32): HD4J4WUQRW5LJZTEKIYMPZL2RUC63L2WS7NWTIZWR7MBNKLH23IA
SHA256 hash (base64 common): OPieWpCNurTmZFIwx+V6jQXtr1aX22mjNo/YFqln1tA=
SHA256 hash (base64 freenet): OPieWpCNurTmZFIwx~V6jQXtr1aX22mjNo-YFqln1tA

================================================================

File name: Y:\Dugger\tests\originals.extracted\2398.jpg
File size: 15752 bytes

SHA1 hash (hex): 83E929F025E0D64AD2702D24E5B641106C049997
SHA1 hash (base32): QPUST4BF4DLEVUTQFUSOLNSBCBWAJGMX

SHA256 hash (hex): E13C58749D56073B21E1EB44646A28793F1FE1708168127CF3EC3C304E0B9D3C
SHA256 hash (base32): 4E6FQ5E5KYDTWIPB5NCGI2RIPE7R7YLQQFUBE7HT5Q6DATQLTU6A
SHA256 hash (base64 common): 4TxYdJ1WBzsh4etEZGooeT8f4XCBaBJ88+w8ME4LnTw=
SHA256 hash (base64 freenet): 4TxYdJ1WBzsh4etEZGooeT8f4XCBaBJ88~w8ME4LnTw

================================================================

File name: Y:\Dugger\tests\originals.extracted\2399.jpg
File size: 45626 bytes

SHA1 hash (hex): AE9AD03AC7AE18390DE1C12DD8BF1F1D2D6B6D4C
SHA1 hash (base32): V2NNAOWHVYMDSDPBYEW5RPY7DUWWW3KM

SHA256 hash (hex): F73AC46CABBF84119AD45276596E071A3C259B471B1C87C3BF82DD451AA77373
SHA256 hash (base32): 645MI3FLX6CBDGWUKJ3FS3QHDI6CLG2HDMOIPQ57QLOUKGVHONZQ
SHA256 hash (base64 common): 9zrEbKu/hBGa1FJ2WW4HGjwlm0cbHIfDv4LdRRqnc3M=
SHA256 hash (base64 freenet): 9zrEbKu-hBGa1FJ2WW4HGjwlm0cbHIfDv4LdRRqnc3M

================================================================

File name: Y:\Dugger\tests\originals.extracted\2400.jpg
File size: 57902 bytes

SHA1 hash (hex): 7670E7E7B43B58DB86884BBF2AD3173102C54658
SHA1 hash (base32): OZYOPZ5UHNMNXBUIJO7SVUYXGEBMKRSY

SHA256 hash (hex): CC75BB024D405A23C040BDD16DE1A8C1017D658B9767C82C55F9947D9782415C
SHA256 hash (base32): ZR23WASNIBNCHQCAXXIW3YNIYEAX2ZMLS5T4QLCV7GKH3F4CIFOA
```

SHA256 hash (base64 common): zHW7Ak1AWiPAQL3RbeGowQF9ZYuXZ8gsVfmUfZeCQVw=
SHA256 hash (base64 freenet): zHW7Ak1AWiPAQL3RbeGowQF9ZYuXZ8gsVfmUfZeCQVw

========================================================================

File name: Y:\Dugger\tests\originals.extracted\2401.jpg
File size: 27265 bytes

SHA1 hash (hex): E6F47ED6ABCFA6DFE0AA4C9E7385A5613069613F
SHA1 hash (base32): 432H5VVLZ6TN7YFKJSPHHBNFMEYGSYJ7

SHA256 hash (hex): 8C0A820FC457CEAA03772D31F416634B4CDC120EC15A64F065875FF9ECC335AB
SHA256 hash (base32): RQFIED6EK7HKUA3XFUY7IFTDJNGNYEQOYFNGJ4DFQ5P7T3GDGWVQ
SHA256 hash (base64 common): jAqCD8RXzqoDdy0x9BZjS0zcEg7BWmTwZYdf+ezDNas=
SHA256 hash (base64 freenet): jAqCD8RXzqoDdy0x9BZjS0zcEg7BWmTwZYdf~ezDNas

========================================================================

File name: Y:\Dugger\tests\originals.extracted\2402.jpg
File size: 25271 bytes

SHA1 hash (hex): 79DDE33FF690C685CAE3CB47340A614B66A64668
SHA1 hash (base32): PHO6GP7WSDDILSXDZNDTICTBJNTKMRTI

SHA256 hash (hex): E3E66D8B761B9FB997F157D166D3868F2B57ED20815E5926AB38A3EEACC3E278
SHA256 hash (base32): 4PTG3C3WDOP3TF7RK7IWNU4GR4VVP3JAQFPFSJVLHCR65LGD4J4A
SHA256 hash (base64 common): 4+Zti3Ybn7mX8VfRZtOGjytX7SCBXlkmqzij7qzD4ng=
SHA256 hash (base64 freenet): 4~Zti3Ybn7mX8VfRZtOGjytX7SCBXlkmqzij7qzD4ng

========================================================================

File name: Y:\Dugger\tests\originals.extracted\2403.jpg
File size: 41955 bytes

SHA1 hash (hex): 6A5032EB1FF3DDE60D43A03FDCDCCD9016D530E9
SHA1 hash (base32): NJIDF2Y76PO6MDKDUA75ZXGNSALNKMHJ

SHA256 hash (hex): 386410CAFB4A0E61995D73D116FD46D7FA7C8E60CDD020375F28797C7A42045F
SHA256 hash (base32): HBSBBSX3JIHGDGK5OPIRN7KG275HZDTAZXICAN27FB4XY6SCARPQ
SHA256 hash (base64 common): OGQQyvtKDmGZXXPRFv1G1/p8jmDN0CA3Xyh5fHpCBF8=
SHA256 hash (base64 freenet): OGQQyvtKDmGZXXPRFv1G1-p8jmDN0CA3Xyh5fHpCBF8

========================================================================

File name: Y:\Dugger\tests\originals.extracted\2464.jpg
File size: 29667 bytes

SHA1 hash (hex): 35EA85268C9EE4D08A1BA697242D14810E12ABF0
SHA1 hash (base32): GXVIKJUMT3SNBCQ3U2LSILIUQEHBFK7Q

SHA256 hash (hex): 3561F6C22350D5DFCD0AC1EA9E667111541258FC234E61DFC35B4B100F752BF9
SHA256 hash (base32): GVQ7NQRDKDK57TIKYHVJ4ZTRCFKBEWH4ENHGDX6DLNFRAD3VFP4Q
SHA256 hash (base64 common): NWH2wiNQ1d/NCsHqnmZxEVQSWPwjTmHfw1tLEA91K/k=
SHA256 hash (base64 freenet): NWH2wiNQ1d-NCsHqnmZxEVQSWPwjTmHfw1tLEA91K-k

==========================================================================

File name: Y:\Dugger\tests\originals.extracted\2465.jpg
File size: 28943 bytes

SHA1 hash (hex): F014662075A736F7FB525F6DCCF2ACDF0D6FCD7E
SHA1 hash (base32): 6AKGMIDVU43PP62SL5W4Z4VM34GW7TL6

SHA256 hash (hex): 46B0745E2D29DD15616F41F16D2448DA4C5882228FFAAFFE7EDAE319DD5C3C2C
SHA256 hash (base32): I2YHIXRNFHORKYLPIHYW2JCI3JGFRARCR75K77T63LRRTXK4HQWA
SHA256 hash (base64 common): RrB0Xi0p3RVhb0HxbSRI2kxYgiKP+q/+ftrjGd1cPCw=
SHA256 hash (base64 freenet): RrB0Xi0p3RVhb0HxbSRI2kxYgiKP~q-~ftrjGd1cPCw

==========================================================================

File name: Y:\Dugger\tests\originals.extracted\2466.jpg
File size: 34531 bytes

SHA1 hash (hex): 435ACE6710402B9289B98824A7EA1AF2BF84C11F
SHA1 hash (base32): INNM4ZYQIAVZFCNZRASKP2Q26K7YJQI7

SHA256 hash (hex): 0A30BBE37ED27C18E8A1D53E6B25F50CB745FF1F58470E836220DCD287C984ED
SHA256 hash (base32): BIYLXY362J6BR2FB2U7GWJPVBS3UL7Y7LBDQ5A3CEDONFB6JQTWQ
SHA256 hash (base64 common): CjC7437SfBjoodU+ayX1DLdF/x9YRw6DYiDc0ofJhO0=
SHA256 hash (base64 freenet): CjC7437SfBjoodU~ayX1DLdF-x9YRw6DYiDc0ofJhO0

==========================================================================

File name: Y:\Dugger\tests\originals.extracted\2467.jpg
File size: 26801 bytes

SHA1 hash (hex): 75CEDC1BA72318C6FE35C24F32D642C768354AB1
SHA1 hash (base32): OXHNYG5HEMMMN7RVYJHTFVSCY5UDKSVR

SHA256 hash (hex): E40610FF0F3D76DEA36D8DED3739203C81AF85D5C239EDF85EAD2427D9B1EBCD
SHA256 hash (base32): 4QDBB7YPHV3N5I3NRXWTOOJAHSA27BOVYI4636C6VUSCPWNR5PGQ
SHA256 hash (base64 common): 5AYQ/w89dt6jbY3tNzkgPIGvhdXCOe34Xq0kJ9mx680=
SHA256 hash (base64 freenet): 5AYQ-w89dt6jbY3tNzkgPIGvhdXCOe34Xq0kJ9mx680

==========================================================================

File name: Y:\Dugger\tests\originals.extracted\2468.jpg
File size: 35223 bytes

SHA1 hash (hex): ED0FB22E8FE53CD2E0EB2D06B3ADA54F256BFBF7

SHA1 hash (base32): 5UH3ELUP4U6NFYHLFUDLHLNFJ4SWX67X

SHA256 hash (hex): 03E24B21DE3E8356A4DB1EDD41F75E549362A411E8C544E863C2130CF7733DEC
SHA256 hash (base32): APREWIO6H2BVNJG3D3OUD526KSJWFJAR5DCUJ2DDYIJQZ53THXWA
SHA256 hash (base64 common): A+JLId4+g1ak2x7dQfdeVJNipBHoxUToY8ITDPdzPew=
SHA256 hash (base64 freenet): A~JLId4~g1ak2x7dQfdeVJNipBHoxUToY8ITDPdzPew

=========================================================================

File name: Y:\Dugger\tests\originals.extracted\2469.jpg
File size: 58469 bytes

SHA1 hash (hex): B68125300E9E1D1C593BC9677598F204F8A51FFE
SHA1 hash (base32): W2ASKMAOTYORYWJ3ZFTXLGHSAT4KKH76

SHA256 hash (hex): B6559711DBA58971E4E85ECA018617114079D7EB4C30370ED1798A97426CFA1C
SHA256 hash (base32): WZKZOEO3UWEXDZHIL3FADBQXCFAHTV7LJQYDODWRPGFJOQTM7IOA
SHA256 hash (base64 common): tlWXEduliXHk6F7KAYYXEUB51+tMMDcO0XmKl0Js+hw=
SHA256 hash (base64 freenet): tlWXEduliXHk6F7KAYYXEUB51~tMMDcO0XmKl0Js~hw

=========================================================================

File name: Y:\Dugger\tests\originals.extracted\2470.jpg
File size: 56947 bytes

SHA1 hash (hex): 52A136B567589FA7E0107C8217B923E74DA808DF
SHA1 hash (base32): KKQTNNLHLCP2PYAQPSBBPOJD45G2QCG7

SHA256 hash (hex): CB0AACDC9BBF56345876F12A3306BC1524E81D6E9B058AA152FBA285309287F1
SHA256 hash (base32): ZMFKZXE3X5LDIWDW6EVDGBV4CUSOQHLOTMCYVIKS7ORIKMESQ7YQ
SHA256 hash (base64 common): ywqs3Ju-VjRYdvEqMwa8FSToHW6bBYqhUvuihTCSh/E=
SHA256 hash (base64 freenet): ywqs3Ju-VjRYdvEqMwa8FSToHW6bBYqhUvuihTCSh-E

=========================================================================

File name: Y:\Dugger\tests\originals.extracted\2471.jpg
File size: 56267 bytes

SHA1 hash (hex): 46F1E673820A26EBDF97C627F032BCAD33DE4401
SHA1 hash (base32): I3Y6M44CBITOXX4XYYT7AMV4VUZ54RAB

SHA256 hash (hex): 054337D8938D09FCCF82A750434D3280D13F5C4043F3B876006FEC921BFF1F6B
SHA256 hash (base32): AVBTPWETRUE7ZT4CU5IEGTJSQDIT6XCAIPZ3Q5QAN7WJEG77D5VQ
SHA256 hash (base64 common): BUM32JONCfzPgqdQQ00ygNE/XEBD87h2AG/skhv/H2s=
SHA256 hash (base64 freenet): BUM32JONCfzPgqdQQ00ygNE-XEBD87h2AG-skhv-H2s

=========================================================================

File name: Y:\Dugger\tests\originals.extracted\2472.jpg
File size: 59490 bytes

SHA1 hash (hex): A6B626220ECF8166BB56BAF04A8D48F607018739
SHA1 hash (base32): U23CMIQOZ6AWNO2WXLYEVDKI6YDQDBZZ

SHA256 hash (hex): EA3857BB9B5A36DDBE970BF9CCDFA96DC941C47331457416714699F7CDCF4764
SHA256 hash (base32): 5I4FPO43LI3N3PUXBP44ZX5JNXEUDRDTGFCXIFTRI2M7PTOPI5SA
SHA256 hash (base64 common): 6jhXu5taNt2+lwv5zN+pbclBxHMxRXQWcUaZ983PR2Q=
SHA256 hash (base64 freenet): 6jhXu5taNt2~lwv5zN~pbclBxHMxRXQWcUaZ983PR2Q

==========================================================================

File name: Y:\Dugger\tests\originals.extracted\2473.jpg
File size: 50477 bytes

SHA1 hash (hex): A78C0924787A98C8813EF25613EDCD2FDA9E4960
SHA1 hash (base32): U6GASJDYPKMMRAJ66JLBH3ONF7NJ4SLA

SHA256 hash (hex): 768BDDE0CB53515FC287B47E5EBD64ED279016DCC01315D28BE06804ACEA3133
SHA256 hash (base32): O2F53YGLKNIV7QUHWR7F5PLE5UTZAFW4YAJRLUUL4BUAJLHKGEZQ
SHA256 hash (base64 common): dovd4MtTUV/Ch7R+Xr1k7SeQFtzAExXSi+BoBKzqMTM=
SHA256 hash (base64 freenet): dovd4MtTUV-Ch7R~Xr1k7SeQFtzAExXSi~BoBKzqMTM

==========================================================================

File name: Y:\Dugger\tests\originals.extracted\2474.jpg
File size: 18521 bytes

SHA1 hash (hex): 5983E70C4B2C21FE4652EDEE25D40D0CFD9155F7
SHA1 hash (base32): LGB6ODCLFQQ74RSS5XXCLVANBT6ZCVPX

SHA256 hash (hex): A2A0831B44F673C2EFD383FA2869385D98EA779A57E06ADC9A7F05B0F2BCFEF0
SHA256 hash (base32): UKQIGG2E6ZZ4F36TQP5CQ2JYLWMOU542K7QGVXE2P4C3B4V473YA
SHA256 hash (base64 common): oqCDG0T2c8Lv04P6KGk4XZjqd5pX4Grcmn8FsPK8/vA=
SHA256 hash (base64 freenet): oqCDG0T2c8Lv04P6KGk4XZjqd5pX4Grcmn8FsPK8-vA

==========================================================================

File name: Y:\Dugger\tests\originals.extracted\2499.jpg
File size: 59053 bytes

SHA1 hash (hex): 4B442F3AE5F204EA1FDF41F81079705AE3CD7A69
SHA1 hash (base32): JNCC6OXF6ICOUH67IH4BA6LQLLR426TJ

SHA256 hash (hex): A5FF94A4288AC8350661CC82B628B0533CBF861F7D3E63A34AF55EE71610B145
SHA256 hash (base32): UX7ZJJBIRLEDKBTBZSBLMKFQKM6L7BQ7PU7GHI2K6VPOOFQQWFCQ
SHA256 hash (base64 common): pf+UpCiKyDUGYcyCtiiwUzy/hh99PmOjSvVe5xYQsUU=
SHA256 hash (base64 freenet): pf~UpCiKyDUGYcyCtiiwUzy-hh99PmOjSvVe5xYQsUU

==========================================================================

File name: Y:\Dugger\tests\originals.extracted\2500.jpg
File size: 31078 bytes

SHA1 hash (hex): 008EC6A0BF9F7CD08E468C6C4302451BED26ECA8
SHA1 hash (base32): ACHMNIF7T56NBDSGRRWEGASFDPWSN3FI

SHA256 hash (hex): 8752D9D41D2A4F9C711EA15C5E792DE3B5F206BD5469E465D7EBACE6F7F32C40
SHA256 hash (base32): Q5JNTVA5FJHZY4I6UFOF46JN4O27EBV5KRU6IZOX5OWON57TFRAA
SHA256 hash (base64 common): h1LZ1B0qT5xxHqFcXnkt47XyBr1UaeRl1+us5vfzLEA=
SHA256 hash (base64 freenet): h1LZ1B0qT5xxHqFcXnkt47XyBr1UaeRl1~us5vfzLEA

===========================================================================

File name: Y:\Dugger\tests\originals.extracted\2501.jpg
File size: 59167 bytes

SHA1 hash (hex): A7536B4764905FB4198B1E1C26412F2BF8A52F49
SHA1 hash (base32): U5JWWR3ESBP3IGMLDYOCMQJPFP4KKL2J

SHA256 hash (hex): 0453508C924ABF5FCE6F505D5B7CB64D5FAD64713176A768FE91A8E17E1A22F0
SHA256 hash (base32): ARJVBDESJK7V7TTPKBOVW7FWJVP22ZDRGF3KO2H6SGUOC7Q2ELYA
SHA256 hash (base64 common): BFNQjJJKv1/Ob1BdW3y2TV+tZHExdqdo/pGo4X4aIvA=
SHA256 hash (base64 freenet): BFNQjJJKv1-Ob1BdW3y2TV~tZHExdqdo-pGo4X4aIvA

===========================================================================

File name: Y:\Dugger\tests\originals.extracted\2502.jpg
File size: 48592 bytes

SHA1 hash (hex): 63A5A988A3CEB4F95660071F148654A6A9F43646
SHA1 hash (base32): MOS2TCFDZ22PSVTAA4PRJBSUU2U7INSG

SHA256 hash (hex): 80BAFABF647EFD554BF594D4C94C585CBBD9D6493117065BC889CCA8523F21D4
SHA256 hash (base32): QC5PVP3EP36VKS7VSTKMSTCYLS55TVSJGELQMW6IRHGKQUR7EHKA
SHA256 hash (base64 common): gLr6v2R+/VVL9ZTUyUxYXLvZ1kkxFwZbyInMqFI/IdQ=
SHA256 hash (base64 freenet): gLr6v2R~-VVL9ZTUyUxYXLvZ1kkxFwZbyInMqFI-IdQ

===========================================================================

File name: Y:\Dugger\tests\originals.extracted\2503.jpg
File size: 48554 bytes

SHA1 hash (hex): C0663FF28EB9125D8EED001419ABC8EA245E06BE
SHA1 hash (base32): YBTD74UOXEJF3DXNAAKBTK6I5ISF4BV6

SHA256 hash (hex): C1EF3F44E8F994A4C447FCC8713F19893D5B44E75701E513A1913B80F6260353
SHA256 hash (base32): YHXT6RHI7GKKJRCH7TEHCPYZRE6VWRHHK4A6KE5BSE5YB5RGANJQ
SHA256 hash (base64 common): we8/ROj5lKTER/zIcT8ZiT1bROdXAeUToZE7gPYmA1M=
SHA256 hash (base64 freenet): we8-ROj5lKTER-zIcT8ZiT1bROdXAeUToZE7gPYmA1M

```
========================================================================

File name: Y:\Dugger\tests\originals.extracted\2513.jpg
File size: 26524 bytes

SHA1 hash (hex): 9B641DAC9396AD619B30069A8F3F8E7963F27F22
SHA1 hash (base32): TNSB3LETS2WWDGZQA2NI6P4OPFR7E7ZC

SHA256 hash (hex): 285423BAE0A75A9C519D570D9A1E76A88A80B944EF93E67A00CA0F838083C11C
SHA256 hash (base32): FBKCHOXAU5NJYUM5K4GZUHTWVCFIBOKE56J6M6QAZIHYHAEDYEOA
SHA256 hash (base64 common): KFQjuuCnWpxRnVcNmh52qIqAuUTvk+Z6AMoPg4CDwRw=
SHA256 hash (base64 freenet): KFQjuuCnWpxRnVcNmh52qIqAuUTvk~Z6AMoPg4CDwRw

========================================================================

File name: Y:\Dugger\tests\originals.extracted\2514.jpg
File size: 28663 bytes

SHA1 hash (hex): A9D55EC433A9A0AC1DE823318AA3CBA92535A3D6
SHA1 hash (base32): VHKV5RBTVGQKYHPIEMYYVI6LVESTLI6W

SHA256 hash (hex): 0A06B7F9223B1BB9EE24B36913F24BF1BAE6384FEDEE1C469A28BC868C949380
SHA256 hash (base32): BIDLP6JCHMN3T3REWNURH4SL6G5OMOCP5XXBYRU2FC6INDEUSOAA
SHA256 hash (base64 common): Cga3+SI7G7nuJLNpE/JL8brmOE/t7hxGmii8hoyUk4A=
SHA256 hash (base64 freenet): Cga3~SI7G7nuJLNpE-JL8brmOE-t7hxGmii8hoyUk4A

========================================================================

File name: Y:\Dugger\tests\originals.extracted\2515.jpg
File size: 23804 bytes

SHA1 hash (hex): E42A024C39C77B1E06F2D69D16A7A5A32834AFDE
SHA1 hash (base32): 4QVAETBZY55R4BXS22ORNJ5FUMUDJL66

SHA256 hash (hex): 3B9AD5CF25CE79E875F2C829748622F43697A2C01108A3CA448C26AA540B32DA
SHA256 hash (base32): HONNLTZFZZ46Q5PSZAUXJBRC6Q3JPIWACEEKHSSERQTKUVALGLNA
SHA256 hash (base64 common): O5rVzyXOeeh18sgpdIYi9DaXosARCKPKRIwmqlQLMto=
SHA256 hash (base64 freenet): O5rVzyXOeeh18sgpdIYi9DaXosARCKPKRIwmqlQLMto

========================================================================

File name: Y:\Dugger\tests\originals.extracted\2516.jpg
File size: 37193 bytes

SHA1 hash (hex): 54CEE4CA62CAFED87624C542E3E6DB3AD02DCFB3
SHA1 hash (base32): KTHOJSTCZL7NQ5REYVBOHZW3HLIC3T5T

SHA256 hash (hex): 17FAE017DBB105118DA21CECE610BBCD7D92D5E33FAE3372BD43C48E29419CC6
SHA256 hash (base32): C75OAF63WECRDDNCDTWOMEF3ZV6ZFVPDH6XDG4V5IPCI4KKBTTDA
SHA256 hash (base64 common): F/rgF9uxBRGNohzs5hC7zX2S1eM/rjNyvUPEjilBnMY=
```

SHA256 hash (base64 freenet): F-rgF9uxBRGNohzs5hC7zX2S1eM-rjNyvUPEjilBnMY

==============================================================================

File name: Y:\Dugger\tests\originals.extracted\2517.jpg
File size: 68262 bytes

SHA1 hash (hex): 5010020566C4FED564E22321ED642FE9F591D408
SHA1 hash (base32): KAIAEBLGYT7NKZHCEMQ62ZBP5H2ZDVAI

SHA256 hash (hex): E47A33785D30F8AAE98D997799237FAE250844D5FCB366F344FAF82537C4FA62
SHA256 hash (base32): 4R5DG6C5GD4KV2MNTF3ZSI37VYSQQRGV7SZWN42E7L4CKN6E7JRA
SHA256 hash (base64 common): 5HozeF0w+KrpjZl3mSN/riUIRNX8s2bzRPr4JTfE+mI=
SHA256 hash (base64 freenet): 5HozeF0w~KrpjZl3mSN-riUIRNX8s2bzRPr4JTfE~mI

==============================================================================

File name: Y:\Dugger\tests\originals.extracted\mar2a005.jpg
File size: 90928 bytes

SHA1 hash (hex): 68E6AC979B43D9D948E4C9386AD0CC1176773771
SHA1 hash (base32): NDTKZF43IPM5SSHEZE4GVUGMCF3HON3R

SHA256 hash (hex): E8C9F806B80A84360CA7E2113A6B8384F0A83895739B1F4F557EFB72EB766953
SHA256 hash (base32): 5DE7QBVYBKCDMDFH4IITU24DQTYKQOEVOONR6T2VP35XF23WNFJQ
SHA256 hash (base64 common): 6Mn4BrgKhDYMp+IROmuDhPCoOJVzmx9PVX77cut2aVM=
SHA256 hash (base64 freenet): 6Mn4BrgKhDYMp~IROmuDhPCoOJVzmx9PVX77cut2aVM

==============================================================================

File name: Y:\Dugger\tests\originals.extracted\mar2a009.jpg
File size: 32489 bytes

SHA1 hash (hex): 0029DB74450F65F8BCBDBEE9842339289B9D9BA0
SHA1 hash (base32): AAU5W5CFB5S7RPF5X3UYIIZZFCNZ3G5A

SHA256 hash (hex): C293FEFD29F605D187DF683AB0AD9B1DA7A16F7321D311ED7C56071A6B01E7D3
SHA256 hash (base32): YKJ757JJ6YC5DB67NA5LBLM3DWT2C33TEHJRD3L4KYDRU2YB47JQ
SHA256 hash (base64 common): wpP+/Sn2BdGH32g6sK2bHaehb3Mh0xHtfFYHGmsB59M=
SHA256 hash (base64 freenet): wpP~-Sn2BdGH32g6sK2bHaehb3Mh0xHtfFYHGmsB59M

==============================================================================

File name: Y:\Dugger\tests\originals.extracted\mar2a010.jpg
File size: 22155 bytes

SHA1 hash (hex): A95B6312E0DDAC25D65A62F02BE713493DF9B9D8
SHA1 hash (base32): VFNWGEXA3WWCLVS2MLYCXZYTJE67TOOY

SHA256 hash (hex): A35EAA038508DBEA89D48F6B0B0F0BB5FEB81FB21E1681A10BADD17DE911DCD6

SHA256 hash (base32): UNPKUA4FBDN6VCOUR5VQWDYLWX7LQH5SDYLIDIILVXIX32IR3TLA
SHA256 hash (base64 common): o16qA4UI2+qJ1I9rCw8Ltf64H7IeFoGhC63RfekR3NY=
SHA256 hash (base64 freenet): o16qA4UI2~qJ1I9rCw8Ltf64H7IeFoGhC63RfekR3NY

===========================================================================

File name: Y:\Dugger\tests\originals.extracted\mar2a011.jpg
File size: 19932 bytes

SHA1 hash (hex): 31C65E8844870780F778C2B0AE77A4607B39C9D8
SHA1 hash (base32): GHDF5CCEQ4DYB53YYKYK455EMB5TTSOY

SHA256 hash (hex): FA0D09609F6FD014C5ACAF949690F802FFC0C462099F385951C0F575674E4650
SHA256 hash (base32): 7IGQSYE7N7IBJRNMV6KJNEHYAL74BRDCBGPTQWKRYD2XKZ2OIZIA
SHA256 hash (base64 common): +g0JYJ9v0BTFrK+UlpD4Av/AxGIJnzhZUcD1dWdORlA=
SHA256 hash (base64 freenet): ~g0JYJ9v0BTFrK~UlpD4Av-AxGIJnzhZUcD1dWdORlA

===========================================================================

File name: Y:\Dugger\tests\originals.extracted\mar37004.jpg
File size: 29467 bytes

SHA1 hash (hex): 17B8498923A1D015FC5DADCEB9624190B7E6E749
SHA1 hash (base32): C64ETCJDUHIBL7C5VXHLSYSBSC36NZ2J

SHA256 hash (hex): 10A2B5C896AC3ED5FCDD449F2A6D781CBED4FD89E7851D32C9BFDC7D6D4028B8
SHA256 hash (base32): CCRLLSEWVQ7NL7G5ISPSU3LYDS7NJ7MJ46CR2MWJX7OH23KAFC4A
SHA256 hash (base64 common): EKK1yJasPtX83USfKm14HL7U/YnnhR0yyb/cfW1AKLg=
SHA256 hash (base64 freenet): EKK1yJasPtX83USfKm14HL7U-YnnhR0yyb-cfW1AKLg

===========================================================================

File name: Y:\Dugger\tests\originals.extracted\mar37010.jpg
File size: 35469 bytes

SHA1 hash (hex): 917D8029BEEBA19C859AE9E72AAE5A73D1CDC3B0
SHA1 hash (base32): SF6YAKN65OQZZBM25HTSVLS2OPI43Q5Q

SHA256 hash (hex): 2A06BE240F8514150F7F0360CB9010A5926518F6C3B488CC41A463C78B4BB753
SHA256 hash (base32): FIDL4JAPQUKBKD37ANQMXEAQUWJGKGHWYO2IRTCBURR4PC2LW5JQ
SHA256 hash (base64 common): Kga+JA+FFBUPfwNgy5AQpZJlGPbDtIjMQaRjx4tLt1M=
SHA256 hash (base64 freenet): Kga~JA~FFBUPfwNgy5AQpZJlGPbDtIjMQaRjx4tLt1M

```
File name: Y:\Duggar\simulatedownload\recontructed.zip
File size: 17169756 bytes

SHA1 hash (hex): B272591642A56BAA22E8E7845CAE7B4BFF894FBB
SHA1 hash (base32): WJZFSFSCUVV2UIXI46CFZLT3JP7YST53

SHA256 hash (hex): C24241B90F02D3C00C16A81FD0757DE1DA5BA6A1E38DDAA5C9D246CD2AACD4A0
SHA256 hash (base32): YJBEDOIPALJ4ADAWVAP5A5L54HNFXJVB4OG5VJOJ2JDM2KVM2SQA
SHA256 hash (base64 common): wkJBuQ8C08AMFqgf0HV94dpbpqHjjdqlydJGzSqs1KA=
SHA256 hash (base64 freenet): wkJBuQ8C08AMFqgf0HV94dpbpqHjjdqlydJGzSqs1KA


File name: Y:\Duggar\UC Files\Download\marissa.zip
File size: 17169756 bytes

SHA1 hash (hex): B272591642A56BAA22E8E7845CAE7B4BFF894FBB
SHA1 hash (base32): WJZFSFSCUVV2UIXI46CFZLT3JP7YST53

SHA256 hash (hex): C24241B90F02D3C00C16A81FD0757DE1DA5BA6A1E38DDAA5C9D246CD2AACD4A0
SHA256 hash (base32): YJBEDOIPALJ4ADAWVAP5A5L54HNFXJVB4OG5VJOJ2JDM2KVM2SQA
SHA256 hash (base64 common): wkJBuQ8C08AMFqgf0HV94dpbpqHjjdqlydJGzSqs1KA=
SHA256 hash (base64 freenet): wkJBuQ8C08AMFqgf0HV94dpbpqHjjdqlydJGzSqs1KA
```