**Department of Homeland Security**
**U.S. Immigration and Customs Enforcement**

# ICE Delegation Order

| ORDER NUMBER: | ISSUE DATE: | EFFECTIVE DATE: |
|---|---|---|
| ICE DO 04-006 | March 26, 2004 | March 26, 2004 |

**SUBJECT:** Authority for Designating Customs Officers Within U.S. Immigration and Customs Enforcement

| DELEGATED BY: | DELEGATED TO: |
|---|---|
| Assistant Secretary<br>U.S. Immigration and Customs Enforcement | Director, Office of Investigations |

| SOURCE OF AUTHORITY BEING DELEGATED: | SUPERSEDED ORDER(S): |
|---|---|
| - 19 U.S.C. 1401(1)<br><br>- DHS DO 7030, "Delegation of Authority to the Assistant Secretary for the Bureau of Immigration and Customs Enforcement" | |

**DELEGATION:**

By virtue of the authority granted to me in Title 19 U.S.C., section 1401 (i) and in paragraph 2 of section A of Department of Homeland Security Delegation Order 7030, "Delegation of Authority to the Assistant Secretary for the Bureau of Immigration and Customs Enforcement," I hereby delegate to the Director, Office of Investigations, the authority to designate persons as Customs officers (excepted) without additional compensation and to revoke designations. Designations will be valid for 2 years.

This authority may be redelegated.

*[signature]*

Assistant Secretary
U.S. Immigration and Customs Enforcement

**GOVERNMENT'S EXHIBIT A**

USE ADDITIONAL PLAIN BOND IF NECESSARY.

ICE Form 001A (04/03)