**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )
         ) | |

**UNITED STATES OF AMERICA,**    )
                                       )
   **Plaintiff,**                   )
                                       )
   **v.**                          )     **Case No. 5:21-CR-50014-001**
                                       )
 **JOSHUA JAMES DUGGAR,**   )
                                       )
   **Defendant.**                )

<u>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE REPLY BRIEFS**</u>

Defendant Joshua James Duggar ("Duggar"), by and through undersigned counsel, respectfully moves this Court for an extension of time to file reply briefs in support of his pretrial motions. (Docs. 36 through 40).[1] To the extent this Court would welcome replies from the defense, Duggar respectfully requests that the deadline be extended by 7 days to September 24, 2021.

On August 20, 2021, Duggar filed five separate motions: (1) motion to suppress statements (Doc. 36); (2) motion to suppress evidence and request for a *Franks* hearing (Doc. 37); (3) motion to suppress photographs (Doc. 38); (4) motion to dismiss indictment for violation of Appointments Clause (Doc. 39); and (5) motion to dismiss for Government's failure to preserve potentially exculpatory evidence. (Doc. 40).

On September 1, 2021, the Government filed an unopposed motion for a seven-day extension of time to respond to each of Duggar's motions (Doc. 41), which was granted by this Court. (Doc. 42). On September 10, 2021, the Government filed its responses to all five of Duggar's motions. (Docs. 44 through 48).

---

[1] The defense acknowledges that this Court's scheduling order does not appear to set a deadline for reply briefs. As such, to the extent this Court would welcome replies, the defense has operated under the assumption that the deadline would be 7 days from the date the Government filed its responses in opposition.

Due to the complexity of the legal issues raised in Duggar's motions and the arguments in response raised by the Government, the defense requires additional time to prepare Duggar's replies in support. Specifically, Duggar respectfully requests an extension of 7 days. Undersigned counsel conferred with counsel for the United States who represented that the Government has no objection to this request for an extension provided this Court is allowing reply briefs.

Based on the foregoing, Duggar respectfully requests that this Court enter an Order granting him an additional 7 days to file his replies in support of his pretrial motions provided this Court would welcome replies, which would thereby set the deadline for any reply briefs as September 24, 2021.

Respectfully submitted,

**Margulis Gelfand, LLC**

 */s/ Justin K. Gelfand*
JUSTIN K. GELFAND, MO Bar No. 62265*
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
*Counsel for Defendant*
**Admitted Pro Hac Vice*

*--- and ---*

**Story Law Firm, PLLC**

*/s/ Travis W. Story*
Travis W. Story, AR Bar No. 2008278
Gregory F. Payne, AR Bar No. 2017008
3608 Steele Blvd., #105
Fayetteville, AR 72703
Telephone: (479) 448-3700
Facsimile: (479) 443-3701
travis@storylawfirm.com
greg@storylawfirm.com

## <u>Certificate of Service</u>

I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the United States Attorney.

                                    */s/ Justin K. Gelfand*
                                    JUSTIN K. GELFAND, MO Bar No. 62265*
                                    7700 Bonhomme Ave., Ste. 750
                                    St. Louis, MO 63105
                                    Telephone: 314.390.0234
                                    Facsimile: 314.485.2264
                                    justin@margulisgelfand.com
                                    *Counsel for Defendant*
                                    *\*Admitted Pro Hac Vice*