**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 5:21-CR-50014-001** |
| | ) | |
| **JOSHUA JAMES DUGGAR,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION FOR CONTINUANCE OF MOTION HEARING**

Defendant Joshua James Duggar ("Duggar"), by and through undersigned counsel, respectfully moves this Court to grant a brief continuance of the omnibus motion hearing presently scheduled for October 4, 2021, at 1:30 pm. Specifically, undersigned counsel respectfully requests that the hearing be continued by at least one week, to a date that is convenient for this Court and the parties.

This request is being made because undersigned counsel, Justin K. Gelfand, was scheduled to begin a jury trial in the United States District Court for the Eastern District of Missouri on September 27, 2021—however, yesterday afternoon, the trial court *sua sponte* continued the trial to instead commence on October 4, 2021, thus creating a scheduling conflict with this Court's setting of the omnibus motions hearing in this case. *See United States v. Primm*, 4:20-CR-329 (E.D. Mo.).

Undersigned counsel immediately raised the scheduling conflict created by the unanticipated continuance with the *Primm* court and the district court judge requested that undersigned counsel respectfully seek a continuance of this Court's motions hearing in light of the significant backlog of trials in the Eastern District of Missouri caused, in large part, by delays

resulting from the COVID-19 pandemic. This request is not intended to unnecessarily hinder or delay the proceedings in this case and is, instead, premised solely on the unexpected continuance of the jury trial in the Eastern District of Missouri.

Undersigned counsel conferred with counsel for the United States who represented that the Government defers to the discretion of this Court with respect to how to proceed.

Based on the foregoing, undersigned counsel respectfully requests that this Court grant this motion, continuing the omnibus motions hearing by at least one week, to a date that is convenient for this Court and the parties, and for such other and further relief as this Court deems necessary and proper.

Respectfully submitted,

**Margulis Gelfand, LLC**

 */s/ Justin K. Gelfand*
JUSTIN K. GELFAND, MO Bar No. 62265*
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
*Counsel for Defendant*
*Admitted Pro Hac Vice*

*--- and ---*

**Story Law Firm, PLLC**

*/s/ Travis W. Story*
Travis W. Story, AR Bar No. 2008278
Gregory F. Payne, AR Bar No. 2017008
3608 Steele Blvd., #105
Fayetteville, AR 72703
Telephone: (479) 448-3700
Facsimile: (479) 443-3701
travis@storylawfirm.com
greg@storylawfirm.com

**Certificate of Service**

I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the United States Attorney.

 /s/ Justin K. Gelfand
JUSTIN K. GELFAND, MO Bar No. 62265*
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
*Counsel for Defendant*
*Admitted Pro Hac Vice*