| 1. To (Name, Address, City, State, Zip Code)<br>OzarksGo<br>Custodian of Records<br>3641 Wedington Drive<br>Fayetteville, AR 72704 | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS**<br><br>to Appear and/or Produce Records<br>19 U.S.C. § 1509 |
|---|---|

Summons Number   ICE-HSI-FU-2019-00395

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☐ **APPEAR** before the U.S. Customs and Border Protection (CBP) Officer or U.S. Immigration and Customs Enforcement (ICE) Special Agent named in Block 2 at the place, date and time indicated to testify and give information.

(B) ☒ **PRODUCE** the records (including statements, declarations, and other documents) indicated in Block 3 before the CBP Officer or ICE Special Agent named in Block 2 at the place, date and time indicated.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by CBP and ICE.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

| 2. (A) CBP Officer or ICE Special Agent before whom you are required to appear<br><br>Name       Gerald F. Faulkner<br>Title       Special Agent<br>Address    Homeland Security Investigations<br>           3419 N. Plainview Avenue<br>           Fayetteville, AR 72703<br><br>Telephone Number   479-285-1056    Fax Number  (Not available) | (B) Date<br>August 14, 2019<br><br><br>(C) Time<br>9:00 AM |
|---|---|

3. Records required to be produced for inspection

Please see attached continuation page.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede this investigation and thereby interfere with the enforcement of federal law.*

Issued under authority of section 509, Tariff Act of 1930, as amended by Pub. L. No. 95-410 (19 U.S.C. § 1509); 44 F.R. 2217; Homeland Security Act of 2002

| 4. Name of person authorized to serve this summons or any other CBP Officer or ICE Special Agent<br><br>Gerald F. Faulkner | 5. Date of issue   08/01/2019<br><br>By _____<br>           (Signature) |
|---|---|
| | 6. Name, title, address and telephone number of person issuing this summons<br><br>Name      Jere T. Miles<br>Title     Special Agent In Charge<br>Address   Homeland Security Investigations<br>          1250 Poydras Street<br>          Suite 2200<br>          New Orleans, LA 70113<br>Telephone Number   504-310-8800 |

If you have any questions regarding this summons, contact the CBP Officer or ICE Special Agent identified in Block 2.

EXHIBIT 1

DHS Form 3115 (6/09)         Joshua Duggar Discovery Provided 3-11-2021 1978

**CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT**

| **A. CERTIFICATE OF SERVICE OF SUMMONS** |||
|---|---|---|
| I certify that I served the summons on the front of this form as follows: |||
| ☐ I delivered a copy of the summons to the person to whom it was directed, as follows: | Address or Location | Date |
| | | Time ☐ a.m. ☐ p.m. |
| ☐ (For corporations, partnerships, and unincorporated associations which may be sued under a common name) I delivered a copy of the summons to an officer, managing or general agent, or agent authorized to accept service of process as follows: | Address or Location | Date |
| | | Time ☐ a.m. ☐ p.m. |
| | Name of person to whom the summons was delivered | |
| Signature |||
| Title | | Date |

| **B. ACKNOWLEDGMENT OF RECEIPT** ||||
|---|---|---|---|
| I acknowledge receipt of a copy of the summons on the front of this form. ||||
| Signature ||||
| Title | | Date | Time ☐ a.m. ☐ p.m. |

DHS Form 3115 (6/09)     <span style="color:red">**Joshua Duggar Discovery Provided 3-11-2021 1979**</span>

| 1. To (Name, Address, City, State, Zip Code)<br>OzarksGo<br>Custodian of Records<br>3641 Wedington Drive<br>Fayetteville, AR 72704 | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS** (Continuation)<br><br>to Appear and/or Produce Records<br>19 U.S.C. § 1509 |
|---|---|

Summons Number   ICE-HSI-FU-2019-00395

3. Records required to be produced for inspection (continued)

The following applies if checked:

 **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice.

Name, address, telephone number, billing records, additional screen names, email accounts, and any other subscriber information including length of service, start date and types of services utilized, including dates and times, IP connection logs data and method of payment for the following IP address:

167.224.196.113 on 05/14/19 @ 05:41:48 pm GMT and 6:00:44 pm GMT

**Method of Response:**

**Preferred:**

   Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to Special Agent Gerald F. Faulkner at Gerald.F.Faulkner@ice.dhs.gov.

   NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

**Alternates:**

   The records should be delivered to Special Agent Gerald F. Faulkner at U.S. Immigration and Customs Enforcement, Homeland Security Investigations, 3419 N. Plainview Avenue, Fayetteville, AR 72703.

   If you have questions, please contact Special Agent Gerald F. Faulkner at 479-285-1056.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede this investigation and thereby interfere with the enforcement of federal law.*

End of Document