IN THE UNITED STATES DISTRICT COURT

WESTERN DISTIRCT OF ARKANSAS

FAYETTEVILLE DIVISION

| UNITED STATES OF AMERICA, | Case No.: 5:21-CR-50014-001 |
|---|---|
| Plaintiff, | |
| vs. | FIRST SUPPLEMENTAL AFFIDAVIT OF MICHELE BUSH |
| JOSHUA JAMES DUGGAR, | |
| Defendant. | |

I, MICHELE BUSH, hereby declare as follows:

I am a digital forensics expert at Loehrs Forensics, LLC, (formerly Loehrs & Associates, LLC) a firm specializing in digital forensics, located at 1505 North Central Avenue, Suite 111, Phoenix, Arizona 85004. I am competent to testify and the matters contained herein are based on my own personal knowledge.

On August 12, 2021, I prepared an affidavit in the above-referenced case that was filed with the Court as an attachment to Defendant's Motion to Suppress. That affidavit detailed my opinions regarding with the accuracy of the technical statements included in the affidavits for search warrant, and reliability of the techniques and software used in the investigation.

On September 15, 2021, I received a copy of the Government's Response to Defendant's Motion to Suppress Evidence including an affidavit prepared by Robert Erdely who specifically addresses my findings and opinions. In that affidavit, the Government challenges my conclusion that "the evidence strongly suggests that the 13 pieces downloaded by Torrential Downpour and allegedly possessed by the remote client were in such an incomplete state that no user, including law enforcement, would have been able to successfully open or view any of the 65 images contained within the archive file". My opinion was based on the evidence the Government has made available which consists of (1) the Torrential Downpour log files and (2) the electronic evidence items seized from Defendant. That evidence demonstrates that the *marissa.zip* file, as it was downloaded by Torrential Downpour, was void of 53 pieces including piece 0, and that the *marissa.zip* file was not located on the devices seized by Defendant. The absence of piece 0 was significant to my analysis because it would encompass the local file header located at offset 0 through 4 with a hexadecimal value of '\x50\x4b\x03\x04', and the absence of the *marissa.zip* file on the evidence prevents me from obtaining a copy of the file for independent analysis and testing purposes.

FIRST SUPPLEMENTAL AFFIDAVIT OF MICHELE BUSH - 1

1    According to the Affidavit of Robert Erdely dated September 2, 2021, he identifies that the partial *marissa.zip*
2    file downloaded by Torrential Downpour includes piece 64, the last piece and end of file, which would encompass
3    the zip file's central directory. The central directory is an extension of the local file header, contains additional
4    metadata about the files contained within the archive file, and is identified by its own file header of '\x50\x4b\x01\x02'.
5    The end of central directory record, identified by file header '\x50\x4b\x05\x06', will also indicate the total size of
6    the central directory and its offset relative to the start of the archive. Depending on the contents of the zip file and
7    any comments, the central directory size can vary greatly so this information is crucial to rebuild a corrupted or
8    incomplete zip file.

9    Torrential Downpour identified the *marissa.zip* file as 17,169,756 total bytes in size. The file is broken into 66
10   total pieces (0 through 65) and, as clarified in Mr. Erdely's affidavit, all but the last piece are 262,144 bytes in size.
11   This means pieces 0 through 64 encompass 17,039,360 total bytes (262,144 bytes x 65 pieces) and leaves piece 65
12   to encompass the remaining 130,396 bytes of the file. If the central directory is larger than 130,396 bytes and begins
13   at a file offset contained in pieces 58 through 64, then the zip file will likely still be corrupt and inaccessible to any
14   user because its file header is missing, even having the last piece. For instance, if the end of central directory record
15   contained the following hexadecimal values, it would indicate that the *marissa.zip* file contained 405 entries (orange),
16   that the central directory is 145,000 bytes long (blue), and is offset at bytes 17,024,756 (green) which would suggest
17   the file is in such an incomplete state that it would be inaccessible to any user.

|     | 0x0 | 0x1 | 0x2 | 0x3 | 0x4 | 0x5 | 0x6 | 0x7 | 0x8 | 0x9 | 0xa | 0xb | 0xc | 0xd | 0xe | 0xf |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| x0  | 50  | 4B  | 05  | 06  | 00  | 00  | 00  | 00  | 95  | 01  | 95  | 01  | 68  | 36  | 02  | 00  |
|     | Header          |||| Disk No  || Disk/CD No || Disk Entries || Total Entries || CD Size         ||||
| x10 | 04  | 6F  | 3C  | 10  |     |     |     |     |     |     |     |     |     |     |     |     |
|     | CD Offset       ||||            |||||||||||||

21   Mr. Erdely's affidavit is silent with regard to the central directory size and file offset, and without access to the
22   partial *marissa.zip*, I would be left to conjecture that the entire central directory is contained in piece 65 since the
23   pieces preceding it were not downloaded (pieces 58 through 64). Rather than providing additional information about
24   the central directory size and file offset, Mr. Erdely relied on a series of tests conducted on three copies of the
25   *marissa.zip* file:

26   1.  the partial *marissa.zip* originally downloaded by Torrential Downpour during the investigation in this case,
27   2.  a "complete (not partial) *marissa.zip*" file, and
28   3.  a partial *marissa.zip* file manufactured by Mr. Erdely.

FIRST SUPPLEMENTAL AFFIDAVIT OF MICHELE BUSH - 2

Erdely reports that in all tests the *marissa.zip* file was accessible; however, information was provided of only two zip files used during this testing:

1. "File name: Y:\Duggar\simulatedownload\recontructed.zip"

    "File size: 17169756 bytes"

    "SHA1 hash (hex): B272591642A56BAA22E8E7845CAE7B4BFF894FBB"

2. "File name: Y:\Duggar\UC Files\Download\marissa.zip"

    "File size: 17169756 bytes"

    "SHA1 hash (hex): B272591642A56BAA22E8E7845CAE7B4BFF894FBB"

Mr. Erdely indicates he "obtained a copy of the complete marrisa.zip ZIP file from the (source)". It is unclear what the "source" of this file is, but because I am not law enforcement and the file contains suspected child pornography, I also do not have the legal authority to download a complete or incomplete copy of the *marissa.zip* using the torrent file provided, as was likely done by Mr. Erdely. In that regard, I am not afforded the same opportunity to review or test the materials as Mr. Erdely did. To adequately verify Mr. Erdely's findings regarding the accessibility of the zip, it would require access to all three files used to conduct the tests.

Lastly, the additional information provided in Mr. Ederly's affidavit suggests for the first time that the *marissa.zip* does not contain a total of 65 images, as I originally understood from the affidavit for search warrant, but that it contains a total of 405 files (page 7 of Erdely Affidavit), and the 65 images represent only the 20 percent downloaded by Torrential Downpour further confirming this was an incomplete file.

Notwithstanding the additional information provided by the Government in response to Defendant's Motion to Suppress Evidence, it remains my opinion that the evidence generated during law enforcement's investigation is inconsistent with the technical statement included in the affidavits for search warrant that two torrents were successfully downloaded from Defendant's work IP address.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED September 24 2021.

_____
MICHELE BUSH

FIRST SUPPLEMENTAL AFFIDAVIT OF MICHELE BUSH - 3

SUBSCRIBED AND SWORN to before me this 24 day of September 2021.

*[Notary seal: JACK DELANO, Notary Public, State of Texas, Comm. Expires 08-25-2024, Notary ID 132640579]*

_____
NOTARY PUBLIC

FIRST SUPPLEMENTAL AFFIDAVIT OF MICHELE BUSH - 4