IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**      **PLAINTIFF**

     **ATTORNEYS:**     Dustin Roberts
                                   Carly Marshall

**V.**              **CASE NO. 5:21-CR-50014-001**

**JOSHUA JAMES DUGGAR**      **DEFENDANT**

     **ATTORNEYS:**     Justin Gelfand
                                   Travis Story

**JUDGE:  TIMOTHY L. BROOKS**      **REPORTER: PAULA BARDEN**

     **COURT CLERK: SHERI CRAIG**

MOTION HEARING MINUTES
September 27, 2021

| TIME | MINUTES |
|---|---|
| 9:35 am | Court Convenes |
| | Procedural History by the Court |
| | Defendant moves to withdraw Witness #2 ONLY as to the Motion to Dismiss for Government's Failure to Preserve Potentially Exculpatory Evidence (Doc. 40) - Government responds and requests the entire Motion be dismissed - ***Witness #2 of Motion Withdrawn*** |
| | Testimony on behalf of the Government: |
| |      GW#1 - HSI SA Gerald Faulkner |
| |      GX#1 - Application with Attachments for Search Warrant |
| |      GX#2 - Photograph of Wholesale Motorcars Car Lot |
| |      GX#3 - Recording of Defendant's Interview - played for the Court |
| |      GX#4 - Transcript of GX#3 |
| |      GX#5 - Duggar Statement of Rights Form |
| |      GX#6 - Wholesale Motorcars Check made payable to Matthew Waller |
| |      GX#7 - Wholesale Motorcars Check made payable to Randall Steve Berry |
| |      GX#8 - Forensic Examination Summary (5/13-14/19) |

|  | GX#9 - Forensic Examination Summary (5/15/19) |
|---|---|
| 12:02 pm | Lunch |
| 12:55 pm | Reconvene |
|  | GW#1 - HSI SA Gerald Faulkner (continued) |
|  | DX#D - Report of Investigation |
|  | DX#T - Photographs of Wholesale Motorcars Car Lot |
|  | Argument from Counsel - Motion to Suppress Statements and Request for Evidentiary Hearing (Doc. 36) - **DENIED by the Court** |
|  | Argument from Counsel - Motion to Dismiss for Government's Failure to Preserve Potentially Exculpatory Evidence (Doc. 40) - **DENIED by the Court** |
|  | Argument from Counsel - Motion to Suppress Photographs of Duggar's Hands and Feet While in Custody (Doc. 38) - **DENIED by the Court** |
|  | Argument from Counsel - Motion to Dismiss Indictment for Violation of the Appointments Clause (Doc. 39) - **DENIED by the Court** |
|  | Formal Order to follow |
| 5:23 pm | Court Adjourned |