IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA     )
       v.                        )      Case No. 5:21CR50014-001
                                 )
JOSHUA JAMES DUGGAR      )
                                 )

**GOVERNMENT'S REQUEST FOR
NOTICE OF ANY INTENDED ALIBI DEFENSE**

Comes now the United States of America and pursuant to Rule 12.1 of the Federal Rules of Criminal Procedure hereby requests the Defendant to notify the attorney for the Government of any intended alibi defense for the acts charged in the Indictment alleged to have taken place on or about May 14, 2019 through May 16, 2019, between approximately 11:00 a.m. to 7:00 p.m. each day at Wholesale Motors in Tontitown, Arkansas.

Pursuant to Rule 12.1 the Government requests that the Court order the Defendant to serve written notice to the attorney for the Government within fourteen (14) days of any intended alibi defense and that such notice include each specific place where the Defendant claims to have been at the time of the alleged offense and the name, address and telephone number of each alibi witness on whom the Defendant intends to rely.

Respectfully submitted,

DAVID CLAY FOWLKES
ACTING UNITED STATES ATTORNEY

By:    */s/ Carly Marshall*
        Carly Marshall
        Assistant U.S. Attorney
        Arkansas Bar No. 2012173
        414 Parker Avenue
        Fort Smith, AR 72901
        Phone: 479-783-5125

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Justin Gelfand, attorney for the Defendant, justin@margulisgelfand.com
Travis Story, attorney for the Defendant, travis@storylawfirm.com
Greg Payne, attorney for the Defendant, greg@storylawfirm.com


/s/ Carly Marshall

Carly Marshall
Assistant U.S. Attorney