IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 5:21CR50014-001 |
| | ) | |
| JOSHUA JAMES DUGGAR | ) | |
| | ) | |
| | ) | |

**BILL OF PARTICULARS**

In the Forfeiture Allegation in the Indictment, the Government designated that property may be subject to forfeiture pursuant to Title 18, United States Code § 2253. The government provides notice of its intention to seek the forfeiture of the following property:

HP Desktop All-In-One Model 27-a257c, serial number 8CC7201326

                                      Respectfully submitted,
                                      DAVID CLAY FOWLKES
                                      ACTING UNITED STATES ATTORNEY

                        By:    */s/ Candace L. Taylor*
                                      Candace L. Taylor
                                      Assistant United States Attorney
                                      Arkansas Bar No. 98083
                                      414 Parker Avenue
                                      Fort Smith, AR  72901
                                      (479) 783-5125
                                      Email:  Candace.Taylor@usdoj.gov

## CERTIFICATE OF SERVICE

    I, Candace Taylor, Assistant U. S. Attorney for the Western District of Arkansas, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Justin Gelfand, Attorney for the Defendant
Gregory F. Payne, Attorney for the Defendant
Travis Story, Attorney for the Defendant

*/s/ Candace L. Taylor*
Candace L. Taylor
Assistant U.S. Attorney