IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 5:21CR50014-001 |
| | ) | |
| JOSHUA JAMES DUGGAR | ) | |

**GOVERNMENT'S MOTION FOR ORDER AUTHORIZING THE ISSUANCE OF A TRIAL SUBPOENA PURSUANT TO RULE 17(c)**

Comes now the United States of America, by and through Dustin Roberts and Carly Marshall, Assistant United States Attorneys for the Western District of Arkansas, and William G. Clayman, Trial Attorney for the United States Department of Justice, and respectfully requests this Court enter an Order for the issuance of a trial subpoena in the above-captioned case scheduled for jury trial commencing November 30, 2021, and states:

1.  The Defendant is charged in a two-count indictment with receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1), and possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

2.  During the course of the investigation and in preparation for trial, the Government has reason to believe the Defendant will attempt to introduce evidence that other individuals had access to the defendant's HP desktop computer at issue and therefore could have committed the offenses charged in the indictment. Based on previous filings submitted by the defense, the Government believes one of these individuals the Defendant may suggest is William Mize. The Government has reason to believe Mize was in Missouri during the relevant timeframe at issue and is seeking bank records for confirmation. The Government is requesting the records from

1

Regions Bank for any and all account information connected to William Mize, including but not limited to:

- Account ownership, including but not limited to, authorized users, account holder contact information, signature cards or ledger cards;
- Statements from May 2019, reflecting location and dates of all account activity, including but not limited to deposits, withdrawals, debit and credit memos, deposit slips, checks deposited, withdrawal slips and checks issued for withdrawals;
- All credits and debits, the amount and location of credit and debits, account deposits and withdrawals including ATM and teller and the location;
- Deposit slips showing location of transaction, date of transaction and any other information related to the deposit activity.

3. These records are relevant for the Government's case as they may affirmatively exclude Mize from Wholesale Motors and state of Arkansas on the dates in question.

4. Fed. R. Crim. Pro. 17(c)(1), in part, authorizes the Court to direct a witness to "produce the designated items in court before trial or before they are to be offered in evidence. When the items arrive, the court may permit the parties and their attorneys to inspect all or part of them."

5. The Government asks that after the subpoena is prepared by the Clerk's office, that Homeland Security Investigations Special Agent Howard Aycock be authorized to serve the trial subpoena on Regions Bank.

6. The Government requests that the subpoenaed material be ordered returned to the Court on or before November 15, 2021.

7. The Government respectfully requests that the Court permit the parties to copy the records that are obtained pursuant to trial subpoenas authorized under Fed. R. Crim. P. 17(c)(1).

Respectfully submitted,

DAVID CLAY FOWLKES
ACTING UNITED STATES ATTORNEY

By:    */s/ Dustin Roberts*
        Dustin Roberts
        Assistant U.S. Attorney
        Arkansas Bar No. 2005185
        414 Parker Avenue
        Fort Smith, AR 72901
        Phone: 479-783-5125
        Email: dustin.roberts@usdoj.gov

By:    */s/ Carly Marshall*
        Carly Marshall
        Assistant U.S. Attorney
        Arkansas Bar No. 2012173
        414 Parker Avenue
        Fort Smith, AR 72901
        Phone: 479-783-5125
        Email: carly.marshall@usdoj.gov

By:    */s/ William G. Clayman*
        William G. Clayman
        D.C. Bar No. 1552464
        Trial Attorney
        Child Exploitation and Obscenity Section
        U.S. Department of Justice
        1301 New York Avenue NW
        Washington, D.C. 20005
        Telephone: 202-514-5780
        Email: william.clayman@usdoj.gov

## CERTIFICATE OF SERVICE

      I, Carly Marshall, Assistant United States Attorney for the Western District of Arkansas, hereby certify that on November 4, 2021, a true and correct copy of the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

      Justin Gelfand, attorney for the Defendant, justin@margulisgelfand.com
      Travis Story, attorney for the Defendant, travis@storylawfirm.com
      Greg Payne, attorney for the Defendant, greg@storylawfirm.com

                                                */s/ Carly Marshall*
                                                Assistant United States Attorney