IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

V.                          CASE NO. 5:21-CR-50014

JOSHUA JAMES DUGGAR                                                     DEFENDANT

## ORDER

Currently before the Court is the Government's Motion for Order for Issuance of Trial Subpoena Pursuant to Rule 17(c) (Doc. 75). The Court finds that good cause exists for granting this Motion under Fed. R. Civ. P. 17(c)(1). **IT IS THEREFORE ORDERED** that the Government's Motion is **GRANTED**. The Clerk of the Court is **DIRECTED** to issue the subpoena as requested in the Motion and provide such to the Government for service.

Regions Bank is to produce by **no later than November 15, 2021**, the records described in the subpoena to the following address:

> **Chambers of the Honorable Timothy L. Brooks**
> **John Paul Hammerschmidt Federal Building**
> **35 East Mountain, Room 559**
> **Fayetteville, Arkansas 72701**

Upon receipt of these documents, the Court will notify counsel for both parties and make all documents available for inspection and copying, as per Federal Rule of Criminal Procedure 17(c)(1).

IT IS SO ORDERED on this 8th day of November 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE