IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Case No. 5:21CR50014-001 |
| | ) | |
| JOSHUA JAMES DUGGAR | ) | |
| | ) | |

## UNITED STATES' RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF ALLEGATIONS CONCERNING ADULTERY OR A PRIOR SO CALLED "ADDICTION" TO ADULT PORNOGRAPHY

Comes now the United States of America, by and through Dustin Roberts and Carly Marshall, Assistant United States Attorneys for the Western District of Arkansas, and William G. Clayman, Trial Attorney for the United States Department of Justice, and for its Response to the Defendant's "Motion in *Limine* to Exclude Evidence of Allegations Concerning Adultery or a Prior So-Called "Addiction" to Adult Pornography" (Doc. 71), states:

The defendant, Joshua James Duggar, is charged in a two-count indictment with receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1), and possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2). This case is currently set for trial on November 30, 2021. On November 3, 2021, Duggar filed a motion requesting this Court enter an order to exclude at the trial in this matter evidence of allegations concerning adultery or addictions to adult pornography. (*Id.*). On November 3, 2021, the Government filed a motion requesting the Court issue a pretrial ruling deeming admissible prior statements made by the defendant regarding his online pornography addiction. (Doc. 66). As explained in the Government's motion *in limine*, evidence regarding the defendant's asserted addiction to pornography is admissible as a statement of a party opponent, as intrinsic evidence that provides necessary context for the criminal conduct here, and under Federal Rule of Evidence 404(b). (*Id.*)

The Government adopts those same arguments in its response to the defendant's instant motion and will not repeat them here.

Further, the Government does not intend to illicit testimony in its case-in-chief regarding Duggar's infidelity or his participation on the "Ashley Madison" website. However, the Government reserves the right to question Duggar, should he take the stand, on his character, including truthfulness and to question any witnesses who testify regarding his characteristic nature including his truthfulness on that purported characteristic. At that point, evidence related to Duggar's adultery would be relevant and ripe for cross-examination. *See United States v. Jackson*, 696 F.2d 578, 594 (8th Cir. 1982) (affirming cross-examination of character witnesses regarding defendant's affair and whether knowledge of this affair would change the witnesses' opinions as to defendant's character for truthfulness); *United States v. Johnson*, 75 F. App'x 296, 298 (5th Cir. 2003) ("[E]vidence of Johnson's arrest for criminal impersonation and of the fact that Johnson had been unfaithful to his wife and untruthful to his paramour was probative of Johnson's character for truthfulness or untruthfulness.").

## CONCLUSION

For the foregoing reasons, the United States respectfully requests that the Court deny Defendant's Motion in *Limine*.

Respectfully submitted,

DAVID CLAY FOWLKES
ACTING UNITED STATES ATTORNEY

By:   /s/ *Dustin Roberts*
Dustin Roberts
Assistant United States Attorney
Arkansas Bar No. 2005185
414 Parker Avenue
Fort Smith, AR 72901
Office: 479-249-9034

/s/ *Carly Marshall*
Carly Marshall
Assistant United States Attorney
Arkansas Bar No. 2012173
414 Parker Avenue
Fort Smith, AR 72901
Office: 479-783-5125

AND

/s/ *William G. Clayman*
William G. Clayman
D.C. Bar No. 1552464
Trial Attorney
Child Exploitation and Obscenity Section
U.S. Department of Justice
1301 New York Avenue NW
Washington, D.C. 20005
Telephone: 202-514-5780
Email: william.clayman@usdoj.gov

## CERTIFICATE OF SERVICE

I, Carly Marshall, Assistant United States Attorney for the Western District of Arkansas, hereby certify that on November 10, 2021, a true and correct copy of the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Justin Gelfand, attorney for the Defendant, justin@margulisgelfand.com
Travis Story, attorney for the Defendant, travis@storylawfirm.com
Greg Payne, attorney for the Defendant, greg@storylawfirm.com

*/s/ Carly Marshall*
Assistant United States Attorney