## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No. 5:21CR50014-001 |
| | ) | |
| **JOSHUA JAMES DUGGAR** | ) | |

### UNITED STATES' RESPONSE TO DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE REFERENCE TO DEFENDANT'S STATEMENTS DURING NON-CUSTODIAL INTERVIEW

Comes now the United States of America, by and through Dustin Roberts and Carly Marshall, Assistant United States Attorneys for the Western District of Arkansas, and William G. Clayman, Trial Attorney for the United States Department of Justice, and for its response to the defendant's motion *in limine* to exclude any reference to certain statements the defendant made in his voluntary, non-custodial interview with law enforcement (Doc. 74), states:

The defendant, Joshua James Duggar, is charged in a two-count indictment with receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1), and possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2). (Doc. 1).

On August 20, 2021, the defendant moved to suppress the statements he made to law enforcement in a voluntary, non-custodial interview during the execution of a warrant to search his business, arguing that these statements were obtained after he invoked his right to counsel in violation of *Miranda v. Arizona*, 384 U.S. 436 (1966). (Doc. 36). After the parties fully briefed the matter, the Court heard evidence and argument and then denied the defendant's motion. In a detailed Memorandum Opinion and Order, the Court explained that the defendant was not in custody at any point during the execution of the warrant, including when he was speaking with law enforcement, and that the protections under *Miranda* therefore never attached. (Doc. 61 at pp.

1–10). In making this determination, the Court noted that the defendant answered and declined to answer questions throughout his conversation with law enforcement, demonstrating that he understood that the interview was voluntary and that he was free to leave at any time. *Id.* at 6–7.

The defendant now moves *in limine* to prevent the government "from presenting any evidence with respect to [the defendant's] stated decision declining to answer questions posed to him by law enforcement during execution of the search warrant at [his] business on November 8, 2019." (Doc. 74 at p. 12). In his motion, the defendant identifies ten portions of his interview that he believes constitute the invocations of his Fifth Amendment rights during his interview. *Id.* at 9.

The United States does not intend to introduce in its case in chief any of the ten portions of the defendant's recorded interview identified in his motion. The United States reserves the right to introduce any portions of the defendant's non-custodial interview during cross-examination or in its rebuttal case as those portions may be relevant, including, for example, if the defendant seeks to introduce evidence or argue that his non-custodial statements were somehow involuntary or unreliable. Any ruling on such use of the interview at this stage, however, would be premature. Accordingly, the defendant's motion should be denied as moot.

          Respectfully submitted,

          DAVID CLAY FOWLKES
          ACTING UNITED STATES ATTORNEY

By:   */s/ Dustin Roberts*
       Dustin Roberts
       Assistant United States Attorney
       Arkansas Bar No. 2005185
       414 Parker Avenue
       Fort Smith, AR 72901
       Office: 479-249-9034

/s/ Carly Marshall
Carly Marshall
Assistant United States Attorney
Arkansas Bar No. 2012173
414 Parker Avenue
Fort Smith, AR 72901
Office: 479-249-9034

AND

/s/ William G. Clayman
William G. Clayman
D.C. Bar No. 1552464
Trial Attorney
Child Exploitation and Obscenity Section
U.S. Department of Justice
1301 New York Avenue NW
Washington, D.C. 20005
Telephone: 202-514-5780
Email: william.clayman@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Dustin Roberts, Assistant United States Attorney for the Western District of Arkansas, hereby certify that a true and correct copy of the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Justin Gelfand, Travis Story, Gregory Payne, Attorneys for the Defendant

/s/ Dustin Roberts
Dustin Roberts
Assistant United States Attorney