IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:21-CR-50014-001 |
| ) | |
| JOSHUA JAMES DUGGAR, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S RESPONSE TO THE GOVERNMENT'S MOTION IN LIMINE "CONCERNING TRADEMARK INSCRIPTIONS"**

Defendant Joshua James Duggar ("Duggar"), by and through undersigned counsel, respectfully offers this response to the Government's motion in limine "concerning trademark inscriptions." (Doc. 65).

The Government argues, *inter alia*, that a trade inscription purportedly affixed to the HP desktop computer seized from Wholesale Motorcars on November 8, 2019, is self-authenticating pursuant to Federal Rule of Evidence 902(7). Duggar agrees with the Government's position on this issue.

Relatedly, the Government argues that the trade inscription does not constitute hearsay "because the trade inscription is simply a part of the physical evidence in the case" and, therefore, "it is not a statement within the meaning of Fed. R. Evid. 801." (Doc. 65 at 4) (citing *United States v. Alvarez*, 972 F.2d 1000, 1004 (9th Cir. 1992), *overruled by United States v. Gomez*, 302 F. App'x 596 (9th Cir. 2008); *United States v. Koch*, 625 F.3d 470, 480 (8th Cir. 2010)). While the Eighth Circuit in *Koch* noted, "[w]hile the better practice may be to prove the place of manufacture through a business record, we have previously rejected the claim that a manufacturer's inscription on a product is inadmissible hearsay." *Koch*, 625 F.3d at 480 (citing *United States v. Bowling,* 32

F.3d 326, 328 (8th Cir. 1994)). Duggar does not oppose the Government's position that a trade inscription does not constitute inadmissible hearsay.

The Government also appears to seek a pretrial ruling that this evidence is "admissible." (*See* Doc. 65 at 1). While Duggar does not dispute that a trade inscription is self-authenticating, non-hearsay, Duggar respectfully requests that this Court withhold ruling on the ultimate admissibility of this evidence at trial, pursuant to any contemporaneous objections (on any applicable ground other than authentication or hearsay).

Based on the foregoing, Duggar respectfully requests that this Court withhold any ruling on the admissibility of the trademark inscription until it is offered at trial, but Duggar does not oppose a pretrial ruling by this Court that a trademark inscription on the HP computer is self-authenticating, non-hearsay.

Respectfully submitted,

**Margulis Gelfand, LLC**

 /s/ Justin K. Gelfand
JUSTIN K. GELFAND, MO Bar No. 62265*
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
*Counsel for Defendant*
**Admitted Pro Hac Vice*

--- *and* ---

**Story Law Firm, PLLC**

<u>*/s/ Travis W. Story*</u>
Travis W. Story, AR Bar No. 2008278
Gregory F. Payne, AR Bar No. 2017008
2603 Main Drive, Suite 6
Fayetteville, AR 72704
Telephone: (479) 448-3700
Facsimile: (479) 443-3701
travis@storylawfirm.com
greg@storylawfirm.com

3

**Certificate of Service**

      I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the United States Attorney.

                                                                            */s/ Justin K. Gelfand*
                                                                           JUSTIN K. GELFAND, MO Bar No. 62265*
                                                                           7700 Bonhomme Ave., Ste. 750
                                                                           St. Louis, MO 63105
                                                                           Telephone: 314.390.0234
                                                                           Facsimile: 314.485.2264
                                                                           justin@margulisgelfand.com
                                                                           *Counsel for Defendant*
                                                                           **Admitted Pro Hac Vice*