IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.  5:21-CR-50014-001 |
| | ) | |
| JOSHUA JAMES DUGGAR | ) | |

**PETITION FOR ORDER TO ISSUE WRIT OF**
<u>**HABEAS CORPUS AD TESTIFICANDUM**</u>

Comes now the United States of America, by and through David Clay Fowlkes, Acting United States Attorney for the Western District of Arkansas and Dustin Roberts, Assistant United States Attorney for the Western District of Arkansas, and files this Petition respectfully requesting that a Writ of Habeas Corpus Ad Testificandum be issued by this Honorable Court.

Your petitioner prays that this Honorable Court do forthwith order a Writ of Habeas Corpus Ad Testificandum to be issued from this Court to the following:

United States Marshal for the Western District of Arkansas
Sheriff, Washington County Detention Center

requiring them to produce the body of **Robert Franklin**, who is a material witness in the above entitled case and now confined in the **Washington County Detention Center** and is being held by the Sheriff thereof who will honor a Writ of Habeas Corpus Ad Testificandum, before this Court in, **Fayetteville**, Arkansas, beginning on **November 30, 2021 at 9:00 a.m.** through December 3, 2021.

> DAVID CLAY FOWLKES
> ACTING UNITED STATES ATTORNEY
> By: /s/ *Dustin Roberts*
> 
> Dustin Roberts
> Assistant U. S. Attorney
> Arkansas Bar No. 2005185
> 414 Parker Avenue
> Fort Smith, Arkansas 72901