IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | )   5:21-CR-50014 |
| v. | ) |
| | ) |
| JOSHUA DUGGAR, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Defendant Joshua Duggar, for his motion to admit counsel pro hac vice, states:

1. Ian T. Murphy is an associate attorney of the law firm of Margulis Gelfand, LLC, 7700 Bonhomme Avenue, Suite 750, Clayton, Missouri 63105. Duggar's lead counsel, Justin K. Gelfand, is a partner at Margulis Gelfand, LLC.

2. Mr. Murphy is a member in good standing of the Bar of Missouri and is admitted in good standing in the United States District Courts for the Eastern District of Missouri, Western District of Missouri, and Southern District of Illinois.

3. Mr. Murphy states and affirms that he will comply with the Local Rules of the United States District Court for the Western District of Arkansas, and all procedures and requirements of this Court.

4. Mr. Murphy requests admittance to appear and participate as co-counsel for Defendant Joshua Duggar.

5. In accordance with Local Rule 83.5(d), Joshua Duggar and Mr. Murphy designate Travis W. Story of Story Law Firm, PLLC, a member in good standing of the Arkansas Bar and with this Court, as local counsel. Mr. Story's Arkansas State Bar number is 2008274.

WHEREFORE, Defendant Joshua Duggar respectfully requests that his motion to admit counsel pro hac vice be granted and that Ian T. Murphy be permitted to appear and participate as counsel for Joshua Duggar in this matter.

**Story Law Firm, PLLC**

/s/ Travis W. Story
Travis W. Story, #2008274
2603 Main Drive, Suite #6
Fayetteville, AR 72704
Telephone: (479) 448-3700
Facsimile: (877) 245-0107
travis@storylawfirm.com

and

**Margulis Gelfand, LLC**

/s/ Ian T. Murphy
JUSTIN K. GELFAND, #62265MO*
IAN T. MURPHY, #68289MO
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
ian@margulisgelfand.com

*Admitted *pro hac vice*