IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                                          PLAINTIFF

V.                                           CASE NO. 5:21-CR-50014

JOSHUA JAMES DUGGAR                                                                             DEFENDANT

### ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Currently before the Court is the Government's Petition for Order to Issue Writ of Habeas Corpus Ad Testificandum (Doc. 88). Upon due consideration, the Petition is **GRANTED**.

**IT IS ORDERED** that the Clerk of this Court issue a Writ of Habeas Corpus Ad Testificandum directed to the following:

Sheriff, Washington County Detention Center, Fayetteville, Arkansas, and the United States Marshals Service for the Western District of Arkansas requiring them to produce the body of Robert Franklin, to attend the trial regarding the above entitled case for which he is a witness, scheduled to begin on **Tuesday, November 30, 2021, at 9:00 a.m., through Friday, December 3, 2021,** at the United States Courthouse, John Paul Hammerschmidt Federal Building, 35 E. Mountain, Room 509, Fayetteville, Arkansas, and that said Robert Franklin be returned to the Washington County Detention Center at the conclusion of his testimony.

**IT IS SO ORDERED** this 15th day of November, 2021.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE