UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 5:21-CR-50014-001 ) ) |
| JOSHUA JAMES DUGGAR, | ) ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW Ian T. Murphy, and hereby enters his appearance as co-counsel on behalf of the above-named defendant.

Respectfully submitted,

**Margulis Gelfand, LLC**

*/s/ Ian T. Murphy*
IAN T. MURPHY, MO Bar No. #68289*
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
ian@margulisgelfand.com
*Co-Counsel for Defendant*
* *Admitted Pro Hac Vice*

**Certificate of Service**

I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the United States Attorney.

/s/ Ian T. Murphy
IAN T. MURPHY, MO Bar No. #68289*
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
ian@margulisgelfand.com
*Co-Counsel for Defendant*
*\* Admitted Pro Hac Vice*
