IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

V.                              CASE NO. 5:21-CR-50014

JOSHUA JAMES DUGGAR                                                                   DEFENDANT

## ORDER

**IT IS ORDERED** that during the evidentiary hearing on November 29, 2021, and throughout the trial of this matter that is set to commence on November 30, 2021, members of the public and the media are **PROHIBITED** from entering the courthouse with cellular phones, recording devices, or any other type of electronic device, such as laptop computers or tablets, unless the Court grants specific, advance permission. All counsel and their assistants sitting inside the rail of the courtroom are exempted from this Order; however, each party is instructed to email the Courtroom Deputy at least one day prior to trial with the names of those trial team members who will bring electronic devices and a brief description of each device.

**IT IS SO ORDERED** on this 19th day of November, 2021.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE