IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA** **PLAINTIFF**

  **ATTORNEYS:**  Carly Marshall  William Clayman
          Dustin Roberts

**V.**    **CASE NO. 5:21-CR-50014-001**

**JOSHUA JAMES DUGGAR**  **DEFENDANT**

  **ATTORNEYS:**  Justin Gelfand  Ian Murphy
          Travis Story

**JUDGE: TIMOTHY L. BROOKS**  **REPORTER: PAULA BARDEN**

                **COURT CLERK: SHERI CRAIG**

**MOTION/EVIDENTIARY HEARING MINUTES**
**November 29, 2021**

| TIME | MINUTES |
|---|---|
| 9:38 am | Court Convenes |
| | Procedural History by the Court |
| | Rule Invoked |
| |   CX#2 - Victim Key - Jane Does 1, 2, 3, and 4 |
| | Testimony on behalf of the Government: |
| |   GW#1 - Bobye Holt |
| |   GW#2 - James Robert "Jim Bob" Duggar |
| | Argument by Counsel |
| | Further Briefing due by Noon on November 30, 2021 (5 page limit) |
| | Motions at Docs. 68 and 72 - Under Advisement by the Court |
| 12:27 pm | Court Adjourned |