**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

| | | |
|---|---|---|
| **ATTORNEYS:** | Carly Marshall | William Clayman |
| | Dustin Roberts | |

**V.**                    **CASE NO. 5:21-CR-50014-001**

**JOSHUA JAMES DUGGAR**                                             **DEFENDANT**

| | | |
|---|---|---|
| **ATTORNEYS:** | Justin Gelfand | Ian Murphy |
| | Travis Story | |

**JUDGE: TIMOTHY L. BROOKS**                    **REPORTER: PAULA BARDEN**

**COURT CLERK: SHERI CRAIG**

**MINUTES**
**CRIMINAL JURY TRIAL (DAY ONE)**
**November 30, 2021**

| TIME | MINUTES |
|---|---|
| 9:16 am | Court Convenes with Juror Panel |
| | Voir Dire by Court and Counsel |
| | Jury of twelve (12) and four (4) alternates - Selected and Sworn |
| | Recess Instruction Read |
| | Jury Released until 8:45 am tomorrow |
| 6:08 pm | Court Adjourned |