**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

      **ATTORNEYS:**    Carly Marshall    William Clayman
                         Dustin Roberts

**V.**                **CASE NO. 5:21-CR-50014-001**

**JOSHUA JAMES DUGGAR**                                                   **DEFENDANT**

      **ATTORNEYS:**    Justin Gelfand    Ian Murphy
                         Travis Story

**JUDGE: TIMOTHY L. BROOKS**        **REPORTER: PAULA BARDEN**

                                 **COURT CLERK: SHERI CRAIG**

## MINUTES
## CRIMINAL JURY TRIAL (DAY TWO)
### December 1, 2021

| TIME | MINUTES |
|---|---|
| 9:06 am | Court Convenes with Jury |
| | Rule Invoked |
| | Preliminary Instructions to the Jury from the Court |
| | Opening Statements from Counsel |
| | Alternate Juror #38 Released |
| | Testimony begins on Behalf of the Government: |
| |     GW#1 - Detective Amber Kalmer - Little Rock Police Department |
| 12:04 pm | Lunch |
| 1:20 pm | Reconvene without Jury |
| | Jury returned to Courtroom |
| |     GW#2 - Special Agent Gerald Faulkner - Homeland Security |
| |     CX#1 - Transcript - Joshua Duggar Interview - 11/8/19 |
| | Stipulation re GX#23 read by the Court to the Jury |

|  | Recess Instruction read to the Jury |
|---|---|
|  | Jury Released until 8:30 am tomorrow |
| 5:03 pm | Court Adjourned |