IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

    **ATTORNEYS:**    Carly Marshall    William Clayman
                                Dustin Roberts

**V.**                **CASE NO. 5:21-CR-50014-001**

**JOSHUA JAMES DUGGAR**                                                                    **DEFENDANT**

    **ATTORNEYS:**    Justin Gelfand    Ian Murphy
                                Travis Story

**JUDGE: TIMOTHY L. BROOKS**            **REPORTER: PAULA BARDEN**

                                          **COURT CLERK: SHERI CRAIG**

**MINUTES**
**CRIMINAL JURY TRIAL (DAY THREE)**
December 2, 2021

| TIME | MINUTES |
|---|---|
| 8:29 am | Court Convenes with Jury |
| | CX#2 - Complete Transcript - Joshua Duggar Interview - 11/8/19 |
| |     GW#2 - Special Agent Gerald Faulkner - Homeland Security (continued) |
| |     GW#3 - Mathew Waller |
| |     GW#4 - Jeff Wofford - Covenant Eyes Representative |
| |     GW#5 - Special Agent Jeffery Pryor - Homeland Security |
| 11:59 am | Lunch |
| 1:15 pm | Reconvene |
| |     GW#6 - CFA Marshall Kennedy - Homeland Security |
| |     GW#7 - James Fottrell - DOJ - Director of HTIU |
| | Recess Instruction read to the Jury |
| | Jury Released until 8:30 am tomorrow |
| 5:07 pm | Court Adjourned |