IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**     **PLAINTIFF**

    **ATTORNEYS:**     Carly Marshall    William Clayman
                                  Dustin Roberts

**V.**          **CASE NO. 5:21-CR-50014-001**

**JOSHUA JAMES DUGGAR**     **DEFENDANT**

    **ATTORNEYS:**     Justin Gelfand    Ian Murphy
                                  Travis Story

**JUDGE: TIMOTHY L. BROOKS**     **REPORTER: PAULA BARDEN**

                                                    **COURT CLERK: SHERI CRAIG**

MINUTES
CRIMINAL JURY TRIAL (DAY FOUR)
December 3, 2021

| TIME | MINUTES |
|---|---|
| 8:21 am | Meeting in Chambers with Counsel |
|  | Court Convenes with Jury |
|  | GW#7 - James Fottrell - DOJ - Director of HTIU (continued) |
| 12:17 pm | Lunch |
| 1:39 pm | Reconvene |
|  | GW#7 - James Fottrell - DOJ - Director of HTIU (continued) |
|  | Recess Instruction read to the Jury |
|  | Jury Released until 8:30 am Monday |
| 5:38 pm | Court Adjourned |