IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

    **ATTORNEYS:**    Carly Marshall    William Clayman
                                Dustin Roberts

**V.**                    **CASE NO. 5:21-CR-50014-001**

**JOSHUA JAMES DUGGAR**                                                          **DEFENDANT**

    **ATTORNEYS:**    Justin Gelfand    Ian Murphy
                                Travis Story

**JUDGE: TIMOTHY L. BROOKS**                **REPORTER: PAULA BARDEN**

                                                                                        **COURT CLERK: SHERI CRAIG**

**MINUTES**
**CRIMINAL JURY TRIAL (DAY FIVE)**
December 6, 2021

| TIME | MINUTES |
|---|---|
| 8:17 am | In Chambers meeting with Counsel |
|  | Court Convenes with Jury |
|  |     GW#8 - Clint Branham |
|  |     GW#9 - James "Jim" Holt |
|  |     GW#10 - Bobye Holt |
|  |     CX#3 - Victim Identification Key |
|  | Government rests |
|  | Defendant moved for Judgment of Acquittal - Denied by the Court for the reasons stated from the Bench |
|  | Testimony begins on Behalf of the Defendant: |
|  |     DW#1 - Michele Bush - Computer Forensic Expert |
| 12:31 pm | Lunch |
| 1:45 pm | Reconvene |
|  |     DW#1 - Michele Bush - Computer Forensic Expert (continued) |

|  | Stipulation read to the Jury by the Court regarding Defendant's Exhibits 8-a and 9-a |
|---|---|
|  | Recess Instruction read to the Jury |
|  | Jury Released until 8:30 am tomorrow |
| 4:56 pm | Court Adjourned |