IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

    **ATTORNEYS:**     Carly Marshall    William Clayman
                             Dustin Roberts

**V.**                              **CASE NO. 5:21-CR-50014-001**

**JOSHUA JAMES DUGGAR**                                       **DEFENDANT**

    **ATTORNEYS:**     Justin Gelfand    Ian Murphy
                             Travis Story

**JUDGE: TIMOTHY L. BROOKS**                             **REPORTER: PAULA BARDEN**

                                                                                    **COURT CLERK: SHERI CRAIG**

<u>MINUTES</u>
<u>CRIMINAL JURY TRIAL (DAY SIX)</u>
December 7, 2021

| TIME | MINUTES |
|---|---|
| 8:37 am | Court Convenes with Jury |
|  | Testimony resumes on Behalf of the Defendant: |
|  |     DW#1 - Michele Bush - Computer Forensic Expert (continued) |
| 12:11 pm | Lunch |
| 1:24 pm | Reconvene |
|  |     DW#1 - Michele Bush - Computer Forensic Expert (continued) |
|  |     DW#2 - Daniel Wilcox - Former HSI Task Force Officer |
|  | Defendant advised of his rights regarding testifying |
|  | Defense rests |
|  | Rebuttal Testimony on Behalf of the Goverment: |
|  |     RW#1 - James Fottrell - DOJ - Director of HTIU (recalled) |
|  |         CX#4 - Ubuntu Installation Screen Prints (GX#86 - Demonstrative Exhibit) |

|  |  |
|---|---|
|  | CX#5 - Snap Store - uTorrent Installation/Download Screen Prints (GX#87 - Demonstrative Exhibit) |
|  | Recess Instruction read to the Jury |
|  | Jury Released until 9:00 am tomorrow |
|  | CX#6 - Stipulation of the Parties (re DX#8-a and DX#9-a) read by the Court to the Jury |
|  | Defendant renews Rule 29 Motion - Denied by the Court for the reasons stated previously |
|  | Jury Instruction Conference |
|  | CX#7-A - Jury Instructions - Discussion Draft - 12/6/21 |
|  | CX#7-B - Email to Counsel from Court - 12/6/21 |
|  | CX#7-C - Supplemental Email to Counsel from Court - 12/6/21 |
|  | CX#7-D - Email from Counsel - 12/7/21 |
|  | CX#8-A - Jury Instructions - Discussion Draft - 12/7/21 |
|  | CX#8-B - Jury Instructions - Discussion Draft (tracking changes) - 12/7/21 |
|  | CX#9-A - Defendant's Proffered Instruction No. 5 |
|  | CX#9-B - Defendant's Proffered Instruction No. 6 |
|  | CX#9-C - Defendant's Proffered Instruction No. 7 |
|  | CX#9-D - Defendant's Proffered Instruction No. 8 |
|  | CX#9-E - Defendant's Proffered Instruction No. 9 |
| 6:47 pm | Court Adjourned |