IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

    **ATTORNEYS:**     Carly Marshall     William Clayman
                               Dustin Roberts

**V.**                              **CASE NO. 5:21-CR-50014-001**

**JOSHUA JAMES DUGGAR**                                                                          **DEFENDANT**

    **ATTORNEYS:**     Justin Gelfand     Ian Murphy
                               Travis Story

**JUDGE:  TIMOTHY L. BROOKS**                    **REPORTER: PAULA BARDEN**

                                                                   **COURT CLERK: SHERI CRAIG**

**MINUTES**
**CRIMINAL JURY TRIAL (DAY SEVEN)**
December 8, 2021

| TIME | MINUTES |
|---|---|
| 8:27 am | Final Jury Instruction Conference |
|  |     CX#7-E - Email from Counsel - 12/7/21 |
|  |     CX#10 - Final Jury Instructions (annotated) |
|  |     CX#11 - Final Jury Instructions |
|  | Court Convenes with Jury |
|  | Jury is instructed as to the law |
|  | Closing Arguments by Counsel |
|  | Alternate Juror #6 released |
| 12:17 pm | Jury retires to begin deliberations |
| 12:38 pm | Court recesses |
| 1:41 pm | In Chambers Conference with Counsel |
|  | CX#12 - Records produced in Collateral Hearing re Recording Device Issues |
| 1:54 pm | Court recesses |

|  | CX#13 - Communication from Jury |
| --- | --- |
| 2:23 pm | Court Reconvenes |
|  | Limiting Instruction read to the Jury by the Court |
|  | CX#1 - Audio Recording of Duggar Interview – 11/8/19 - played in its entirety for the Jury |
| 3:04 pm | Jury retires to resume deliberations |
|  | CX#14 - Juror 22 orally requested calendar from May 2019 to Present - Declined by Court by Note to Jury |
| 3:15 pm | Court recesses |
| 4:57 pm | Jury Panel returned to courtroom and informed Court they want to resume deliberations in the morning |
|  | Recess Instruction read to the Jury |
|  | Jury Released until 8:30 am tomorrow |
| 5:09 pm | Court Adjourned |