IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

    **ATTORNEYS:**    Carly Marshall    William Clayman
                           Dustin Roberts

**V.**              **CASE NO. 5:21-CR-50014-001**

**JOSHUA JAMES DUGGAR**                                                                        **DEFENDANT**

    **ATTORNEYS:**    Justin Gelfand    Ian Murphy
                           Travis Story

**JUDGE: TIMOTHY L. BROOKS**                                            **REPORTER: PAULA BARDEN**

                                                                  **COURT CLERK: SHERI CRAIG**

### MINUTES
### CRIMINAL JURY TRIAL (DAY EIGHT)
December 9, 2021

| TIME | MINUTES |
|---|---|
| 8:36 am | Court Convenes with Jury Panel |
| 8:38 am | Jury retires to resume deliberations |
| 10:07 am | Jury returns Verdict:<br>    Count 1 - Guilty<br>    Count 2 - Guilty |
|  | Jurors Polled |
|  | Jurors released |
|  | Defendant remanded to the custody of the USMS pending sentencing |
| 10:27 am | Court Adjourned |