

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**             **PLAINTIFF**

V.        CASE NO. 5:21CR50014-001

**JOSHUA JAMES DUGGAR**             **DEFENDANT**

### EXHIBIT LIST FOR UNITED STATES OF AMERICA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEYS | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Timothy L. Brooks | Carly Marshall, AUSA<br>Dustin Roberts, AUSA<br>William Clayman, DOJ | Justin Gelfand<br>Ian Murphy<br>Travis Story |
| TRIAL DATE | COURT REPORTER | COURTROOM DEPUTY |
| Nov. 30 – Dec 8, 2021 | Paula Barden | Sheri Craig |

| Pltf. No. | Date Offered | Object | Stip | Rec'd | Description of Exhibits |
|---|---|---|---|---|---|
| 1 | 12/1/21 | X | | √ | Torrential Downpour Log for video "mov_0216.mp4" summary |
| 2 | 12/1/21 | X | | √ | Torrential Downpour Log for video "Marissa.zip" summary |
| 3 | 12/1/21 | X | | √ | Thumb drive containing Video "mov_0216.mp4" and 65 images from "marissa.zip" file (CSAM) |
| 4 | 12/1/21 | X | | √ | 519CM115 Search Warrant Document |
| 5 | 12/1/21 | X | | √ | Map of Wildcat Creek Rd, view 1 |
| 6 | 12/1/21 | X | | √ | Map of Wildcat Creek Rd, view 2 |
| 7 | 12/1/21 | X | | √ | SW Photo IMG_1001 |
| 8 | 12/1/21 | X | | √ | SW Photo IMG_1917 |
| 9 | 12/1/21 | X | | √ | SW Photo IMG_1922 |
| 10 | 12/1/21 | X | | √ | SW Photo IMG_1927 |
| 11 | 12/1/21 | X | | √ | SW Photo IMG_1955 |
| 12 | 12/1/21 | X | | √ | SW Photo IMG_1959 |
| 13 | 12/1/21 | X | | √ | SW Photo IMG_1976 |
| 14 | 12/1/21 | X | | √ | SW Photo IMG_2009 |
| 15 | 12/1/21 | X | | √ | SW Photo IMG_1921 |
| 16 | 12/1/21 | X | | √ | SW Photo IMG_1951 |
| 17 | 12/1/21 | X | | √ | SW Photo IMG_1929 |
| 18 | 12/1/21 | X | | √ | SW Photo IMG_1981 |

| Pltf. No. | Date Offered | Object | Stip | Rec'd | Description of Exhibits |
|---|---|---|---|---|---|
| 19 | 12/1/21 | X | | √ | SW Photo IMG_2023 |
| 20 | 12/1/21 | X | | √ | Apple iPhone |
| 21 | 12/1/21 | X | | √ | Statement of Rights Form – Joshua Duggar |
| 22 | 12/1/21 | X | | √ | November 8, 2019 Interview with Joshua Duggar |
| 23 | 12/1/21 | X | | √ | Wholesale motorcars pay records |
| 23-1 | 12/1/21 | X | | √ | Stipulation regarding Exhibit 23 |
| 26 | 12/2/21 | X | | √ | HP Laptop |
| 27 | 12/2/21 | X | | √ | Macbook Computer |
| 28 | 12/2/21 | X | | √ | Virtual Machine Print Screens of HP Desktop – Windows Partition |
| 30 | 12/2/21 | X | | √ | Virtual Machine Print Screens of HP Desktop – Linux Partition |
| 31 | 12/2/21 | X | | √ | Thumbnail Images from "/.cache/thumbnails/normal" (OBSCENE) |
| 32 | 12/2/21 | X | | √ | EXIF Information of Thumbnail Images from "normal" Folder |
| 33 | 12/2/21 | X | | √ | Thumbnail Images from "/.cache/thumbnails/large" (OBSCENE) |
| 34 | 12/2/21 | X | | √ | EXIF Information of Thumbnail Images from "large" Folder |
| 35 | 12/2/21 | X | | √ | Images from Unallocated Space that Match Thumbnail Images from "normal" Folder (OBSCENE) |
| 36 | 12/2/21 | X | | √ | Additional Images from Unallocated Space (OBSCENE) |
| 37 | 12/2/21 | X | | √ | Tor Browser Bookmarks |
| 38 | 12/2/21 | X | | √ | Recently Used File Data – Tor Browser |
| 39 | 12/2/21 | X | | √ | Torrent Files on HP Desktop – Linux Partition |
| 40 | 12/2/21 | X | | √ | Torrent File Hash Values |
| 41 | 12/2/21 | X | | √ | Torrent File Contents |
| 42 | 12/2/21 | X | | √ | Internet Explorer Cache Records |
| 43 | 12/2/21 | X | | √ | VLC-QT-Interface.conf |
| 44 | 12/2/21 | X | | √ | VLC Recent Files |
| 45 | 12/2/21 | X | | √ | mov_0214.mp4 (OBSCENE) |
| 46 | 12/2/21 | X | | √ | Storyboard of "mov_0214.mp4" (OSBCENE) |
| 47 | 12/2/21 | X | | √ | mov_0216.mp4 (OBSCENE) |
| 48 | 12/2/21 | X | | √ | Storyboard of "mov_0216.mp4" (OBSCENE) |
| 49 | 12/2/21 | X | | √ | pedomom.wmv (OBSCENE) |
| 50 | 12/2/21 | X | | √ | Storyboard of pedomom.wmv (OBSCENE) |
| 51 | 12/2/21 | X | | √ | Asi se mama linda.mp4 (OBSCENE) |
| 52 | 12/2/21 | X | | √ | Storyboard of "Asi se mama linda.mp4" (OBSCENE) |
| 53 | 12/2/21 | X | | √ | 14yo girl Suck and Fuck.flv (OBSCENE) |
| 54 | 12/2/21 | X | | √ | Storyboard of "14yo girl Suck and Fuck.flv" (OBSCENE) |
| 55 | 12/2/21 | X | | √ | Pussy Pounded.mpg (OBSCENE) |

| Pltf. No. | Date Offered | Object | Stip | Rec'd | Description of Exhibits |
|---|---|---|---|---|---|
| 56 | 12/2/21 | X | | √ | Storyboard of "Pussy Pounded.mpg" (OBSCENE) |
| 57 | 12/2/21 | X | | √ | test.avi (OBSCENE) |
| 58 | 12/2/21 | X | | √ | Storyboard of "test.avi" (OBSCENE) |
| 59 | 12/2/21 | X | | √ | Recently Used File Data – Local Share Folder |
| 61 | 12/3/21 | X | | √ | Virtual Machine Print Screens of Defendant's MacBook |
| 63 | 12/3/21 | X | | √ | Apple Notes from MacBook |
| 64 | 12/3/21 | X | | √ | Emails Related to Intel1988 |
| 66 | 12/3/21 | X | | √ | Torrent Files on MacBook |
| 69 | 12/3/21 | X | | √ | Covenant Eyes Email – April 22, 2017 |
| 70 | 12/3/21 | X | | √ | Covenant Eyes Email – May 13, 2017 |
| 71 | 12/3/21 | YES | | √ | Images from Defendant's iPhone 8 – May 11, 2019 |
| 72 | 12/3/21 | X | | √ | iMessages from Defendant's iPhone 8 – May 11, 2019 |
| 73 | 12/3/21 | YES | | √ | Images from Defendant's iPhone 8 - May 13, 2019 |
| 74 | 12/3/21 | YES | | √ | Images from Defendant's iPhone 8 – May 14, 2019 |
| 75 | 12/3/21 | YES | | √ | iMessages from Defendant's iPhone 8 – May 14, 2019 |
| 76 | 12/3/21 | YES | | √ | Images from Defendant's iPhone 8 – May 15, 2019 |
| 77 | 12/3/21 | YES | | √ | iMessages from Defendant's iPhone 8 – May 15, 2019 |
| 78 | 12/3/21 | YES | | √ | Images from Defendant's iPhone 8 – May 16, 2019 |
| 79 | 12/3/21 | YES | | √ | iMessages from Defendant's iPhone 8 – May 16, 2019 |
| 80 | 12/3/21 | YES | | √ | Images from Defendant's iPhone 8 – June 22, 2019 |
| 81 | 12/3/21 | YES | | √ | iMessages from Defendant's iPhone 8 – June 22, 2019 |
| 83 | 12/3/21 | X | | √ | Torsec Media History |
| 85 | 12/3/21 | X | | √ | Timeline (created by James Fottrell) |