IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                    CASE NO. 5:21CR50014-001

JOSHUA JAMES DUGGAR                                         DEFENDANT

### EXHIBIT LIST FOR DEFENDANT

| PRESIDING JUDGE<br><br>Hon. Timothy L. Brooks | PLAINTIFF'S ATTORNEYS<br>Carly Marshall, AUSA<br>Dustin Roberts, AUSA<br>William Clayman, DOJ | DEFENDANT'S ATTORNEY<br>Justin Gelfand<br>Ian Murphy<br>Travis Story |
|---|---|---|
| TRIAL DATE<br><br>Nov. 30 – Dec 8, 2021 | COURT REPORTER<br><br>Paula Barden | COURTROOM DEPUTY<br><br>Sheri Craig |

| Def No. | Date Offered | Object | Stip | Rec'd | Description of Exhibits |
|---|---|---|---|---|---|
| 3 | 12/2/21 | X | | √ | 8GB SanDisk Thumb Drive Seized by Law Enforcement |
| 4 | 12/2/21 | X | | √ | 16 GB PNY SD Card Seized by Law Enforcement |
| 5 | 12/2/21 | X | | √ | 2GB PNY SD Card Seized by Law Enforcement |
| 6 | 12/2/21 | X | | √ | 8GB SanDisk SD Card Seized by Law Enforcement |
| 7 | 12/2/21 | X | | √ | 4GB SanDisk Cruzer Thumb Drive Seized by Law Enforcement |
| 8 | 12/1/21 | X | | √ | Torrential Downpour Log Files for May 14, 2019 |
| 8-a | 12/6/21 | | S | √ | Torrential Downpour Log Files for May 14, 2019 |
| 9 | 12/1/21 | X | | √ | Torrential Downpour Log Files for May 15, 2019 |
| 9-a | 12/6/21 | | S | √ | Torrential Downpour Log Files for May 15, 2019 |
| 19 | 12/1/21 | X | | √ | Photo (Bates Stamped 1638) |
| 20 | 12/1/21 | X | | √ | Photo (Bates Stamped 1668) |
| 21 | 12/1/21 | X | | √ | Photo (Bates Stamped 1669) |

| Def No. | Date Offered | Object | Stip | Rec'd | Description of Exhibits |
|---|---|---|---|---|---|
| 22 | 12/1/21 | X | | √ | Photo (Bates Stamped 1679) |
| 23 | 12/1/21 | X | | √ | Photo (Bates Stamped 1681) |
| 24 | 12/1/21 | X | | √ | Photo (Bates Stamped 1682) |
| 25 | 12/1/21 | X | | √ | Photo (Bates Stamped 1695) |
| 26 | 12/1/21 | X | | √ | Photo (Bates Stamped 1711) |
| 27 | 12/1/21 | X | | √ | Photo (Bates Stamped 1719) |
| 28 | 12/1/21 | X | | √ | Photo (Bates Stamped 1723) |
| 29 | 12/1/21 | X | | √ | Photo (Bates Stamped 1728) |
| 30 | 12/1/21 | X | | √ | Photo (Bates Stamped 1730) |
| 31 | 12/1/21 | X | | √ | Photo (Bates Stamped 1732) |
| 32 | 12/1/21 | X | | √ | Photo (Bates Stamped 1738) |
| 33 | 12/1/21 | X | | √ | Photo (Bates Stamped 1744) |
| 34 | 12/1/21 | X | | √ | Photo (Bates Stamped 1746) |
| 36 | 12/1/21 | X | | √ | Photo (Bates Stamped 1761) |
| 37 | 12/1/21 | X | | √ | Photo (Bates Stamped 1767) |
| 38 | 12/1/21 | X | | √ | Photo (Bates Stamped 1792) |
| 39 | 12/1/21 | X | | √ | Photo (Bates Stamped 275 in 5/7/21 Disclosure) |
| 40 | 12/1/21 | X | | √ | Photo (Bates Stamped 277 in 5/7/21 Disclosure) |
| 43 | 12/2/21 | X | | √ | Search Warrant Return |
| 44 | 12/2/21 | X | | √ | Search Warrant Inventories From Rooms A, B, and C (Bates Stamped 306 through 308) |
| 48 | 12/3/21 | YES | | √ | Email Correspondence and Shipping Labels from Caleb Williams |
| 51 | 12/6/21 | X | | √ | Photo Identified by File Name IMG_1798.jpeg and Accompanying Metadata |
| 52 | 12/6/21 | YES | | √ | HP Computer: Link Files |
| 60 | 12/6/21 | X | | √ | Screenshot from HP Computer Reflecting UPnP from HP Computer |

| Def No. | Date Offered | Object | Stip | Rec'd | Description of Exhibits |
|---|---|---|---|---|---|
| 61 | 12/6/21 | X | | √ | Screenshot from MacBook Reflecting Number of Images and Videos |
| 62 | 12/6/21 | X | | √ | Screenshot from Apple iPhone Reflecting Number of Images and Videos |
| 68 | 12/2/21 | X | | √ | Joshua Duggar Interview (CX#2) – Page 13, Lines 1-13 |
| 69 | 12/2/21 | X | | √ | Joshua Duggar Interview (CX#2) – Page 15, Line 11 – Page 16, Line 5 |
| 81 | 12/6/21 | X | | √ | Adam Walsh Examination Worksheet (Michele Bush – 6/23/21) |
| 82 | 12/6/21 | X | | √ | Gnome Control Center Desktop |
| 83 | 12/6/21 | X | | √ | Linux Partition Size |
| 84 | 12/6/21 | YES | | √ | Underscore Not Available |
| 85 | 12/6/21 | X | | √ | Application State for Gnome Exhibits |
| 87 | 12/6/21 | X | | √ | Snap Store uTorrent |