IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                   PLAINTIFF

V.                               CASE NO. 5:21-CR-50014-001

JOSHUA JAMES DUGGAR                                                       DEFENDANT

### VERDICT FORM – COUNT ONE

On the crime of Receipt of Child Pornography, as charged in Count One of the Indictment, we, the jury, find the Defendant, Joshua James Duggar:

_____Guilty_____.
(GUILTY OR NOT GUILTY)

_12/9/21_____          _____
Date                     Foreperson

1

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

V.                         CASE NO. 5:21-CR-50014-001

JOSHUA JAMES DUGGAR                                           DEFENDANT

### VERDICT FORM – COUNT TWO

On the crime of Possession of Child Pornography, as charged in Count Two of the Indictment, we, the jury, find the Defendant, Joshua James Duggar:

_____Guilty_____
(GUILTY OR NOT GUILTY)

_12/9/21_____          _____████████_____
Date                                                          Foreperson

2