# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 5:21-CR-50014-001 |
| JOSHUA JAMES DUGGAR, ) | |
| Defendant. ) | |

## UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE POST-TRIAL MOTIONS

Defendant Joshua James Duggar ("Duggar"), by and through undersigned counsel, respectfully requests that this Court grant him an additional 10 days to file post-trial motions in this case. As it stands, the deadline to file post-trial motions is January 9, 2022.[1]

On December 9, 2021, following a jury trial, Duggar was found guilty on both counts of the indictment.[2] (*See* Doc. 120). At that time, undersigned counsel orally requested 30 days to file post-trial motions and this Court granted this request.

The defense has ordered the trial transcripts in this matter and have been informed by the court reporter that the transcripts are expected to be completed next week. Because the transcripts are necessary with respect to certain issues Duggar intends to raise in his post-trial motions, Duggar respectfully requests that this Court grant this request for a brief extension of 10 additional days in which to file his motions so that the transcripts may be utilized and so that this Court will have a more precise record from which to consider Duggar's motions. Specifically, Duggar respectfully requests until January 19, 2022 to file any motions.

---

[1] The deadline is currently January 9, 2022. However, because that falls on a Sunday, the deadline in the absence of an extension is January 10, 2022.

[2] Based on the way the indictment was charged, this Court stayed the Possession conviction as it is a lesser included offense and will be dismissed prior to sentencing.

Undersigned counsel have conferred with counsel for the United States who represented that they do not oppose this request. This request is not being made to unnecessarily hinder or delay the proceedings.

Based on the foregoing, Duggar respectfully requests that this Court grant this motion, permitting him until January 19, 2022 to file any post-trial motions in this case.

Respectfully submitted,

**Margulis Gelfand, LLC**

 /s/ Ian T. Murphy
JUSTIN K. GELFAND, MO Bar No. 62265*
IAN T. MURPHY, MO Bar No. 68289*
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
ian@margulisgelfand.com
*Admitted Pro Hac Vice*

--- *and* ---

**Story Law Firm, PLLC**

/s/ Travis W. Story
Travis W. Story, AR Bar No. 2008278
Gregory F. Payne, AR Bar No. 2017008
2603 Main Dr., Ste. 106
Fayetteville, AR 72704
Telephone: (479) 443-3700
Facsimile: (479) 443-3701
travis@storylawfirm.com
greg@storylawfirm.com

## Certificate of Service

I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the United States Attorney.

 /s/ Ian T. Murphy
IAN T. MURPHY, MO Bar No. 68289*
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
ian@margulisgelfand.com
*Admitted Pro Hac Vice
