```
               IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                       FAYETTEVILLE DIVISION


UNITED STATES OF AMERICA                              PLAINTIFF

v.                     CASE NO. 5:21-CR-50014

JOSHUA JAMES DUGGAR                                   DEFENDANT
_____


                           JURY TRIAL

                         VOLUME 1 OF 8

             BEFORE THE HONORABLE TIMOTHY L. BROOKS

                       NOVEMBER 30, 2021

                     FAYETTEVILLE, ARKANSAS
_____
```

Paula Barden, RPR, RMR, Federal Official Court Reporter
35 East Mountain Street, Fayetteville, Arkansas 72701

```
 1                    A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFF:

 4    MR. DUSTIN ROBERTS
      MS. CARLY MARSHALL
 5    United States Attorney's Office
      414 Parker Avenue
 6    Fort Smith, Arkansas 72901
      (479) 783-5125
 7    dustin.roberts@usdoj.gov
      carly.marshall@usdoj.gov
 8

 9    Also Present:  Special Agent Howard Aycock

10

11    FOR THE DEFENDANT:

12    MR. JUSTIN K. GELFAND
      Margulis Gelfand
13    7700 Bonhomme Avenue, Suite 750
      St. Louis, Missouri 63105
14    (314) 390-0234
      justin@margulisgelfand.com
15
      MR. TRAVIS W. STORY
16    Story Law Firm
      2603 Main Drive, Suite 6
17    Fayetteville, Arkansas 72704
      (479) 443-3700
18    travis@storylawfirm.com

19

20

21

22

23

24

25
```

```
 1                           I N D E X
 2                                                            Page
 3    Voir Dire (Not Transcribed)                               4
 4    Jury Sworn                                                4
 5    Initial Instructions by the Court                         4
 6    Reporter's Certificate                                    7
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
8:33AM   1                  (Voir Dire Begins at 9:16 a.m., not transcribed)
         2                  (Jury Sworn at 6:01 p.m.)
         3             THE COURT:  Ladies and Gentlemen, during this
         4   recess and every other recess, you must not discuss this
6:04PM   5   case with anyone, including your fellow jurors, members of
         6   your family, people involved in the trial, or anyone else.
         7   Do not allow anyone to discuss the case with you or within
         8   your hearing.  Only you have been chosen as jurors in this
         9   case and only you have sworn to uphold the law.  No one
6:04PM  10   else has been chosen to do this.  You should not even talk
        11   among yourselves about the case before you have heard all
        12   the evidence and I have submitted the case to you for
        13   deliberations because if you were to start discussing
        14   evidence before all of the evidence has been received and
6:04PM  15   before I tell you it's time to deliberate, that could
        16   solidify your opinions prematurely and that would be
        17   unfair and unjust.
        18             If anyone tries to approach you or to talk to you
        19   about this case, please let me know about it immediately
6:05PM  20   through one of the court clerk staff members or through
        21   one of the court security officers.  This is very
        22   important.  If anyone tries to approach you in any manner,
        23   whether it's to talk about the Razorbacks or anything
        24   else, you need to let us know about that.
6:05PM  25             When I say you must not discuss the case with
```

```
6:05PM  1   anyone, I mean do not discuss it verbally or
        2   electronically, by means of e-mail or text messages or
        3   electronic internet blogging or engage in any other form
        4   of written, oral, or electronic communication as I have
6:05PM  5   previously reviewed with you during my voir dire.
        6           Do not read any newspaper or other written
        7   account or watch any televised account or any account
        8   available on the internet or through radio programming
        9   that is about this trial.  Do not conduct any internet
6:06PM 10   research or consult with any other sources about this
       11   case, the people involved in this case, or its general
       12   subject matter.  You must keep your mind open and free of
       13   outside information.  Only in this way will you be able to
       14   decide the case fairly based solely on the testimony,
6:06PM 15   evidence presented in this courtroom, and my instructions
       16   to you on the law.  If you decide this case based on
       17   anything else, you will have done an injustice.  It would
       18   be a violation of the oath that you just took if you were
       19   to base your decision on some reporter's view or some
6:06PM 20   blog-writer's view or opinion, or upon any other
       21   information that you would seek to acquire from outside
       22   this courtroom.  It is very important that you follow
       23   these rules.
       24           I would propose that you be present by 8:45 in
6:07PM 25   the morning.  Would anyone have a problem with being here
```

```
6:07PM  1  at the courthouse by 8:45?  All right.  Ms. Craig will
        2  give you further instructions about parking and where in
        3  the building you will report to.  It will be on the second
        4  floor jury room.  Once everyone has been checked and some
6:07PM  5  logistics have been taken care of, we will begin tomorrow
        6  with the Court's, what we call preliminary jury
        7  instructions, and we will receive opening statements of
        8  counsel and we'll go right in, after that, to receiving
        9  testimony of witnesses.
6:07PM 10          Thank you so much for your time.  Thank you for
       11  going without food.  I promise that I will give you lunch.
       12  Not that the government will pay for it, but that I will
       13  give you time to eat lunch every day going forward.
       14          We are in recess.
6:08PM 15          (proceedings adjourned at 6:08 p.m.)
       16
       17
       18
       19
       20
       21
       22
       23
       24
       25
```

C E R T I F I C A T E

    I, Paula K. Barden, CCR, RPR, RMR, Federal Official Court Reporter, in and for the United States District Court for the Western District of Arkansas, do hereby certify that pursuant to Section 753, Title 28, United States Code that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

    Dated this 31st day of December 2021.

_____
PAULA K. BARDEN, CCR, RPR, RMR #700
Federal Official Court Reporter
Western District of Arkansas

