```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION


UNITED STATES OF AMERICA                        PLAINTIFF

v.                 CASE NO. 5:21-CR-50014

JOSHUA JAMES DUGGAR                             DEFENDANT
_____


                       JURY TRIAL

                     VOLUME 8 OF 8

          BEFORE THE HONORABLE TIMOTHY L. BROOKS

                   DECEMBER 9, 2021

                 FAYETTEVILLE, ARKANSAS
_____
```

Paula K. Barden, RPR, RMR, Federal Official Court Reporter
35 East Mountain, Fayetteville, Arkansas 72701

```
 1                        A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFF:

 4    MR. DUSTIN ROBERTS
      MS. CARLY MARSHALL
 5    United States Attorney's Office
      414 Parker Avenue
 6    Fort Smith, Arkansas 72901
      (479) 783-5125
 7    dustin.roberts@usdoj.gov
      carly.marshall@usdoj.gov
 8

 9    Also Present:  Special Agent Howard Aycock

10

11    FOR THE DEFENDANT:

12    MR. JUSTIN K. GELFAND
      Margulis Gelfand
13    7700 Bonhomme Avenue, Suite 750
      St. Louis, Missouri 63105
14    (314) 390-0234
      justin@margulisgelfand.com
15
      MR. TRAVIS W. STORY
16    Story Law Firm
      2603 Main Drive, Suite 6
17    Fayetteville, Arkansas 72704
      (479) 443-3700
18    travis@storylawfirm.com

19

20

21

22

23

24

25
```

I N D E X

| | Page |
|---|---|
| Jury Retires to Continue Deliberations | 1659 |
| Verdict Reached | 1659 |
| Verdict Read by the Court | 1660 |
| Jury Polled | 1661 |
| Defendant Remanded to Custody | 1668 |
| Reporter's Certificate | 1670 |

```
8:31AM   1              (Jury in at 8:36 a.m.)
         2              THE COURT:  Good morning, everyone.  I am seeing
         3     all 12 of our jurors present and accounted for, plus our
         4     two alternates.  And anything to report from overnight?
8:36AM   5     Very good.
         6              I appreciate the exercise of coming up here and
         7     checking in.  We're now going to do the reverse and you're
         8     free to go back to the jury room and continue your
         9     deliberations this morning.  Thank you so much.
8:37AM  10              (Jury out at 8:37 a.m.)
        11              THE COURT:  Please pause in the courtroom until I
        12     give you the all clear.  I would ask that the parties
        13     follow the same protocols today that we did yesterday
        14     afternoon with regard to -- I guess we have your cell
8:38AM  15     phone numbers at this point, but make sure they are on.
        16     And if we get to the point where you are leaving for
        17     lunch, let Ms. Craig know where you are going and that
        18     sort of thing.
        19              We will be in recess until we have a note or a
8:39AM  20     verdict or some other issue to take up.
        21              (Recess from 8:39 a.m. to 10:06 a.m.)
        22              THE COURT:  Good afternoon.  Please remain
        23     standing.  The Jury will be in just a moment.
        24              (Jury in at 10:09 a.m.)
10:11AM 25              THE COURT:  Mr. Juror Number 27, I see that you
```

```
10:11AM  1   have a manila envelope in your hand, and by the Court's
         2   great power of deduction, is there a chance that you're
         3   the foreperson?
         4              JURY FOREMAN:  Yes, sir.
10:11AM  5              THE COURT:  Has the Jury reached a verdict?
         6              JURY FOREMAN:  Yes, sir.
         7              THE COURT:  Is the verdict in your manila
         8   envelope?
         9              JURY FOREMAN:  Yes, sir.
10:11AM 10              THE COURT:  Would you please hand that to the
        11   court security officer?
        12              Before I inspect the verdict forms, let me ask
        13   you whether the verdicts reflect the unanimous verdict and
        14   decision of all 12 jurors?
10:11AM 15              JURY FOREMAN:  Yes, sir.
        16              THE COURT:  I will now inspect the verdict forms
        17   for any irregularities.  I do not see any irregularities
        18   and the Court will now read each verdict form.
        19              The verdict form on Count One reads:  On the
10:12AM 20   crime of receipt of child pornography as charged in Count
        21   One of the Jury -- I'm sorry -- as charged in Count One of
        22   the indictment, We, the Jury, find the Defendant, Joshua
        23   James Duggar, guilty.  It is signed by Mr. Juror
        24   Number 27.  Today's date, December 9, 2021.
10:13AM 25              Once again, Mr. Foreperson, does this verdict on
```

```
10:13AM  1    Count One represent the unanimous verdict of the Jury?
         2              JURY FOREMAN:  Yes, sir.
         3              THE COURT:  The verdict form for Count Two reads:
         4    On the crime of possession of child pornography as charged
10:13AM  5    in Count Two of the indictment, We, the Jury, find the
         6    Defendant, Joshua James Duggar, guilty.  It is signed by
         7    the foreperson, Mr. Juror Number 27.  And it is
         8    dated 12-9-21.
         9              Again, does this represent the unanimous decision
10:13AM 10    of all 12 of the jurors?
        11              JURY FOREMAN:  Yes, sir.
        12              THE COURT:  Does the government wish polling?
        13              MR. ROBERTS:  No, Your Honor.
        14              THE COURT:  Does the defense wish polling?
10:14AM 15              MR. GELFAND:  Yes, Your Honor.
        16              THE COURT:  Polling of the Jury has been
        17    requested.  And what this means is, we need to go one step
        18    further beyond the foreperson's representation that this
        19    represents the unanimous decision of the Jury, so I'm just
10:14AM 20    going to go down the line and I'm going, with respect to
        21    each count, to get each juror to affirm that the verdict
        22    is true and accurate.
        23              So with regard to Count One, on the charge of
        24    receipt of child pornography, the recorded verdict is
10:14AM 25    guilty.  Is this your verdict, Mr. Juror Number 44?
```

```
10:14AM  1              JUROR NUMBER 44:  It is.
         2              THE COURT:  Is this your verdict, Ms. Juror
         3    Number 42?
         4              JUROR NUMBER 42:  It is.
10:14AM  5              THE COURT:  Is this your verdict, Mr. Juror
         6    Number 27?
         7              JUROR NUMBER 27:  Yes, sir.
         8              THE COURT:  Is this your verdict, Mr. Juror
         9    Number 18?
10:15AM 10              JUROR NUMBER 18:  Yes, sir.
        11              THE COURT:  Is this your verdict, Ms. Juror
        12    Number 15?
        13              JUROR NUMBER 15:  Yes, sir.
        14              THE COURT:  Is this your verdict, Mr. Juror
10:15AM 15    Number 55?
        16              JUROR NUMBER 55:  Yes, sir.
        17              THE COURT:  Is this your verdict, Mr. Juror
        18    Number 60?
        19              JUROR NUMBER 60:  Yes, sir.
10:15AM 20              THE COURT:  Is this your verdict, Ms. Juror
        21    Number 22?
        22              JUROR NUMBER 22:  Yes.
        23              THE COURT:  Is this your verdict, Mr. Juror 59?
        24              JUROR NUMBER 59:  Yes, sir.
10:15AM 25              THE COURT:  Is this your verdict, Mr. Juror
```

```
10:15AM   1     Number 31?
          2               JUROR NUMBER 31:  Yes, sir.
          3               THE COURT:  Is this your verdict, Mr. Juror
          4     Number 41?
10:15AM   5               JUROR NUMBER 41:  Yes, sir.
          6               THE COURT:  Is this your verdict, Ms. Juror
          7     Number 47?
          8               JUROR NUMBER 47:  It is.
          9               THE COURT:  Now with regard to Count Two on the
10:15AM  10     charge of possession of child pornography, the verdict
         11     recorded by the foreperson was guilty.
         12               Let me confirm.  Mr. Juror Number 44, is this
         13     your verdict?
         14               JUROR NUMBER 44:  It is.
10:15AM  15               THE COURT:  Ms. Juror Number 42, is this your
         16     verdict?
         17               JUROR NUMBER 42:  Yes.
         18               THE COURT:  Mr. Juror Number 27, is this your
         19     verdict?
10:16AM  20               JUROR NUMBER 27:  Yes, sir.
         21               THE COURT:  Mr. Juror Number 18, is this your
         22     verdict?
         23               JUROR NUMBER 18:  Yes, sir.
         24               THE COURT:  Ms. Juror Number 15, is this your
10:16AM  25     verdict?
```

```
10:16AM  1                JUROR NUMBER 15:  Yes, sir.
         2                THE COURT:  Mr. Juror Number 55, is this your
         3    verdict?
         4                JUROR NUMBER 55:  Yes, sir.
10:16AM  5                THE COURT:  Mr. Juror Number 60, is this your
         6    verdict?
         7                JUROR NUMBER 60:  Yes, sir.
         8                THE COURT:  Ms. Juror Number 22, is this your
         9    verdict?
10:16AM 10                JUROR NUMBER 22:  Yes.
        11                THE COURT:  Mr. Juror Number 59, is this your
        12    verdict?
        13                JUROR NUMBER 59:  Yes, sir.
        14                THE COURT:  Mr. Juror Number 31, is this your
10:16AM 15    verdict?
        16                JUROR NUMBER 31:  Yes, sir.
        17                THE COURT:  Mr. Juror Number 41, is this your
        18    verdict?
        19                JUROR NUMBER 41:  Yes, sir.
10:16AM 20                THE COURT:  Ms. Juror Number 47, is this your
        21    verdict?
        22                JUROR NUMBER 47:  Yes.
        23                THE COURT:  All right.  Any further record that
        24    the parties would like to make in open court?
10:16AM 25                MR. ROBERTS:  No, Your Honor.  Thank you.
```

10:16AM 1     MR. GELFAND:  No, Your Honor.
2     THE COURT:  All right.  Ladies and Gentlemen,
3 your jury service is now complete and you are discharged
4 of all duties and responsibilities of that position and
10:17AM 5 you are now free to speak to your friends and family
6 members about the case.
7     I would like to make a statement in open court,
8 number one, of the tremendous appreciation of the Court
9 for your service.  Number two, I would like to make
10:17AM 10 certain that the parties are aware that there is to be no
11 contact with the members of the Jury or the alternates
12 without both the Court's consent, and more importantly,
13 the juror's consent.  We will be visiting with the jurors
14 after we adjourn here to determine whether they would give
10:18AM 15 their consent or not and then we will notify you if any
16 jurors have so consented.
17     When I say that you may contact the jurors if
18 they have consented, this applies only with regard to an
19 attorney of record in this case.  You can have an
10:18AM 20 investigator or what have you present on the call, but
21 someone accountable to the Court must be on the call or
22 the communication.
23     Members of the Jury, it is my custom to meet with
24 the jurors following a verdict so that I can personally
10:18AM 25 express to each one of you my gratitude and appreciation

10:18AM 1  for your service.  I will do that in the jury room after
2  you are recessed here from the courtroom.  To be clear,
3  you're not required to stay, and if you have other
4  business to attend to, you're free to go.  However, if you
10:19AM 5  do have a few more minutes, I really would like to express
6  my appreciation and I'll bring the Jury consent to contact
7  form with me when I come.
8         There is a little bit of business that I need to
9  take care of here in the courtroom before I can come down
10:19AM 10 to the jury room.  It won't take very long, but it will
11 probably take 10 minutes or so.  So if you have time to
12 wait, I would very much appreciate that.  If you don't, I
13 will certainly understand.  If everyone would please stand
14 as the Jury is in recess.
10:19AM 15         (Jury out at 10:19 a.m.)
16         THE COURT:  I would ask everyone in the gallery
17 to please maintain your position until I give you the all
18 clear.  And you may be seated.
19         So the Court has received a verdict of guilty on
10:20AM 20 each count.  The Court would note for the record that
21 based on how the indictment was pleaded, the parties agree
22 that the possession count is a lesser included offense
23 with respect to the receipt count.  Accordingly, the Court
24 will stay the possession conviction pending sentencing and
10:21AM 25 entry of judgment.

10:21AM 1          The next step in this process, Mr. Duggar, is the
2     presentence investigation. That is conducted by the
3     United States Probation Office. And the process of
4     conducting that investigation, putting their written
10:21AM 5     findings and conclusions into written form, the
6     opportunity of each side to request corrections or to make
7     objections, and then to schedule a sentencing hearing
8     typically takes about four months. Sometimes in more
9     complicated cases, it can take longer, but the general
10:22AM 10    rule of thumb is approximately four months from now, I
11    would hope to be able to schedule a sentencing hearing.
12         The next issue that the Court must determine at
13    this point is whether Mr. Duggar should be remanded into
14    custody at this time or not. I would like to first
10:22AM 15    acknowledge that Mr. Duggar, according to an update from
16    his supervising pretrial services officer, Mr. Duggar has
17    been 100 percent compliant with every single term and
18    aspect of his bond conditions. And I very much appreciate
19    that and I wanted to acknowledge that.
10:23AM 20         That said, absent a couple of caveats, under
21    Title 18 United States Code Section 3143(a)(2), the Court
22    must order a person who has been found guilty of certain
23    particular offenses, this receipt charge being one of
24    them, to be detained regardless of any apparent flight
10:23AM 25    risk or risk or danger to the community. The offenses

```
10:23AM  1   that are subject to this mandatory detention rule are
         2   defined in Title 18 U.S. Code Section 3142(f)(1)(A), (B)
         3   and (C).  Again, these are the so-called mandatory
         4   detention offenses and they include the offense of receipt
10:24AM  5   of child pornography.
         6           Now that there has been a Jury finding of guilty
         7   on the receipt count, it would be the Court's
         8   understanding that the mandatory detention statute
         9   applies.  Mr. Roberts, are you aware of any exceptions in
10:24AM 10   this case and/or what is the government's position?
        11           MR. ROBERTS:  Your Honor, the statute does apply.
        12   It is mandatory.  Mr. Duggar should be taken into custody.
        13           THE COURT:  All right.  Mr. Gelfand, what is your
        14   position?
10:25AM 15           MR. GELFAND:  Your Honor, we acknowledge that the
        16   statute applies.  To the extent that the Court wishes to
        17   exercise its discretion, we would ask the Court to
        18   exercise its discretion, but we acknowledge the statute
        19   applies.
10:25AM 20           THE COURT:  Thank you.  And with regard to
        21   discretion, the Court does not find discretionary language
        22   in the mandatory detention statute, so the Court is
        23   constrained.
        24           So upon conclusion of this hearing, the Court
10:25AM 25   will order that Mr. Duggar be remanded into custody.  I
```

```
10:25AM  1   would ask that the Marshals coordinate with U.S. Probation
         2   before he is transported from the building regarding the
         3   electronic monitoring device that he has been wearing so
         4   that they can get that removed before he leaves the
10:26AM  5   building today.
         6            Any other matters the parties would like to take
         7   up or get on the record?
         8            MR. ROBERTS:  No, Your Honor.  Thank you.
         9            MR. GELFAND:  Your Honor, may we orally request
10:26AM 10   30 days to file post-trial motions in this case?
        11            THE COURT:  You may.  That's fine.
        12            MR. GELFAND:  Thank you.
        13            THE COURT:  I would ask that everyone pause in
        14   the courtroom to allow me to leave and go down and visit
10:26AM 15   with the jurors and then everyone is obviously free to go.
        16            (Proceedings concluded at 10:26 a.m.)
        17
        18
        19
        20
        21
        22
        23
        24
        25
```

C E R T I F I C A T E

     I, Paula K. Barden, CCR, RPR, RMR, Federal Official Court Reporter, in and for the United States District Court for the Western District of Arkansas, do hereby certify that pursuant to Section 753, Title 28, United States Code that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

     Dated this 31st day of December 2021.

_____
PAULA K. BARDEN, CCR, RPR, RMR #700
Federal Official Court Reporter
Western District of Arkansas

