| | |
|---|---|
| **From:** | Caleb Williams |
| **To:** | Clayman, William (CRM) |
| **Subject:** | [EXTERNAL] More Information \| Caleb Williams |
| **Date:** | Wednesday, November 24, 2021 11:46:08 PM |
| **Attachments:** | 144624 copy.emlx |
| | 144624.emlx |
| | IMG_9376.PNG |
| | IMG_9377.PNG |
| | IMG_9378.PNG |
| | IMG_9379.PNG |
| | IMG_9380.PNG |
| | IMG_9382.PNG |
| | IMG_9383.PNG |
| | IMG_9384.PNG |
| | IMG_9385.PNG |
| | IMG_9386.PNG |
| | IMG_9387.PNG |
| | IMG_9388.PNG |
| | IMG_9389.PNG |
| | IMG_9390.PNG |
| | IMG_9391.PNG |
| | IMG_9392.PNG |
| | MothersDayGift.png |
| | Roger Smith on 2019-05-09 at 19.46.35.ichat |
| | Screen Shot 2021-11-10 at 3.15.08 PM.png |
| | Screen Shot 2021-11-10 at 3.15.17 PM.png |
| | Screen Shot 2021-11-10 at 3.15.45 PM.png |
| | Screen Shot 2021-11-10 at 3.16.20 PM.png |
| | Screen Shot 2021-11-10 at 3.16.59 PM.png |
| | Screen Shot 2021-11-10 at 3.17.17 PM.png |
| | Screen Shot 2021-11-10 at 3.17.27 PM.png |
| | Screen Shot 2021-11-10 at 3.17.34 PM.png |
| | Screen Shot 2021-11-10 at 3.18.55 PM.png |
| | Screen Shot 2021-11-10 at 3.19.02 PM.png |
| | Screen Shot 2021-11-10 at 3.19.09 PM.png |
| | Screen Shot 2021-11-16 at 10.20.07 AM.png |
| | Screen Shot 2021-11-16 at 10.35.17 AM.png |
| | Screen Shot 2021-11-16 at 10.35.18 AM.png |
| | Screen Shot 2021-11-24 at 8.50.26 PM.png |
| | Screen Shot 2021-11-24 at 8.51.11 PM.png |
| | Screen Shot 2021-11-24 at 9.24.40 PM.png |
| | Screen Shot 2021-11-24 at 9.24.53 PM.png |
| | Screen Shot 2021-11-24 at 9.25.00 PM.png |
| | Screen Shot 2021-11-24 at 9.25.18 PM.png |
| | Screen Shot 2021-11-24 at 9.25.42 PM.png |
| | Screen Shot 2021-11-24 at 9.25.51 PM.png |
| | Screen Shot 2021-11-24 at 9.26.07 PM.png |
| | Screen Shot 2021-11-24 at 9.26.52 PM.png |
| | Screen Shot 2021-11-24 at 9.27.02 PM.png |
| | Screen Shot 2021-11-24 at 9.27.32 PM.png |
| | Screen Shot 2021-11-24 at 9.27.44 PM.png |
| | Screen Shot 2021-11-24 at 9.28.15 PM.png |
| | Screen Shot 2021-11-24 at 9.28.25 PM.png |
| | Screen Shot 2021-11-24 at 9.28.44 PM.png |
| | Screen Shot 2021-11-24 at 9.29.32 PM.png |
| | Screen Shot 2021-11-24 at 9.29.43 PM.png |

Good evening, Mr  Clayman,

This is Caleb Williams  Earlier I spoke with Mr  Roberts and Mr  Faulkner in regards to the upcoming Josh Duggar trial  Hopefully this is a good email to send this information  I have been able to assemble some documentation from my computer for you all to review  If you need more, please do not hesitate to reach out  Your email address was listed in a filing from this case

Also, I was completely mistaken about not being at the Wholesale Motorcars lot during the time I was in Arkansas (AR) between May 8, 2019 - May 11, 2019  I do not know if I was on the lot computer or even if I ended up going there  It looks like during my time there, I did odd work for the guys and maybe even Josh Duggar  In the messages between Josh Duggar and I, while I was in AR, as attached in one of these screenshots I am providing, I tell Josh I was planning to come to the lot a couple of days  I apologize for the mistake; I had no intention to mislead you all  It's difficult for me to go back and remember the details of that trip without referencing things from that time

From what I can tell, I left Illinois with my brother David on May 8, 2019, with plans to go to a doctor's appointment and visit my brother Joshua Williams, who was incarcerated in the Benton County jail  During that time, I detailed what looks like two vehicles for Jed Duggar  I may have spent time at the Duggars home, gone to a church in Springdale (see messages with John Boyd), visited the Duggar's house, and even possibly been at the Wholesale Motorcars & Champion Motorcars car lots  On May 11, 2019, I left Arkansas  I drove to the Apple Store at the Galleria Mall in St  Louis, Missouri, for an appointment to repair my damaged iPhone X  Apple replaced my iPhone X and issued an email receipt acknowledging the described transaction  From the Apple Store in St  Louis, it looks like I travelled to my parent's home near Delavan, IL, and took the picture in their kitchen that night  The next day was Sunday, which was also Mothers Day  It looks like our family got together that day, and I will see if I can track any images down from that day

From May 13, 2019 - May 16, 2019, it looks like I was at my grandparent's home in Middletown, IL  There are text messages from that time in the screenshots attached  On May 17, 2019, it looks like I travelled to Indiana with my family for my cousin's wedding

On another note, you may also look into getting records from Roger Smith at S&S near Tontitown  He would work on some of the Duggars cars and Josh Duggars cars

Earlier I left a voice message for Mr  Roberts regarding more information that could prove helpful to you all at trial depending on the defense's intended path regarding me and my past offense  I am attaching a joint stipulation between Alayna (the girl from my case) and me surrounding what happened between us  If it is not helpful, please disregard it  I mention my case because Josh Duggar did know some information about it, and they may try to use it or the result of that case at this trial  I can also track down my final therapy report that speaks to expert analysis of my psychosexual make-up if you all want it

Also, if there was any way to get my bank records and phone records that may prove useful

I hope you all have a nice Thanksgiving!

Sincerely,

Caleb

CONFIDENTIALITY NOTICE  This electronic communication (hereafter "email"), including any and all attachments, may contain confidential or privileged information and is intended solely for use by the individual to whom it is addressed  If the reader of this e-mail is not the intended recipient, or the individual responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited  Please refrain from forwarding this email or any contents herein, electronically, physically, or in any other sundry form  If you received this email in error, please notify the sender, refrain from disclosure of its contents to others, delete it from your system(s), device(s), or account(s) either online or local, and destroy any physical copies or printouts  Any other use of this email and/or attachments is prohibited  Failure to abide by this notice in toto may subject the recipient to legal liability, pursuant to the laws of the State of Illinois and/or the United States of America  This message does not constitute nor seeks to constitute an electronic signature or intent to contract electronically







































Judah Howell on 2019-05-16 at 13.41.12

Uhh u have issues 😂

LOL!!

So were you even using the orange cable by the way?

📄 FullSizeRender-5 ⓘ

Yeah I was I grabbed another one

Oh really?!

I thought you said you had a black one! I'm really sorry man!

I can't use the black till bro Geruit gets the box up

That makes more sense!

I'm just thinking the grass is going to grow 15 feet this year cause I don't want to mow there anymore!

😂





Buddy Danielle Williams on 2019-05-16 at 13.40.32

iMessage with 2178716871
5/16/19, 1:40 PM

Psalms 56:3
3 What time I am afraid, I will trust in thee.

Thanks buddy, I had a horrible dream last night and I've been freaked out all day lol! That's an amazing reminder of what a great God we have ☰

I'm sorry, those hit me too sometimes. Amen! ❤️ 😃 💕

📄 FullSizeRender-3 ℹ️

🤣

So many fears that constantly overwhelm me! And yet, God knows and allows them for now.

By the way, did you see some of my Father's Day products? 😬

Nope, my internet is almost gone and I have to make it last till the 25th so I'm trying to ration it lol!



Buddy Danielle Williams on 2019-05-16 at 13.40.32

it last till the 25th so I'm trying to ration it lol!

Don't want to waste your data, they're on Facebook though

Understood!

When we get to indiana I'll get on their WiFi and check them out

Sweet! I'm leaving here in a bit. Have to finish mowing first!

I cut Judah's house power! With the mower! 🙈🙈🙈🙈

Bahahahaha!!

Is he ticked?? 🥴

He's going to be so mad!

Think he's at work!

Oops 😂😂😂

Hopefully I'll be gone before he detects the damage!



Buddy Danielle Williams on 2019-05-16 at 13.40.32

Oops 😂😂😂

Hopefully I'll be gone before he detects the damage!

How ya gonna fix that?? 😂🙈

Umm... 🏃💥💨

Flee

You're gonna blow up his house?!

Hold on, I wanna come see 🤭

NO!!!! 😂😂😂

Lord willing it's not his new cable that cost over $100 supposedly

It doesn't look like it!

Awko taco...

🎙 ms-tgBuTz ⓘ

Love you buddy!

5/16/19, 7:55 PM





Buddy Danielle Williams on 2019-05-16 at 13.40.32

Tie are not yet

Image-3-1

Image-2-3

Image-1-19

5/16/19, 10:57 PM

Pray for us!! There's no place for us to pull off and this storm is so bad! We can barely see and the wind keeps catching the RV and ripping it to the side

Praying buddy!

Where are y'all at? Maybe I can help you find somewhere to stop?

We're at the toll

Oh ok

Praying for you guys buddy! ❤️







☆ **Apple Saint Louis Galleria** ⌄

Your Apple Store Work Authorization & Service Confirm...

**To:** Caleb Williams

🖨 ← ⟵ →

Thank you for visiting the Apple Store. Below is a copy of your
service record.

|  | Apple Saint Louis Galleria |
|---|---|
| May 11, 2019 | 314 290 0400 |

### Genius Bar Work Authorization & Service Confirmation

Repair No: R422596758

| **Customer Information** | **Product Information** |
|---|---|
| Caleb Williams | Warranty Status: Out of warranty (OW) |
| United States | Model: iPhone X |
|  | Date of Purchase: Nov 12, 2017 |
|  | Serial No: F17VMTGQJCL8 |
|  | IMEI: 359407082775697 |

**Problem Description/Diagnosis**

Issue: Rear glass and front glass is cracked
All cameras on iPhone are non functional
Steps to Reproduce: Verified issue
Customer has AppleCare+ to reduce cost of replacement phone
Customer is making a backup prior to replacement
Cosmetic Condition: Customer states device has not been repaired outside of Apple or contain third–party
modifications or parts. Customer states device has not been exposed to liquid.

No other reported issues
Cracked on both sides
Proposed Resolution: Swap for $99 cost plus tax.
Contact Apple Support Case: 100808571930

Employee 973572330

**Repair Estimate**

| Item Number | Description | | Price | Amount Due | Customer KBB |
|---|---|---|---|---|---|

Cracked on both sides
Proposed Resolution: Swap for $99 cost plus tax.
Contact Apple Support Case: 100808571930

Employee 973572330

**Repair Estimate**

| Item Number | Description | Price | Amount Due | Customer KBB |
|---|---|---|---|---|
| 661-08697 | 256GB, Space Gray, GSM, iPhone X, CI/AR Replacement Serial No: GHLY2SQKJCL8 Replacement IMEI: 354877094551838 | $ 0.00 | $ 0.00 | |
| ACSH0126 | SERVICE FEE FOR IPHONE | $ 99.00 | $ 99.00 | |
| S6284Z/A | IPHONE X FLAT RATE,RETAIL | $ 549.00 | $ 0.00 | |
| | **Total (Tax not included)** | **$ 648.00** | **$ 99.00** | |

The above estimate does not include applicable taxes. Taxes will be calculated at the time of payment.

**Work Authorization.** I agree that the Repair Terms and Conditions on the reverse side of this page will apply to the service of the Product identified above; Apple is not responsible for any loss, corruption, or breach of the data on my product during service; as loss of data may occur as a result of the service, it is my responsibility to make a backup copy of my data before bringing my product to Apple for service; goods presented for repair may be replaced by refurbished goods of the same type rather than being repaired. Refurbished parts may be used to repair the goods.

**Parts and Service**

| Item Number | Description | Price | Amount Due | Customer KBB |
|---|---|---|---|---|
| | Same as described above | | | |
| | **Total (Tax not included)** | **$ 648.00** | **$ 99.00** | |

Thank you for choosing AppleCare for the repair of your Apple Product. To ensure the highest level of quality and reliability, all work is performed by AppleCare certified technicians using genuine Apple parts. Additionally, all repairs are backed by Apple's 90-day service limited warranty, or the original one-year limited warranty, whichever is longer. Note: The items identified above have been exchanged by Apple for new or refurbished parts or products. Any applicable cost is indicated adjacent to the part(s) or product description. Service parts are subject to tax.

If you need any future technical or administrative assistance, please contact AppleCare Support by calling 800-APL-CARE (800-275-2273). Also, answers to many questions regarding the operation of your Apple Product can be found at: http://www.apple.com/support

Repair Terms and Conditions can be found at
http://www.apple.com/legal/sales-support/terms/repair/retailservice.html.





Andrea Howell on 2019-05-04 at 22.48.29

iMessage with +1 (217) 314-0003
5/6/19, 12:55 PM

📄 Image-1 ⓘ

Cutting board! I saw someone say they have glass cutting boards at Dollar Tree

I didn't Know that! Wow!

I think they're small but still good for advertising! Also, I'm not sure if you saw my comment on Mrs. Pagel's post but you could etch pictures on those notebooks and people could use them as memory books!

Thank you! Going to Springfield today Lordwilling, have another order for notebooks!

Praise the Lord!

5/6/19, 7:49 PM

Isaiah 44:22
[22] I have blotted out, as a thick cloud, thy transgressions, and, as a cloud, thy sins: return unto me; for I have redeemed thee.



To: John Boyd                                                    Details

5/7/19, 9:08 PM

"I am crucified with Christ: nevertheless I live; yet not I, but Christ liveth in me: and the life which I now live in the flesh I live by the faith of the Son of God, who loved me, and gave himself for me."
Galatians 2:20

Should be at church tomorrow night! 🙂 I miss you guys!

Great! Missed you too! You here for a while? Or temporarily?

Just until Saturday! If you're not busy, maybe we can hang out? 🙂 🙏

Maybe... busy is my middle name lately

Aww, well if y'all are at church I should see you there. 👍

5/8/19, 9:59 AM

👍

We might find a time to hangout . You have a vehicle?

Yes sir!

5/9/19, 12:33 PM

2 Corinthians 9:8
[8] And God is able to make all grace abound toward you; that ye, always having all sufficiency in all things , may abound to every good work:



Josiah Duggar on 2019-05-08 at 15.14.56

iMessage with +1 (479) 422-7790
5/8/19, 3:14 PM

Cars are reposted

Sorry I can't talk right now... but I can text. Whats up?

There's someone that seems really serious about your Pilot.

Are they looking at it or do they want to look at it?

They're asking if you're willing to take $4400 ?

Want to look

Messenger?

Just gave the address and they asked if $4400 was acceptable

Jed's messenger

I don't know that you are on that one?

Image-1-10 ⓘ

That must be why I haven't seen any comments on the vehicles.

They're posted on both accounts

Trying to get as much exposure as possible.

Should I say no to $4400?

What did I have it posted for?

$4950

Sorry 🙂, not trying to bother you.

I can't remember if it's at the lot or at s&s.

Oh

I think I had some stuff done to it.





Jed Duggar on 2019-05-08 at 16.29.21

iMessage with +1 (479) 770-9335
5/8/19, 4:29 PM

She's planning to come tomorrow!

Who is this?

Caleb

What vehicle is this on?

Oh 🙈

Lelis Hernandez

Si's 2007 Honda Pilot

Cool 👍

$6000 on the journey?

5/9/19, 12:32 PM

2 Corinthians 9:8
[8] And God is able to make all grace abound toward you; that ye, always having all sufficiency in all things , may abound to every good work:

5/10/19, 10:38 PM

📄 jpeg-image-fALT1b ⓘ

2 Cars Detailed (Nissan Versa & Toyota 4Runner)

5/11/19, 1:38 PM

📄 jpeg-image-UT8uTi ⓘ

5/11/19, 3:19 PM

📄 Image-1-3 ⓘ



Grandma Rae Jean Davis on 2019-05-08 at 14.34.14

iMessage with +1 (217) 445-2345
5/8/19, 2:34 PM

Uncle Dave asked where you were when he got to our house awhile ago.  We told him you had already left.  My guess is he wanted to apologize...

Oh dear! Well, I'm not upset with him. Probably will forget soon anyway. ❤️

I'm so glad you are like that 😊

My phone seems fine now

❤️

I think you have magic spit!!

Trying to take what he said and make sure I'm being thoughtful and working hard.

❤️

Praise the Lord!

😌😂🙏❤️

5/10/19, 11:23 AM

As I gathered trash today I thought I would ask a favor for the future.  Any time you have any glass or acrylic with sharp edges can you put it inside a magazine or a Walmart bag wrapped around it before putting it in the trash can?  And maybe just get a kitchen liner for your car trash to go in instead of using the big can with the contractor sized liners...they are a lot more expensive and basically the whole can was filled with the trash from your car.  It's okay (I just pulled it all out by hand) but just change that please.
I'm assuming you are going to your Moms on Sunday, but if not, the Howells and Gills are coming here.
Missing you! 😊

5/10/19, 1:40 PM

Yes ma'am! Thank you for letting me know and I'll do that in the future! How are you feeling? Miss you too Grandma! ❤️❤️

5/10/19, 1:40 PM

Yes ma'am! Thank you for letting me know and I'll do that in the future! How are you feeling? Miss you too Grandma! ❤️❤️

5/10/19, 4:57 PM

I decided to burn the boxes and worked outside a couple of hours.  I actually accidentally burned my eyelids from the fire being so hot but put some aloe on it and it feels much better

5/11/19, 2:28 PM

Goodness gracious! That's crazy! Glad you had aloe on hand. We are driving back now. Lord willing I'll be at your house on Sunday.



iMessage with +1 (217) 314-0003
5/8/19, 7:22 AM

Do you drive past Branson today?



Andrea Howell on 2019-05-08 at 09.02.52

iMessage with +1 (217) 314-0003
5/8/19, 9:02 AM

Sort of, yes ma'am

Springfield, MO

So you go past Springfield?

Yes ma'am

What time are you leaving?

Around 1030

Ok
I'll have this ready. Can you stop on your way or should I bring it over?

I can probably stop by, heading to Lincoln to get David after leaving here

Ok lmk if you want me to bring it

Ok

Thank you

I'll let you know

5/8/19, 10:27 AM

Lmk when you're on your way

I have to run out to the barn for a minute

On my way now

5/9/19, 12:33 PM

2 Corinthians 9:8
[8] And God is able to make all grace abound toward you; that ye, always having all sufficiency in all things , may abound to every good work:

When you get back I need you to help me post on Facebook. I tried to post the Jenga blocks and I can't figure out how to tag your business so I'll just wait til you're back 😊

No problem I'll let you know when I'm back!

Thank you!

When you get back I need you to help me post on Facebook. I tried to post the Jenga blocks and I can't figure out how to tag your business so I'll just wait til you're back 😊

No problem I'll let you know when I'm back!

Thank you!

5/9/19, 5:12 PM

📄 Image-1-4 ⓘ

Another app to check into

5/9/19, 7:05 PM

Thank you aunt Andrea!

5/10/19, 12:05 PM

📄 Image-1 ⓘ

Another idea
Use any branch of service, police badge or maybe a school logo as the 0

Thank you!



Jeanna Gill on 2019-05-07 at 15.32.49

iMessage with +1 (217) 314-0013
5/7/19, 3:32 PM

Want to ride the rest of the way from williamsville with us?

If that's ok, definitely! What time?

I guess 30 minutes before we need to be there.

Ok! Perfect

Thank you!

Yes, I am perfect.

ms-YNip5h

😂 🤣

ms-pUoUb3

🤢 🤮 🙊

Is this uncle Glenn?!?

Yes it was

😂 😂

5/7/19, 6:33 PM

We're here

Still driving towards you

Pulling up

5/7/19, 6:33 PM

We're here

Still driving towards you

Pulling up

5/7/19, 8:56 PM

"I am crucified with Christ: nevertheless I live; yet not I, but Christ liveth in me: and the life which I now live in the flesh I live by the faith of the Son of God, who loved me, and gave himself for me."
Galatians 2:20





5/10/19, 8:30 AM

You up

Awake, yes 😅

Are you up?

No

My body says

Nocco

When are we leaving

🖼 ms-IDksO9 ⓘ

9 am cst

5/10/19, 10:27 AM

https://share.icloud.com/photos/0wZiAjz2rsw7xLRQrnMEHSCQQ

5/10/19, 4:04 PM

Are you coming over here between now and 5ish?

5/10/19, 9:46 PM

Can you send me some pictures of some stuff you have laser engraved?

Sure!

Thanks

🖼 IMG_7100 ⓘ

🖼 IMG_7098 ⓘ

🖼 IMG_7099 ⓘ

🖼 IMG_7097 ⓘ





David Williams on 2019-05-08 at 08.41.31

FullSizeRender

Thanks

No problem

5/11/19, 12:27 AM

Please don't fall asleep coming back man! Hope you had a good time! Love you, good night!

Praying for you

Will do

5/11/19, 9:15 AM

Are you awake?

I was just about to take the Duggar's suburban back

Ok

Can you wait until I get all these blankets? I was going to get a shower too

I mean your car is here too

Ok 👍

No problem

Do you have the keys?

Yes

Ok

I'll put em in the seat

Also did you use those ingredients or no

No sir, completely forgot them! 😬 😬 😬

Ok, see you in a bit

That's fine...do you know where they are at?

