| | |
|---|---|
| **Subject:** | U.S. v. Duggar |
| **Date:** | Saturday, November 27, 2021 at 4:00:34 PM Central Standard Time |
| **From:** | Clayman, William (CRM) |
| **To:** | Justin Gelfand, travis storylawfirm.com, Ian Murphy |
| **CC:** | Roberts, Dustin (USAARW) 12, Marshall, Carly (USAARW) |
| **Attachments:** | [EXTERNAL] More Information _ Caleb Williams.pdf |

Counsel,

We wanted to make you aware of the following two things.  Given the approaching trial date, we do not believe that there will be time to prepare and produce an ROI summarizing this information.

1. On November 24, 2021, Caleb Williams contacted the U.S. Attorney's Office and asked us to contact him.  Later that day, Dustin Roberts and HSI SA Gerald Faulkner contacted Mr. Williams by telephone.  During the call, Mr. Williams said that he had been reading court filings in this case.  He then advised that the computer in the office on your client's former car lot was not a Mac, and that he used The Onion Router but did not use BitTorrent peer-to-peer software.  Towards the end of the day on November 24, 2021, Mr. Williams sent the attached email.

2. During the course of witness preparation, two potential witnesses made the following statements:

    a. David Tyler stated that he went out to your client's car lot approximately five times around the time that he sent the text messages in our exhibit list to your client, that he only saw your client and Randall Berry at your client's car lot, that there were a few times that he was on your client's car lot when your client was not there and Mr. Berry was, and that your client handled his transaction.  Mr. Tyler also stated that he brought up the investigation to your client and your client stated that he had kids himself and would never do that.

    b. Roger Smith stated that your client told him that he thought Josh William's brother was responsible.

Best,
Bill

_____
**William G. Clayman**
Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section
1301 New York Avenue, N.W.
Washington, D.C. 20005
(202) 514-0040 | william.clayman@usdoj.gov