| | |
|---|---|
| **Subject:** | U.S. v. Duggar |
| **Date:** | Sunday, December 5, 2021 at 6:36:38 PM Central Standard Time |
| **From:** | Clayman, William (CRM) |
| **To:** | Justin Gelfand, travis@storylawfirm.com, Ian Murphy |
| **CC:** | Roberts, Dustin (USAARW) 12, Marshall, Carly (USAARW) |
| **Attachments:** | Facebook Screenshots.pdf, Image.pdf, [EXTERNAL] More Documents _ Caleb Williams.pdf |

Counsel,

Please see the attached email from Caleb Williams, screenshots of a Facebook account associated with Caleb Williams, and a previously provided image with additional information.

Thank you,
Bill

_____
**William G. Clayman**
Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section
1301 New York Avenue, N.W.
Washington, D.C. 20005
(202) 514-0040 | [william.clayman@usdoj.gov](mailto:william.clayman@usdoj.gov)