**From:**
**To:** Clayman, William (USAR)
**Subject:** [EXTERNAL] More Documents | Caleb Williams
**Date:** Tuesday, November 30, 2021 10:31:49 PM

Attached are a few more documents I uncovered. There is also a couple pictures from 2018 that jogged my memory about the computer in his office.

I've also found a few more passwords if you all want them.

At some point several of the Duggar guys asked me to run the back ends of some of their social media to help them sell cars. Jed, Josiah, and Joseph I do believe. I still have access to Jed's fake account and Josiah's account.

Also, I am waiting for Travis Story to let me know when he books the flights and when he needs me there. They wanted to ask me questions and I told them no.

Take care!

Sincerely,

Caleb





From: Joshua Duggar joshuaduggar@icloud.com
Subject: Fwd: Document I001290 from S&S AUTO LLC
Date: Nov 17, 2018 at 8:36:37 PM
To: caleb@resalelabs.com

121.83 for this one


Sincerely,

Josh Duggar
479.200.2681 cell
joshuaduggar@icloud.com

Begin forwarded message:

From: "ssautorepair.sales@gmail.com" <manange.online@alldata.com>
Date: November 15, 2018 at 6:13:03 PM CST
To: joshuaduggar@icloud.com
Subject: Document I001290 from S&S AUTO LLC
Reply-To: ssautorepair.sales@gmail.com

Account: DUG001
To: Josh Duggar
From: S&S AUTO LLC
ssautorepair.sales@gmail.com
3617 Old Hwy 68
Springdale
ARKANSAS
72762

3617 Old Hwy 68  
Springdale, AR 72762  
Tel: 479-287-1518  
ssautorepair.sales@gmail.com

Service Advisor: Roger Smith  
Technician: Jeff  
Date: 11-15-2018 6:12 PM  
Estimate: Q001212

**Customer**  
Josh Duggar (DUG001)  
16931 Chamber Springs Rd.  
Siloam Springs AR 72761

Work: 479-200-2681  
joshuaduggar@icloud.com  
Alternative Contact: Josh

**Vehicle**  
2010 Kia Soul +  
2.0 GAS  
KNDJT2A24A7149673

Miles In: 122,492  
Miles Out: 122,492  
License Plate: X196 00

**Work Performed**

**Labor**

| Labor | Tech | Hrs | Price | Discount | Total |
|---|---|---|---|---|---|
| Replace spark plugs and wires. | | 1.20 | 55.00 | 0.00% | 66.00 |

Labor SubTotal  $66.00

**Parts**

| Parts | Part No | Qty | Price | Discount | Total |
|---|---|---|---|---|---|
| NGK G-Power Plug / Spark Plug | NGK7098 | 4.00 | 3.40 | 0.00% | 13.60 |
| Wire Set_W&C / Spark Plug Wire Set | STA27553 | 1.00 | 32.23 | 0.00% | 32.23 |

Parts SubTotal  $45.83

**Total**

Labor  66.00  
Parts  45.83  
Hazmat*  0.00  
Supplies*  10.00  
Taxes  0.00

**Invoice Total  $121.83**

* Shop Supply & Hazmat Fees: This charge represents costs and profits (where applicable) to this repair facility for miscellaneous shop supplies, and/or waste removal

| Date | Method | Reference | Amount |
|---|---|---|---|
| 11-15-2018 | Mastercard | Paid 11 15 2018 | 121.83 |

Payment Totals  121.83  
Balance Due  0.00

**Authorization**  
Original Estimate Total:  
Authorization Method: ☐ email  ☐ text  ☐ phone  ☐ fax  ☐ in person  
Date:  Contact Details:  
Authorized By:

X _____  
Customer Signature

All Sales are Final.



From: Joshua Duggar joshuaduggar@icloud.com
Subject: Fwd: Document I001294 from S&S AUTO LLC
Date: Nov 17, 2018 at 8:34:14 PM
To: caleb@resalelabs.com

$358.21

Sincerely,

Josh Duggar
479.200.2681 cell
joshuaduggar@icloud.com

Begin forwarded message:

From: "ssautorepair.sales@gmail.com" <manange.online@alldata.com>
Date: November 16, 2018 at 1:53:00 PM CST
To: joshuaduggar@icloud.com
Subject: Document I001294 from S&S AUTO LLC
Reply-To: ssautorepair.sales@gmail.com

Account: DUG001
To: Josh Duggar
From: S&S AUTO LLC
ssautorepair.sales@gmail.com
3617 Old Hwy 68
Springdale
ARKANSAS
72762

Please find attached your Invoice

S&S AUTO LLC
3617 Old Hwy 68
Springdale, AR 72762

Invoice I001294
Service Advisor: Roger Smith
Technician: Jeff

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | 1 Rents $ | OMB No. 1545-0115 **2019** Form 1099-MISC | **Miscellaneous Income** |
|---|---|---|---|---|
| Josiah Duggar  Champion Motorcars  548 Arbor Acres Avenue  Springdale, AR 72762 | | 2 Royalties $ | | |
| | | 3 Other income $ | 4 Federal income tax withheld $ | **Copy B For Recipient** |
| PAYER'S TIN  [redacted] | RECIPIENT'S TIN  [redacted] | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| RECIPIENT'S name, street address, city, state, country and ZIP code  Caleb Williams  287 1171st St  Middletown, IL 62666 | | 7 Nonemployee compensation $ 1071.00 | 8 Substitute payments in lieu of dividends or interest $ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| | | 11 | 12 | |
| Account number (see instructions) | FATCA filing requirement ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ -------- $ | 17 State/Payer's state no. -------- | 18 State income $ $ |

Form **1099-MISC**  (keep for your records)  www.irs.gov/Form1099MISC   Department of the Treasury - Internal Revenue Service





