IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 5:21CR50014-001 |
| | ) | |
| JOSHUA JAMES DUGGAR | ) | |

**UNITED STATES' UNOPPOSED MOTION FOR
AN EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR
ACQUITTAL OR IN THE ALTERNATIVE NEW TRIAL**

Comes now the United States of America, by and through Carly Marshall, Assistant United States Attorney for the Western District of Arkansas, and for its Motion for an Extension of Time to File a Response to Defendant's Motion for Acquittal, or in the Alternative New Trial, states as follows:

1. On January 19, 2022, the defendant caused to be filed Defendant's Motion for Judgment of Acquittal or, in the Alternative, Motion for New Trial. (Doc. 131).

2. Per Local Rule 7.2, a responsive brief to the above listed motion is due fourteen (14) days after the motion was filed to the docket, which currently corresponds to February 2, 2022. In order for the Government to fully and completely address all issues raised by the defendant in his motion therein, the Government respectfully requests a nine (9) day extension of the responsive filing deadline. If granted, the new deadline for the Government to file a responsive brief to the defendant's motion would be February 11, 2022.

3. In anticipation of this motion, the Government has conferred with defense counsel, who have no objection to the Government's request for a nine (9) day extension.

1

WHEREFORE, for the foregoing reasons, the United States prays this Court grant an extension of nine (9) days to file its responsive brief to the above listed motion.

Respectfully submitted,

David Clay Fowlkes
United States Attorney

By: */s/ Carly Marshall*
Carly Marshall
Assistant U.S. Attorney
Arkansas Bar No. 2012173
414 Parker Avenue
Fort Smith, AR 72901
Telephone: (479) 783-5125
E-Mail Carly.Marshall@usdoj.gov

## CERTIFICATE OF SERVICE

I, Carly Marshall, Assistant United States Attorney for the Western District of Arkansas, hereby certify that on January 31, 2022, a true and correct copy of the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Justin Gelfand, attorney for the Defendant, Justin@margulisgelfand.com
Travis Story, attorney for the Defendant, Travis@storylawfirm.com
Ian Murphy, attorney for the Defendant, Ian@@margulisgelfand.com

*/s/ Carly Marshall*
Carly Marshall
Assistant U.S. Attorney