

**Acting U.S. Attorney**
**Western District of Arkansas**
**David Clay Fowlkes**

7/16/2021

Justin Gelfand, Travis Story, Greg Payne
Attorneys for Joshua Duggar

       RE:    United States of America v. DUGGAR
                    Case No. 5:21CR50014-001

Defense Counsel:

     Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure and your request for discovery, I am issuing the following notice of intent to call Marshall Kennedy and/or James M. Fottrell as witnesses at trial to illicit, either in combination or independently, expert testimony regarding the computer forensics involved in the instant case. Given that the expert testimony of both witnesses overlap, we will elect closer to trial how to present their testimony such to avoid redundancy.

**Background and Qualifications**

    **A.  Marshall Kennedy**

     Marshall Kennedy is employed as Computer Forensic Analyst (CFA) for the Department of Homeland Security, Homeland Security Investigations, and has been so employed for approximately four (4) years. CFA Kennedy is currently assigned to the Internet Crimes Against Children Taskforce (ICAC) as computer forensic examiner. His testimony and expertise will be based, in part, on his training, which includes over 400 hours of training and education in computer forensics and analysis. Attached is a detailed list of trainings CFA Kennedy has attended.

     CFA Kennedy's testimony and expertise will likewise be based on his experience as a CFA. In his capacity as a CFA, he has conducted over 100 forensic examinations on various digital media devices, including computers, internal/external hard drives, and cellular phones. While employed by HSI, the vast majority of all forensic examinations performed by CFA Kennedy have been in the area of child exploitation, including forensically examining devices in cases involving peer-to-peer programs, such as BitTorrent, and cases dealing with the dark web, including the Tor browser.

    **B.  James M. Fottrell**

     As outlined in the attached *curriculum vitae* and below, Mr. Fottrell's testimony and expertise will be based on his extensive training and experience in computer forensics and analysis and online investigations involving the sexual exploitation of children.

     Mr. Fottrell currently serves as the Director of the High Technology Investigative Unit (HTIU) at the Department of Justice's Child Exploitation and Obscenity Section (CEOS), where

Joshua Duggar Discovery Provided 7-16-2021 012



he has worked since 2002. In his capacity as the Director of HTIU, he supervises a team of Digital Investigative Analysts, who conduct forensic analysis of seized computer systems, servers, mobile devices, and other media to provide investigative and analytical support to prosecutors and law enforcement agents. He also regularly conducts online investigations and analysis of devices and internet technologies used to commit federal child exploitation offenses, including peer-to-peer programs and the Tor network. He has numerous certifications, including certifications in computer evidence recovery training. Mr. Fottrell has also conducted technical training both for attorneys and for investigators in computer forensics and the various methods used to digitally traffic in child sexual abuse material. He has testified as an expert in numerous federal child exploitation trials on the subject of gathering and assessing digital forensic evidence, as well as the investigation of child exploitation crimes on the internet and anonymity websites. Prior to joining HTIU, Mr. Fottrell worked for several years at the U.S. Customs Service's Cybercrime Center, where he was centrally involved in the investigation of technically complex cases, including child exploitation cases. Mr. Fottrell holds a bachelor's degree in computer science.

**Anticipated Testimony**

     **A. Marshall Kennedy-Expert Opinion Disclosure**

In summary, I anticipate that CFA Kennedy, if called as a witness, will provide expert opinion testimony about the results of his forensic examination in this case, which are detailed in his 17-page forensic report provided in discovery, which are incorporated herein by reference, including:

With respect to the HP Desktop computer: a) a forensic examination was conducted via the forensic software identified in his report; b) that he recovered evidence reflecting that the HP computer had a Linux partition installed and likewise had the internet-monitoring software Covenant Eyes installed; c) that his examination revealed that the password for the Windows division of the partition is "joshuajjd" and the password to the Linux partition is "Intel1988"; d) that on the Linux partition, forensic evidence supports that the Tor browser was downloaded, installed, and utilized to download and view child pornography, which is further outlined in the forensic report provided in discovery; e) that on the Linux partition, forensic evidence supports that the BitTorrent client uTorrent was downloaded, installed, and utilized to download and view child pornography, which is further outlined the forensic report; f) that forensic evidence supports that the child pornography files downloaded via both the Tor network using the Tor browser and the uTorrent (BitTorrent client) program were deleted by the user; and h) that the HP computer contained a trademark inscription indicating it was manufactured outside the state of Arkansas

With respect to the MacBook: a) that the forensic examination revealed that your client was backing up or syncing his cellular phone to the MacBook during the timeframe at issue; c) that text messages or other electronic messages sent and received by your client during the timeframe at issue as outlined in Special Agent Faulkner's reports provided in the discovery were recovered from the MacBook; d) that digital photos taken by your client that contain metadata, including geolocation information, as outlined in Special Agent Faulkner's reports provided in the discovery were recovered from the MacBook; e) that the MacBook contained forensic evidence that your client uses or has used the same or a very similar password utilized to access the Linux partition on the HP computer, namely Intel1988, to access other accounts, including his personal bank account, his family's Instagram account, his previous work email account, as well as other commercial accounts such as for his cellular phone service; and f) that the BitTorrent client uTorrent had been installed on the MacBook.

### B. James M. Fottrell-Expert Opinion Disclosure

In summary, I anticipate that if called as a witness, Mr. Fottrell will provide expert testimony confirming and/or independently conveying any and all of the disclosures/opinions listed above under CFA Kennedys expert disclosure section. The basis and reasons supporting Mr. Fottrell's testimony are set out in the findings and results detailed in the Computer Forensic Report and Supplemental Computer Forensic Report prepared by Digital Investigative Analyst Bradley Gordon, both of which Mr. Fottrell reviewed and endorsed and both of which were prepared based on an examination of an image of the HP Desktop computer's hard drive created by CFA Marshall Kennedy. Copies of these reports have been provided to you in discovery and are incorporated into this notice by reference. As part of Mr. Fottrell's process of reviewing and endorsing these reports, Mr. Fottrell reviewed the findings and conclusions, the bases for these findings and conclusions, and the relevant attachments described in the reports. Mr. Fottrell also conducted his own examination of evidence located on the image copies of the seized electronic devices in this case, including your client's MacBook.

I further anticipate Mr. Fottrell's testimony to cover, among other topics: thumbnail image files found on the HP computer and the significance of thumbnail image files; forensic evidence related to the Tor browser found on the HP computer as well as information about the Tor network generally, including that it is a known source of obtaining child pornography; forensic evidence related to the use of uTorrent found on the HP computer as well as information about torrent files and peer-to-peer file-sharing programs generally, including that peer-to-peer file-sharing programs are often used by offenders as a means to obtain child pornography; forensic evidence related the recently-used-file data found on the HP Desktop and the significance of recently-used-file data; and forensic evidence related to files recovered from the allocated and unallocated space on the HP computer, as well as the significance of allocated and unallocated space and of files recovered from these spaces.

If you have any questions, please contact me.

Respectfully,

By:   /s/ *Dustin Roberts*
Dustin Roberts
Assistant U.S. Attorney
Western District of Arkansas

Joshua Duggar Discovery Provided 7-16-2021 014