# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

11/17/2021 15:45 EST                                                                                     Page 1 of 3

**CASE NUMBER**

**CASE OPENED**
10/29/2019

**CURRENT CASE TITLE**
DUGGAR, Joshua

**REPORT TITLE**
Telephonic Interview of Caleb Williams

**REPORTED BY**
Gerald Faulkner
SPECIAL AGENT

**APPROVED BY**
Eric Cardiel
SPECIAL AGENT

**DATE APPROVED**
11/17/2021

**SYNOPSIS**

In October 2019, Homeland Security Investigations (HSI) Special Agents and Task Force Officers assigned to the Assistant Special Agent in Charge Office in Fayetteville, Arkansas (ASAC FU) Internet Crimes Against Children (ICAC) Task Force received lead information from an ICAC Task Force affiliate in reference to an identified computer in the Northwest Arkansas area utilizing an Internet Protocol (IP) address of 167.224.196.113 that was engaged in the sharing of child pornography using file sharing programs via the internet. The IP address was later determined to be subscribed to Joshua DUGGAR at Wholesale Motorcars, 14969 Wildcat Creek Road, Springdale, Arkansas. This investigation is being initiated pursuant to ongoing efforts by HSI ASAC FU ICAC Special Agents and Task Force Officers to locate and identify individuals engaged in the trafficking of child pornography.

GOVERNMENT EXHIBIT 2

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| DUGGAR, Joshua |  | 11/17/2021 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

Joshua Duggar Discovery Provided 11-17-2021_006

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

11/17/2021 15:45 EST                                                                                     Page 2 of 3

## DETAILS OF INVESTIGATION

This report will document the telephonic interview of Caleb Williams.

On November 16, 2021, pursuant to the ongoing investigation into Joshua DUGGAR, Assistant United States Attorneys (AUSA) Carly Marshall and Dustin Roberts along with Department of Justice Trial Attorney (DOJ) William Clayman and Homeland Security Investigations (HSI) Special Agent Gerald Faulkner conducted a telephonic interview of Caleb Williams. Williams attorney, Peter Wise, was also connected to the conference call.

Williams was asked to provide information regarding his whereabouts in May 2019. Based on reviewing the content in his cellular telephone, Williams gave the following timeline of events:

**May 9, 2019**

Williams stated he traveled to the Northwest Arkansas area for a doctor's appointment. Williams believed him and his brother, David, spent the night at the Champion Motorcars lot in a camper trailer after having received permission from Jedidiah Duggar.

**May 10, 2019**

Williams retrieved text messages between him and his brother.

**May 11, 2019**

Williams stated he began heading back to his home in Middletown, Illinois but stopped in St. Louis, Missouri for a service repair to his personal cellphone. Williams located a Work Authorization and Service Confirmation receipt from the Apple Store located at the Galleria in St. Louis, Missouri. The receipt was in connection to having his cracked Apple iPhone screen repaired in person at the business.

**INVESTIGATORS NOTE:** The receipt was emailed to the Government and will be made part of the HSI case file.

Williams located a text message he sent to his grandmother alerting her to the fact he would be home (Williams was living with his grandparent at the time in Middletown, Illinois) on Sunday.

Williams located a picture he took that evening with his cellphone capturing the background of his parents' kitchen. It was noted that his parents reside in Delavan, Illinois.

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| DUGGAR, Joshua |  | 11/17/2021 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

Joshua Duggar Discovery Provided 11-17-2021_007

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

11/17/2021 15:45 EST                                                                                           Page 3 of 3

**INVESTIGATORS NOTE:** The image was emailed to the Government and will be made part of the HSI case file.

**May 12 – May 15, 2019**

Williams stated he was in Middletown, Illinois during this time period. He further advised he produced a live streaming video on Facebook on May 13, 2019 from his grandparents' basement of him utilizing an etching machine to produce products for his business.

**May 16, 2019**

Williams explained he departed Middletown, Illinois and traveled to Indiana to attend a wedding.

Williams was asked if he visited the Wholesale Motorcars lot in May 2019 while he was in the area for his doctor's appointment. Williams stated he did not visit the Wholesale Motorcars business or recall seeing DUGGAR while he was in town.

Williams was questioned if he recalled selling a vehicle from Wholesale Motorcars in March 2019. He said he purchased a Dodge Dakota in Illinois and then drove it down to Northwest Arkansas. DUGGAR had given Williams permission to sell the vehicle on his lot and after the sale, he gave DUGGAR one-hundred dollars for allowing him to sell it on the business property.

Williams was further asked if he remembered emailing DUGGAR multiple United States Postal Service shipping labels. He was aware of the labels and explained he was possibly living with Jim Bob and Michelle Duggar at the time and did not have a printer so he would email the labels to DUGGAR who would then print them out for him.

When asked about knowledge of DUGGAR's personally owned electronic devices, Williams stated he remembered DUGGAR having Apple products but did not recall him owning an HP desktop computer.

It was also noted by Williams that he remembered DUGGAR had a very nice surveillance camera system installed at the Wholesale Motorcars business lot. Williams explained he has been curious with all of the media attention DUGGAR's case has received why no one has mentioned reviewing the surveillance cameras video footage as to who was responsible for the crimes.

Williams and his attorney were then thanked for their cooperation and the call was ended.

INVESTIGATION CONTINUES

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| DUGGAR, Joshua | | 11/17/2021 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE
This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

Joshua Duggar Discovery Provided 11-17-2021_008