**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 5:21-CR-50014-001 |
| v. | ) | |
| | ) | |
| JOSHUA DUGGAR, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF HIS MOTION FOR JUDGMENT OF ACQUITTAL OR, IN THE ALTERNATIVE, NEW TRIAL**

Defendant Joshua James Duggar ("Duggar"), by and through his undersigned counsel, respectfully moves this Court for an extension of time to file a reply in support of his motion for judgment of acquittal or, in the alternative, a new trial. Specifically, Duggar requests the deadline be extended to February 28, 2022.[1]

On January 19, 2022, Duggar filed a motion for judgment of acquittal or, in the alternative, motion for new trial (Doc. 131). On February 11, 2022, the Government filed a responsive brief (Doc. 134).

In order for the defense to fully and completely address all pertinent issues raised by the Government in its response, Duggar respectfully requests an extension of the deadline for filing a reply brief. Specifically, Duggar asks that the deadline be extended to February 28, 2022.

In anticipation of this motion, the defense has conferred with counsel for the Government and the Government has no objection to this request for an extension of the deadline to February 28, 2022.

---

[1] The current deadline is February 18, 2022.

Based on the foregoing, Duggar respectfully requests that this Court grant an extension

until February 28, 2022 to file his reply brief in support of the motion pending before this Court.

**Story Law Firm, PLLC**

/s/ Travis W. Story
Travis W. Story, AR Bar No. 2008278
2603 Main Dr., Ste. 6
Fayetteville, AR 72704
Telephone: (479) 448-3700
Facsimile: (479) 443-3701
travis@storylawfirm.com
greg@storylawfirm.com

and

**Margulis Gelfand, LLC**

/s/ Justin K. Gelfand
JUSTIN K. GELFAND, MO Bar No. 62265
IAN T. MURPHY, MO Bar No. 68289
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
ian@margulisgelfand.com

*Counsel for Duggar*

**Certificate of Service**

I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the United States Attorney.

/s/ Justin K. Gelfand
JUSTIN K. GELFAND, MO Bar No. 62265
IAN T. MURPHY, MO Bar No. 68289
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
ian@margulisgelfand.com

*Counsel for Duggar*