UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**      )<br>                                                               )<br>          **Plaintiff,**                                  )<br>                                                               )<br>     **v.**                                                   )<br>                                                               )<br>**JOSHUA JAMES DUGGAR,**           )<br>                                                               )<br>          **Defendant.**                              ) | **Case No. 5:21-CR-50014-001** |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

Defendant Joshua Duggar ("Duggar"), by and through undersigned counsel, respectfully moves this Court for an extension of the deadline to file objections to the initial disclosure presentence investigation report ("PSR"). (Doc. 135). Specifically, Duggar respectfully seeks a 7-day extension.

The PSR was issued on February 11, 2022, making the deadline for filing objections February 25, 2022. However, Duggar is presently in custody and undersigned counsel requires a brief extension so as to provide sufficient time to meet with Duggar to review the PSR prior to filing any objections. Due to the press of other matters, including preparing the reply in support of Duggar's post-trial motion, undersigned counsel has been unable to discuss the PSR with Duggar, but intends to do so as soon as possible.

Undersigned counsel has conferred with counsel for the United States who represented that the Government does not oppose this request. And undersigned counsel has conferred with the United States Probation Officer who has represented that she takes no position on this request so long as it is approved by this Court. This request is not intended to hinder or unnecessarily delay the proceedings.

Based on the foregoing, Duggar respectfully requests that this Court briefly extend the deadline for filing objections to the PSR to March 4, 2022.

Respectfully Submitted,

**Margulis Gelfand, LLC**

 /s/ Ian T. Murphy
JUSTIN K. GELFAND, MO Bar No. 62265*
IAN T. MURPHY, MO Bar No. 68289*
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
ian@margulisgelfand.com
*Counsel for Defendant*
**Admitted Pro Hac Vice*

--- and ---

**Story Law Firm, PLLC**

/s/ Travis W. Story
Travis W. Story, AR Bar No. 2008278
2603 Main Drive, Suite 106
Fayetteville, AR 72704
Telephone: (479) 448-3700
Facsimile: (479) 443-3701
travis@storylawfirm.com

**Certificate of Service**

I hereby certify that this pleading was filed using this Court's CM/ECF system and that a copy was provided to all counsel of record including the United States Attorney's Office for the Western District of Arkansas.

 /s/ Ian T. Murphy
JUSTIN K. GELFAND, MO Bar No. 62265*
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
ian@margulisgelfand.com
*Counsel for Defendant*
*\*Admitted Pro Hac Vice*
