UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 5:21-CR-50014 |
| v. | ) | |
| | ) | |
| JOSHUA JAMES DUGGAR, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING

Defendant Joshua James Duggar ("Duggar"), by and through undersigned counsel, respectfully requests that this Court continue the sentencing hearing in this case by approximately 30 days. Specifically, the defense would benefit from a brief continuance to provide additional time to pursue additional information and documentation related to a possible 18 U.S.C. § 3553(a) consideration. Additionally, because of certain reasonable COVID-19 precautions understandably instituted at the jail at which Duggar is being detained, it has been more difficult scheduling meetings with Duggar than during more ordinary times. Finally, while defense counsel can and would be available for the current sentencing date, certain scheduling issues arising out of unrelated cases would be more easily resolved if this Court were to grant the requested continuance.

As it stands, Duggar's sentencing hearing is scheduled for April 5, 2022. (Doc. 136). Any sentencing memorandum must be filed 14 days in advance of that date and any motion for downward departure must be filed at least 4 days prior to the hearing. (Doc. 137). Furthermore, at least 3 days prior to sentencing, the parties must notify this Court of any substantive Presentence Investigation Report ("PSR") objections that remain outstanding which will require the Court's

resolution. (*Id.*)

Pending before this Court is Duggar's motion for judgment of acquittal or, in the alternative, motion for new trial (*see* Docs. 131; 134; 142) and the parties' respective objections to the initial disclosure PSR (*see* Docs. 135; 143; 144).

Duggar seeks this brief continuance of the sentencing hearing and related deadlines tethered to the date of sentencing, to allow him sufficient time to obtain certain additional information and documentation relevant to advancing a particular Section 3553(a) factor for this Court's consideration in fashioning the appropriate sentence in this case. Furthermore, because of certain COVID-19 precautions understandably put into place by the facility in which Duggar is detained, the defense has, at times, faced some delay in scheduling certain attorney-client privileged meetings by videoconference with Duggar. As such, the defense would benefit from additional time to meet and confer with Duggar in advance of sentencing. Finally, while defense counsel can and would be available for the hearing as currently scheduled, certain scheduling issues arising out of unrelated cases would be more easily resolved if this Court were to grant the requested continuance.

This request for a brief continuance of the sentencing hearing is not intended to unnecessarily delay or hinder the proceedings but is, instead, made solely so as to allow Duggar sufficient time to acquire all relevant information which will be necessary for fully briefing his Section 3553(a) arguments, to confer with his counsel, and to alleviate certain scheduling issues arising out of unrelated cases.

Undersigned counsel has conferred with counsel for the United States who has represented that the United States defers to this Court on this motion.

Based on the foregoing, Duggar respectfully requests that this Court enter an Order

continuing the sentencing hearing, and all related deadlines, by approximately 30 days, to a date and time that is convenient for this Court and the parties.

                         Respectfully Submitted,

                         **Margulis Gelfand, LLC**

                         /s/ *Ian T. Murphy*
                         JUSTIN K. GELFAND, MO Bar No. 62265*
                         IAN T. MURPHY, MO Bar No. 68289*
                         7700 Bonhomme Ave., Ste. 750
                         St. Louis, MO 63105
                         Telephone: 314.390.0234
                         Facsimile: 314.485.2264
                         justin@margulisgelfand.com
                         ian@margulisgelfand.com
                         **Admitted Pro Hac Vice*

                         --- *and* ---

                         **Story Law Firm, PLLC**

                         */s/ Travis W. Story*
                         Travis W. Story, AR Bar No. 2008278
                         2603 Main Drive, Suite 106
                         Fayetteville, AR 72704
                         Telephone: (479) 448-3700
                         Facsimile: (479) 443-3701
                         travis@storylawfirm.com

**Certificate of Service**

I hereby certify that the foregoing was filed electronically with the Clerk of the Court. I further certify that a copy of the foregoing was served upon counsel for the United States via email.

      /s/ Ian T. Murphy
JUSTIN K. GELFAND, MO Bar No. 62265*
IAN T. MURPHY, MO Bar No. 68289*
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
ian@margulisgelfand.com
*Admitted Pro Hac Vice*