March 7, 2022

The Honorable Timothy L. Brooks
United States District Judge
United States District Court
Western District of Arkansas
35 East Mountain, Room 559
Fayetteville, AR 72701

Your Honor,

I am writing regarding my husband, Joshua Duggar, who will come before you for sentencing. As his spouse of more than 13 years, thank you for taking the time to allow me to share about the man I know and love.

Joshua and I met nearly 16 years ago. As our friendship grew over the next two years, I saw what I know to be even more true today—that Joshua is considerate, respectful, quick to forgive, patient, and genuinely the kindest person I know. We were happily married on September 26, 2008.

During our first few years of marriage, Joshua and I enjoyed working together at our used car lot in Springdale. There, I admired my husband's diligence in his work and also his perspective— that people are more important than a quick sale. Joshua would often spend hours out of his day chatting with and listening to various homeless people who would pass by on the sidewalk. And many of our customers also became our friends. It didn't matter who you were or where you came from; Joshua cared for each person because they are created in the image of God, and that is what determines their value, not social status.

Joshua has worked hard to provide for me and our (now) seven children. But the happiest part of the day by far is when Daddy comes home from work, and his cheerful voice fills the house. "Hey, guys! How's it going? What did you learn about in school today?" are usually the conversation starters in between greeting each of our children. Joshua is an engaged dad who gladly throws a football with his sons, listens to our daughters play a new song they have learned on the piano, helps answer homework questions, or lends a hand sweeping up spilled crackers. He is a kind, loving, supportive, and caring father and husband—his primary focus in life.

My children and I rely on Joshua for financial, emotional, and physical support. Many others depend on Joshua, too. Joshua is a man who frequently volunteers his time, services, and resources, striving to contribute to our community and people in need.

Four years ago, one of our good friends, Clark Wilson, passed away from cancer at the age of 57. Joshua took it upon himself to financially support his widow Denise and the children they still have living at home. For the past 4 years, Joshua has quietly and faithfully made significant financial contributions to meet their needs. This was not because we have excess income, but because Joshua has a compassionate heart, and he is willing to make personal sacrifices for the benefit of others.

Joshua embodies the quote from Ronald Reagan: "There is no limit to the amount of good you can do if you don't care who gets the credit." Joshua is quick to step in and do whatever he can to be a team-builder and help others accomplish their goals without ever needing to receive recognition or praise.

Joshua sees the best in people and is willing to walk alongside them to help make their dreams a reality. Several years ago, a man named Tommy stopped by the car lot. It was shortly after a snowfall. Tommy was looking for work and asked if he could earn some extra cash by doing a quick wash on each of our cars on the lot. Joshua quickly noticed how thorough Tommy was and asked if he would be willing to come by each week to wash our cars. Over time, Joshua offered to help Tommy get set up in business and recommended some of our car dealer friends use his washing services as well. Before long, with Joshua's help, Tommy was able to purchase a truck and some equipment of his own. Tommy hired a few employees and was soon running a successful small business. It felt good knowing my husband saw something in Tommy, and that he had inspired and enabled him to go for the opportunity to better provide for his family as a small business owner. We continued to use Tommy's washing services for many years.

Thank you, Your Honor, for taking these thoughts into consideration. Joshua is surrounded by people who will encourage him to continue to become the best man, father, and employer he can be.

I ask that you consider reuniting us as a family again soon. I understand the seriousness of this matter, however, I respectfully ask that you take this letter into consideration when determining a fair sentence.


Thank you,

Anna Duggar


PO BOX 909   TONTITOWN, AR 72770

March 3, 2022

The Honorable Timothy L. Brooks
United States District Judge
United States District Court
Western District of Arkansas
35 East Mountain, Room 559
Fayetteville, AR 72701

Nicole Burress
2861 S. Barrington Rd.
Tontitown, AR 72762

Dear Judge Brooks,

I understand that you have a sentence to adjudicate for Joshua Duggar, and I wanted to
write to you to share my family's personal interactions with the defendant, in hopes that
you may show mercy in your sentencing.  I want to share with you what I see about
Joshua's attitude of serving others, the children he has raised, and his impact in
ministry despite hardships.

We are neighbors of the Duggar family and our back goat pasture adjoins their cow field.
In our little town, the entire Duggar family is well-known for being service-focused.
Though they don't brag about their service, we often see that after a national disaster,
the Duggar family, including Joshua, quietly step in to help those in need.  When there
was a tornado in Joplin, Missouri, Joshua went to help out.  He has traveled
internationally to serve poor and needy communities.  However, his service isn't limited
to tornados and third-world countries.  He quietly helps families and individuals in our
community in a myriad of ways.

My husband, a financial advisor, was counseling an older widow around three years ago
regarding her financial situation.  During that private meeting, he learned that Joshua
Duggar was sending this widow a regular, and large sum of money to help with her and
her sons' monthly expenses.  He had known their story and felt compassion for them.
When someone needs assistance, Joshua and his wife sacrificially step in to meet the
need.  I have met people to whom he has given cars, in an effort to assist them
financially.  I've heard people gratefully share this information, though Josh himself
would never boast about it or share the information at risk of embarrassing anyone.

If you were to attend a Duggar family get-together, you would not pass through the
home without Joshua introducing himself, learning your story, and humbly attempting
to help you with whatever your situation requires.  If you were to step through the doors,
you would often find him expertly playing hymns on the piano if the room is empty, or
connecting with people if the room is crowded.  He would then be the first to jovially
greet you with a big, "Howdy!"  He would come over to talk, and ask questions to get to
know you better.  He attentively listens to people's hurts and struggles and attempts to
resolve them.  When he is unable to meet a need, Joshua is "The Great Connector".  He

listens to people intently, and then seeks to introduce them to the *one* person who can best care for them.  We have seen this countless times, and have witnessed his service on more than one occasion.

When I was pregnant in early 2020, I contracted Covid and began early contractions.  I visited a local hospital where the masked doctors stood at considerable distance, or gazed at me through thick glass, before sending me home with instructions to pick up anti-diarrheal medicine to "stay hydrated and keep the contractions at bay".  The only challenge: in the early pandemic days, all pharmacies and grocery stores were closed by the time I was discharged, and I was unable to purchase any over-the-counter medication.  By 2 am my contractions were one-minute apart and intense.  I *needed* medication and knew that the hospital was offering me little assistance.  Despite the unreasonable hour, my husband called Joshua Duggar and asked if he had any anti-diarrheal medication to assist me.  After searching his medicine cabinets top to bottom, Joshua found the medicine and then offered to drive it over to our home in the dark hours of the morning.  Before 3am, Joshua had willingly risked exposing himself to a pandemic disease that everyone feared, and that I was miserably suffering from.  Even though my gown-donned doctor stared at me from behind a door, Joshua drove to my door to compassionately hand over medicine to ease my dehydration and end my contractions.  My baby was safely born at term because Joshua stepped in that night, during a most humiliating moment, and did it without a second thought.

As a former pediatric nurse, I have had exposure to thousands upon thousands of children, and I've learned that you can tell a lot about a man by the children he has raised.  I've seen children who are abused, who have cruel parents.  I have seen children who are insecure, who have critical parents.  I have seen children who act out, who have absent parents.  I have the unique opportunity to see Joshua and Anna's children up close, as they are my children's closest and favorite friends.  What I evaluate in the Duggar children as a former pediatric nurse, what I witness in these children as a mother of eight children myself, is *remarkable*.  They are the most cheerful, funny, delightful, respectful, bouncy, well-behaved, thoughtful, adventurous, and inquisitive children I have encountered.  They don't just speak respectfully in my *presence*, my children report how they are honorable in private when they are all playing in the pasture.  They are the type of children who ask permission before staying for dinner, and then compliment the vegetable meal they may not prefer, to consider the needs of others.  They tell clean and hilarious jokes and stories.  They are active and creative, and often tell about what they saw or did with their dad, that taught them something new about the world.  As a nurse, as a mother, I see that this reflects on Joshua.  Kid's don't *typically* and *naturally* grow into amazing productive members of society unless they are cultivated, nurtured, educated, lovingly discipled, and *adored*.  Joshua has been integral in that process with his children, and his children are a testimony to his character as a man and as a daddy.

Joshua was a tremendously involved father who usually had a child at his side while he worked.  If he was driving a big construction truck by our land, he'd honk and wave with an older son proudly waving along behind a seat-belt.  If you stopped by the car lot to say hi, Joshua would have his two little daughters and his wife spending time with him,

just for fun.  He was a man who *chose* to be involved in his children's lives, even during work hours, even when it made life more difficult, even when it wasn't convenient. Though we live in a culture where daddies are distant and distracted with personal pursuits, Josh's life-pursuit has been raising a delightful family, and he has been diligent to raise extraordinary children.  Those children are deeply grieved by his absence, and I beg you, I urge you, to give those children the hope that they will see their daddy soon.

Finally, I want to speak to you about Joshua's relationship with his Savior, Jesus, and how that is even displayed during his life in prison.  We have maintained contact with Joshua and Anna during this difficult time in their lives.  When Joshua was first put into jail, he shared a room with a man who had destroyed his life and needed hope.  Joshua shared with him the good news about Jesus' death for him, and told him about becoming a Christian: a new creation.  The man was converted and his life *dramatically* changed.  When he was released from jail, his wife commented that she had been praying for him for years and was amazed to see what a completely different man he was *because* of what Josh shared.  His alcoholism ceased.  He became involved in church. He had *peace.*  That man passed from Covid just 6 weeks afterward, but his family was left with the knowledge that they will see him again one day in heaven, and *that* is because of Joshua.

I ran into Anna at church the other day.  She was accompanied by a young woman with two sweet little children: one infant in a car seat and one at her side.  I asked if she had a spouse with her.  Her husband was in jail.  Joshua had been speaking with her imprisoned husband that week, and he had connected this woman with Anna and our church, even from his jail cell.  Josh continues to be engaged in ministry to others, even while locked up, even when everything has been taken away.

I understand that none of that religious information may mean anything to you, and that's alright.  I'm not asking you to *understand* what a relationship with Jesus looks like.  But I do ask you to look at the *character* of this man.  Even when he is at his most *horrific* time in life, he is reaching out to others to serve them.  He is a cheerful and encouraging presence to all those around him.

In fact, I was at Anna's house on a Saturday night a few weeks ago, when Joshua called. He devastatingly shared that there was a man who was verbally threatening and abusive to him every time he passed his cell in solitary confinement.  Joshua was discouraged and prayerful, but just days later, the man approached him to apologize.  This hardened criminal stated that he and the other men *knew* that Joshua was innocent.  As inmates, they recognized that sometimes innocent men are in prison and they were so stunned by Joshua's character that they were convinced of his innocence.

You do not need to be convinced of his *innocence*.  I know that decision has been made, and I only humbly implore you to consider the life and character of this man.  Consider Joshua's service to others, consider the type of children he has been raising and how that reflects upon him, and consider his impact in ministry even when enduring this situation.  Most people don't have that type of character even without undergoing the most massive stressor of their lives, yet Joshua Duggar has.  He and his family are not

typical of what this world has to offer—they are *better*.  Please allow Joshua the joy of continuing in ministry to his family, and our community as you consider the duration of his sentence.

With utmost gratitude,


Nicole Burress

3/14/2022

the Honorable Timothy L. Brooks
United States District Judge
United States District Court
Western District of Arkansas
35 E. Mountain, Room 559
Fayetteville, AR 72701

Dear Judge Brooks

I am Writing Concerning Josh Duggar.
I have known of Josh and the Dugg ar
family since they were a very young family,
(he and his siblings). I got to know Josh
personally about 12 years ago, he and
other family members would bring cars
to my son's shop at Tontitown to be worked
on.

Josh would always come in with
a huge smile, always kind and polite,
he would ask me how I was doing
and how the shop was, we would
have a good conversation.

Later Josh started his own car lot
and over the years he kept bringing
us work. Josh and Anna got
married and I was so happy
for them,

As Josh's family started growing

he would have 2 to 3 Children with him in the truck picking up or bringing vehicles, Such a beautiful little family. Josh and Anna such good parents. Josh is a good father And loves his family Very much.

He is also A hard Worker And good Provider for his family.

I think a lot of Josh and his family. He is in my Prayers.

Sincerely

Beverly A. Clinkscales



03/10/2022

The Honorable Timothy L. Brooks
United States District Judge
United States District Court
Western District of Arkansas
35 East Mountain, Room 559
Fayetteville, AR 72701

Dear Judge Timothy L. Brooks,

As the Senior Pastor of Fairpark Baptist Church, and as the brother-in-law to Joshua Duggar, I would like you to know that I have met and talked and prayed with Joshua Duggar, his precious wife Anna Duggar and each of their children for many hours. I believe you should carefully consider the many factors that affect the discretion you retain in your power as you set the sentence for Joshua Duggar.

Joshua Duggar is a friend and my brother-in-law for the past ten years. We have spent a considerable amount of time together through family holidays, vacations, working together and doing projects to help and serve needy people. Here are a few examples:

It was Joshua Duggar who offered to help me finish a large deck project for our In-laws giving of his time and money during Christmas week to complete a large deck with a handicap accessible ramp. It was his generosity and personal initiative that designed the cable railing system for the deck to keep everyone safe and allow wheelchair access to the Keller family's double-wide trailer home. It was the next year that it was Joshua Duggar's generosity and kindness that purchased and installed new appliances for his inlaws. It was Joshua Duggar that sponsored an automatic gate closer for the entrance to their home. It was Joshua Duggar's kindness and generosity that has allowed me to purchase vehicles at his cost including a Honda Pilot that my wife and I enjoyed driving for a number of years as our family vehicle.

It was Joshua Duggar that went out and spent several hundred dollars to decorate and organize our laundry room to make it efficient and beautiful. It was Joshua Duggar who personally donated $2000 a month for the past number of years to support a struggling and needy widow raising her children.

It was Joshua Duggar who has poured out his heart to his wife and children with special effort to love, care and serve them. Once while my family and I were taking a road trip with Joshua Duggar and his family, I observed one of his children misbehaving. I listened as Joshua Duggar stopped the vehicle, took his little one aside privately and lovingly, and patiently talked with his child. I was in awe at the tone and love he showed.

On a number of occasions I have been in Joshua Duggar's home for an overnight visit. I have observed him gather his children and read to them from the Holy Scriptures, the Bible, then pray and then have a beautiful time singing songs about Jesus while playing the piano.

In Joshua Duggar's recent absence, I have enjoyed taking some of his boys to a Christian Retreat for fathers and sons. I prayed with his boys while tucking them into bed. I have heard his young sons pray for you, Judge, by name asking God to work in your heart so their daddy could be home soon. I have also heard them cry themselves to sleep wanting their daddy to be home. I remember this past Christmas their request, "All I want for Christmas is my Daddy"

I have personally observed Joshua Duggar being a man of integrity and take considerable loss after selling a vehicle to a friend of mine at his cost. When the transmission went out of the vehicle a few months later, he went above and beyond the call of duty and replaced the transmission free of charge, even though he lost over a thousand dollars to do so.

Joshua Duggar is a deeply religious and God-fearing man. He lives his life knowing that he will give an account someday to God for the choices and decisions he makes. He has publically owned his mistakes and has been transparent about his faults even when he knows he will be misunderstood, maligned and attacked. He has also chosen not to own something he claims he has not done.

I sat through much of the trial and listened intently to the arguments made by both the defense and the prosecution. I was there when the verdict was read. As a pastor who cares about the spiritual condition of people, I urge you to consider how much his wife and seven children need him in their lives; to be nearby for visits, accessible for communication, and brought back home to provide not just the financial, but spiritual guidance of his family.


Sincerely,


David Waller
Pastor, Fairpark Baptist Church

The Honorable Timothy L. Brooks
United States District Judge
United States District Court
Western District of Arkansas
35 East Mountain, Room 559
Fayetteville, AR 72701

March 1, 2022

Dear Judge Brooks,

Hello, My name is Michael E. Keller and I have served as a volunteer in the Prisons of Florida for over 25 years. I am Anna Duggar's father. My wife and I have been married over 41 years.

I have known Josh Duggar for over 14 years. I have spent a lot of time watching Josh's character over the years. He is very gentle, kind, and polite to everyone I've seen him in contact with. I have never seen him blow up in anger.

I have seen Josh many times go the extra mile to keep peace with others. For example one day I saw him talking to a man that bought a truck from him 2 year previous with no warranty. The man's transmission went out on the pick-up truck and he asked Josh to help him with the bill. I couldn't believe what I heard. Josh said he would pay half of the transmission bill.

Dear Judge Brooks please be merciful to this young man that has a wife and seven children that love him and need him. He is truly a fantastic Daddy and he truly loves his family.

Sincerely,

Michael E. Keller

The Honorable Timothy L. Brooks
John Paul Hammerschmidt Federal Building
35 East Mountain Street
Fayetteville, Arkansas 72701

Your Honor,

Hello. I am writing this letter in regards to the sentencing of my son, Joshua Duggar. My heart is to share some things about Joshua's character that may not be fully known to the court. It is my sincere hope these things are taken into consideration as a fair and just sentence is determined.

Leading up to this sentencing day, I want to make clear that Joshua has friends and family who will love and support him in his abilities to succeed as a husband, father, business owner, and man both now and in the future!

Joshua has a tender heart and he is compassionate toward others. If someone is having a difficult time, he is one of the first to encourage or try to help them in a tangible way. He and his wife and children have helped many others by doing cleaning and repair projects and lending a helping hand. Joshua has always been a positive and upbeat person. He is wise financially—saving money for the future and purposing not to go into debt. He is a good provider for his family, working diligently and thinking of creative ways to support and take care of his wife and children. He is also generous and shares his resources with others in need. One example of his heart to help others is that Joshua has been giving financial assistance to a widow friend of ours for several years.

On a personal level, Joshua is an organized and diligent individual. He has set a good example of applying himself eagerly to his work and in the many other responsibilities that he carries as a husband and father. Joshua is a loving and patient man, striving to be a blessing and provide for his family! He has also spent quality time with his wife and children learning life skills together and going on family outings. Side by side, Joshua and his family have built forts, learned how to work on bicycles and other vehicles, gone camping, hiked, fished, and played countless games and sports—together!

As I look to his return, I stand ready to offer my continued love and encouragement to Joshua and his family and for their success in the future—together! We ask that he would be reunited with his wife and family in a timely manner.

Thank you, Your Honor, for taking these thoughts into consideration. We implore your wisdom for a just decision in this matter. Thank you for your time.

Respectfully,

*Michelle A. Duggar*

Michelle Duggar

Raphael Perez
7410 Willow Oak Ln
Arlington, TX 76001
March 9, 2022

The Honorable Timothy L. Brooks
United States District Judge
United States District Court
Western District of Arkansas
35 East Mountain, Room 559
Fayetteville, AR 72701

Dear Judge Brooks,

I have known Josh Duggar for approximately 14 years. Our families first met at the yearly family conferences held in Big Sandy, Texas in the Spring of 2008.

My wife and I always enjoyed spending time with Josh and his family. He's always had a positive and happy demeanor, and always has words of encouragement with a spirit of willingness to help anyone in whatever way he can. He's cordial, respectful, and exudes a caring passion which is a testament of how well his family had raised him.

Throughout the years whenever my wife and I and our children were visiting in Arkansas we always made it a point to get together and spend time with the family. He always made you feel part of the family. I admire and respect how hard he works at the car dealership to provide for his family, and how grateful he is to have such a beautiful family and how blessed to have such a loving spouse alongside him. On a couple of occasions when visiting his business at the car lot you would find him either fixing some car or assisting some clients, but always found time to make us feel at home. His attentive spirit is always evident when we got together with other fathers and the family in general; always eager to know how you were doing at work, in business, and always ready to help in whatever way he could.

My wife and I invariably admired how attentive and caring he was with his family, especially during the times when his wife Anna was nearing the time to give birth. Ever the caring father and husband, he made sure she was always relaxed knowing that he would take care of the kids and made sure the house was clean and well kept. When you see the family together you witnessed the genuine love that they share for one another. The kids roaming about playing, but always returning to their daddy for guidance, comfort and love. These moments are precious. Being the grandparents of ten grandchildren, when my wife and I see how these precious children interact with their daddy brings tears of joy to our hears because it reminds us how special these moments are. When Josh's oldest son, Michael, came one day to tell his dad that he also wants to own a car dealership someday our hearts just melted. We had just witnessed the admiration that this young man has for his father and how special that relationship is. Seeing this reminded us how special a relationship Josh has had with his father as well. Aside from running his own car lot and dabbling with real estate, he has also gleaned much knowledge working side by side with his father.

Having had the privilege of knowing Josh and seeing how he and his wife and children have such a special love for one another, I pray, Your Honor, for mercy as you render your decision. Thank you for your time and consideration, and may God bless you and your family.

With sincere respect,

*Raphael Perez*

Raphael Perez

The Honorable Timothy L. Brooks

United States District Judge

United States District Court

Western District of Arkansas

35 East Mountain, Room 559

Fayetteville, AR 72701


Dear Honorable Timothy L. Brooks,

My name is LaCount Reber.  I am writing on behalf of Joshua Duggar, to share with you my personal observations, after he came to live with our family this past year leading up to his trial.  This living arrangement allowed us to get to know him and his family.

Joshua displayed a great amount of patience and kindness as he interacted with his wife and children.  During their visits I would often see him playing games, reading a book, constructing legos, playing basketball, throwing a football or taking walks with his wife and children.  Joshua displayed a great deal of care and consideration as he interacted with them.  He would patiently instruct his children, for example when it was time to clean up toys or tidy the area by encouraging and walking through the process with them and showing by example what he wanted them to do, patiently following through until the task was completed.

I noticed that Joshua was conscientious about following the rules that were set by the court during his stay with us.  He was given very specific guidelines relating to times of departure and return from work.  He would set his alarm to make sure that he left exactly during the window that he was given.  I do not recall that he ever violated any of the guidelines or rules that were set for him.

It was interesting to see that Joshua always seemed to have a good attitude, throughout the discouraging circumstances that he was facing.  His demeanor and interactions with us were always respectful.  In every situation he always looked for ways to be helpful.  For example, Joshua took the time to clean out our carport and helped us create space so that we could park our cars.  He was always willing to help around the house, even with the smallest tasks, like taking out the garbage.  On his own accord he would see a situation that needed some help and would voluntarily pitch in to try to fix it.  For example he saw that our kitchen cabinets needed some attention, so he brought some wood conditioner and put it on the cabinets.

I know that Joshua helped another family, when he had the opportunity to meet their need, by providing a living situation for them.  This selfless action reflects a heart of compassion and generosity.

Joshua's attitude and actions were a display of kindness and respect toward our family.  He was conscientious in following the guidelines and rules of the court down to the smallest details.  His love and care toward his wife and children was evident in the way that he interacted with them.  Joshua's selfless actions displayed a heart of compassion and generosity.

I would be willing to appear before the court to offer support or provide a verbal statement.

Sincerely,

LaCount Reber

The Honorable Timothy L. Brooks                                    March 8, 2022
United States District Judge
United States District Court
Western District of Arkansas
35 East Mountain, Room 559
Fayetteville, AR 72701

Dear Judge Timothy L. Brooks,

Thank you for your service to our country through the justice system. I don't know how hard it is to be a judge, but I imagine it is not an easy position. I pray that the Lord would give you wisdom from above. I want to thank you for taking the time to read this brief letter to share some of my experiences with Joshua Duggar and who I know him to be. I have known Joshua Duggar for just over ten years. I first met him around the time when my brother David Waller married Priscilla Waller, Anna Duggar's sister. I have enjoyed my time visiting and hanging out with him over the years. Joshua Duggar has been very kind and generous to open his home to us many times when we were on the road. He made us feel at home providing us a comfortable place to stay. Joshua Duggar has been very generous and hospitable over the years.

In 2014 Joshua Duggar kindly allowed us to use his personal motorhome for 2 months to travel 12,000 miles around the country to do ministry. This was a huge blessing to us because initially we started to do this ministry trip in a van which was much smaller more difficult for long hours on the road. Traveling in an RV was a tremendous relief, it was nice to be able to have space to stretch out and move around with many hours on the road. He was very gracious even when we returned it with a few problems that it didn't have at the start of the trip. By the end of the trip most of the roof had started to peel off and we eventually blew up the engine even with all of this he did not get worked up or frustrated but was patient and gracious.

Joshua Duggar is very giving and kind. There have been several occasions that he let us use a vehicle to visit friends and to get around town when we didn't have a vehicle ourselves. He also made sure we had a comfortable place to stay while we were in town visiting with friends during new year's. I have enjoyed our conversations together; his down to earth humor and positive attitude are enjoyable to be around.

A couple years ago my brother and his wife were both part of a bridal party and I was overseeing four of my nieces and nephews and trying to help them get ready for the wedding. I wasn't sure how I was going to do it but thankfully Joshua & Anna Duggar were there to help in keeping them entertained and feeding them lunch while I got the others ready. Their initiative and giving ways have been a great encouragement and a blessing to me. Hopefully this gives some insight into Joshua Duggar as a person.

Sincerely,

Samuel Waller
44563 Deerwood Trail,
Harris, MN 55032

March 10, 2022

The Honorable Timothy L. Brooks
United States District Judge
United States District Court
Western District of Arkansas
35 East Mountain, Room 559
Fayetteville, AR 72701

Timothy Burress
2861 S. Barrington Rd.
Tontitown, AR 72762

Dear Judge Brooks,

I'm a Financial Advisor and City Council member in Tontitown, Arkansas, and I live
with my family on a hobby farm near Joshua Duggar's family. Before we moved to
Arkansas, I had the opportunity to attend a men's Bible conference out of state, and it
was there that I met the defendant. I didn't know much about him at the time, outside of
what I glanced at in grocery store check-out lines. Apparently, this man was famous in
some circles and was of great interest to a large segment of America. He wasn't to me.

Since I was not a fan or regular viewer of the show, I didn't know much about his life. I
remember that weekend when I first met him. As I attended meetings and listened to
other men share, Joshua would speak up and contribute. After a few days, he cheerfully
came up to my table and we spoke for awhile. I told him that I didn't expect to like him.
He chuckled and responded graciously.

Just a few years after that, I moved to Northwest Arkansas. When my family and I had
few contacts, Joshua and his wife stopped by the house with flowers to welcome us to
town. From that moment on, I began a friendship with Josh.

I learned that Josh is a people-person. He *loves* to be around people, he loves to give to
others. He was always very aware of what was going on politically, and was involved in
any way he could, often in socially unpopular ways. He followed his Christian
convictions, and that made him wildly disliked in certain circles. Still, he remained true
to what he believed.

But I also encountered an oddity about this family. While I didn't care who they were or
what they did professionally on television, and chose not to watch their show from my
Arkansas home, there were many people who were very aware and passionate about
their "fame". The Duggars invited my entire family to go to Silver Dollar City with them,
and they even offered us the spare tickets which they had. While we anticipated a quiet
family day at a theme park, we found that the family was approached hundreds of times
by onlookers. People were eager to meet the Duggars, take photos with them, and speak
with them about how their lives had been positively changed by the Duggar family. This

was not at all what I had anticipated for the day, and I can't imagine a life without privacy or quiet. Yet Joshua and the Duggar family were continually gracious and kind. We drove up north with them to Branson in their bus, we drove home with them, and we found that they were authentically gentle and humble people, whether they were being observed or not. The years that we have known them since that time has proved nothing contrary.

However, we have also learned that this family, through their quiet display of conservative values, and their outspoken political views, have inadvertently created a multitude of enemies. While thousands of people have thanked them for presenting a positive example and changing their lives, numerous individuals have made threats on their family. They are photographed secretly wherever they are, men lurk at their property day and night to get gossip, and even close acquaintances sell them out for a price to tabloids or social media attention. Someone who claims to be a close friend one year, and freely accepts all the Duggar family has to offer, then seeks greater renown by reporting stories about them: true or false. Their children are aware of "paparazzi" and know that strangers call them by name. They live in a fishbowl.

We went over to babysit the kids when Joshua knew he was being called in by Homeland Security, and we had to keep the blinds closed and keep the children out of the large front yard. Tabloids reported story after story regarding what was going on. Nearly none of it was true.

I would *never* want to live like that. I like privacy and simplicity. I frankly like that I can have a grumpy moment which won't be displayed before the entire world. So why does this family put up with this peculiar way of life? They can't go to the grocery store uninterrupted. If they were to have a toddler melt-down in Walmart, it would make the evening news. They have thousands of people who not only make public and written threats, but who try to find ways to bring them down, whether their claims are true or false. Would any *sane* man choose this life?

Josh *didn't* choose this life for his family, and he certainly didn't anticipate these long-reaching consequences of notoriety. However, he continued in his public lifestyle so that he could extend a Biblical message of hope to others. He doesn't claim that his family is perfect. In fact, he has willingly and publicly admitted to *past* sins and errors. Yet he shares his struggles and overcoming, and has ministered to countless others *through* that. Men who have battled in the same sins that Joshua has admitted to, and marriages which have been devastated by errors, have found encouragement by Joshua's commitment to improve himself and his marriage. He believes that authentically sharing his life and encouraging others is *worth* the sacrifice of his privacy, and *worth* making himself a target to others with specific political agendas.

Being involved in local government here in Arkansas has allowed me to see that there are some evil men in positions of power. I've seen political figures with secrets to hide, with whom lies are a natural and easy part of conversation, and who hide their morally corrupt lives. I've seen this, and it was so discouraging and devastating to witness that I

nearly resigned from all political service. Joshua was *not* among those evil men. Yet he made himself a political enemy of men *like* that, and that *does* bear consequences. And, even still, he hasn't "resigned" from service like I was tempted to do.

When Joshua was first released from prison for this criminal accusation, I reached out to him and came to visit him at a house that he was renovating. I brought lunch as he was unable to travel freely due to an ankle monitor and he was committed to walking obediently to the court's requests. I saw him and asked what was up.

He responded simply with, "Well, I didn't do what they said I did," but went on to share how he was growing in God, what sermons he was listening to and was challenged by, and how his family was holding up. He was humble, he was transparent, and despite this awful situation, he remained others-focused. He freely admitted to his past sins, and yet gently maintained his innocence regarding his predicament. He didn't whine or fight or flee or shout. He merely maintained his innocent status, and continued to work and serve any others who would dare be associated with him.

Joshua loves to connect with people. He loves to serve people. He has compassion on those who are suffering. It was this that led him to hire an unscrupulous young man with a history of harm to minors, who he thought needed a second chance, in an isolated way, away from those who could be harmed. Unfortunately, those who are gentle and pure tend to think all are that way, and his lack of knowledge about the evil of others may have created his current problem.

To legally punish and destroy anyone who would harm a child, should be our country's *primary* moral priority. However, you should be aware that there are many people, movements, and groups that believe that to destroy the Duggar family would be an equivalent moral success, as the Duggars stand in the way of the lifestyles that they wish to promote.

While Mr. Duggar's guilt has already been determined by this court, I ask you to look at the *entire* character of this man, a man who has been unable to have any secrets since his pre-teen years, and consider the fact that he has had nowhere to hide, and will continue to have no privacy in the future. If he were in fact guilty to the fullest extent of the law, boundless evidence would have surfaced and could serve to convict him at any time in the future. If, however, there is *any* chance at all that his current situation seems in your eyes to stand in stark contrast to his character, his past behavior, the lifestyle he proclaims to advance, and even to his willingness to confess to any past missteps, I ask you to *hesitate* as you deliberate and be *compassionate* in your sentencing.

No legal system can be perfect, but it should *aim* to be. It should examine the enemies who may seek to profit from a man's downfall. It should regard a man's life's work to see if the accusation matches up with the nature of the man. I understand that Joshua's conviction was made by a jury of his peers with the information they were presented, but you, as the authority over justice, can consider the integrity of this man as those around him see it, and abdicate mercilessness in favor of hope and redemption.

Josh spends his days now leading men's Bible studies in prison twice each day and a nightly prayer call with numerous other inmates. As he continues to serve the men around him, I ask you to consider if his actions truly match the nature of this man as he has been presented to you. I have spoken to him since his incarceration. His current behavior does, absolutely, represent the character of the man that I have come to know as a friend. He is a father of 7, a loving husband, an outgoing friend to all, an outspoken Christian, a man who is always willing to help out others and extend to them a second-chance and a life of purpose, even if it costs him everything. Please show compassion on Joshua Duggar as you determine your sentence.

With My Best Regards and Gratitude,


Timothy A. Burress