**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

V.                                    CASE NO. 5:21-CR-50014-001

**JOSHUA JAMES DUGGAR**                                                                **DEFENDANT**

## ORDER

**IT IS ORDERED** that during the sentencing hearing scheduled for May 25, 2022, members of the public and the media are **PROHIBITED** from entering the courthouse with cellular phones, recording devices, or any other type of electronic device, such as laptop computers or tablets, unless the Court grants specific, advance permission. All counsel and their assistants sitting inside the rail of the courtroom are exempted from this Order; however, each party is instructed to email the Courtroom Deputy at least one day prior to the hearing with the names of those trial team members who will bring electronic devices and a brief description of each device.

**IT IS SO ORDERED** on this 19th day of May, 2022.

                                                                    */s/ Timothy L. Brooks*
                                                                   TIMOTHY L. BROOKS
                                                                   UNITED STATES DISTRICT JUDGE