Your Honor,

My name is Denise Wilson, and I am a friend of Josh Duggar.

I first met Josh when he was nine years old. Him and his family were very outgoing and friendly to all of us. We got to know the family even better when my husband became the Duggar family's pastor. My husband counseled Josh as Josh yearned to better himself in any way he could. Josh led our singing at times and was eager to do so. He always was finding ways to encourage others. Josh was serving, outgoing, and friendly while constantly seeking to help others of all ages.

We continued to grow even closer to Josh as my husband and I spent time on a daily basis in his and Anna's home for over a year. I was impressed with Josh's eagerness to learn and to work. He joyfully served, offering words of encouragement to everyone, and being lighthearted.

Josh has a heart of giving, serving, and blessing others. Josh gave us a nice trailer for our family music ministry, even putting our family's name on it. I was shocked and delighted at how professional and beautiful it was- an example of his joyful and giving heart! Josh remained to same in giving, serving, blessing, being authentic and humble at all times. Despite all that he had been through, he continued to be all these things and more.

I saw Josh as a loving husband to Anna, respecting her and serving her. I saw his devotion to his children by paying attention to their needs and encouraging them to live right. I saw the way he honored his parents in the way he treated them with such respect.

The biggest two things, to me, was after my Husband got sick and was not able to work for close to four years. We had travelled back to Arkansas to work with the Duggars, and Josh was right there helping my husband do whatever needed to be done. After the Lord took my husband to Heaven, Josh and his family traveled several hours for his service to be there for me and my nine children.

Josh told me he and Anna were going to support me and my family monthly to keep up my finances. When he told me how much it would be, I was shocked- it was a gracious amount! Josh acted as if it were just a natural thing to do. He told me, "We're just doing what the Bible says... to have pure religion is to visit the Fatherless and Widows in their affliction." That is exactly what Josh and Anna did for me. They were there for me and have been there for me these past four years. I have been abundantly blessed, and the Lord has sustained me through their generosity.

My most recent time in Arkansas, I needed something checked on my car before travelling back home, so I stopped by their shop. Josh was incredibly busy, but he came out anyway and fixed what was needed without charging me. This was a huge blessing.

Recently, Anna called crying, saying they are not able to do this now because of their situation, despite how much they wanted to continue to support me. I explained that they have been an

extraordinary act of LOVE and GENEROSITY to me, and I know the Lord will continue to provide for me as he promised.

I'm truly grateful for the love and support they gave for four years, and I know they will be blessed because of it. I could share many more stories, I but wanted to express that Josh has been there for my family and me. He has continued to demonstrate his humble, accountable, and servant's heart whenever and wherever he can.

I will forever be grateful for the Duggar family.

Blessings and thank you for your time,

*Denise Wilson*
Denise Wilson