IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | | |
|---|---|---|---|
| CRIMINAL NO.: | 5:21-CR-50014-001 | USA v. JOSHUA JAMES DUGGAR | |
| COURT PERSONNEL: | | APPEARANCES: | |
| Judge: | TIMOTHY L. BROOKS | Govt.: | DUSTIN ROBERTS<br>CARLY MARSHALL<br>WILLIAM CLAYMAN |
| Clerk: | SHERI CRAIG | Deft.: | JUSTIN GELFAND<br>IAN MURPHY<br>TRAVIS STORY |
| Reporter: | PAULA BARDEN | | |

## SENTENCING MINUTE SHEET

On this date the above named Defendant appeared in person and with counsel for sentencing.

- (X) Inquiry made whether Defendant is under the influence of any substance that would impair the ability to comprehend the proceedings.

- (X) Inquiry made that Defendant is satisfied with counsel.

- (X) Court determined that Defendant and counsel have had opportunity to read and discuss presentence investigation report.

- (X) Count 2 dismissed on motion by the Government.

- (X) Argument by Counsel regarding objections.

- (X) Court rules on objections from the Bench.

- (X) Presentence investigation report reviewed in open court.

- (X) Attorney for Government afforded opportunity to make statement to Court.

- (X) Counsel for Defendant afforded opportunity to speak on behalf of Defendant.

CRIMINAL NO.:     5:21-CR-50014-001

(X)   Defendant afforded opportunity to make statement and present information in mitigation of sentence.

(X)   Court proceeded to impose sentence as follows:

151 months imprisonment; 20 years supervised release; $10,000.00 fine imposed - interest waived.

(X)   Defendant ordered to comply with standard conditions of supervised release.

(X)   Defendant ordered to comply with the special conditions of supervised release set forth in the Judgment, as well as:

1.   The Defendant shall have no unsupervised contact with minors. If there is a concern about the potential for inadvertent contact with a minor at a particular place, function, or event, then the Defendant shall get approval from the U.S. Probation Office before attending any such place, function, or event.

2.   The Defendant shall submit his person, residence, place of employment, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner based upon reasonable suspicion that a violation of any condition of supervised release might thereby be disclosed.

3.   Except for purposes of employment (when the Defendant is working on his employer's premises using his employer's computers and devices), the Defendant shall not possess, use, or have access to a computer or any other electronic device that has Internet or photograph storage capabilities without prior advance notice and approval of the U.S. Probation Office. Reasonable requests by the Defendant for such approval should not be denied, provided that the Defendant allows the U.S. Probation Office to install Internet-monitoring software, the Defendant pays for the software, and Defendant submits to random searches of his computers, electronic devices, and peripherals.

CRIMINAL NO.:    5:21-CR-50014-001

    4.    The Defendant shall not purchase, possess, use, distribute, or administer marijuana or obtain or possess a medical marijuana card or prescription. If the Defendant is currently in possession of a medical marijuana card, he will turn it over immediately to the probation office.

    5.    The Defendant must participate in a sex offense-specific treatment program. The Defendant must pay for the costs of the program if financially able.

    6.    The Defendant shall be required to submit to periodic polygraph testing at the discretion of the probation office as a means to ensure that he is in compliance with the requirements of his supervision or treatment program.

(X)    Defendant ordered to pay a total special assessment of $100.00, an additional special of $5,000.00, and a special assessment of $35,000.00 (pursuant to 18 USC § 2259A), which shall be due immediately.

(X)    Defendant advised of appeal rights.

(X)    Defendant remanded to custody of USMS.

DATE:  May 25, 2022                                Proceeding began: 9:35 am

                                                                                     ended: 2:58 pm