IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

V.                           CASE NO. 5:21-CR-50014

JOSHUA JAMES DUGGAR                                              DEFENDANT

## ORDER

Defendant Joshua James Duggar was convicted by a jury of one count of receipt of child pornography and one count of possession of child pornography. As the Court acknowledged on the record during the sentencing hearing today, the possession conviction, which is Count Two of the Indictment (Doc. 1), is a lesser-included offense of the receipt conviction. Therefore, the jury's verdict on Count Two is **VACATED**, and Count Two is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 25th day of May, 2022.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE