IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CRIMINAL NO. 5:21-CR-50014-001 |
| | ) |
| JOSHUA JAMES DUGGAR | ) |

**PRELIMINARY ORDER OF FORFEITURE**

On April 28, 2021, a Grand Jury sitting in the Western District of Arkansas returned an Indictment against the Defendant, Joshua James Duggar, charging him with one count of Receipt of Child Pornography, in violation of Title 18 U.S.C. §§ 2252A(a)(2) and (b)(1); one count of Possession of Child Pornography, in violation of Title 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2); and a forfeiture allegation.

In the forfeiture allegation of the Indictment, the United States seeks forfeiture, pursuant to Title 18 U.S.C. § 2253 of:

1. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter, which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the offenses in the Indictment;

2. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses in the Indictment; and,

3. Any property, real or personal, including any and all computer equipment, used or intended to be used to commit or to promote the commission of the offenses in the Indictment, or any property traceable to such property, including, but not limited to computer equipment used in the commission of the offenses in the Indictment.

On November 1, 2021, the United States filed a Bill of Particulars, providing notice to the Defendant of its intent to seek forfeiture of an HP Desktop All-In-One Model 27-a257c, serial number 8CC7201326. (Doc. 64). On December 9, 2021, the Defendant was found guilty of the

offenses charged in Counts One and Two of the Indictment. (Doc. 120). After the finding of guilt by the jury, neither the United States nor the Defendant requested that the jury be retained to determine the forfeitability of the HP Desktop All-In-One Model 27-a257c, serial number 8CC7201326.

Accordingly, it is hereby ORDERED, DECREED AND ADJUDGED:

1. That based upon the guilty verdict of the Defendant as to Counts One and Two, and the evidence already in the record, the following asset is subject to forfeiture to the United States: **HP Desktop All-In-One Model 27-a257c, serial number: 8CC7201326,** as property facilitating illegal conduct or as property involved in illegal conduct giving rise to forfeiture.

2. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States is authorized to seize the specific property that is subject to forfeiture as set forth herein in this Order, to conduct any discovery the Court considers proper in identifying, locating or disposing of the property; and to commence proceedings that comply with any statutes governing third-party rights. However, the HP Desktop All-In-One Model 27-a257c, serial number 8CC7201326 shall be maintained and preserved in its current, unaltered state pending further orders of the Court.

3. Upon entry of this Order, the United States is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

4. The United States shall publish notice of this order pursuant to Fed. R. Crim. P. 32.2(b)(6).

5. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(c), in which all interests will be addressed.

IT IS SO ORDERED this 26th day of May, 2022.

_____
HONORABLE TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE