# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | Case No. 5:21-CR-50014-TLB |
| v.   ) | |
| ) | |
| JOSHUA JAMES DUGGAR,   ) | |
| ) | |
| Defendant.   ) | |

## NOTICE OF APPEAL

Notice is hereby given that Joshua James Duggar ("Duggar"), the defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from this Court's Judgment in a Criminal Case entered May 27, 2022, reflecting a conviction on Count One and a sentence for Count One. (Doc. 162). Count Two was dismissed by the United States District Court for the Western District of Arkansas on May 25, 2022. (*See* Doc. 159).

Duggar respectfully provides notice of his intent to evaluate and pursue any and all meritorious arguments in his appeal to the United States Court of Appeals for the Eighth Circuit.

This Notice is timely as it is being filed within fourteen days after the entry of the judgment being appealed: the judgment of conviction (Doc. 162). *See* Federal Rule of Appellate Procedure 4. This Notice is being filed by Duggar's trial counsel, Justin K. Gelfand, Ian. T. Murphy, and Travis W. Story, each of whom is admitted to practice before the United States Court of Appeals for the Eighth Circuit, on Duggar's behalf and pursuant to Duggar's request. Undersigned counsel intend to represent Duggar on appeal.

Respectfully submitted,

**Margulis Gelfand, LLC**

*/s/ Justin K. Gelfand*
JUSTIN K. GELFAND, MO Bar No. 62265*
IAN T. MURPHY, MO Bar No. 68289*
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
ian@margulisgelfand.com
*Counsel for Duggar*
*admitted *pro hac vice*

--and—

**Story Law Firm, PLLC**

*/s/ Travis W. Story*
Travis W. Story, AR Bar No. 2008278
2603 Main Dr., Ste. 6
Fayetteville, AR 72704
Telephone: 479.448.3700
Facsimile: 479.443.3701
travis@storylawfirm.com

2

## Certificate of Service

I hereby certify that I filed the foregoing through the Court's CM/ECF system which will provide notice of filing to all counsel of record.

    /s/ Justin K. Gelfand
JUSTIN K. GELFAND, MO Bar No. 62265*
IAN T. MURPHY, MO Bar No. 68289*
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
ian@margulisgelfand.com
*Counsel for Duggar*
*admitted *pro hac vice*