# TRANSMITTAL SHEET

TO:  Clerk, 8th Circuit Ct of Appeals                    Date:   6/17/2022

From:  Clerk, District Court WD/AR  Fayetteville  Division

Appeal No.   22-2178

District Court No.    5:21CR50014-001-TLB

Case Style:    USA   vs. Joshua James Duggar.

**TRANSMITTED HEREWITH:**

|    | Original file |    | Designated Clerk's Record |
|----|---------------|----|---------------------------|
|    |               | XX | Presentence Report        |
|    | Transcripts: #24, 77, 102, 123, 124, 125, 126, 127, 128, 129, 130, 164 | XX | Statement of Reasons |
|    |               | XX | Sentencing Recommendations |
|    |               |    | (In triplicate)           |
|    |               |    |                           |

EXHIBITS:

| Plaintiffs | Defendants | Joint |
|------------|------------|-------|
|            |            |       |
|            |            |       |
|            |            |       |
|            |            |       |
|            |            |       |

Comments:   SENT UPS

**ALL ARE COPIES... NO NEED TO RETURN**