IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Case No. 5:21-CR-50014-001 |
| | ) | |
| JOSHUA JAMES DUGGAR | ) | |

**PROOF OF PUBLICATION**

Notice of Forfeiture Action, attached hereto and marked as Exhibit "A," reflects publication on an official government internet site (www.forfeiture.gov) for at least thirty (30) consecutive days beginning on May 28, 2022 and ending on June 26, 2022, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, as evidence by the Advertisement Certification Report, attached hereto and marked as Exhibit "B."

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on this 29th day of June, 2022.

Respectfully submitted
DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By  */s/ Aaron Jennen*

Aaron Jennen
Assistant United States Attorney
Arkansas Bar No. 2004156
414 Parker Avenue
Fort Smith, Arkansas 72901
479-783-5125
E-mail Aaron.Jennen@usdoj.gov