IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 5:21-CR-50014-001 |
| | ) | |
| JOSHUA DUGGAR | ) | |

## FINAL ORDER OF FORFEITURE

On May 26, 2022, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed. R. Crim. P. 32.2(b). (Doc. 160). In the Preliminary Order of Forfeiture, a HP Desktop All-In-One Model 27-a527c, serial number 8CC7201326, was forfeited to the United States pursuant to Title 18 U.S.C. § 2253.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On June 29, 2022, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. The deadline for filing claims was July 27, 2022. No third-party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly, it is hereby ORDERED, DECREED, AND ADJUDGED:

That pursuant to Fed. R. Crim. P. 32.2(c)(2), the Preliminary Order of Forfeiture shall become final at this time.

IT IS SO ORDERED on this 11th day of August, 2022.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE