## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 22-2178

United States of America

Appellee

v.

Joshua James Duggar

Appellant

---

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:21-cr-50014-TLB-1)

---

### MANDATE

In accordance with the opinion and judgment of August 7, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 05, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit