# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2178

United States of America

Plaintiff - Appellee

v.

Joshua James Duggar

Defendant - Appellant

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:21-cr-50014-TLB-1)

**JUDGMENT**

Before SMITH, Chief Judge, STRAS, and KOBES, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 07, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans