IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


UNITED STATES OF AMERICA                                    PLAINTIFF


v.                                    Case No. 21-50014


JOSHUA JAMES DUGGAR                                    DEFENDANT

## O R D E R

On July 29, 2025, the Defendant filed a motion seeking relief under 28 U.S.C. § 2255. (ECF No. 179). Having reviewed the motion, the undersigned directs the Government to file a response by September 4, 2025.  The Defendant shall have until October 6, 2025, to file any reply he wishes to file.

IT IS SO ORDERED this 5th day of August 2025.


/s/ *Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE