UNITED STATES ATTORNEY'S OFFICE

**GOVERNMENT EXHIBIT A**