J. DUGGAR
#42501-509
FCI SEAGOVILLE
P.O. BOX 9000
SEAGOVILLE, TX 75159







Received WD/AR

JUL 29 2025

U.S. Clerk's Office

UNITED STATES ATTORNEY'S OFFICE

35 E. MOUNTAIN STREET, SUITE 300

FAYETTEVILLE, AR 72701

GOVERNMENT EXHIBIT B