J. DUGGAR
#42501-509
FCI SEAGOVILLE  B
P.O. BOX 9000
SEAGOVILLE, TX 75159

Media Mail
ONLY
BOOKS

Ground
Advtg
10.65

10.14 Postage

Retail
U.S. POSTAGE PAID
USPS Ground Advtg
DALLAS, TX 75253
AUG 08, 2025
72701
$0.00
RDC 01   1 Lb 2.90 Oz   S2324M506138-19

AUG 18 2025

POSTAGE DUE



USPS TRACKING #
9534 6102 4178 5218 2421 21

UNITED STATES DISTRICT COURT
FAYETTEVILLE DIVISION
WESTERN DISTRICT OF ARKANSAS
35. E. MOUNTAIN ST., ROOM 510
FAYETTEVILLE, AR  72701

GOVERNMENT
EXHIBIT
C