IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 5:21-CR-50014-001 |
| ) | |
| JOSHUA JAMES DUGGAR ) | |

UNITED STATES' MOTION FOR EXTENTION OF TIME TO FILE RESPONSE
TO DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255

COMES NOW the United States of America, by and through Dustin S Roberts, Assistant United States Attorney for the Western District of Arkansas, and for its Motion filed herein, states:

1. On July 29, 2025, the Clerk of the Court filed Document 179, which was styled as "Motion to Vacate under 28 U.S.C. § 2255." The last page of Document 179 is a scanned copy of the envelope from which the motion was received by the Clerk's Office. The envelope is clearly addressed to the United States Attorney's Office and stamped "Received WD/AR July 29, 2025, US Clerk's Office."

2. Based on the above filing, the Court ordered the United States to respond to Duggar's § 2255 Motion on or before September 4, 2025.

3. On August 22, 2025, Document 182, currently styled as "Duplicate Copy of Motion to Vacate under 28 U.S.C. § 2255" was filed of record. The last page of Document 182 is likewise a scanned copy of the envelope in which the document was received by the Clerk's Office. This envelope is addressed to the United States District Clerk, Fayetteville Division, Western District of Arkansas, post-marked by the United States' Postal Service August 8, 2025, and was mailed from Dallas, Texas.

4.      On August 29, 2025, the United States filed a "Motion to Strike Erroneously Filed Document and to Correct Record." (Doc. 183). Therein, the United States submits that Document 179, filed of record July 29, 2025, was legal mail mistakenly filed by the Clerk's Office and should be stricken from the record. Additionally, the United States requested this Court to designate Document 182 (currently styled as a Duplicate) as the properly filed § 2255 Motion, as it was properly addressed to the Clerk of the Court. Said motion is still pending a ruling of the Court.

5.      At present, the ruling on the Motion to Stike/Correct Record is essential to the Government's response, as it is arguing that Duggar failed to meet his statutory time limit in filing his § 2255 motion, and therefore his claims are time barred.

6.      Consequently, the United States request an extension of time to file its response herein. The United States further request that the deadline for filing a response should allow for sufficient time for the Court to rule on its' pending motion, and for the Government to incorporate such ruling in its response.

WHEREFORE, premises considered, the United States of America prays that the current response deadline of September 4, 2025, be extended for the reasons stated herein.

Respectfully submitted,

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By: */s/Dustin Roberts*
    Dustin Roberts
    Assistant U. S. Attorney
    Arkansas Bar No. 2005185
    414 Parker Avenue
    Fort Smith, AR  72901
    (479) 783-5125
    E-mail Dustin.Roberts@usdoj.gov

## CERTIFICATE OF SERVICE

    I, Dustin Roberts, Assistant United States Attorney for the Western District of Arkansas, hereby certify that on September 3, 2025, a true and correct copy of the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF System which will send notification of such filing and that a copy of the foregoing was also sent via email to the following:

    Joshua Duggar
    #42501-509
    FCI Seagoville
    P.O. box 9000
    Seagoville, Tx 75159

                                                      /s/ Dustin Roberts

                                                      Dustin Roberts
                                                      Assistant United States Attorney