IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                              Case No. 21-50014

JOSHUA JAMES DUGGAR                                                  DEFENDANT

**O R D E R**

On July 29, 2025, the Defendant filed a motion seeking relief under 28 U.S.C. § 2255. (ECF No. 179). On August 5, 2025, the Court directed the Government to file a response to the motion on or before September 4, 2025. (ECF No. 181).

On September 3, 2025, the Government filed a motion for an extension to file a response.[1] (ECF No. 184). The Court hereby **grants** the motion to the extent that the Government now has until September 11, 2025, to file a response addressing all issues presented. The Defendant shall have until October 9, 2025, to file any reply he wishes to file.

IT IS SO ORDERED this 3rd day of September 2025.

/s/ Christy Comstock
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE

---

[1] In the September 3, 2025, motion for an extension of time to file a response, the Government references a motion to strike an erroneously filed document filed by the Government on August 29, 2025.