IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. <u>5:21-CR-50014-001</u> |
| ) | |
| JOSHUA JAMES DUGGAR ) | |

<u>UNITED STATES' RESPONSE TO COURT ORDER DIRECTING THE SUBMISSION OF
CERTAIN MAIL LOGS FROM FCI SEAGOVILLE</u>

COMES NOW the United States of America, by and through Dustin Roberts, Assistant United States Attorney for the Western District of Arkansas, and for its Response filed herein, states:

1. On July 29, 2025, the Clerk of the Court filed Document 179, which was styled as "Motion to Vacate under 28 U.S.C. § 2255." Based on the above filing, the Court ordered the United States to respond to Duggar's § 2255 Motion.

2. On August 22, 2025, Document 182, styled as "Duplicate Copy of Motion to Vacate under 28 U.S.C. § 2255" was filed of record.

3. On August 29, 2025, the United States filed a "Motion to Strike Erroneously Filed Document and to Correct Record." (Doc. 183).

4. On September 11, 2025, the Government submitted its formal response to Duggar's "Motion to Vacate" of record (Doc. 186).

5. On or about October 24, 2025, this Honorable Court entered a text order directing the parties to submit the *outgoing prison mail logs from FCI Seagoville for June 24, 2025*.

6. In response, the undersigned AUSA contacted Legal Regional Counsel Kacie Inman, from the Bureau of Prisons (BOP) (See Ex. A "Email Correspondence"). Said legal counsel verified: 1-that outgoing "certified" mail is logged and maintained by the prison, 2-per FCI Seagoville records,

only two (2) certified items of mail were sent on June 24, 2025 – neither of which were sent by Joshua Duggar. (See Ex. B "Certified Mail Log"). As noted by Legal Counsel Inman, the corresponding inmate's name and registration number is listed on the right side of the log. (certain identifiers redacted for privacy).

      WHEREFORE, premises considered, the United States of America submits its response, including the BOP certified mail records, as directed and for the Court's consideration.

      Respectfully submitted,

      DAVID CLAY FOWLKES
      UNITED STATES ATTORNEY

By: */s/Dustin Roberts*
      Dustin Roberts
      Assistant U. S. Attorney
      Arkansas Bar No. 2005185
      414 Parker Avenue
      Fort Smith, AR  72901
      (479) 783-5125
      E-mail Dustin.Roberts@usdoj.gov

## CERTIFICATE OF SERVICE

      I, Dustin Roberts, Assistant United States Attorney for the Western District of Arkansas, hereby certify that on October 27, 2025, a true and correct copy of the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF System which will send notification of such filing and that a copy of the foregoing was also sent via email to the following:

Joshua Duggar
#42501-509
FCI Seagoville
P.O. box 9000
Seagoville, Tx 75159

                /s/ *Dustin Roberts*
                Dustin Roberts
                Assistant United States Attorney