| | |
|---|---|
| **From:** | Inman, Kacie (BOP) |
| **To:** | Roberts, Dustin (USAARW) 12 |
| **Cc:** | Marshall, Carly (USAARW); Stratso, Nicole (BOP) |
| **Subject:** | Re: FCI Seagoville Inmate Joshua Duggar #42501-509 |
| **Date:** | Monday, October 27, 2025 10:39:51 AM |
| **Attachments:** | image001.png<br>10272025103301.pdf |

Please see attached for the mail logs from June 24, 2025. I would ask that the name and register number of the inmates mailing the correspondence be redacted in any sort of filing, since neither is Mr. Duggar. They are listed on the right side of the document.

Thanks,
Kacie

**From:** Roberts, Dustin (USAARW) 12 <Dustin.Roberts@usdoj.gov>
**Sent:** Friday, October 24, 2025 2:11 PM
**To:** Inman, Kacie (BOP) <KInman@bop.gov>
**Cc:** Marshall, Carly (USAARW) <Carly.Marshall@usdoj.gov>; Stratso, Nicole (BOP) <nstratso@bop.gov>
**Subject:** RE: FCI Seagoville Inmate Joshua Duggar #42501-509

Perfect- Thank you very much!

**From:** Inman, Kacie (BOP) <KInman@bop.gov>
**Sent:** Friday, October 24, 2025 2:10 PM
**To:** Roberts, Dustin (USAARW) 12 <Dustin.Roberts@usdoj.gov>
**Cc:** Marshall, Carly (USAARW) <Carly.Marshall@usdoj.gov>; Stratso, Nicole (BOP) <nstratso@bop.gov>
**Subject:** Re: FCI Seagoville Inmate Joshua Duggar #42501-509

Hi Dustin,

We maintain outgoing certified mail logs but do not log other forms of outgoing inmate correspondence. I will reach out to Seagoville to get the outgoing certified mail log for June 24, 2025.

Thanks,
Kacie

**From:** Roberts, Dustin (USAARW) 12 <Dustin.Roberts@usdoj.gov>
**Sent:** Friday, October 24, 2025 2:00 PM
**To:** Inman, Kacie (BOP) <KInman@bop.gov>
**Cc:** Marshall, Carly (USAARW) <Carly.Marshall@usdoj.gov>; Stratso, Nicole (BOP)



GOVERNMENT EXHIBIT A