# UNITED STATES POSTAL SERVICE®

**Firm Mailing Book for Accountable Mail**

Name and Address of Sender

Check type of mail or service
- ☐ Adult Signature Required
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery (COD)
- ☐ Insured Mail
- ☐ Priority Mail
- ☐ Priority Mail Express
- ☐ Registered Mail
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation
- ☐ Signature Confirmation Restricted Delivery

Affix Stamp Here (if issued as an international certificate of mailing or for additional copies of this receipt). Postmark with Date of Receipt.

[Postmark: SEAGOVILLE TX 75159, JUN 24 2025, USPS]

| # | USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | (Extra Service) Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | ASR Fee | ASRD Fee | RD Fee | RR Fee | SC Fee | SCRD Fee | SH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 7022 2410 0003 0838 5869 | US District Court, Federal Courthouse, 200 West Wall Street / Suite 301, Midland, TX. 79701 | | | | | | | | | | | | | |
| 2. | 7020 1290 0000 5355 4377 | Clerk office United States Court, 500 Poydras St., New Orleans, La. 70130 United States | | | | | | | | | | | | | |
| 3. | | | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | | |

B▮▮ - 510
T▮an - 279

Total Number of Pieces Listed by Sender

Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee) [signature]

Complete in Ink

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy

PS Form 3877, April 2015 (Page 1 of 2)
PSN 7530-02-000-9098

**GOVERNMENT EXHIBIT B**