Joshua James Duggar

Reg. No. 42501-509

FCI Seagoville

P.O. Box 9000

Seagoville, TX 75159

Dated: 12/03/2025

Clerk of Court

United States District Court

Western District of Arkansas

Fayetteville Division

35 E. Mountain Street, Room 510

Fayetteville, AR 72701

**Re: Joshua James Duggar, Case No. 5:21-CR-50014-TLB**

**Submission of Motions for Appointment of Counsel and Permission to Appear by Video**

Dear Clerk of Court:

Please find enclosed for filing in the above-captioned matter the following two (2) motions submitted by Movant, Joshua James Duggar, *pro se*:

1. **Motion for Appointment of Private Counsel pursuant to 18 U.S.C. § 3006A and Rule 8(c) of the *Rules Governing Section 2255 Proceedings*;** and

2. **Motion for Permission to Appear by Video at March 4, 2026 Hearing.**

Movant respectfully requests that the Court docket these motions for consideration. Copies have also been served on the United States Attorney's Office for the Western District of Arkansas, as indicated in the attached certificates of service.

Thank you for your attention to these filings.

**Respectfully submitted,**

_____

Joshua James Duggar, Pro Se Movant