IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF ARKANSAS

FAYETTEVILLE DIVISION

US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

DEC 15 2025

By Ronald E. Dowling
   Deputy Clerk

| | |
|---|---|
| **JOSHUA JAMES DUGGAR,** | ) |
| Movant, | ) |
| v. | ) Case No. 5:21-CR-50014 |
| **UNITED STATES OF AMERICA,** | ) |
| Respondent. | ) |

## MOTION FOR PERMISSION TO APPEAR BY VIDEO AT MARCH 4, 2026 HEARING

**COMES NOW** Movant, Joshua James Duggar, proceeding *pro se*, and respectfully moves this Honorable Court for permission to appear by video teleconference at the hearing scheduled for March 4, 2026, on his Motion under 28 U.S.C. § 2255. In support thereof, Movant states:

**1. Hearing Scheduled**

This Court has set a motion hearing for March 4, 2026 at 1:30 p.m. in Fayetteville, Arkansas.

**2. Significant Logistical and Financial Burden of Transport**

Movant is currently housed at FCI Seagoville. A physical

transport would require multi-day U.S. Marshals Service movement, temporary housing, additional staffing, and increased financial expenditure. A video appearance avoids these burdens and constitutes "good cause" for remote participation given the substantial distance and resource strain.

### 3. Safety and Transport Complications

Movant is not a danger to the Court or its personnel. Rather, the broad publicity nature of this case creates heightened transport-related exposure and safety concerns unique to extended movement through multiple detention vehicles and facilities. A video appearance eliminates these risks and ensures orderly, uninterrupted participation.

### 4. Preservation of the Fairness and Focus of the Proceeding

An in-person appearance in this particular case would generate unnecessary logistical complications and extraneous distractions, deterring attention from the legal issues at stake. A remote appearance ensures the hearing remains focused entirely on the evidence, testimony, and legal arguments before the Court.

### 5. No Prejudice and Enhanced Access to Counsel

A video appearance will in no way prejudice the government or hinder the Court's ability to receive testimony, evaluate credibility, or conduct a full evidentiary hearing. Movant has also filed a Motion for Appointment of Counsel pursuant to Rule 8(c). Remaining at his designated facility allows uninterrupted access to counsel for preparation in the days leading to the hearing—access that would be severely restricted during multi-day transport and holding. The Bureau of Prisons regularly facilitates attorney-client communication and court participation during video hearings.

### 6. Prior Successful Video Proceedings

Movant has previously appeared by video before this Court, including at the pretrial detention hearing. Those proceedings were conducted smoothly and without incident, demonstrating that video participation is practical, reliable, and sufficient for the Court's needs in this case.

### 7. Judicial Economy and Good Cause

Allowing remote appearance promotes judicial economy, reduces unnecessary government expenditure, minimizes security demands, and serves the interests of justice. This request aligns with the Court's authority under **Fed. R. Crim. P. 43(c)(5)** (waiver of

presence for good cause in non-trial proceedings) and fulfill the Court's inherent duty to manage its proceedings efficiently. This aligns with post-CARES Act practices in the Western District of Arkansas, where video is routinely used for non-trial proceedings to promote efficiency.

**WHEREFORE**, Movant respectfully requests that this Court permit him to appear by video teleconference from FCI Seagoville at the March 4, 2026 hearing, and authorize necessary coordination with FCI Seagoville and the U.S. Marshals Service for video hearing setup, and grant such other relief as the Court deems just and proper.

**Respectfully submitted,**

_____
Joshua James Duggar, Pro Se

Reg. No. 42501-509

FCI Seagoville

P.O. Box 9000

Seagoville, TX 75159

Dated: 12/03/2025

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this filing, including the Cover Letter and the two (2) enclosed Motions, was placed in the prison legal mail system on

__DECEMBER 3, 2025_____, with first-class postage prepaid, addressed to:

Clerk of Court

United States District Court

Western District of Arkansas

Fayetteville Division

35 E. Mountain Street, Room 510

Fayetteville, AR 72701

and

United States Attorney's Office

Western District of Arkansas

35 E. Mountain Street, Suite 300

Fayetteville, AR 72701

_____
Joshua James Duggar, Movant

13

⇔42501-509⇔
Joshua Duggar
#42501-509#
Federal Correctional Facility
P.O. BOX 9000
Seagoville, TX 75159
United States





Received WD/AR

DEC 15 2025

U.S. Clerk's Office

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION
35. E. MOUNTAIN ST., ROOM 510
FAYETTEVILLE, AR 72701