UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 5:21-cr-50014-TLB-1 |
| vs. ) | |
| ) | |
| JOSHUA JAMES DUGGAR ) | |

**<u>MOTION TO APPEAR PRO HAC VICE</u>**

The undersigned attorney, Beau B. Brindley, moves to appear *pro hac vice* on behalf of Defendant/Petitioner Joshua James Duggar in this case. In support, he states as follows:

1. Beau Brindley is a member of the law firm the Law Offices of Beau B. Brindley, 53 W. Jackson Blvd. Ste. 1410, Chicago, Illinois, 60604.

2. Mr. Brindley is a member in good standing of the State of Illinois Bar and is admitted in good standing in the United States District Court for the Northern District of Illinois, and the Eight Circuit Court of Appeals (among others).

3. Mr. Brindley has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. Mr. Brindley states and affirms that he will comply with the Local Rules of the United States District Court for the Western District of Arkansas, and all procedures and requirements of this Court.

5. Me. Brindley request admittance to appear and participate as counsel for Joshua James Duggar.

6. In accordance with Local Rule 83.5(d), Mr. Brindley respectfully asks the Court to allow Mr. Brindley thirty days to designate a member of the Bar of these Courts who maintains an office in Arkansas for the practice of law.

7. If Mr. Brindley does not designate a member of the Bar of these Courts, Mr. Brindley asks the Court to waive the designation requirements and permit Mr. Brindley to proceed without designating local counsel, for the limited purpose of pending litigation.

8. It is understood that admission *pro hac vice* does not constitute formal admission.

9. The fee for admission *pro hac vice* will be paid electronically through CM/ECF.

10. WHEREFORE, Joshua James Duggar respectfully requests that this Motion to Admit Counsel *pro hac vice* be granted and that Beau Brindley be permitted to appear and participate as counsel for Joshua James Duggar in this matter.

Respectfully submitted,

By:     s/ Beau B Brindley

IL Bar Number 6282574
LAW OFFICES OF BEAU B. BRINDLEY
53 West Jackson Blvd.
Suite 1410
Chicago, Illinois 60604
312.765.8878
Email: bbbrindley@gmail.com

**CERTIFICATE OF SERVICE**

     The undersigned, an attorney, certifies that he caused a true and correct copy of the attached motion to be served upon the government by email on March 3, 2026.

s/ Beau B. Brindley

THE LAW OFFICES OF BEAU B. BRINDLEY
53 West Jackson Blvd.
Suite 1410
Chicago, Illinois 60604
(312) 765-8878