AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:21-cr-50014 |
| Joshua James Duggar | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joshua James Duggar                                                                                            .

Date:     03/03/2026

/s/ Beau B Brindley
*Attorney's signature*

Beau Brindley IL-6282574
*Printed name and bar number*

53 W Jackson Blvd Ste 1410
Chicago IL 60604

*Address*

bbbrindley@gmail.com
*E-mail address*

*Telephone number*

*FAX number*