UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 5:21-cr-50014-TLB-1 |
| vs. ) | |
| ) | |
| JOSHUA JAMES DUGGAR ) | |

**UNOPPOSED MOTION TO CONTINUE**

Defendant/Petitioner Joshua James Duggar, by and through his attorney, Beau B. Brindley, hereby moves to continue the March 4, 2026 hearing in this case.. In support, he states as follows:

1. A hearing is scheduled for March 4, 2026.

2. The undersigned has recently been retained by Mr. Duggar and been granted leave to appear on his behalf *pro hac vice*.

3. The undersigned, having been newly retained on the case, requires additional time to review the case materials and familiarize himself with the issues. He therefore requests that the March 4 hearing be continued.

4. Government counsel ahs indicated that they would be neutral on this motion given the timeline.

5. WHEREFORE, Joshua James Duggar respectfully requests that the March 4 hearing be continued to allow time for newly retained counsel to prepare.

Respectfully submitted,

By:   s/ Beau B Brindley

IL Bar Number 6282574
LAW OFFICES OF BEAU B. BRINDLEY
53 West Jackson Blvd.
Suite 1410
Chicago, Illinois 60604

1

312.765.8878
Email: bbbrindley@gmail.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused a true and correct copy of the attached motion to be served upon the government by email on March 3, 2026.

s/ Beau B. Brindley

THE LAW OFFICES OF BEAU B. BRINDLEY
53 West Jackson Blvd.
Suite 1410
Chicago, Illinois 60604
(312) 765-8878