**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

      **ATTORNEY:**      Dustin Roberts      Carly Marshall

**V.**                          **CASE NO. 5:21-CR-50014-001**

**JOSHUA JAMES DUGGAR**                                           **DEFENDANT**

      **ATTORNEY:**      Beau B. Brindley

---

**JUDGE:  TIMOTHY L. BROOKS**                          **REPORTER: REBECCA ROSS**

                                                              **COURT CLERK: SHERI CRAIG**

**MOTION HEARING (via TEAMS) MINUTES**
**April 15, 2026**

| TIME | MINUTES |
|---|---|
| 3:27 pm | Court Convenes |
| | Procedural History by the Court |
| | Testimony on behalf of the Defendant: |
| |     DW#1 - Joshua James Duggar |
| | Testimony on behalf of the Government: |
| |     GW#1 - Libri Crowder - FCI Seagoville |
| |     GX#1 - Certified Mail Log (Doc. 188-2) |
| | Argument by Counsel |
| | Court takes Motion under advisement - Order to follow |
| 5:24 pm | Court Adjourned |