United States District Court
*for the*
Western District of Arkansas

## NOTICE OF APPEAL

| | | |
|---|---|---|
| United States of America , | * | |
| *Plaintiff;* | * * | 5:21 cr 50014 TLB 1 |
| | * | District Court Docket Number |
| vs. | * | |
| | * | |
| Joshua James Duggar , | * * | Honorable Timothy L. Brooks |
| *Defendant.* | * | District Court Judge |

Notice is hereby give that __Joshua James Duggar__ appeals to the United States Court of Appeals for the Eighth Circuit from the __Order__ entered in this action on __06/01/2026__ .

| | |
|---|---|
| s/Beau B Brindley | Beau B Brindley |
| Signature of Appellant's Counsel | Typed Name of Appellant's Counsel |
| 53 W Jackson Blvd Ste 1410 | 3127658878 |
| Street Address                Room | Telephone Number (include Area Code) |
| Chicago IL 60604 | 6/15/2026 |
| City              State       Zip Code | Date |

Defendant's Address: __Joshua James Duggar 42501 509__
(Complete Address
if incarcerated; or    __SEAGOVILLE FCI, P.O. BOX 9000, SEAGOVILLE, TX 75159__
City & State only)

Offenses:    __18 U.S.C. §§ 2252A(a)(2) and (b)(1)    Receipt of Child Pornography__

Date of Verdict:    __12/09/2021__    ☑ Jury    ☐ Non-Jury

Trial Testimony - Number of Days __8__    Bail Status __custody__

Sentence:    __151 Months__

Date Imposed: __05/25/2022__

Appealing:    ☐ Sentence    ☑ Conviction    ☐ Both

Trial Counsel was:    ☐ Appointed    ☑ Retained

Does Defendant's financial status warrant appointment of counsel on appeal?    ☐ Yes    ☑ No

Affidavit of Financial Status (CJA23) filed on: _____

Is there a reason why trial counsel should not be appointed as counsel on appeal?    ☐ Yes    ☑ No

Assistant U.S. Attorney    __Dustin Roberts 479 783 5125__
(Name and Phone)

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Notice of Appeal has been electronically filed with the Clerk of Court using the CM/ECF System on 6/15/2026_____which will send notification of such filing to the following:

AUSA Dustin Roberts

and I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

/s/ Beau B Brindley_____

## CERTIFICATE OF SERVICE

I hereby certify that on _____, I presented the foregoing Notice of Appeal to the Clerk of Court for filing and uploading to the CM/ECF System which will send notification of such filing to the following:

and I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

/s/_____