United States District Court
*for the*
Western District of Arkansas

United States of America

*Plaintiff*

vs.                                    Criminal Case No.  5:21 cr 50014 TLB 1

Joshua James Duggar

*Defendant*

**TRANSCRIPT REQUEST FORM**
(To be completed by Attorney for Appellant)

☑   Please prepare a transcript of:

☐   Pre-Trial Proceedings          ☐   I am **not** ordering a transcript because:

☐   Trial Testimony or             ☐   Previously Filed (Specify)

☐   Portions thereof               _____

☐   Plea Hearing                   ☐   Other (Specify)

☐   Sentencing                     _____

☑   Post Trial Proceedings          4/15/2026

☐   Other (Specify)   _____

Date Transcript ordered by Counsel or District Court:  6/15/2026

Court Reporter (Name)        Rebecca Ross
(1 name per form)
        (Address)        Rebecca_Ross@arwd.uscourts.gov

        (Phone)        _____

**CERTIFICATE OF COMPLIANCE**

Appellant hereby certifies that copies of the Notice of Appeal and Transcript Request forms have been filed/served upon U.S. District Court, court reporter and all counsel of record, and that satisfactory arrangements have been made for payment of the cost of the transcripts ordered have been made with the court reporter (FRAP 10b).

Method of Payment:   ☑  Funds    ☐  CJA24 Form submitted in eVoucher.

Attorney's signature  Beau B Brindley        Date  6/15/2026

Attorney's address   53 W Jackson Blvd Ste 1410, Chicago IL 60604   Telephone  312 765 8878