# U.S. COURT OF APPEALS - EIGHTH CIRCUIT
## NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet or attach an amended docket sheet with the final style of the case.

Western District of Arkansas  -  **FAYETTEVILLE DIVISION**

Criminal Case No.:    **5:21-cr-50014-TLB-001**

Case Title: **USA v.   Joshua James Duggar**

Length of Trial:  8 days

Financial Status:    Fee Paid?                                    Yes

                  If NO, has IFP been granted?        N/A

                  Is there a pending motion for IFP?    No

Are there any other post-judgment motions?    No

Please identify the court reporter.

      If no court reporter, please check    ☐

      Name and Phone Number   Rebecca Ross (479) 695-4460

                                Paula Barden (479) 695-4460

**CRIMINAL CASES ONLY:**
Is the defendant incarcerated?    Yes

Place of confinement, if known:  SEAGOVILLE - FCI
Inmate Mail/Parcels
P.O. BOX 9000, SEAGOVILLE, TX 75159

Please list all other defendants in this case, if there were multiple defendants.

SPECIAL COMMENTS:

prior appeal: 22-2178