# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

June 17, 2026

Beau Brian Brindley
LAW OFFICES OF BEAU BRINDLEY
1410
Suite 1410
53 W. Jackson Boulevard
Chicago, IL  60604

RE:  26-2200  Joshua Duggar v. United States

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter with notification of payment of the docket fee. In accordance with the Federal Rules of Appellate Procedures and the Eighth Circuit Rules, this appeal has today been assigned the docket number indicated.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The notice of appeal has been treated as an application for certificate of appealability in accordance with Rule 22(b) of the Federal Rules of Appellate Procedure and it will be forwarded to a panel of judges for consideration. You will be advised of any action taken by this Court.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.

Susan E. Bindler
Clerk of Court

RDB

Enclosure(s)

cc:    Clerk, U.S. District Court, Western Arkansas
       Dustin S. Roberts
       Rebecca Ross

       District Court/Agency Case Number(s):   5:25-cv-05161-TLB

**Caption For Case Number:   26-2200**

Joshua James Duggar

       Petitioner - Appellant

v.

United States of America

       Respondent - Appellee

**Addresses For Case Participants:   26-2200**

Beau Brian Brindley
LAW OFFICES OF BEAU BRINDLEY
1410
Suite 1410
53 W. Jackson Boulevard
Chicago, IL  60604

Clerk, U.S. District Court, Western Arkansas
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Suite 510
35 E. Mountain Street
Fayetteville, AR  72701-5354

Dustin S. Roberts
U.S. ATTORNEY'S OFFICE
Western District of Arkansas
414 Parker Avenue
Fort Smith, AR  72901

Rebecca Ross
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Suite 510
35 E. Mountain Street
Fayetteville, AR  72701-5354