**TRANSMITTAL SHEET**

**TO**:  Clerk, 8th Circuit Ct of Appeals                    Date:  June 17, 2026

**From**:  Clerk, Western District of Arkansas,  Fayetteville Division

**Appeal No.** 26-2200

**District Court No**. 5:21-cr-50014-TLB-001

**Case Style**:    USA   vs. Joshua James Duggar

**TRANSMITTED HEREWITH:**

| Document Number | Document Title |
|---|---|
| 206 | Transcript: Motions Hearing held 4/15/26 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Comments:   SENT via email